**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
           ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail:  scott@bursor.com

*Attorneys for Plaintiffs*
*(additional counsel on signature page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, and ADRIANA DIGENNARO on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>                    Defendant. | Case No.  2:19-cv-10920<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

CLASS ACTION COMPLAINT

Plaintiffs Delaney Sharpe, Erin Weiler, Jenna Leder, and Adriana DiGennaro ("Plaintiffs") bring this action on behalf of themselves and all others similarly situated against Defendant GT's Living Foods, LLC ("Defendant"). Plaintiffs make the following allegations pursuant to the investigation of their counsel and based upon information and belief, except as to the allegations specifically pertaining to themselves, which are based on personal knowledge.

## INTRODUCTION

1.     GT's Living Foods, LLC has passed off millions of bottles of its wildly successful Enlightened Kombucha[1] beverages as non-alcoholic, when, in fact, the beverages contain 18 to 442 percent more alcohol than the legal limit for non-alcoholic beverages. Having been caught selling alcoholic kombucha beverages to unsuspecting customers in 2006 and 2010, Millennium decided to market and distribute an alcoholic version of its kombucha products (the "Classic" kombucha line) and a so called "non-alcoholic" version (the "Enlightened" line), knowing that omitting information on true alcohol content to give the impression there is a non-alcoholic line provides much greater market appeal and enables sales in far more retail locations. But the purported distinction between the "Classic" and "Enlightened" lines is a sham designed to confuse the public and government

---

[1] Enlightened Kombucha refers to every flavor of Defendant's Enlightened Synergy and Enlightened Kombucha beverages sold nationwide, as described herein, including, but not limited to, the following flavors: Original, Gingerade, Laveder Love, Hibiscus Ginger, Lemonade, Multi-Green, Bilberry Blessing, Cayennade, Tantric Turmeric, Heart Beet, Golden Sage, Cucumber Mint Lime, Karma Citra, Koffee, Strawberry Lemonade, Pomegranate Power, Rose Berry, Pink Lady Basil, Watermelon Wonder, Trilogy, Mystic Mango, Cosmic Cranberry, Guava Goddess, Gingerberry, Passionberry Bliss, Strawberry Serenity, Cherry Chia, Grape Chia, Raspberry Chia, and Black Chia. The various flavors of Enlightened Kombucha are substantially identical other than their flavor profile, as each flavor is above the 0.5 percent alcohol by volume threshold and understates the amount of sugar in the beverages. None of the flavors has the requisite government warning required for alcoholic beverages.

CLASS ACTION COMPLAINT                                                                 1

regulators, as both lines of products contain alcohol levels far surpassing the legal limit for non-alcoholic beverages.

2.     Further, Defendant greatly understates by omission the sugar content of its Enlightened Kombucha beverages on the products' labels, making consumers believe the beverages are healthier than they really are.  Independent testing shows that Defendant's Enlightened Kombucha contains more than 15 percent more sugar than listed on the beverages' labels.  Indeed, the undeclared high sugar content of Defendant's Enlightened Kombucha beverages contributes to the continued fermentation of the beverages after bottling.  As discussed herein, such continued fermentation causes the Enlightened Kombucha line to cross the .5 percent alcohol by volume threshold set for non-alcoholic beverages.

3.     Plaintiffs purchased numerous bottles of Defendant's Enlightened Kombucha beverages based on Defendant's misleading advertising and labeling of the products.

4.     Plaintiffs seek relief in this action individually, and on behalf of all purchasers of Defendant's Enlightened Kombucha beverages, for Defendant's violations of the California Consumer Legal Remedies Act ("CLRA"), Civil Code §§ 1750, *et seq*., Unfair Competition Law ("UCL"), Bus. & Prof. Code §§ 17200, *et seq*., False Advertising Law ("FAL"), Bus. & Prof. Code §§ 17500, *et seq*., and New York's Deceptive and Unfair Trade Practices Act, New York General Business Law § 349 ("NYGBL"), for breach of express and implied warranties, fraud, and unjust enrichment.

## **PARTIES**

5.     Plaintiff Adriana DiGennaro is a citizen of New York, residing in Brooklyn.  Between February 28, 2017 and the end of 2018, Ms. DiGennaro purchased Enlightened Kombucha in at least the following flavors: Trilogy, Cayennade, Gingerade, Watermelon Wonder, and Multi-Green.  Plaintiff DiGennaro

purchased Enlightened Kombucha at Fine Fare Supermarket in Brooklyn, New York.
Plaintiff DiGennaro purchased the products with the belief and on the basis that the
products were non-alcoholic.  The labels of the Enligthened Kombucha beverages
she purchased did not bear a government warning concerning the consumption of
alcoholic beverages, nor any other clear or conspicuous warning regarding the
beverages' high alcohol content.  Plaintiff DiGennaro did not have to show any
identification of her age in order to purchase the Enlightened Kombucha products.
The Enlightened Kombucha beverages were displayed in a section separate from
other alcoholic beverages at the retail location at which she made her purchases.
Plaintiff DiGennaro would not have purchased the products at the time had she
known that they contained significant levels of alcohol and were considered
alcoholic beverages.  Further, Plaintiff DiGennaro would have paid significantly less
for the products, or not have purchased them, had she known that the products
mischaracterized the level of sugar in the bottles.

6.      Plaintiff DiGennaro had been sober (had not knowingly consumed
alcohol) since 2012, and would not have risked breaking her sobriety by purchasing
Enlightened Kombucha had she known that it contained spiked levels of alcohol.

7.      Plaintiff Jenna Leder is a citizen of New Jersey, residing in Red Bank.
Within the past three years (including after February 28, 2017), Plaintiff Leder
purchased Enlightened Kombucha in at least the following flavors: Trilogy,
Cayennade, Lemonade, Guava Goddess, Strawberry Serenity, and Cosmic
Cranberry.  Plaintiff Leder purchased Enlightened Kombucha at Whole Foods,
Deans Natural Food Market, Wegmans, and Target in New Jersey, New York, and
Delaware.  Plaintiff Leder purchased the products with the belief and on the basis
that the products were non-alcoholic.  The labels of the Enligthened Kombucha
beverages she purchased did not bear a government warning concerning the
consumption of alcoholic beverages, nor any other clear or conspicuous warning

regarding the beverages' high alcohol content.  Plaintiff Leder did not have to show any identification of her age in order to purchase the Enlightened Kombucha products.  The Enlightened Kombucha beverages were displayed in a section separate from other alcoholic beverages at the retail locations at which she made her purchases.  Plaintiff Leder would not have purchased the products at the time had she known that they contained significant levels of alcohol and were considered alcoholic beverages.  Further, Plaintiff Leder would have paid significantly less for the products, or not have purchased them, had she known that the products mischaracterized the level of sugar in the bottles.

8.     Due to medical and health reasons, Plaintiff Leder does not knowingly consume any alcohol.  When she consumed the Enlightened Kombucha she purchased, she experience feeling "buzzed," as if from alcohol.  However, because Enlightened Kombucha is marketed as a non-alcoholic beverage, she did not know that those feelings were in fact from the alcohol in Enlightened Kombucha.  Accordingly, Enlightned Kombucha put her health and recovery from a prior medical procedure in peril.

9.     Plaintiff Erin Weiler is a citizen of California, residing in Beverly Hills.  Within the past three years (including after February 28, 2017), Plaintiff Weiler purchased Enlightened Kombucha in at least the following flavors: Trilogy, Guava Goddess, Gingerade, Cayennade, Multi-Green, and Original.  Plaintiff Weiler purchased Enlightened Kombucha at Whole Foods, Trader Joe's, and Erewhon Market in in the Los Angeles area.  Plaintiff Weiler purchased the products with the belief and on the basis that the products were non-alcoholic.  The labels of the Enligthened Kombucha beverages she purchased did not bear a government warning concerning the consumption of alcoholic beverages, nor any other clear or conspicuous warning regarding the beverages' high alcohol content.  Plaintiff Weiler did not have to show any identification of her age in order to purchase the

Enlightened Kombucha products.  The Enlightened Kombucha beverages were displayed in a section separate from other alcoholic beverages at the retail locations at which she made her purchases.  Plaintiff Weiler would not have purchased the products at the time had she known that they contained significant levels of alcohol and were considered alcoholic beverages.  Further, Plaintiff Weiler would have paid significantly less for the products, or not have purchased them, had she known that the products mischaracterized the level of sugar in the bottles.

10.    Plaintiff Weiler has been sober (has not knowingly consumed alcohol) since 2006, and would not have risked breaking her sobriety by purchasing Enlightened Kombucha had she known that it contained spiked levels of alcohol.

11.    Plaintiff Delaney Sharpe is a citizen of California, residing in Los Angeles.  Within the past two years, Plaintiff Sharpe purchased Enlightened Kombucha in at least the following flavors: Pink Lady Basil, Guava Goddess, Watermelon Wonder, and Trilogy.  Plaintiff Sharpe purchased Enlightened Kombucha at Whole Foods, Ralphs, and Sprouts in in the Los Angeles area and in Colorado.  Plaintiff Sharpe purchased the products with the belief and on the basis that the products were non-alcoholic.  The labels of the Enlightened Kombucha beverages she purchased did not bear a government warning concerning the consumption of alcoholic beverages, nor any other clear or conspicuous warning regarding the beverages' high alcohol content.  Plaintiff Sharpe did not have to show any identification of her age in order to purchase the Enlightened Kombucha products.  The Enlightened Kombucha beverages were displayed in a section separate from other alcoholic beverages at the retail locations at which she made her purchases.  Plaintiff Sharpe would not have purchased the products at the time had she known that they contained significant levels of alcohol and were considered alcoholic beverages.  Further, Plaintiff Sharpe would have paid significantly less for

the products, or not have purchased them, had she known that the products
mischaracterized the level of sugar in the bottles.

12.    Plaintiff Sharpe was under the age of 21 (and over the age of 18) when
she purchased Enlightened Kombucha, and remains under 21 years of age as of the
date of this Complaint.  Had Enlightened Kombucha been properly labeled as an
alcoholic beverage, it would have been illegal for her to purchase the beverages.
Because Enlightened Kombucha is an alcoholic beverage, it was unlawful for
Defendant to manufacture and label the beverage as a non-alcoholic product and
cause the beverage to be sold to Plaintiff Sharpe.  Plaintiff Sharpe cannot lawfully
purchase alcoholic beverages, and, accordingly, would not have purchased
Enlightened Kombucha had she known that it is an alcoholic beverage.

13.    Defendant GT's Living Foods, LLC is a Delaware corporation
headquartered at 4646 Hampton St., Vernon, California 90058.  Defendant
manufactures, advertises, sells, distributes, and markets Enlightened Kombucha as
alleged herein nationwide, including in California.  Defendant's incomplete
misleading marketing, advertising and product information concerning the sugar and
alcohol content in Enlightened Kombucha was conceived, reviewed, approved, and
otherwise controlled from Defendant's California headquarters.  Defendant's
misleading marketing concerning the alcohol and sugar content of Enlightened
Kombucha was coordinated at, emanated from, and was developed at its California
headquarters.  All critical decisions regarding the misleading sugar and alcohol
marketing of Enlightened Kombucha were made in California.

## JURISDICTION AND VENUE

14.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §
1332(d)(2)(A) because this case is a class action where the aggregate claims of all
members of the proposed class are in excess of $5,000,000, exclusive of interest and
costs, and Plaintiffs DiGennaro and Leder, as well as most members of the proposed

class, are citizens of states different from the state of Defendant.  Defendant has sold hundreds of thousands, if not millions, of bottles of Enlightened Kombucha.

15.    This Court has general jurisdiction over Defendant because it is headquartered in California.  Further, the Court has general jurisdiction over Defendant because Defendant conducts substantial business within California such that Defendant has significant, continuous, and pervasive contacts with the State of California.

16.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the challenged mislabeling, misbranding, and marketing practices have been disseminated and committed in this District and because Defendant is headquartered in this District.

## FACTS COMMON TO ALL CAUSES OF ACTION

### Defendant's "Non-Alcoholic" Kombucha Beverages Are Greater Than .5% Alcohol By Volume

17.    Defendant's GT's Kombucha Beverages – comprised of the "G.T.'s Kombucha" and "Synergy" brands - are nearly identical products, with nearly identical advertising, using different names.  The name "kombucha" itself comes from the common name for what is essentially a fermented tea drink.  Kombucha is made of tea that ferments for up to a month while a "blob" of bacteria known as "scoby" (for symbiotic colony of bacteria and yeast) floats on top.  The scoby purportedly "eats the sugar, tannic acids, and caffeine in the tea, and creates a cocktail of live microorganisms."  Basic chemistry explains that the scoby converts the sugar into carbon dioxide and alcohol.  Defendant's "G.T.'s Kombucha" brand is advertised as 98 percent kombucha and 2 percent juice, while the bottles of the "Synergy" brand purportedly consist of 95 percent kombucha and 5 percent juice added for taste.

18.    In 2010, major retailers throughout the country, including Whole Foods, were forced to immediately stop selling GT's kombucha beverages because it was

discovered that the beverages contained alcohol levels as high as 2.5 percent by volume, roughly five times the legal limit for non-alcoholic beverages. In response, Defendant released an "Enlightened" line of the products, named "Enlightened Synergy" and "GT's Enlightened Kombucha," and a "Classic" line of kombucha products. The Enlightened line was purportedly slightly altered to ensure that the products did not exceed the 0.5 percent alcohol by volume threshold, while the Classic retained the original alcoholic formula. Around the time of the labeling change, the labels of the "Classic" line stated:

> NOTE TO OUR BELOVED FANS: GT's Kombucha is raw and alive, hand-crafted by nature and made with the best intentions. We refuse to do anything that could compromise our product's integrity or effectiveness. That's why we have chosen to modify our labeling instead of changing the way we make our products.

19.    A display on Defendant's website summarized that the "Classic" line retained the "Original" alcoholic formula:

> Once An Original…Now A Classic.

> We're proud to bring back the formula that started it all. Must be 21 years or older to purchase.



20.     Currently, Defendant's website explains the difference between the "Classic" and "Enlightened" lines as follows:

**What's the difference between GT's Enlightened Kombucha, GT's Classic Kombucha, and GT's Classic Gold Kombucha?**

Did you know that we make two lines of Kombucha?  We do! The main difference is the level of alcohol in each offering and the color of the glass we bottle it in.

***GT's Enlightened Kombucha*** is served in clear glass bottles with white caps and available for people of all ages.

***GT's Classic Kombucha*** is served in dark amber bottles with black caps and contains over 0.5 – 1 % alcohol-by-volume.  For this reason, GT's Classic Kombucha is only available to those over 21…

***GT's Classic Gold Kombucha*** is our take on hard Kombucha. Each offering contains 3 % ABV, making it a better-for-you happy hour alternative for those over 21…[2]

21.     Defendant's transition from a single line of kombucha beverages to two separate lines of kombucha beverages, the "Classic" and "Enlightened" lines, however, is a sham.  In fact, both the Classic and Enlightened versions of the products contain alcohol above the 0.5 percent by volume threshold set by Federal and State laws regulating the sale, marketing, labeling, and distribution of alcoholic beverages.

22.     The front of the labels of the Classic line, including Classic Kombucha and Classic Synergy, have, at various time, bore a prominent display stating, in capitalized letters, "CONTAINS ALCOHOL MUST BE 21 OR OLRDER TO PURCHASE."  The beverages' caps or lids are wrapped in a removable wrapping

---

[2] https://gtslivingfoods.com/faq/raw-kombucha/ (last accessed on November 15, 2019) (bolding and emphasis in original).

CLASS ACTION COMPLAINT                                          9

stating "over 21."  The Classic line of beverages also include the following federally

mandated government warning on their labels:

> GOVERNMENT WARNING: (1) ACCORDING TO THE SURGEON
> GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES
> DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS.
> (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR
> ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY
> CAUSE HEALTH PROBLEMS.

Just below the government warning, the Classic labels have stated: "Kombucha is a

cultured tea that is low in alcohol however federal law requires a warning statement

on any product that may contain more than 0.5% of alcohol per volume."



23.    Just below the Nutrition Facts section, the Classic labels have stated:

"**This product is considered a beer** and contains a natural effervescence.  Please

open carefully." (emphasis added).

24.    The labels of the Enlightened line, however, do not contain any of the

aforementioned displays, warnings, or markings concerning the alcohol content of

the beverages.  Unlike the Classic line, Defendant sells Enlightened Kombcuha to

persons of any age, including those under the age of 21.

25.     Indeed, Defendant actively promotes Enlightened Kombucha as non-alcoholic and promotes its consumption even for children and pregnant women.  The Frequently Asked Questions section of Defendant's website states:

**Can children drink GT's Enlightened Kombucha?**

Our Enlightened Kombucha can be safe for children and can also be a better-for-you alternative to sugary juices and soda…

**Can I drink GT's Enlightened Kombucha if I'm pregnant or breastfeeding?**

We have heard from many mothers who continue to drink Kombucha during pregnancy and while breastfeeding…

**I heard that there is alcohol in Kombucha.  Why is this?**

Alcohol is a natural byproduct of fermentation and can be found in all fermented foods, like miso, kefir, sauerkraut, and kimchi. This alcohol is very beneficial, as it provides a natural form of food preservation – Nature's self-defense against contamination and bacteria.

<u>Sometimes people mistake the feeling they get from drinking Kombucha for a "buzzed" feeling, yet this is not the case with our Enlightened Kombucha.  It's simply the detoxifying effect that can occur from the influx of probiotics</u>…[3]

26.     As discussed above, however, the "buzzed" feeling people feel from drinking Enlightened Kombucha is from the alcohol in the beverages, not from a purported "detoxifying effect," as stated on Defendant's website.  Defendant's marketing is incredibly dangerous as it attempts to convince people that the "buzz" they feel from drinking Defendant's alcoholic beverages is not actually due to alcohol, and, accordingly, that there is nothing to worry about.  Defendant, in effect, actively encourages people to distrust their own feelings of alcohol intoxication and convince them that their feelings of alcohol intoxication are not real.

---

[3] *Id*. (underlining added).

27.     While pasteurized versions of kombucha products are non-alcoholic, as the pasteurization kills the yeast in the kombucha, the raw (unpasteurized) versions of kombucha become alcoholic over time as the living yeast in the beverage converts sugars into alcohol.  Such natural conversion of sugar to alcohol in unpasteurized kombucha beverages can result in alcohol levels as high as 4 percent alcohol by volume, roughly the same alcohol content as regular beer.

28.     Because both the "Classic" and "Enlightened" versions of Defendant's kombucha beverages are unpasteurized, each set of beverages predictably undergoes a natural fermentation process where the yeast in the beverages converts the sugar in the products into alcohol.  While Defendant claims that it has found a way to brew its Enlightened line of products such that the products never cross the 0.5 percent alcohol threshold post-bottling, many rigorous independent tests uniformly show that each of the beverages in the Enlightened line contains greater than 0.5 percent alcohol by volume, and are often as alcoholic as their "alcoholic" "Classic" counterpart.

29.     One of the major reasons that both the Enlightened and Classic lines become alcoholic is because the beverages' labels vastly underreport the amount of sugar in the products.  As discussed above, the yeast in these raw kombucha beverages converts the high sugar content into alcohol.  Aside from causing the Enlightened Kombucha beverages to become alcoholic, the misrepresented sugar content of Enlightened Kombucha causes the beverages to be less healthy than advertised.[4]  The misrepresented amount of sugar in Enlightened Kombucha, by omitting to disclose the full amount,  is misleading to consumers and misled the Plaintiffs, and causes the products to be misbranded.

---

[4] *See, e.g.*, KRISTIN KIRKPATRICK, M.S., R.D., L.D., 10 THINGS YOU DON'T KNOW ABOUT SUGAR (The Huffington Post, 2013) (summarizing that high sugar diets can be the source of obesity, heart failure, and cancer).

CLASS ACTION COMPLAINT                                                                      12

### Defendant's History Of Fraudulently Manufacturing Kombucha Beverages With Alcohol Levels Above The 0.5 Percent Alcohol By Volume Threshold

30.     Defendant's fraudulent marketing and labeling of its kombucha beverages as non-alcoholic, when in fact they contain substantial amounts of alcohol, stretches back at least several years before the 2010 recall, and likely to the formation of the company in 1995.

31.     For example, on September 1, 2006, Defendant (through a related entity) reached a settlement with the Bureau of Alcohol, Tobacco and Firearms (currently operating as the Alcohol and Tobacco Tax and Trade Bureau or "TTB") for selling kombucha beverages "that contained over 0.5% alcohol without having a basic permit, a violation of 27 U.S.C. 203(b)(1)&(2) and 27 CFR 24.106" and for selling such beverages "without the proper labels [or] labels approvals," and for distributing the products "without the government warning statement, a violation of 27 U.S.C. 215(a) and 27 CFR 16.21."[5]

32.     In 2010, an inspector from the Maine Department of Agriculture noticed that some bottles of kombucha were leaking and bubbling in one of Whole Foods' Portland stores, sparking Federal Drug Administration ("FDA") and TTB investigations concerning the alcohol content of various kombucha products, including GT's Kombucha.  After it was discovered that many kombucha products had alcohol levels as high as 2.5 percent by volume, Whole Foods pulled kombucha products, including GT's Kombucha products, off the shelves.

33.     Several other manufacturers of kombucha beverages, such as Honest Tea, owned and operated by the Coca-Cola Company, were unable to reformulate their kombucha beverages to ensure that the products never crossed the 0.5 alcohol by volume threshold at retail or consumption.  "Despite reformulating its kombucha drinks in August 2010, Honest Tea found that the level of alcohol in Honest

---

[5] A copy of the charge and settlement agreement is attached to this Complaint as Exhibit 1.

Kombucha – when left at room temperature – increased beyond 0.5 percent.  Citing the difficulty in maintaining legal alcohol levels, Honest Tea discontinued the line in December 2010."[6]

34.    Defendant's C.E.O., GT Dave, however, "was unwilling to radically change [its] process."  While "[s]ome brewers use pasteurization to help control the alcohol content in their products, or ferment for shorter periods and add forced carbonation," GT Dave claimed that Defendant "changed the potential for alcohol by controlling the chemistry of the fermentation" for its Enlightened line of kombucha beverages.[7]  As described above, the Enlightened line is a "raw" and "unpasteurized" kombucha, necessarily meaning that the beverages continue to ferment and increase in alcohol over time, especially if left unrefrigerated for even short periods of time.  Whatever changes Defendant made to its Enlightened line, if any, are ineffective at curbing the accumulation of alcohol in the products past 0.5 percent alcohol by volume through the normal and expected use of the products.

**Testing from TTB Accredited Laboratories Shows that Enlightened Kombucha has Greater than 0.5 Percent Alcohol by Volume**

35.    Brewing & Distilling Analytical Services, LLC ("BDAS"), an Alcohol and Tobacco Tax and Trade Bureau certified laboratory, conducted tests on multiple batches of Enlightened Kombucha.  BDAS utilized scientifically valid, TTB approved methodology for testing kombucha beverages.  Each test showed that every bottle of the products tested contained a level of alcohol by volume greater than 0.5 percent.  Specifically, in February 2018, BDAS tested the alcohol by volume content of the following flavors of Defendant's Enlightened Kombucha: Multi-Green,

---

[6] Ray Latif, *Kombucha Class Action Suits Settled with GT's, Honest Tea*, BevNet.com, Nov. 8, 2011.  Available at http://www.bevnet.com/news/2011/kombucha-class-action-suits-settled-with-gts-honest-tea (last accessed December 26, 2019).
[7] Tom Foster, *Meet the King of Kombucha*, Inc., March 2015.  Available at http://www.inc.com/magazine/201503/tom-foster/the-king-of-kombucha.html (last accessed December 26, 2019).

---

Strawberry Serenity, and Original. The alcohol by volume content of these samples ranged between 0.59 -1.40 percent alcohol by volume. Then, in September 2019, BDAS tested the alcohol by volume content of the following flavors of Defendant's Enlightened Kombucha: Gingerberry, Strawberry Serenity, Watermelon Wonder, Passionberry Bliss, Guava Goddess, Pink Lady Basil, Trilogy, Lavender Love, Heart Beet, Tantric Tumeric, Gingerade, Original, Hibiscus Ginger, Cayennade, Lemonade, Multi-Green, Raspberry Chia, Cosmic Cranberry, and Mystic Mango. The alcohol by volume content of these samples ranged between 0.71 and 2.21 percent alcohol by volume. At the time of the testing, none of the products had passed their stated expiration date. Not a single product tested was below the federally mandated 0.5 percent alcohol by volume limit.

36.    In September 2019, BDAS also tested all of the same samples of Enlightened Kombucha (as discussed above) to determine the beverages' sugar content. BDAS's test results showed that Enlightened Kombucha beverages contain more than 15 percent more sugar than declared on the beverages' labels.

37.    Multiple other independent laboratories have tested Defendant's Enlightened Kombucha products and have seen nearly identical results. For instance, in February 2019, Blake Ebersole, one of the foremost experts in kombucha alcohol testing in the United States, tested 29 samples of Defendant's Enlightened Kombucha products using AOAC Official Method of Analysis AOAC 2016.12, a gas chromatography with flame ionization detection (GC-FID) with headspace autosampling methodology, run by Covance-Eurofins Laboratory. Mr. Ebersole found that "[a]ll 29 [Enlightened Kombucha] samples tested contained greater than 0.5 percent alcohol by volume (% ABV), with results ranging from 0.64 – 1.85% ABV. This is between 28% and 370% higher than the legal limit of 0.5% ABV." A copy of Mr. Ebersole's declaration, which discusses his testing methodology and results, as attached to the Complaint as Exhibit 2.

38.     Mr. Ebersole also "conducted testing in December 2015 and July 2016 using the same analytical method (AOAC 2016.12) at Covance on 21 [Enlightened Kombucha] samples. All 21 [Enlightened Kombucha] samples contained greater than 0.5% ABV, ranging from 1.09 – 1.96% ABV. This is between 218 and 392% higher than the legal limit of 0.5% ABV." *See* Exhibit 2, at ¶ 12(b).

39.     Mr. Ebersole also "conducted testing in March 2016 within a method verification and round-robin study that yielded four candidate methods from three laboratories (including the headspace GC-FID method). [Mr. Ebersole] found consistency in results among the laboratories on four [Enlightened Kombucha] samples that all contained greater than 0.5% ABV. In this round of testing, alcohol in [Enlightened Kombucha] ranged from 1.27-1.51% ABV. This is between 254 and 302% higher than the legal limit of 0.5% ABV." *See* Exhibit 2, at ¶ 12(c).

40.     For all of Mr. Ebersole's testing, the samples were purchased directly from retailers' refrigerated shelves, from non-alcoholic beverage refrigerated sections of the stores that were separate from the alcoholic beverage sections. The samples were not expired. Samples were transported in refrigerated conditions, ensuring that the samples were kept cold at all times. *See* Exhibit 2, at ¶¶ 35-40, 61-72.

41.     Mr. Ebersole also reported that Enartis Vinquiry conducted testing of 46 bottles of Enlightened Kombucha in 2017 and 2018 using GC-FID. "The samples contained an average of 1.16% ABV, ranging from 0.60 to 2.05%." *See* Exhibit 2, at ¶ 12(d).

42.     Mr. Ebersole also reported that these results "for alcohol in [Enlightened Kombucha] are consistent with results independently reported by others in the published literature:"

For example, in 2015 John Edwards, Ph.D. from Process NMR Associates analyzed three samples of [Enlightened Kombucha] in 2015 using a nuclear

magnetic resonance method.  He found all three samples had alcohol levels higher than 0.5% ABV, ranging from 1.23-1.40 % ABV, reflecting alcohol levels 246%-280% higher than the 0.5% limit.  In 2017, Daniel Armstrong, Ph.D. and colleagues at the University of Texas analyzed eight samples of [Enlightened Kombucha] using headspace GC-FID, and found they all exceeded 0.5% alcohol, reporting a range of 1.1%-1.8% ABV in the drinks. This reflects an amount that is 220%-360% higher than the 0.5% ABV limit for non-alcoholic beverages.

**Every Enlightened Kombucha Bottle Violates A Host of Federal and State Laws Regulating The Labeling Of Alcoholic Beverages**

43.     Prior to a recent update, the Alcohol and Tobacco Tax and Trade Bureau's website stated that "TTB's initial testing of kombucha in the marketplace reveals that many of these products contain at least 0.5 percent alcohol by volume. These products are alcohol beverages and are consequently subject to regulation."[8] The TTB stated that its "primary concern is to ensure that consumers are not misled about the nature of alcohol beverage products that might be marketed as non-alcoholic beverages.  It is important that consumers are adequately informed about the nature of these products."

44.     The TTB's current website shows that the concern over alcohol in kombucha beverages persists.  "Some kombucha products contain 0.5% or more alcohol by volume.  These products are alcohol beverages ... It is important to note that regardless of the alcohol content of the finished beverage, when kombucha reaches 0.5% alcohol or more by volume at any time during the production process, it must be produced on a TTB-qualified premises and is subject to TTB regulation. Thus, for example, a producer of a kombucha-style beer that reaches an alcohol content of 1.2% alcohol by volume during production must qualify as a brewer and

---

[8] https://web.archive.org/web/20150818084444/http://www.ttb.gov/faqs/kombucha-faqs.shtml

comply with TTB regulations in 27 CFR part 25, even if the finished product is a non-alcoholic beverage (containing less than 0.5% alcohol by volume)."[9]

45.     According to the TTB, "[e]ven though a kombucha beverage may have less than 0.5% alcohol by volume at the time of bottling, fermentation may continue in the bottle after it leaves the production facility, depending on how the kombucha beverage is made and stored.  As a result, the alcohol content may increase to 0.5% or more alcohol by volume.  Such a product is an alcohol beverage, which is subject to the laws and regulations governing the production, taxation, labeling, marketing, and distribution of alcohol beverages."[10]

46.     The TTB makes clear that distributors and manufacturers (such as Defendant) cannot escape liability for failing to include the required alcohol warning statement even if the beverages become alcoholic *after* they are sold downstream to retailers or consumers that fail to refrigerate the beverages.  "Refrigeration of the product is not an adequate method of ensuring that the alcohol content will not increase while in the original container after removal because, among other things, you cannot control whether the product will be refrigerated after removal."[11]

47.     In the Frequently Asked Questions portions of its website, the TTB explains in a series of questions and answers the various labeling requirements kombucha beverages must meet if they have more than 0.5 percent alcohol by volume.  One of the questions is "Are kombucha containers required to bear a health warning statement?"  The TTB answers, "Yes, if the kombucha beverage contains 0.5 percent or more alcohol by volume.  The container of any alcohol beverage sold or distributed in the United States with an alcohol content of 0.5 percent or more must bear the health warning statement required by the Alcoholic Beverage Labeling Act of 1988," citing 27 C.F.R. § 16.  In turn, 27 C.F.R. § 16.10 defines "Alcoholic

---

[9] https://www.ttb.gov/kombucha/kombucha-general#testing
[10] *Id.*
[11] *Id.*

beverage" as "any beverage in liquid form which contains not less than one-half of one percent (.5%) of alcohol by volume and is intended for human consumption." 27 C.F.R. § 16.20 goes on to state that "no person shall bottle for sale or distribution in the United States any alcoholic beverage unless the container of such beverage bears the health warning statement required by § 16.21."

48.     27 C.F.R. § 16.21 states that "[t]here shall be stated on the brand label or separate front label, or on a back or side label, separate and apart from all other information, the following statement: GOVERNMENT WARNING: (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems."  The labels of Enlightened Kombucha do not bear this warning.

49.     Within the past year, the TTB's website has also stated that certain "beers," including kombucha products, "that [are] made without both malted barley and hops .... must ... comply with FDA labeling requirements.  Such products are still subject to the marking requirements of the IRC and the health warning statement requirements of ABLA."[12]  The FDA clarifies that such alcoholic beverages are subject to the nutrition labeling requirements set out at 21 C.F.R. 101.9, and the general requirements of 21 C.F.R. 101.3 and 21 C.F.R. 101.4.[13]  Because Enlightened Kombucha is "made without both malted barley and hops," Enlightened Kombucha is also subject to the general nutrition labeling requirements set out by the FDA.  Accordingly, the labels of Enlightened Kombucha are subject to the "false and misleading" standard of 21 U.S.C. § 343(a)(1) and the corresponding state law

---

[12]https://web.archive.org/web/20180726103232/https://www.ttb.gov/kombucha/kombucha-general.shtml (last accessed November 15, 2019).
[13] U.S. Food and Drug Administration, *Guidance for Industry: Labeling of Certain Beers Subject to the Labeling Jurisdiction of the Food and Drug Administration*, December 2014.  Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/guidance-industry-labeling-certain-beers-subject-labeling-jurisdiction-food-and-drug-administration (last accessed November 15, 2019).

counterparts that track the federal standards. *See, e.g.*, Cal. Health & Safety Code § 110100 ("All food labeling regulations and any amendments to those regulations adopted pursuant to the federal act … shall be the food labeling regulations of this state."); 1 N.Y.C.R.R. § 259.1 (same). Because Enlightened Kombucha contains alcohol above 0.5 percent by volume, it is misbranded under the FDA's labeling requirements, and the corresponding state law counterparts that track the federal standards.

50. Defendant's sale and marketing of Enlightened Kombucha as a non-alcoholic beverage also violates a host of State consumer health and safety regulations. For example, California Health & Safety Code Section 25249.2 provides that "[n]o person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproductive toxicity without first giving clear and reasonable warning to such individual, except as provided in Section 25249.10." The method of warning should be a warning that appears on the product's label. *See* 27 Cal. Code of Reg. § 25603(c). Pursuant to Proposition 65, the Safe Drinking Water and Toxic Enforcement Act ("Proposition 65"), California recognizes "Ethyl alcohol in alcoholic beverages" as a chemical known to cause reproductive toxicity. 27 Cal. Code of Reg. § 27001(c). "Alcoholic beverage" includes "every liquid or solid containing alcohol, spirits, wine, or beer, and which contains one-half of one percent or more of alcohol by volume and which is fit for beverage purposes either alone or when diluted, mixed, or combined with other substances." *Consumer Cause, Inc. v. Arkopharma, Inc*. (2003) 106 Cal. App. 4th 824, 829 (citing Cal. Bus. & Prof. Code § 23004). Because Enlightened Kombucha in fact contains "one-half of one percent or more of alcohol by volume," but the labels do not bear the appropriate warning, the products violate Proposition 65. A warning statement identical to the one

prescribed by 27 C.F.R. § 16.21 would suffice to comply with the law and to notify consumers.

51.     Under federal law, Defendant cannot turn a blind eye to what happens to Enlightened Kombucha products after they leave Defendant's facilities. Considering that Defendant has repeatedly been caught selling kombucha beverages that contained elevated amounts of alcohol, Plaintiff alleges on information and belief that Defendant knowingly and willfully distributes Enlightened Kombucha in violation of Federal and State laws that require such beverages to contain the government warning, as set out above.

52.     Defendant's sale and marketing of Enlightened Kombucha as non-alcoholic, low sugar beverages, by omitting to disclose their true content, is highly misleading to a reasonable consumer, including Plaintiffs.  Because Enlightened Kombucha does not include the required warnings concerning the significant presence of alcohol, consumers, including Plaintiffs, are led to believe that the products are safe to consume when driving a car, operating machinery, and taking with potentially a deadly cocktail of incompatible medications.

53.     Defendant made, and continues to make, unlawful and misleading claims on the labels of Enlightened Kombucha that are prohibited by identical federal and state laws, and which render these products misbranded.  Under federal and state law, Enlightened Kombucha cannot legally be manufactured, distributed, held, or sold.

54.     Defendant's unwillingness to treat the 0.5 alcohol by volume threshold seriously can be seen through Defendant's C.E.O.'s statements in 2010 concerning being forced to release the Enlightened line due to the recall.  Defendant's C.E.O. stated in an interview:

The whole .5% alcohol threshold is so arbitrary.  It's acting like .4% is not going to do anything but .6% is gonna get you wasted.  It's not.  A lot of these

laws and regulations were created in the 1920's.  You can get more alcohol in your system from mouthwash, cough syrup, vanilla extract, cooking wine, an herbal tincture or a dozen other products…It's a little distorted.[14]

In another interview given around the same time, Defendant's C.E.O. stated:

Most of these laws [regarding alcohol content of store-sold beverages] were written around the prohibition period, and the .5 percent threshold is very arbitrary – **there is really no difference with a product that is slightly below or above**…Our long-term goal is to change legislation, a mission that will take some time.  **We are being asked to control something that is out of our control**…That's why it was a confusing time.[15]

(emphasis added).  But whatever long-term goals Defendant may have about changing legislation are irrelevant to the fact that the 0.5 alcohol by volume threshold is the law of the land.  There is a very big difference between a beverage under and over this limit, as underscored throughout federal and state law in this field going back to the 1930's, the fall of prohibition, and before.  One is lawful and the other is not.  Further, as discussed above, the Enlightened line is not "slightly" above the legal limit.  In fact, many, if not most, of the beverages in the Enlightened line are at least double the legal limit, with some reaching over four times the legal limit.  If the natural fermentation of the Enlightened line, such that the beverages become more alcoholic than permitted by law, is "something that is out of [Defendant's] control," Defendant cannot and should not sell the products.

55.     Defendant's marketing of the Enlightened line as the non-alcoholic version of its Classic line is highly misleading to a reasonable consumer.  Because

---

[14] Kombuchakamp.com, *GT Dave – Exclusive Interview*, 2010.  Available at https://www.kombuchakamp.com/update-gts-original-enlightened-kombucha-on-the-way-will-stay-raw-and-true-to-ourselves (last accessed on November 15, 2019).
[15] Kelly Green, *What Happened to GT Dave's Kombucha?*, Phoenix New Times, Oct. 21, 2010.  Available at http://www.phoenixnewtimes.com/restaurants/what-happened-to-gt-daves-kombucha-6533129 (last accessed on November 15, 2019).

the Enlightened products omit the appropriate warnings and are sold to consumers of all ages, consumers, including Plaintiffs, are led to believe that the products are safe to consume when driving a car or operating machinery and pose no safety concerns. Like any other forms of alcohol, Enlightened Kombucha may in fact cause health problems, is not safe to consume while driving or operating machinery, and may increase the chance of birth defects if consumed during pregnancy.  For these reasons, Enlightened Kombucha must bear the government warning mandated by 27 C.F.R. § 16.21 and is misbranded under State and Federal law.

56.     Defendant made, and continues to make, unlawful and misleading claims on the labels of Enlightened Kombucha that are prohibited by identical federal and state laws, and which render these products misbranded.  Under federal and state law, Enlightened Kombucha cannot legally be manufactured, distributed, held, or sold.

## CLASS REPRESENTATION ALLEGATIONS

57.     Plaintiffs bring this action as a class action under Federal Rule of Civil Procedure 23 on behalf of a Class consisting of all persons in the United States who, between February 28, 2017 and the date that class notice is disseminated, purchased Enlightened Kombucha.

58.     Plaintiffs Weiler and Sharpe also seek to represent a subclass defined as all members of the Class who purchased Enlightened Kombucha in California (the "California Subclass").

59.     Plaintiffs Leder and DiGennaro also seek to represent a subclass defined as all members of the Class who purchased Enlightened Kombucha in New York (the "New York Subclass").

60.     Plaintiff Sharpe also seeks to represent a subclass defined as all members of the Class who purchased Enlightened Kombucha and were between the

ages of 18 to 21 (not including persons aged 21 or older, or under the age of 18) at the time of purchase (the "Under 21 Subclass").

61.     Plaintiffs reserve the right to amend or modify the Class definition with greater specificity or further division into subclasses or limitation to particular issues as discovery and the orders of this Court warrant.

62.     Excluded from the Class are the Defendant, the officers and directors of the Defendant at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendant has or had a controlling interest.

63.     Also excluded from the Class are persons or entities that purchased Enlightened Kombucha for purposes of resale.

64.     Plaintiffs are members of the Class they seek to represent.

65.     Defendant sell hundreds of thousands, if not millions, of bottles of Enlightened Kombucha.  Enlightened Kombucha is available in major supermarkets nationwide, including in California and New York.  Accordingly, members of the Class are so numerous that their individual joinder herein is impracticable.  The precise number of Class members and their identities are unknown to Plaintiffs at this time but may be determined through discovery.  Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendant, third party retailers, and vendors.

66.     Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members.  Common legal and factual questions include, but are not limited to whether Enlightened Kombucha is misbranded, and whether the labeling, marketing and promotion of Enlightened Kombucha is false and misleading.

67.     The claims of the named Plaintiffs are typical of the claims of the Class in that the named Plaintiffs were exposed to and relied on Defendant's false,

misleading and misbranded labels (and were influenced by the material omissions on the labels), purchased Enlightened Kombucha, and suffered losses as a result of those purchases.

68.     Plaintiffs are adequate representatives of the Class because their interests do not conflict with the interests of the Class members they seek to represent, they have retained competent counsel experienced in prosecuting class actions, and they intend to prosecute this action vigorously.  The interests of Class members will be fairly and adequately protected by Plaintiffs and their counsel.

69.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of the Class members.  Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability.  Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## COUNT I

### Violation Of California's Consumers Legal Remedies Act,
### California Civil Code §§ 1750, et seq.

70.     Plaintiffs hereby incorporate by reference the allegations contained in all preceding paragraphs of this complaint.

71.    Plaintiffs bring this claim individually and on behalf of members of the proposed Class against Defendant.  Plaintiffs Weiler and Sharpe also bring this claim individually and on behalf of members of the proposed California Subclass against Defendant.  Plaintiff Sharpe also brings this claim individually and on behalf of members of the proposed Under 21 Subclass.

72.    Plaintiffs and Class members are consumers who purchased Enlightened Kombucha for personal, family or household purposes.  Plaintiffs and the Class are "consumers" as that term is defined by the CLRA in Cal. Civ. Code § 1761(d).

73.    The Enlightened Kombucha that Plaintiffs and Class members purchased from Defendant were "goods" within the meaning of Cal. Civ. Code § 1761(a).

74.    Defendant's actions, representations, and conduct have violated, and continue to violate the CLRA, because they extend to transactions that intended to result, or which have resulted in, the sale of goods to consumers.

75.    Defendant's marketing and labeling of Enlightened Kombucha as a non-alcoholic beverage, and the omission or absence of the government mandated warning for alcoholic beverages, makes such advertising false and misleading to a reasonable consumer, including Plaintiffs, because Enlightened Kombucha in fact contains above 0.5 percent alcohol by volume, making the product an alcoholic beverage that must bear the appropriate warning under state and federal law. Further, the lack of appropriate warning on the labels of Enlightened Kombucha, in addition to the fact that the beverage is sold to persons under 21 years of age, is a serious health hazard to consumers because uninformed consumers purchase the products before driving a vehicle, operating machinery, and during pregnancy.  The omission and lack of appropriate warning and disclaimers is further a health hazard because the beverages are unwittingly consumed by persons struggling with alcohol

addiction.  Without the appropriate warning and notice that the beverage is alcoholic, Enlightened Kombucha is an unreasonably dangerous product that is unfit for sale.

76.     Further, Defendant's omission on the beverages' labels that Enlightened Kombucha contains at least 15 percent more sugar than listed on the labels makes such advertising false and misleading to a reasonable consumer, including Plaintiffs. The excess amount of sugar in the beverages also makes Enlightened Kombucha less healthy than advertised.

77.     California's Consumers Legal Remedies Act, Cal. Civ. Code § 1770(a)(5), prohibits "[r]epresenting that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he or she does not have."  By engaging in the conduct set forth herein, Defendant violated and continues to violate Section 1770(a)(5) of the CLRA, because Defendant's conduct constitutes unfair methods of competition and unfair or fraudulent acts or practices, in that Defendant misrepresents the particular characteristics, benefits and quantities of the goods.

78.     Cal. Civ. Code § 1770(a)(7) prohibits representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another.  By engaging in the conduct set forth herein, Defendant violated and continues to violate Section 1770(a)(7) of the CLRA, because Defendant's conduct constitutes unfair methods of competition and unfair or fraudulent acts or practices, in that Defendant misrepresents the particular standard, quality or grade of the goods.

79.     Cal. Civ. Code § 1770(a)(9) further prohibits "[a]dvertising goods or services with intent not to sell them as advertised."  By engaging in the conduct set forth herein, Defendant violated and continues to violate Section 1770(a)(9), because Defendant's conduct constitutes unfair methods of competition and unfair or

fraudulent acts or practices, in that Defendant advertises goods with the intent not to sell the goods as advertised.

80.     Plaintiffs and the Class acted reasonably when they purchased Enlightened Kombucha based on their belief that Defendant's representations were accurate, true and lawful.

81.     Plaintiffs and the Class suffered injuries caused by Defendant because (a) they would not have purchased Enlightened Kombucha absent Defendant's omission of a government warning concerning the product's alcohol content; (b) they would not have purchased Enlightened Kombucha on the same terms absent Defendant's representations and omissions; (c) they paid a price premium for Enlightened Kombucha due to Defendant's misrepresentations and omissions; and (d) Enlightened Kombucha did not have the characteristics, benefits, or quantities as promised.

82.     More than thirty-days prior to filing this action, CLRA notice letters were served on Defendant which comply in all respects with California Civil Code § 1782(a).  Plaintiffs, collectively, on behalf of themselves and the proposed Class, served letters via certified mail, return receipt requested, advising Defendant that it is in violation of the CLRA and demanding that it cease and desist from such violations and make full restitution by refunding the monies received therefrom.  True and correct copy of Plaintiffs' letters are attached hereto as Exhibits 3 and 4.

83.     Wherefore, Plaintiffs seek damages, restitution, and injunctive relief for these violations of the CLRA.

## COUNT II
### Violation Of California's Unfair Competition Law,
### California Business & Professions Code §§ 17200, et seq.

84.     Plaintiffs hereby incorporate by reference the allegations contained in all preceding paragraphs of this complaint.

85.     Plaintiffs bring this claim individually and on behalf of the members of the proposed Class against Defendant.

86.     Plaintiff Weiler and Sharpe also bring this claim individually and on behalf of members of the proposed California Subclass against Defendant.  Plaintiff Sharpe also brings this claim individually and on behalf of members of the proposed Under 21 Subclass.

87.     Defendant is subject to California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  The UCL provides, in pertinent part: "Unfair competition shall mean and include unlawful, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertising …."

88.     Defendant's marketing and labeling of Enlightened Kombucha as a non-alcoholic beverage, and the omission and absence of the government mandated warning for alcoholic beverages, makes such advertising false and misleading to a reasonable consumer, including Plaintiffs, because Enlightened Kombucha in fact contains above 0.5 percent alcohol by volume, making the product an alcoholic beverage that must bear the appropriate warning under state and federal law. Further, the lack of appropriate warning on the labels of Enlightened Kombucha, in addition to the fact that the beverage is sold to persons under 21 years of age, is a serious health hazard to consumers because uninformed consumers purchase the products before driving a vehicle, operating machinery, and during pregnancy.  The lack of appropriate warning and disclaimers is further a health hazard because the beverages are unwittingly consumed by persons struggling with alcohol addiction. Without the appropriate warning and notice that the beverage is alcoholic, Enlightened Kombucha is an unreasonably dangerous product that is unfit for sale.

89.     Further, Defendant's omissions on the beverages' labels that Enlightened Kombucha contains at least 15 percent more sugar than listed on the labels makes such advertising false and misleading to a reasonable consumer,

including Plaintiffs.  The excess amount of sugar in the beverages also makes Enlightened Kombucha less healthy than advertised.

90.    Defendant's business practices, described herein, violated the "unlawful" prong of the UCL by violating Section 403(r) of the FDCA [21 U.S.C. 343(r)(1)(a)], California Health & Safety Code § 110670, 27 C.F.R. § 16, California Health & Safety Code Section 25249.2, the CLRA, the FAL and other applicable law as described herein.

91.    Defendant's business practices, described herein, violated the "unfair" prong of the UCL in that their conduct is substantially injurious to consumers, offends public policy, and is immoral, unethical, oppressive, and unscrupulous, as the gravity of the conduct outweighs any alleged benefits.  Defendant's advertising is of no benefit to consumers, and has been declared misleading and harmful to consumers by the TTB and the FDA.  Creating consumer confusion regarding the amount of sugar and alcohol in Enlightened Kombucha is of no benefit to consumers.  Defendant's advertising of Enlightened Kombucha as the non-alcoholic version of Millennium's "Classic" line and the fact that the labels of Enlightened Kombucha do not bear the requisite government warnings concerning the presence of significant amounts of alcohol causes the products to pose a threat to public health, safety, and morality.  Consumers are unwittingly purchasing and consuming Enlightened Kombucha products prior to driving a car or operating machinery and while pregnant or under 21 years of age.  Such practices are of no benefit to consumers.

92.    Defendant violated the "fraudulent" prong of the UCL through omitting the required government warning concerning alcohol and selling the products alongside non-alcoholic beverages when, in fact, the products contain a substantial amount of alcohol.  Defendant also violated the fraudulent prong by omitting the fact

that Enlightened Kombucha contains at least 15 percent more sugar than listed on the products' labels.

93.    Plaintiffs and the Class acted reasonably when they purchased Enlightened Kombucha based on their belief that Defendant's representations were not misleading, true and lawful.

94.    Plaintiffs and the Class lost money or property as a result of Defendant's UCL violations because (a) they would not have purchased Enlightened Kombucha absent Defendant's omission of a government warning concerning the product's alcohol content; (b) they would not have purchased Enlightened Kombucha on the same terms absent Defendant's representations and omissions; (c) they paid a price premium for Enlightened Kombucha due to Defendant's misrepresentations and omissions; and (d) Enlightened Kombucha did not have the characteristics, benefits, or quantities as promised.

## COUNT III

### Violation Of California's False Advertising Law,
### California Business & Professions Code §§ 17500, et seq.

95.    Plaintiffs hereby incorporate by reference the allegations contained in all preceding paragraphs of this complaint.

96.    Plaintiffs bring this claim individually and on behalf of the members of the proposed Class against Defendant.

97.    Plaintiffs Weiler and Sharpe also bring this claim individually and on behalf of the members of the proposed California Subclass against Defendant. Plaintiff Sharpe also brings this claim individually and on behalf of members of the proposed Under 21 Subclass.

98.    California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*, makes it "unlawful for any person to make or disseminate or cause to be made or disseminated before the public in this state, ... in any advertising device ... or

in any other manner or means whatever, including over the Internet, any statement, concerning ... personal property or services, professional or otherwise, or performance or disposition thereof, which is untrue or misleading and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

99.   Defendant engaged in a scheme of offering misbranded bottles of Enlightened Kombucha for sale to Plaintiffs and the Class members by way of product packaging, labeling, and other promotional materials.  These materials misrepresented and/or omitted the true content and nature of the misbranded bottles of Enlightened Kombucha.  Defendant's advertisements, labeling, and inducements were made in and originated from California and come within the definition of advertising as contained in Bus. & Prof. Code § 17500, *et seq*. in that the product packaging, labeling, and promotional materials were intended as inducements to purchase Enlightened Kombucha, and are statements disseminated by Defendant to Plaintiffs and Class members.  Defendant knew that these statements were unauthorized, inaccurate, and misleading.

100.   Further, Defendant's marketing and labeling of Enlightened Kombucha as a non-alcoholic beverage, and the absence of the government mandated warning for alcoholic beverages, makes such advertising false and misleading to a reasonable consumer, including Plaintiffs, because Enlightened Kombucha in fact contains above 0.5 percent alcohol by volume, making the product an alcoholic beverage that must bear the appropriate warning under state and federal law.  Further, the lack of appropriate warning on the labels of Enlightened Kombucha, in addition to the fact that the beverage is sold to persons under 21 years of age, is a serious health hazard to consumers because consumers purchase the products before driving a vehicle, operating machinery, and during pregnancy.  The lack of appropriate warning and disclaimers is further a health hazard because the beverages are unwittingly

consumed by persons struggling with alcohol addiction.  Without the appropriate warning and notice that the beverage is alcoholic, Enlightened Kombucha is an unreasonably dangerous product that is unfit for sale.

101.   Further, Defendant's omission on the beverages' labels that Enlightened Kombucha contains at least 15 percent more sugar than listed on the products' labels makes such advertising false and misleading to a reasonable consumer, including Plaintiffs.  The excess amount of sugar in the beverages also makes Enlightened Kombucha less healthy than advertised.

102.   Defendant violated § 17500, *et seq*. by misleading Plaintiffs and the Class to believe that Enlightened Kombucha is a non-alcoholic beverage when, in fact, it contains a substantial amount of alcohol, and by omitting the true amount of sugar in the beverages.

103.   Defendant knew or should have known, through the exercise of reasonable care that Enlightened Kombucha was and continues to be misbranded, and that their omissions about the sugar and alcohol content of the beverages were unauthorized, inaccurate, and misleading.  Defendant also knew or should have known, through the exercise of reasonable care that Enlightened Kombucha is an alcoholic beverage and that Defendant's omissions are misleading.

104.   Plaintiffs and the Class lost money or property as a result of Defendant's FAL violation because (a) they would not have purchased Enlightened Kombucha absent Defendant's omission of a government warning concerning the product's alcohol content; (b) they would not have purchased Enlightened Kombucha on the same terms absent Defendant's representations; (c) they paid a price premium for Enlightened Kombucha due to Defendant's misrepresentations and omissions; and (d) Enlightened Kombucha did not have the characteristics, benefits, or quantities as promised.

# COUNT IV

## Violation of New York's Deceptive and Unfair Trade Practices Act, New York General Business Law § 349, et seq.

105.   Plaintiffs DiGennaro and Leder hereby incorporate by reference the allegations contained in all preceding paragraphs of this complaint.

106.   Plaintiffs DiGennaro and Leder bring this claim individually and on behalf of the members of the proposed New York Subclass against both Defendants.

107.   Any person who has been injured by reason of any violation of the NY GBL § 349 may bring an action in her own name to enjoin such unlawful act or practice, an action to recover her actual damages or fifty dollars, whichever is greater, or both such actions.  The court may, in its discretion, increase the award of damages to an amount not to exceed three times the actual damages up to one thousand dollars, if the court finds the Defendant willfully or knowingly violated this section.  The court may award reasonable attorney's fees to a prevailing plaintiff.

108.   Defendant's marketing and labeling of Enlightened Kombucha as a non-alcoholic beverage, and the absence of the government mandated warning for alcoholic beverages, makes such advertising false and misleading to a reasonable consumer, including Plaintiffs, because Enlightened Kombucha in fact contains above 0.5 percent alcohol by volume, making the product an alcoholic beverage that must bear the appropriate warning under state and federal law.  Further, the lack of appropriate warning on the labels of Enlightened Kombucha, in addition to the fact that the beverage is sold to persons under 21 years of age, is a serious health hazard to consumers because uninformed consumers purchase the products before driving a vehicle, operating machinery, and during pregnancy.  The lack of appropriate warning and disclaimers is further a health hazard because the beverages are unwittingly consumed by persons struggling with alcohol addiction.  Without the appropriate warning and notice that the beverage is alcoholic, Enlightened

---

CLASS ACTION COMPLAINT                                                    34

Kombucha is an unreasonably dangerous product that is unfit for sale.  Defendant's
failure to comply with FDCA and parallel New York labeling requirements and
deceptive advertising concerning the alcohol content of Enlightened Kombucha
offends the public policy advanced by the Act "to protect the public health" by
ensuring that "foods are safe, wholesome, sanitary, and properly labeled."  21 U.S.C.
§ 393(b)(2)(A).  Accordingly, Defendant's practices are unfair, deceptive,
misleading and are in violation of N.Y. Agriculture and Markets Law § 201 in that
Enlightened Kombucha is misbranded.

109.   Further, Defendant's omissions on the beverages' labels that
Enlightened Kombucha contains at least 15 percent more sugar than listed on the
products' labels makes such advertising false and misleading to a reasonable
consumer, including Plaintiffs.  The excess amount of sugar in the beverages also
makes Enlightened Kombucha less healthy than advertised.  Defendant's failure to
comply with FDCA and parallel New York labeling requirements and deceptive
advertising concerning the sugar content of Enlightened Kombucha offends the
public policy advanced by the Act "to protect the public health" by ensuring that
"foods are safe, wholesome, sanitary, and properly labeled."  21 U.S.C. §
393(b)(2)(A).  Accordingly, Defendants' practices are unfair, deceptive, misleading
and are in violation of N.Y. Agriculture and Markets Law § 201 in that Enlightened
Kombucha is misbranded.

110.   The foregoing deceptive acts and practices were directed at consumers.

111.   The foregoing deceptive acts and practices are misleading in a material
way because they fundamentally misrepresent the characteristics of Enlightened
Kombucha to induce consumers to purchase same.

112.   Plaintiffs DiGennaro and Leder and the New York Subclass members
suffered a loss as a result of Defendant's deceptive and unfair trade acts.
Specifically, as a result of Defendant's deceptive and unfair trade acts and practices,

Plaintiffs DiGennaro and Leder and the New York Subclass members suffered monetary losses associated with the purchase of Enlightened Kombucha because (a) they would not have purchased Enlightened Kombucha absent Defendant's omission of a government warning concerning the product's alcohol content; (b) they would not have purchased Enlightened Kombucha on the same terms absent Defendant's representations and omissions; (c) they paid a price premium for Enlightened Kombucha due to Defendant's misrepresentations and omissions; and (d) Enlightened Kombucha did not have the characteristics, benefits, or quantities as promised.

## COUNT V

## Breach of Express Warranty

113.   Plaintiffs bring this claim individually and on behalf of the members of the proposed Class (and all of the Subclasses) against Defendant.

114.   In connection with the sale of Enlightened Kombucha, Defendant issues an express warranty that Enlightened Kombucha contains 15 percent less sugar (listed in explicit grams of sugar per serving) than is actually present in the beverages.

115.   Defendant's affirmation of fact and promise on Enlightened Kombucha's labels that the products contained at least 15 percent less sugar than actually present in the beverages became part of the basis of the bargain between Defendant and Plaintiffs and Class members, thereby creating express warranties that the products would conform to Defendant's affirmation of fact, representations, promise, and description.

116.   Defendant breached its express warranty because Enlightened Kombucha in fact contains at least 15 percent more sugar than promised on the labels.  In short, Enlightened Kombucha does not live up to Defendant's express warranty.

117.   Plaintiffs and the Class members were injured as a direct and proximate result of Defendant's breach because: (a) they would not have purchased Enlightened Kombucha if they had known the true facts; (b) they paid for Enlightened Kombucha due to the mislabeling of the products; (c) they would not have purchased Enlightened Kombucha on the same terms if they had known the true facts; (d) they paid a price premium for Enlightened Kombucha due to Defendant's false warranties and affirmations of fact; and (e) Enlightened Kombucha did not have the characteristics or qualities as promised.

118.   Plaintiffs served Defendant with written notice of Defendant's breach of warranties at least 30 days prior to the filing of the Complaint.

## COUNT VI

### Breach of Implied Warranty of Merchantability

119.   Plaintiffs bring this claim individually and on behalf of the members of the proposed Class (and all of the Subclasses) against Defendant.

120.   The Uniform Commercial Code § 2-314 provides that, unless excluded or modified, a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind. To be "merchantable," goods must, *inter alia*, "run, within the variations permitted by the agreement, of even kind, quality and quantity within each unit and among all units involved," "are adequately contained, packaged, and labeled as the agreement may require," and "conform to the promise or affirmations of fact made on the container or label if any."

121.   Defendant, through their acts and omissions set forth herein, in their sale, marketing, and promotion of Enlightened Kombucha, impliedly warranted that (a) Enlightened Kombucha was a non-alcoholic beverage that could be lawfully purchased and safely consumed by anyone; and that (b) Enlightened Kombucha was a low-sugar beverage.

122.    Defendant was a merchant with respect to the goods of this kind which were sold to Plaintiffs and the Class, and there was in the sale to Plaintiffs and other consumers an implied warranty that those goods were merchantable.

123.    However, Defendant breached that warranty implied in the contract for the sale of Enlightened Kombucha in that the products do not contain the "quality and quantity" of kombucha beverages as impliedly warranted, and because Enlightened Kombucha do not conform to the promises made on their labels, as described herein.  Defendant also breached that implied warranty because Enlightened Kombucha is an unreasonably dangerous product that cannot be used or sold without the necessary government warnings concerning alcohol.

124.    As a result of Defendant's conduct, Plaintiffs and the Class did not receive goods as impliedly warranted by Defendant to be merchantable in that they did not conform to the promises and affirmations made on the container or label of the goods and because the goods were unreasonably dangerous and could not be used.

125.    Plaintiffs and the Class members were injured as a direct and proximate result of Defendant's breach because: (a) they would not have purchased Enlightened Kombucha if they had known the true facts; (b) they paid for Enlightened Kombucha due to Defendant's implied warranties; (c) they would not have purchased Enlightened Kombucha on the same terms if they had known the true facts; (d) they paid a price premium for Enlightened Kombucha due to Defendant's implied warranties; and (e) Enlightened Kombucha did not have the characteristics or qualities as impliedly warranted.

## COUNT VII

### Fraud

126.    Plaintiffs bring this claim individually and on behalf of the members of the proposed Class (and all Subclasses) against Defendant.

127.   As discussed above, Defendant failed to disclose material facts about Enlightened Kombucha, including by failing to include the government mandated alcohol warning on the products' labels and by failing to disclose the fact that the beverages contain at least 15 percent more sugar than listed on the products' labels. These omissions were made with knowledge that the labels are misleading.

128.   The omissions made by Defendant, upon which Plaintiffs and Class members reasonably and justifiably relied, were intended and actually induced Plaintiffs and Class members to purchase Enlightened Kombucha.

129.   The fraudulent actions of Defendant caused damage to Plaintiffs and Class members, who are entitled to damages and other legal and equitable relief as a result.

## COUNT VIII

### Unjust Enrichment

130.   Plaintiffs bring this claim individually and on behalf of the members of the proposed Class (and all Subclasses) against Defendant.

131.   Plaintiffs and members of the Class conferred benefits on Defendant by purchasing Enlightened Kombucha.

132.   Defendant has knowledge of such benefits.

133.   Defendant has been unjustly enriched in retaining the revenues derived from Plaintiffs' and Class members' purchases of Enlightened Kombucha.  Retention of those moneys under these circumstances is unjust and inequitable because Defendant misleadingly omitted the required government alcohol warning on the labels of Enlightened Kombucha and misrepresented and omitted the true amount of sugar in Enlightened Kombucha.  These misrepresentations caused injuries to Plaintiffs and members of the Class because they would not have purchased Enlightened Kombucha had the true facts been known.

134.   Because Defendant's retention of the non-gratuitous benefits conferred on them by Plaintiffs and members of the Class is unjust and inequitable, Defendant must pay restitution to Plaintiffs and members of the Class for their unjust enrichment, as ordered by the Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, seek judgment against Defendant, as follows:

a) For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiffs as representatives of the Class and Plaintiffs' attorneys as Class Counsel to represent the Class members;

b) For an order certifying the California Subclass under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiffs Weiler and Sharpe as representative of the California Subclass and Plaintiffs' attorneys as Class Counsel to represent the California Subclass members;

c) For an order certifying the New York Subclass under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiffs DiGennaro and Leder as representatives of the New York Subclass and Plaintiffs' attorneys as Class Counsel to represent the New York Subclass members;

d) For an order certifying the Under 21 Subclass under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff Sharpe as representative of the Under 21 Subclass and Plaintiffs' attorneys as Class Counsel to represent the Under 21 Subclass.

e) For an order declaring that Defendant's conduct violates the statutes referenced herein;

f) For an order finding in favor of Plaintiffs, the Class and the Subclasses on all counts asserted herein;

g) For compensatory and punitive damages in amounts to be determined by the Court and/or jury;

h) For prejudgment interest on all amounts awarded;

i) For an order of restitution and all other forms of equitable monetary relief;

j) For equitable or injunctive relief, including for restraining sales without truthful labeling, or as the Court may deem proper; and

k) For an order awarding Plaintiffs and the Class their reasonable attorneys' fees and expenses and costs of suit.

## **DEMAND FOR TRIAL BY JURY**

Plaintiffs demand a trial by jury of all issues so triable.


Dated: December 27, 2019         Respectfully submitted,


**BURSOR & FISHER, P.A.**

By:    */s/ Yeremey Krivoshey*
        Yeremey Krivoshey

L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
            ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512

CLASS ACTION COMPLAINT                                          41

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile:  (305) 676-9006
E-Mail:  scott@bursor.com

**WESTERMAN LAW CORP.**
Jeff Westerman (SBN 94559)
Ken Remson (SBN 153850)
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 698-7450
Facsimile:  (310) 775-0777
E-Mail:  jwesterman@jswlegal.com
          kremson@jswlegal.com

*Attorneys for Plaintiffs*

**EXHIBIT 1**

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## ABSTRACT AND STATEMENT

For briefing offers in compromise of liabilities and/or violations incurred under Chapters 32,51,52,53,68 and/or 78 of the Internal Revenue Code, and/or liabilities and/or violations incurred under the Federal Alcohol Administration Act.

| 1. OFFER SUBMITTED BY (Name and address) | OFFER IN COMPROMISE | |
|---|---|---|
| Millennium Products, Inc.<br>1248 W. 134th Street, #4<br>Gardena, California  90247 | 2. ORIGINATING OFFICE<br><br>California Field Office | 3. AMOUNT OF OFFER<br><br>$2,500.00 |
| | 4. PERMIT, LICENSE, OR REGISTRY NO. (If applicable)<br><br>N/A | 5. SYSTEM CONTROL NUMBER(S) |
| | 6. DOLLAR AMOUNT OF LIABILITY BEING COMPROMISED (if applicable)<br><br>$30,773.66 | |
| 7. TAXPAYER IDENTIFICATION NUMBER | | |

8. CHARGE
**VIOLATIONS:**

During the period April, 2004 through February, 2005, the proponent allegedly (1) produced 15,156 w.g. of herbal beverages that contained over 0.5% alcohol without having a basic permit, a violation of 27 U.S.C. 203(b)(1)&(2) and 27 CFR 24.106; (2) introduced product into interstate commerce without the proper labels, label approvals, marks, brands, packages and size and fill of containers, a violation of 27 U.S.C. 205(e) and 27 CFR 4.30-4.39; (3) distributed product without the government warning statement, a violation of 27 U.S.C. 215(a) and 27 CFR 16.21; and (4) removed product without paying excise tax, a violation of 26 U.S.C. 5041(a)&(b) and 27 CFR 24.270.

**BUSINESS IN WHICH ENGAGED:**
The proponent is in the business of producing herbal beverages.

**DATE OR PERIOD and LOCATION OF VIOLATIONS:**
The violations occurred during the period April, 2004 through February, 2005 at the proponent's premises located in Gardena, CA.

**AMOUNT AND TERMS OF OFFER:**
The proponent has submitted an offer of $2,500.00 in compromise of the above civil and criminal violations incurred under the Federal Alcohol Administration Act and Internal Revenue Code.

**RECOMMENDATIONS:**
The Director, Trade Investigations Division recommends acceptance of the offer.

(Continued on page(s)    )

9. I have considered the proposition to compromise the liability as charged herein, and, for the reasons embodied in the above abstract and statement, am of the opinion that it will be for the best interest of the United States to [X] ACCEPT   [ ] REJECT   the terms proposed.

| 10. SIGNATURE AND TITLE | 11. DATE |
|---|---|
| Assistant Administrator, Field Operations | 9-1-06 |

ATF F 5640.3 (10-94) PREVIOUS EDITIONS ARE OBSOLETE

**EXHIBIT 2**

Case 2:19-cv-10820-FMO-GJS    Document 150-3  Filed 12/27/19  Page 47 of 251   Page ID
Case 2:17-cv-07539-FMO-GJS    Document 150-3  Filed 12/15/19  Page 1 of 251   Page ID
#:3973

1   Stephen D. Weisskopf, Esq. (State Bar No. 213596)
    sweisskopf@levatolaw.com
2   Christopher E. Stiner, Esq. (State Bar No. 276033)
    cstiner@levatolaw.com
3   LEVATOLAW, LLP
    2029 Century Park East, Suite 2910
4   Los Angeles, California 90067
    Telephone: (310) 734-2026
5   Facsimile: (310) 421-4180

6   Michael L. Cohen, Esq. (State Bar No. 206253)
    cohen@mlcplclaw.com
7   Michael L. Cohen, A Professional Law Corporation
    2300 Westwood Boulevard, Suite 200
8   Los Angeles, CA 90064
    Telephone: (213) 413-6400
9   Facsimile: (213) 403-6405

10  Attorneys for Plaintiff
    TORTILLA FACTORY, LLC
11

12                    **UNITED STATES DISTRICT COURT**

13              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15  TORTILLA FACTORY, LLC,              Case No. 2:17-cv-07539-FMO-GJS

16                  Plaintiff,

17          vs.                         **DECLARATION OF BLAKE**
                                        **EBERSOLE**
18

19  GT'S LIVING FOODS, LLC, and DOES
    1-10,                               Judge: Fernando M. Olguin
20

21                  Defendants.

22

23

24

25

26

27

28
                                      1

1.    Tortilla Factory LLC retained me as an expert in chemical analytical testing of natural products. Tortilla Factory hired me to perform an analysis of ethanol and total sugars in GT's Enlightened Kombucha and Enlightened Synergy drinks (hereafter referred to as GT's Kombucha).  I make this declaration of my own personal knowledge and, if called as an expert witness, I could and would testify competently to the matters stated herein.

**Expert Qualifications**

2.    I am a scientific consultant and trained chemist with 14 years' experience in technical affairs and quality assurance of natural products, foods, and dietary supplements. Over this time, I have managed quality control and testing programs for more than 30 firms in the food and dietary supplement industry.

3.    I am a participant in the standards development activities for ethanol analysis in kombucha. I was a voluntary member of the AOAC International[1] Ethanol in Kombucha Working Group in late 2015 and 2016 that was formed to establish the standard method performance requirements (SMPR) for candidate methods. I reviewed and voted to revise and approve Standard Method Performance Requirements (SMPR) drafted through voluntary stakeholder consensus. The SMPR were voted by kombucha industry affiliates of AOAC, to be the official criteria for approving ethanol in kombucha analytical methods as Official Methods. The Working Group approved AOAC SMPR 2016.001 in early 2016.

4.    After SMPR were established, I was selected to participate in the Expert Review Panel (ERP) for ethanol analysis in kombucha.  I am one of the 7

---

[1] The legal name since 1991 is AOAC INTERNATIONAL. In 1884 the organization was established as the Association of Official Agricultural Chemists, our heritage. Later on, the name changed to the Association of Official Analytical Chemists, a reflection of our membership.  Subsequently, the membership changed to include microbiologists, food science personnel as well as chemists. We also became an organization of international influence and membership, so, it was decided to change to the current legal name AOAC INTERNATIONAL. While you may have seen that "AOAC" stands for the THE ASSOCIATION OF ANALYTICAL COMMUNITIES, this is only a statement to encompass all the scientific disciplines involved in doing the work of the Association, not a legal name.

DECLARATION OF BLAKE EBERSOLE

Case 2:19-cv-10820-FMO-GJS   Document 150-3   Filed 12/27/19   Page 49 of 251   Page ID
#3975
Case 2:17-cv-07830-FMO-GJS   Document 150-3   Filed 10/15/19   Page 3 of 251   Page ID
#3975

1    scientific experts on the ERP that includes others from the U.S. Alcohol and

2    Tobacco Tax and Trade Bureau (TTB), the regulatory authority for alcoholic

3    beverages in the United States, as well as scientists from Coca-Cola and Merieux

4    NutriSciences, a contract laboratory who specializes in food testing. The AOAC

5    ERP also included Hannah Crum, Kombucha Brewer's International (KBI), as an

6    industry stakeholder. (KBI claims to be one of the largest kombucha industry trade

7    organizations in the world.) Organizational affiliates supporting this effort included

8    kombucha industry stakeholders such as KBI, GT's Kombucha, Health-Ade, and

9    Kevita (see reference 6).

10        5.      According to the AOAC website, for participation on ERP, interested

11    scientists are invited to submit their curriculum vitae (CV) for consideration.

12    Advisory panel, stakeholder panel, and working group members may make

13    recommendations to AOAC for ERP members. All CVs are reviewed and evaluated

14    for expertise by the AOAC Chief Scientific Officer (CSO) and then to the AOAC

15    Official Methods Board for formal review. The composition of the ERP must be

16    fulfilled with qualified subject matter experts representing various perspectives.

17    ERP members must affirm to adhere to rigorous standards of objective and scientific

18    integrity in order to participate.

19        6.      As part of the kombucha ERP, I have reviewed the existing methods for

20    analysis of alcohol in foods, and have also reviewed validation data for several

21    methods submitted to the ERP for review, that can be useful for quantification of

22    ethanol in kombucha.

23        7.      I also participated in the method development process by coordinating

24    the validation of a method that is widely used for ethanol in various foods and

25    beverages, and later determining through several validation studies that it is reliable

26    for purposes of quantification of ethanol in kombucha. As a member of the AOAC

27    Expert Review Panel, I was not permitted to review, vote, or otherwise influence the

28

DECLARATION OF BLAKE EBERSOLE

Case 2:19-cv-10820-FMO-GJS   Document 150-3   Filed 12/27/19   Page 50 of 251   Page ID
#3976
Case 2:17-cv-07830-FMO-GJS   Document 150-3   Filed 12/15/19   Page 4 of 251   Page ID
#507

1 review of the headspace GC-FID method that I submitted, as per AOAC Expert

2 Panel requirements.

3        8.     In 2015 and 2016, I independently conducted the verification of fit for

4 purpose of a method employed by Covance Laboratories in Madison, Wisconsin.

5 The method uses gas chromatography with flame ionization detection (GC-FID)

6 with headspace autosampling for the quantification of ethanol in a variety of

7 products and compositions. In spring of 2016, I conducted and single laboratory

8 validation of this GC-FID method, according to AOAC guidelines for SLV. During

9 summer 2016, I submitted this method to the Expert Panel in 2016, and the method

10 was approved to be Official Method of Analysis (OMA) AOAC 2016.12 on

11 September 18, 2016. OMA status was first action, granted upon the first submission

12 to the Panel. This SLV validation study was later submitted for peer review to the

13 Journal of AOAC International.

14        9.     In 2017, I received the award for 2016-2017 Expert Review Panel

15 Member of the Year from AOAC International for my participation and efforts on

16 the ethanol in kombucha Expert Panel.  Subsequently, in 2017 and 2018 I

17 coordinated the multi-lab validation of AOAC Official Method 2016.12, which was

18 published in peer review in the Journal of AOAC International in 2018, and

19 reviewed by the Expert Panel. Further details supporting the validity of this method

20 is summarized in the following sections, and in references 1-3. I have also

21 coordinated and reviewed the testing of ethanol in more than 100 commercial

22 kombucha samples since 2015.

23       10.    I also serve on various technical and standards committees for natural

24 products quality for ASTM International and the American Herbal Products

25 Association. I have published more than 25 peer-reviewed academic journal and

26 conference papers in the area of natural product chemistry, including five peer-

27

28

DECLARATION OF BLAKE EBERSOLE

1  reviewed papers relating to the analysis of ethanol in kombucha. A true and correct
2  copy of my CV is attached hereto as Exhibit 4.

3      **Statement of Opinions**

4      11.    Tortilla Factory LLC retained me as an expert in chemical analytical
5  testing of natural products. Tortilla Factory hired me to perform an analysis of
6  ethanol and total sugars in GT's Enlightened Kombucha and Enlightened Synergy
7  drinks (hereafter referred to as GT's Kombucha).

8      12.    Based on the results of several studies and extensive experience in
9  analytical testing of kombucha and other natural products, I determined that GT's
10  Kombucha sold in the U.S. contains more than 0.5% alcohol by volume:

11      (a)    I conducted testing in February 2019 using AOAC Official
12      Method of Analysis AOAC 2016.12, a gas chromatography with
13      flame ionization detection (GC-FID) with headspace
14      autosampling, run by Covance-Eurofins Laboratory. All 29 GT's
15      Kombucha samples tested contained greater than 0.5 percent
16      alcohol by volume (% ABV), with results ranging from of 0.64 -
17      1.85% ABV. This is between 28% and 370% higher than the
18      legal limit of 0.5% ABV.  Attached hereto as Exhibit 1 are true
19      and correct copies of the lab reports.

20      (b)    I conducted testing in December 2015 and July 2016 using the
21      same analytical method (AOAC 2016.12) at Covance on 21 GT's
22      Kombucha samples. All 21 GT's Kombucha samples contained
23      greater than 0.5% ABV, ranging from 1.09 - 1.96% ABV. This is
24      between 218 and 392% higher than the legal limit of 0.5% ABV
25      (See Exhibit 1).

26      (c)    I conducted testing in March 2016 within a method verification
27      and round-robin study that yielded four candidate methods from

28

5

Case 2:19-cv-10820-FMO-GJS   Document 150-3   Filed 12/27/19   Page 52 of 251   Page ID
#3978
Case 2:17-cv-07339-FMO-GJS   Document 150-3   Filed 12/15/19   Page 6 of 291   Page ID
#3978

1    three laboratories (including the headspace GC-FID method). I

2    found consistency in results among the laboratories on four GT's

3    Kombucha samples that all contained greater than 0.5% ABV. In

4    this round of testing, alcohol in GT's Kombucha ranged from

5    1.27-1.51% ABV. This is between 254 and 302% higher than the

6    legal limit of 0.5% ABV.  Attached hereto as Exhibit 5 is a true

7    and correct copy of the study.

8    (d)    Chris Stiner provided test results to me that were reported by

9    Enartis Vinquiry in 2017 and 2018 using GC-FID to analyze 46

10    bottles of GT's Kombucha. The samples contained an average of

11    1.16% ABV, ranging from 0.60 to 2.05%.  This is between 20

12    and 410% higher than the legal limit of 0.5% ABV.  Attached

13    hereto as Exhibit 7 are true and correct copies of those lab

14    reports.

15    (e)    The foregoing results obtained for alcohol in GT's Kombucha

16    are consistent with results independently reported by others in

17    the published literature (see references 5,6,7). For example, in

18    2015 John Edwards, Ph.D. from Process NMR Associates

19    analyzed three samples of GT's Kombucha in 2015 using a

20    nuclear magnetic resonance method. He found all thee samples

21    had alcohol levels higher than 0.5% ABV, ranging from 1.23-

22    1.40 % ABV, reflecting alcohol levels 246%-280% higher than

23    the 0.5% limit. In 2017, Daniel Armstrong, Ph.D. and colleagues

24    at the University of Texas analyzed eight samples of GT's

25    Kombucha using headspace GC-FID, and found they all

26    exceeded 0.5% alcohol, reporting a range of 1.1%-1.8% ABV in

27    the drinks. This reflects an amount that is 220%-360% higher

28

than the 0.5% ABV limit for non-alcoholic beverages.

13.   In my professional opinion, based on credible and reliable scientific analysis, GT's Kombucha sold in the U.S. contains more than 0.5% ABV.

14.   My expert opinion is based on a thoughtful review and evaluation of the methods and data, including:

(a)   Method verification, single laboratory validation and multi-lab validation of a reliable analytical method according to the most rigorous scientific standards;

(b)   Approval of the validated analytical method by experts, and selection as AOAC Official Method of Analysis by the AOAC Expert Review Panel, plus an additional peer-reviewed publication in the Journal of AOAC International;

(c)   Results from testing more than 50 samples of GT's Kombucha purchased from multiple retailers, multiple U.S. locations and multiple time points over a time period of more than 3 years, with the finding that every GT's Kombucha I tested contained more than 0.5% ABV.

15.   Also during 2016-2019, I have analyzed 60 samples of GT's Kombucha for total sugars also using scientifically valid AOAC Official Methods. In total, 54 out of 60 GT's Kombucha contained sugar content more than 20% higher than the claimed amount on the label.  Attached hereto as Exhibit 6 is a true and correct copy of my study that contains the test results.

16.   In my professional opinion, based on credible and reliable scientific analysis, GT's Kombucha sold in the U.S. contains more than 120% of the claimed amount of total sugars per serving.

**Supporting Information:**

**Analysis of Alcohol in Kombucha**

7

Case 2:19-cv-10320-FMO-GJS   Document 150-3   Filed 12/27/19   Page 54 of 351   Page ID
#3980
Case 2:17-cv-07639-FMO-GJS   Document 150-3   Filed 10/15/19   Page 8 of 251   Page ID
#3580

17.     Ethanol, commonly called alcohol, has been analyzed in foods and beverages for more than 100 years. In this report, when I write "alcohol" I mean ethanol, unless specified otherwise.

18.     A number of reliable analytical methods have been used for the analysis of alcohol content in wine, beer, and spirits, including those based on the following principles: distillation, near infrared (NIR) spectrometry, gas chromatography with flame ionization detection (GC-FID), gas chromatography with mass spectrometry detection (GC-MS), and nuclear magnetic resonance imaging (NMR).

19.     One of the most common methods used for alcohol analysis is gas chromatography with flame ionization detection (GC-FID). Regulators and industry have used GC-FID for quantifying ethanol and other alcohols in foods and beverages for more than 30 years. GC-FID was the basis of the original method used for forensic analysis of blood alcohol levels[2]. Most regulators and industry accept GC-FID for alcohol testing in alcoholic and non-alcoholic beverages, including the U.S. Food and Drug Administration (FDA), the U.S. Bureau of Alcohol, Tobacco and Firearms (ATF) and its successor agency, the U.S. Alcohol and Tobacco Tax and Trade Bureau (TTB). Many laboratories for the food and beverage industry rely on GC-FID to accurately measure alcohol in foodstuffs.

**Development of AOAC Method Performance Requirements**

20.     During late 2015 and early 2016, I volunteered to participate in the Method Development Working Group for Analysis of Ethanol in Kombucha for AOAC International, the top global standards-setting organization for food analytical methods. As part of the Working Group, I reviewed and approved

---

[2] Anthony, R.M., Sutheimer, C.A., & Sunshine, I. (1980) *J. Anal. Toxicol.* 4, 43–45

8

Standard Method Performance Requirements (SMPR) for methods for alcohol in
kombucha, which were passed by stakeholder consensus.

21.     Industry stakeholders such as GT's Kombucha, Kombucha Brewer's
International, Kevita, Health-Ade and others provided formal support to AOAC for
this development work.  The SMPR were voted to be the official criteria for ethanol
in kombucha methods, were reviewed and approved by the alcohol in kombucha
Expert Review Panel.

22.     I was one of seven selected members to serve on the AOAC Expert
Review Panel (ERP). The purpose of the ERP was to serve as independent scientific
experts to review the validity of methods submitted for selection as Official
Methods of Analysis. Myself, along with six other scientific experts on the ERP,
approved the SMPR. In 2016, the approved SMPR were assigned as AOAC
2016.001. (More information on AOAC and the Expert Review Panel follows in a
later section).

**Method Verification of a Headspace GC-FID Method for Alcohol in
Kombucha**

23.     In fall of 2015, Kevita Inc., a producer of kombucha contacted me
because their initial testing found that kombucha products on the market sold as
non-alcoholic exceeded the legal limit of 0.5% ABV, and they wanted to
independently verify their results. They had received mostly consistent results from
internal and third party laboratories on ethanol in kombucha. Kevita hired me to test
samples of kombucha using a study design, method and lab of my choice. Kevita
made no specific requests for the study, except that I include what I determined to
be the most popular kombucha products on the market, and also include samples of
Kevita in my testing.

24.     The gas chromatography with flame ionization detection (GC-FID) and
headspace autosampling method I selected is a commercial analytical method

9

DECLARATION OF BLAKE EBERSOLE

1  developed used on a daily basis by Covance Food Solutions (hereafter called

2  Covance). GC-FID is applicable across a wide range of foods and beverages. The

3  Covance headspace GC-FID method used is based on a long-established forensic

4  analysis method originally developed to detect trace to low levels of alcohol in

5  blood. I had previously used this method at Covance for quantification of low levels

6  of residual ethanol and other solvents in samples of botanical extracts that were

7  required to meet FDA and international regulatory limits for foods and dietary

8  supplements.

9       25.    In December 2015 and early 2016, I began to perform testing of

10  kombucha, including GT's Kombucha, as part of a method verification on the

11  headspace GC-FID method "ETME", used for quantification of trace to low levels

12  of alcohol in foods and beverages, that is performed by Covance Food Solutions,

13  Madison, Wisconsin[3].

14      26.    I evaluated this method's suitability for alcohol in kombucha by

15  analyzing a set of alcohol-containing liquids, including water, pure ethanol, ethanol-

16  water mixtures and beer at different concentrations, along with samples of

17  commercial kombucha from seven manufacturers, including GT's Kombucha (see

18  Exhibit 5). The headspace GC-FID method is advantageous in that it is able to

19  reliably eliminate any interferences that may arise from the composition of the

20  sample. For example, methanol or acetic acid may be present in complex mixtures

21  such as fermented beverages, and may interfere with the quantification.

22

23

24

25

26  [3] Covance Food Solutions (CFS) was the food testing arm of Covance, a global contract research organization whose origins date to 1968. For several years, CFS was considered one of the largest and most reliable food testing labs in the U.S. CFS was purchased by Eurofins in 2018 for a reported $670 million.  CFS is now known as Eurofins Food Integrity and Innovation. Data and details that refer to Covance or CFS in this report may also be referring to Eurofins Food Integrity and Innovation, depending on the time at which research was conducted. For the purposes of this report, the same laboratory was used, in Madison, Wisconsin, regardless of its ownership.

27

28

DECLARATION OF BLAKE EBERSOLE

27.     With the headspace GC-FID, no interference is observed in GC chromatograms using this method (see following chromatogram, also published in reference 2).



Ebersole et al.: Journal of AOAC International Vol. 100, No. 3, 2017   **735**

Figure 1.   Gas chromatograms of commercial kombucha products and ethanol references. (A) Representative commercial kombucha sample; (B) blank sample, G(h); (C) blank sample, G(h), spiked with ethanol standard solution at 3.30% ABV.

28.     Headspace autosampling is the most reliable way to completely extract ethanol and other volatiles from food and beverage samples.  Headspace sampling is often the preferred method of sampling for complex mixtures, versus direct injection methods that may introduce a greater degree of interference to the GC-FID detector.

29.     A brief summary of the Covance headspace GC-FID method follows, with full method details also published in reference 2:

30.     Kombucha samples are heated and agitated in a 20-mL headspace vial. A portion of the headspace is injected into a gas chromatograph (GC) with a flame ionization detector (FID) on a DB-WAXetr or equivalent GC column. The lab performs quantitation using a 6-point calibration curve generated by a weighted (1/concentration) least squares linear regression analysis.

**2016 Method Verification Results**

DECLARATION OF BLAKE EBERSOLE

Ebersole Decl. - Page 1066

31.     Based on the method verification, I had determined that the Covance headspace GC-FID method was accurate and precise for quantification of ethanol in kombucha (see Exhibit 5), and met the Standard Method Performance Requirements (SMPR) established by the AOAC kombucha working group. In this study, no interferences from co-eluting peaks or other interferences was observed.

32.     In the method verification study, the limit of quantitation (LOQ) for the method was 0.015% ABV, far below the legal limit of 0.5% ABV for nonalcoholic beverages in the U.S. The method was linear between 0.1% and 2.8% ABV. Intermediate precision, measured by the relative standard deviation (RSD) across different days, instruments and technicians, was < 4%, meeting the SMPR method requirements. Recovery for lab-spiked control kombucha samples ranged from 98.3 to 104.2% over spiked alcohol levels of 0.13%, 1.3% and 3.3% ABV.  Recovery for lab-blinded Certified Reference Materials (CRM) was 101-104% for CRM at spike levels of 0.1267%, 0.505% and 2.53% ABV. Based on these verification data, I determined that the results obtained with this method for quantifying ethanol in kombucha were reliable and credible.

**Kombucha Alcohol Testing in 2015**

33.     Before and after the method verification, I tested multiple samples of commercial kombucha on multiple dates between December 2015 and July 2016.

34.     On December 12, 2015, I purchased GT's Enlightened Kombucha and Enlightened Synergy drinks, along with samples from other kombucha brands, for testing of alcohol content. (As mentioned on page 3, GT's Enlightened Kombucha and Enlightened Synergy drinks are referred in this report as GT's Kombucha). In the U.S., GT's Kombucha is sold as a non-alcoholic beverage and is commonly sold in most suburban U.S. grocery stores, supermarkets and health food stores. There, it is commonly stored under refrigeration and is often located near the refrigerated teas, juices and waters.

DECLARATION OF BLAKE EBERSOLE

Ebersole Decl. - Page 1067

**Materials Selection**

35.   For all testing in this report, I purchased all samples from the retailers'
refrigerated shelves. I selected the bottles from the non-alcoholic beverage
refrigerated section of the store, that is a separate physical location from the
refrigerated alcoholic beverages. I selected flavors based on what I considered to be
the more popular flavors, particularly the flavors that appeared to be taking up the
most shelf space. I selected bottles that were not expired, and which had legible lot
numbers. For the most abundant flavors, I often selected multiple bottles from the
same lot, to duplicate results on the same discrete lot or batch, and get a sense if
variation of results within the same lot number was observed.  For some flavors, I
selected multiple lots from the same shelf, to determine whether differences existed
from lot to lot for the same flavor made at different times.

36.   All commercial kombucha samples sent to Covance were purchased,
stored and shipped according to the following process, including cold chain
verification. Cold chain verification is important because it is possible that "live"
fermented drinks containing dormant yeast and bacteria may begin to actively
ferment if warmed to temperatures above 60 degrees for more than 24-48 hours.

37.   Each bottle comprised one sample of GT's Kombucha. I ensured all
samples were refrigerated at purchase, and I verified the refrigerator case
thermometer to be between 33 and 39 degrees Fahrenheit. In 2015 and 2016, I
recorded temperatures of the store refrigerated shelf with infrared thermometer
readings to verify the accuracy of the refrigerator thermometer. For all studies,
refrigerator thermometers were inspected to read between 33 and 39 degrees
Fahrenheit at the time of purchase.

38.   I bought, inspected, transported and shipped all samples in this study to
the laboratory, Covance.  Before purchase, I visually inspected the thermometer in
the refrigerated case with GT's Kombucha. Before purchase, I also inspected the

13

GT's Kombucha for intact tamper-evident seals, intact labels, product contents and
fill volume, and legible lot number and expiration date. In my possession, I took
care to not shake or disturb the GFT's Kombucha, and kept all bottles upright during
purchasing, transport and shipping. After purchase and inspection, I transferred and
packaged the samples in a Inmark Insulated Cooler # TCLS10A in my personal
vehicle to my house. I took pictures of the samples (true and correct copies of which
are attached hereto as Exhibit 3) including labels and lot numbers of each flavor,
and recorded all relevant label information. I wrapped the bottles carefully with
bubble wrap and included plastic or paper based food-grade packaging materials in
the shipment containers, to ensure bottles would not move or shift during transit. I
included a temperature monitor in the cooler, (TempTale 4, Sensitech) to validate
that the temperature remained within refrigerated limits during shipping.

39.     The insulated coolers were sent the same day of purchase, marked with
the following: "Fragile", "Perishable", "Refrigerate upon receipt". Shipments were
transported by Priority Overnight (next day delivery by 10:30 am) by FedEx
Express. The laboratory was notified of storage requirements before receiving.

40.     All samples were reported by the laboratory to have been received on
time, at a cold temperature, with ice packs. The laboratory confirmed the samples
were under their control at all times, and were stored in refrigeration at 2-8 degrees
Celsius, until the time of testing. During sample processing, the laboratory did not
permit samples to remain outside of refrigerated conditions for more than two hours.
During sample processing, kombucha materials were transferred based on weight,
not volume, to account for dissolved gases. Testing was performed within 14 days
of receipt. All samples were tested before the date of expiration listed on the label.

**Results from Initial Verification**

DECLARATION OF BLAKE EBERSOLE

41.    Results from the GT's Kombucha samples reported by Covance on December 29, 2015 were 1.35% ABV in the GT's Original and 1.45% in the GT's Gingerade (see table on page 14 for results).

42.    Covance also tested each sample using a separate GC-MS method (Covance method "RESO") used for detection of residual solvents in pharmaceuticals. Using this GC-MS method, they found 1.43% in the GT's Original, and 1.40% ABV in the GT's Gingerade, results that were consistent with those from the headspace GC-FID method.

**Multi-Lab Round-Robin Study in December 2015-March 2016**

43.    The verification of the Covance headspace GC-FID method included a multi-lab "round-robin" study of the same GT's Kombucha samples, using five methods from four independent laboratories—Covance, ETS Laboratory in St. Helena, California, BDAS Labs in Lexington, Kentucky, and Cornerstone Laboratories in Memphis, Tennessee (see Exhibit 5, Supplementary Report).

| Lab # | Instrument | Method Reference |
|---|---|---|
| 1 (Covance) | a)   GC-FID Headspace<br>b)   GC-MS Headspace | MP-ETME (Anthony et al JAT 1980, AOAC , GC-FID); RESO (GC-MS) |
| 2 (ETS) | GC-FID Headspace | AOAC 983.13 (GC-FID) |
| 3 (Cornerstone) | GC-MS Headspace | EPA 624 Part 136, Title 40, EPA 8260B, SW-846 |
| 4 (BDAS) | Distillation and NIR | Traditional; TTB |

44.    I purchased GT's Kombucha, along with certified reference materials (CRM) for alcohol from LGC, Cerilliant, NIST and Sigma Aldrich. CRM are

15

certified by government or regulatory agencies to contain a specific amount of alcohol, and the performance and proficiency of laboratories are typically based on their accuracy in determining the correct amount in CRM. The details of these reference materials are listed in the following table:

| Reference # | Identification | Lot Number | Purity | Stability | Storage |
|---|---|---|---|---|---|
| 1 | GT's Gingerade (Ginger flavor) | 2621*C4B, Covance sample 4814442 | "non-alcoholic", ethanol content not labeled, product previously tested to contain >1.0% ethanol | Tested on or before expiration date (March 25, 2016) | In a chamber set to maintain 5 ±3 deg C. |
| 2 | 1-Propanol, Sigma #34871 | SHBF0634V | 99.98% | July 2018 | Not specified |
| 3 | Control Kombucha (Kevita Inc) (ethanol-free, non-carbonated) | 01206-1, Covance sample 4814443 | <0.015% ethanol. Total acids 1.15%, Brix 3.0, pH 3.0 as per manufacturer. | Not specified | In a chamber set to maintain 5 ±3 deg C. |
| 4 | Ethanol (Reference standard, absolute (200 proof), Sigma-Aldrich # 459836) | SHBG7349V | 99.97% | Not specified | Closed original container, room temp |
| 5 | Ethanol (Reference standard, absolute (200 proof), Sigma-Aldrich # 459836) | SHBG4976V | >99.5% | Not specified | Closed original container, room temp |
| 6 | Ethanol-water Certified Reference Material, NIST # 2894 | Not applicable | 0.10084% ±0.00083% certified mass fraction | valid until 30 April 2023 | Refrigerate (do not freeze) |
| 7 | Ethanol-water Certified Reference Material, Cerilliant E-031 | FN06181501, | 100 mg/dL, (0.1267% ABV @ 20C) | exp June 2020 | Refrigerate (do not freeze) |

16

DECLARATION OF BLAKE EBERSOLE

| 8 | Beer Certified Reference Material, LGC BCR-651 | 000149, 000150, 000189, 000191 | 0.505 +/- 0.006 % ABV | valid until April 1, 2017 | Approx 4 deg C. Room temp before opening. Do not freeze. |
| 9 | Ethanol-water Certified Reference Material, NIST 2897a | Not applicable | 2% nominal mass fraction (2.53% +/- | | Refrigerate (do not freeze) |

45.    The kombucha samples, including GT's Kombucha were selected from an initial survey of six retail locations in Carmel, Indiana. Multiple flavors from multiple manufacturers were selected.

### Results of 2016 Round-Robin Study

46.    Results reported by Covance and ETS using their respective headspace GC-FID methods indicated a relative agreement in results on all samples tested, including those on GT's Kombucha. The distillation and NIR alcolizer methods run by BDAS laboratory also reported consistent results on all samples tested, relative to the other two labs (see reference 5).

47.    In the round-robin study, six samples of kombucha tested contained greater than 1% alcohol by volume (ABV), five of which were GT's Kombucha. The amount of alcohol reported was consistent with previous laboratory and manufacturer reports. The range of ethanol content of GT's kombucha samples reported using the Covance headspace GC-FID method was 1.34% to 1.61% ABV (see following table).

DECLARATION OF BLAKE EBERSOLE

| Results from Pre-validation Study | | | Test Date | Mar 1 | Dec 15 | Dec 15 | Mar 1 | Jan 11 | Jan 11 |
|---|---|---|---|---|---|---|---|---|---|
| Product | Lot# | Expiry/ Best by | Expected Value from Spike | Lab #1 (GC-FID) | Lab #1 (GC-FID) | Lab #1 (GC-MS) | Lab #2 (GC-FID) | Lab #4 NIR | Lab #4 Distilla tion |
| GT Gingerade | 1831**BBB | 1/17/16 | NA | | 1.45, 1.46% | 1.42%, 1.38 | | | |
| GT Original | 2230**D2B | 1/20/16 | NA | | 1.34, 1.36% | 1.41%, 1.45% | | | |
| GT Citrus | 1831**B7B | 1/17/16 | NA | | | | | 1.36% | 1.27% |
| GT Trilogy | 0232C*A7B | 1/31/16 | NA | | | | 1.51% | | |
| Commercial kombucha | 5/23/16-8 | 5/23/16 | NA | | | | | | |
| Commercial kombucha | 5370606 | 4/30/16 | NA | | 1.23, 1.21% | 1.21, 1.19% | | | |
| Commercial kombucha | FEB2016L1 12 | 2/1/16 | NA | | | | | 0.11% | 0.08% |
| Commercial kombucha | MAR2716E 306 | 3/27/16 | NA | | 0.263, 0.253% | 0.275, 0.271% | | | |
| Commercial kombucha | APR2016 L351 | 4/20/16 | NA | | 0.236, 0.232% | 0.251, 0.244% | | | |
| GT's Gingerade | 2621**C4B | 3/25/16 | NA | 1.61% | | | 1.44% | | |
| Spiked Commercial kombucha* | 02292B | 3/25/2016 | | 1.432% | | | 1.37% | | |
| Spiked Commercial kombucha | 02292A | 3/25/2016 | 1.68%* | 1.658% | | | 1.61% | | |
| Spiked Commercial kombucha | 02292C | 3/25/2016 | 1.93%* | 1.922% | | | 1.86% | | |
| Control (ethanol-free kombucha) | 02291A | NA | 0% | <0.015 % | | | <0.05 % | | |
| Control (ethanol-free kombucha) | 02291C | NA | 0.500% | 0.692% | | | | | |
| Control (ethanol-free kombucha) | 02291B | NA | 1.500% | 1.47% | | | 1.43% | | |

48.    I determined there was acceptable precision and percent recovery (accuracy) reported by 3 of 4 labs on reference materials, including standard reference materials, certified reference materials, and lab-spiked kombucha materials.

18

DECLARATION OF BLAKE EBERSOLE

49.     One lab (Cornerstone) failed to recover the certified amount of ethanol in multiple Certified Reference Materials (CRM), and also failed to meet standards for precision on duplicates of blinded kombucha samples. Cornerstone's results were therefore considered to be invalid and were not included in any further analysis or reports.

50.     Based on these initial indicators of reliability, Covance's daily use of this method for several years, and previous validations conducted with this method principle in complex forensic and food matrices, the Covance headspace GC-FID method and laboratory was selected to undergo a full scientific validation.

**Headspace GC-FID Method Validation**

51.     While GC-FID is highly sensitive and specific for ethanol in foods and beverages, there is a theoretical possibility that there are unique parts within kombucha that can interfere with the instrument in ways that other foods do not.

52.     To eliminate the possibility that kombucha may contain unique compositional interferences that are not observed with other foods or beverages, members of the kombucha industry commissioned a method development program in 2015 with AOAC International, the leading international organization for establishing analytical methods for foods.

53.     I participated in the AOAC method development process by coordinating the single laboratory validation (SLV) of the Covance headspace GC-FID method that I had previously verified to be accurate and precise.

**Headspace GC-FID Method -- Single Laboratory Validation (SLV) in 2016**

54.     On May 27, 2016, AOAC issued a call for methods for ethanol in kombucha. Prior, in April 2016, following my verification of the headspace GC-FID method, I hired Covance to perform a single laboratory validation (SLV) of the method. On this study, I collaborated with Dr. Paula Brown, Ph.D. Director of the

19

Case 2:17-cv-12920-FMO-GJS   Document 150-3   Filed 12/27/19   Page 66 of 351   Page ID
#3092
Case 2:17-cv-07939-FMO-GJS   Document 139-3   Filed 12/13/19   Page 20 of 205   Page ID
#3092

1  Natural Health and Food Products Research Group (NRG) at British Columbia

2  Institute of Technology (BCIT) in Burnaby, British Columbia, Canada.  Dr. Brown

3  is a member of the Natural Health Products Program Advisory Committee for

4  Health Canada[4], a current member of the AOAC Dietary Supplement Task Force

5  related to method development, is a former Referee for the Dietary Supplement

6  Methods Committee from 2004-2009, and has participated in seven AOAC Expert

7  Review Panels related to method validation.

8      55.    A summary of the single laboratory validation (SLV) data is as follows:

9  An ethanol standard curve ranging from 0.05 to 5.09% ABV was used, with

10  correlation coefficients greater than 99.9%. The method detection limit was 0.003%

11  ABV and the LOQ was 0.01% ABV. The repeatability precision (RSD(r)) ranged

12  from 1.62 to 2.21% and the Horwitz ratio ranged from 0.4 to 0.6. The average

13  accuracy of the method was 98.2%. This method was validated following the

14  guidelines for single-laboratory validation by AOAC International and met the

15  requirements set by AOAC SMPR 2016.001, "Standard Method Performance

16  Requirements for Determination of Ethanol in Kombucha." The headspace GC-FID

17  method was approved by the Expert Panel as First Action Official Method of

18  Analysis (OMA) AOAC 2016.12 on September 18, 2016 (see reference 3). The

19  SLV was published after peer review by the Journal of AOAC in 2017 (see

20  reference 2).

21      **Kombucha Alcohol Testing in June-July 2016**

22      56.    In June 2016, I conducted testing of commercial kombucha samples for

23  alcohol using the headspace GC-FID method previously validated at Covance. On

24  June 28, 2016, I directed 18 bottles of GT's to be purchased from six retail locations

25  spread geographically across the U.S., in Lititz, PA, Inverness, FL, Boulder, CO,

26  _____

27  [4] Health Canada is the primary governmental authority for regulation of foods and drugs in Canada, considered the counterpart to the
U.S. FDA.

28

DECLARATION OF BLAKE EBERSOLE

Carmel, IN and Ventura, CA. The purpose for the multiple locations was to determine whether the transportation distance, distribution or retailer may impact the ethanol content in kombucha products.  I hired four qualified, experienced professionals in the food and beverage industry whom I had worked with in a professional capacity for at least three years. My purchasing team followed all procedures for inspection and temperature control during purchasing and transport. Briefly, my team members  purchased GT's Enlightened Kombucha and Synergy Kombucha from refrigerated coolers at established retailers; temperature was verified to be 32-39 degrees Fahrenheit by refrigerator thermometer; samples were immediately packaged in insulated cooler with ice packs, and shipped overnight via FedEx to Covance in Madison, Wisconsin. Covance stored all samples in refrigeration until testing. Covance tested all samples before their expiration date.

57.    Results from the summer 2016 analysis using the validated Covance headspace GC-FID method are shown in the following table. Covance reported all samples tested to contain greater than 0.5% ABV, with the range of 1.09-1.96%. These levels are approximately 2-4 times greater than the 0.5% ABV legal limit for non-alcoholic beverages. From this data, I determined there to be no apparent differences due to the retailer or the location of purchase, based on a qualitative review of the data.

DECLARATION OF BLAKE EBERSOLE

| Store | Store Location | Purchase Date | Manufacturer | Flavor | Enjoy by: | Lot # | Ethanol Result (% ABV) | Report Date |
|---|---|---|---|---|---|---|---|---|
| Fresh Thyme #207 | Carmel, IN | 12/12/15 | GT's | Citrus | 1/17/16 | 1831**B7B | 1.42% | 12/29/15 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Cosmic Cranberry | 8/5/16 | 0626**A9B | 1.60% | 7/12/16 |
| Sprouts 2950 Baseline Rd | Boulder, CO | 6/28/16 | GT's | Gingerade | 8/5/16 | 0626**E2B | 1.56% | 7/12/16 |
| Vons #2096 | Ventura, CA | 6/28/16 | GT's | Gingerade | 8/6/16 | 0726*D1B | 1.35% | 7/7/16 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Gingerade | 8/7/16 | 0826*D6B | 1.49% | 7/12/16 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Gingerade | 8/7/16 | 0826*D6B | 1.43% | 7/12/16 |
| Giant 6004 | Lititz, PA | 6/28/16 | GT's | Gingerade | 8/7/16 | 0826*D9B | 1.43% | 7/12/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Gingerade | 8/12/16 | 1326**F3B | 1.09% | 7/12/16 |
| Whole Foods | Carmel, IN | 12/12/15 | GT's | Gingerade | 1/17/16 | 1831**BBB | 1.45% | 12/29/15 |
| Sprouts 2950 Baseline Rd | Boulder, CO | 6/28/16 | GT's | Gingerberry | 8/7/16 | 0826*B5B | 1.54% | 7/12/16 |
| Giant 6004 | Lititz, PA | 6/28/16 | GT's | Gingerberry | 7/25/16 | 2625C*B0B | 1.89% | 7/12/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Hibiscus Ginger | 8/12/16 | 1326C*A8B | 1.10% | 7/12/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Lavender Love | 8/6/16 | 0726**A9B | 1.37% | 7/12/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Multigreen | 8/13/16 | 1426**A8B | 1.41% | 7/12/16 |
| Sprouts 2950 Baseline Rd | Boulder, CO | 6/28/16 | GT's | Original | 8/30/16 | 0266**F1B | 1.60% | 7/12/16 |
| Whole Foods | Carmel, IN | 12/12/15 | GT's | Original | 1/20/16 | 2230**D2B | 1.35% | 12/29/15 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Original | 7/26/16 | 2724*F1B | 1.44% | 7/12/16 |
| Vons #2096 | Ventura, CA | 6/28/16 | GT's | Original | 8/28/16 | 3025**A3B | 1.58% | 7/7/16 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Trilogy | 8/1/16 | 0226*C4B | 1.96% | 7/12/16 |
| Giant 6004 | Lititz, PA | 6/28/16 | GT's | Trilogy | 8/1/16 | 0226*D1B | 1.80% | 7/12/16 |
| Vons #2096 | Ventura, CA | 6/28/16 | GT's | Trilogy | 8/14/16 | 1526**F3B | 1.55% | 7/7/16 |

58.     In the above table, results from three samples tested in 2015 are also reported in the Round-Robin section of this report.

**2018 Multi-lab Validation Study of the Alcohol Method**

59.     I was an investigator in a multi-lab validation study that conducted following the single laboratory validation (SLV) study, its peer-reviewed publication in the Journal of AOAC, and the review and approval by the Expert Panel as AOAC OMA 2016.12.  During 2017 and 2018 I coordinated the multi-lab validation (MLV) of the method in collaboration with Dr. Brown at BCIT. This work was supported by a contract with BCIT through funding by Pepsico, who acquired Kevita in 2017.

60.     In the multi-lab validation (MLV) study, four laboratories participated in the study and received practice samples, test samples, reference standards, and detailed protocols (see reference 1). Eight kombucha samples sent out to each laboratory had randomly assigned, coded sample numbers. Laboratories were blinded to the content and identity of the samples. Each laboratory analyzed all

samples using the GC-FID method and reported their results. Cochran's C-test and single and double Grubbs' tests were used to identify and remove outliers. Horwitz ratio values for all samples were between 0.5 and 1.7. As per the AOAC Standard Method Performance Requirements (SMPR), all samples within the analytical range of 0.1-2.0 % ABV had reproducibility (RSD(R)) values of <6%. The results from this multi-lab study demonstrated the headspace GC-FID method met the AOAC SMPR requirements across multiple laboratories, and is fit for purpose for detecting ethanol in kombucha products. Dr. Brown and I, along with Dr. Michael Chan, Ph.D. and collaborators at BCIT, submitted and published the multi-laboratory validation study of the method in peer review, which was accepted and published in the Journal of AOAC International, in September 2018 (reference 1).

**February 2019 Analysis of Alcohol in GT's Enlightened Kombucha and Enlightened Synergy**

61.     In February 2019, Chris Stiner, counsel for Tortilla Factory asked me to conduct independent testing of GT's Enlightened Kombucha and Enlightened Synergy drinks (GT's Kombucha). I was instructed to conduct the testing as per the most reliable scientific procedures available. Stiner provided no other instructions and I was free to conduct the testing as I considered the most appropriate.

62.     I purchased 29 bottles of GT's Kombucha on February 20, 2019 in Carmel, Indiana—from Whole Foods at 146th Street and Clay Terrace, from Earth Fare on South Rangeline Road, and from Market District at 116th St and Illinois St. I selected the locations based on an approximate geographic center of the U.S. I selected retailers to represent distinct health food retail chains that I presumed to employ different distribution and handling practices who are not related to each other, and who are headquartered in different U.S. locations.

63.     I selected the bottles from the non-alcoholic beverage refrigerated section of the store, which is a separate physical location from the refrigerated

DECLARATION OF BLAKE EBERSOLE

alcoholic beverages. I selected flavors based on what I considered to be the more popular flavors, particularly the flavors that are most abundant on the shelves, and also to flavors that had been previously subjected to testing. I selected bottles with at least 3 weeks until expiration, and that had legible lot numbers. I also selected multiple bottles from the same lot, to duplicate same-lot results and get a sense if there could be variation of results within the same lot number.  For some flavors, I selected multiple lots from the same shelf, to determine whether there might be differences from lot to lot for the same flavor made at different times.  Each bottle comprised one sample. A list of samples tested is found in the following table.

| Sample # | Store | Sample Name | Lot # | Enjoy By | Lab Sample # | Report Date |
|---|---|---|---|---|---|---|
| 1 | Market District | GTs Cayennade | 0721C2EQ1 | 4/7/19 | 8177173 | 2/25/19 |
| 2 | Market District | GTs Cayennade | 0721C2EQ1 | 4/7/19 | 8177174 | 2/25/19 |
| 3 | Earth Fare | GTs Cranberry | 1021H2ES1 | 4/10/19 | 8177185 | 2/26/19 |
| 4 | Earth Fare | GTs Cranberry | 1021H2ES1 | 4/10/19 | 8177184 | 2/26/19 |
| 5 | Whole Foods | GTs Cranberry | 2921H1ED2 | 4/9/19 | 8177172 | 2/25/19 |
| 6 | Earth Fare | GTs Gingerade | 0421B1EL1 | 4/4/19 | 8177181 | 2/26/19 |
| 7 | Earth Fare | GTs Gingerade | 1232B1EL2 | 3/12/19 | 8177176 | 2/26/19 |
| 8 | Earth Fare | GTs Gingerade | 1232B1EL2 | 3/12/19 | 8177175 | 2/26/19 |
| 9 | Whole Foods | GTs Gingerade | 1421C1EL2 | 4/14/19 | 8177168 | 2/25/19 |
| 10 | Whole Foods | GTs Gingerade | 1421C1EL2 | 4/14/19 | 8177169 | 2/25/19 |
| 11 | Market District | GTs Gingerberry | 2921H2EM2 | 4/9/19 | 8177177 | 2/26/19 |
| 12 | Market District | GTs Gingerberry | 2921H2EM2 | 4/9/19 | 8177178 | 2/26/19 |
| 13 | Whole Foods | GTs Guava | 1021B1EK1 | 3/18/19 | 8177183 | 2/26/19 |
| 14 | Whole Foods | GTs Guava | 2921C1EH2 | 4/6/19 | 8177182 | 2/26/19 |
| 15 | Whole Foods | GTs Guava | 3121H1EG3 | 4/8/19 | 8177163 | 2/25/19 |
| 16 | Market District | GTs Multigreens | 1521B1ES1 | 3/23/19 | 8177180 | 2/26/19 |
| 17 | Market District | GTs Multigreens | 1521B1ES1 | 3/23/19 | 8177179 | 2/26/19 |
| 18 | Whole Foods | GTs Original | 1021B1EI1 | 4/10/19 | 8177170 | 2/25/19 |
| 19 | Whole Foods | GTs Original | 1021B1EI1 | 4/10/19 | 8177171 | 2/25/19 |
| 20 | Earth Fare | GTs Original | 1021B1EI2 | 4/10/19 | 8177188 | 2/26/19 |
| 21 | Earth Fare | GTs Original | 1021B1EI2 | 4/10/19 | 8177187 | 2/26/19 |
| 22 | Earth Fare | GTs Original | 1021B1EI2 | 4/10/19 | 8177186 | 2/26/19 |
| 23 | Earth Fare | GTs Original | 1021B1EI2 | 4/10/19 | 8177189 | 2/26/19 |
| 24 | Whole Foods | GTs Trilogy | 3021H2EJ1 | 4/10/19 | 8177165 | 2/25/19 |
| 25 | Whole Foods | GTs Trilogy | 3021H2EJ1 | 4/10/19 | 8177164 | 2/25/19 |
| 26 | Whole Foods | GTs Turmeric | 1421H1EL1 | 3/22/19 | 8177161 | 2/25/19 |
| 27 | Whole Foods | GTs Watermelon | 1721B1ET1 | 3/25/19 | 8177167 | 2/25/19 |
| 28 | Whole Foods | GTs Watermelon | 1721B1ET1 | 3/25/19 | 8177166 | 2/25/19 |
| 29 | Whole Foods | GTs Mango | 2921C1EF2 | 4/6/19 | 8177162 | 2/25/19 |

DECLARATION OF BLAKE EBERSOLE

**February 2019 Alcohol Analytical Procedures**

64.     I purchased GFT's Kombucha samples from the refrigerated shelves where they were sold, after verifying the shelves' thermometer to be between 33 and 39 degrees Fahrenheit. Before purchase, and before shipping, I visually inspected the samples for intact tamper-evident seals, intact labels, product contents and fill volume, and legible lot number and expiration date. I took care not to shake bottles and kept them upright during purchasing, transport and shipping. I took pictures of the samples (true and correct copies of which are attached hereto as Exhibit 3) including labels and lot numbers of each flavor. After purchase and inspection, I transferred and packaged the samples in an insulated shipper equivalent to a PolarTech validated insulated carton shipper with 1.5" thick refrigerant packs. I wrapped the bottles with bubble wrap and included food-grade packaging materials in the shipment containers, to ensure bottles would not move during transit. The shippers were sent the same day of purchase, marked with the following: Fragile, Perishable, Refrigerate upon receipt.

65.     Shipments were transported by Priority Overnight (next day delivery by 10:30 am) by FedEx Express. The laboratory was notified of the analytical method, including storage and handling requirements before receiving the samples

66.     All GT's Kombucha samples were reported by the laboratory to have been received cold, with ice packs. The laboratory confirmed the samples were under their control at all times. The samples were stored in refrigeration between 2-8 degrees Celsius, until the time of testing. During sample processing, the laboratory did not permit samples to remain outside of refrigerated conditions for more than two hours.

67.     All samples were tested according to the  headspace GC-FID method, which is AOAC Official Method of Analysis 2016.12, by Covance-Eurofins. Testing was performed within five days of receipt. Analysis was performed between

DECLARATION OF BLAKE EBERSOLE

Case 2:17-cv-12929-FMO-GJS   Document 150-3   Filed 12/17/19   Page 26 of 201   Page ID
#3998
Case 2:19-cv-02935-FMO-GJS   Document 1-3   Filed 12/17/19   Page 72 of 351   Page ID
#3998

February 21 and 25, 2019, with results reported on February 25 and 26, 2019.  All samples were tested before the date of expiration listed on the label.

68.     All 29 GT's Kombucha samples tested in the February 2019 study contained alcohol in excess of 0.5% ABV (see below table, laboratory test reports in Exhibit 1). The results ranged from between 0.64% ABV to 1.85% ABV, with a mean of 1.22% ABV.

| Bottle # | Sample Name | Lot # | Enjoy By | Lab Sample # | Ethanol (% ABV) |
|---|---|---|---|---|---|
| 1 | GTs Cayennade | 0721C2EQ1 | 4/7/19 | 8177173 | 0.70% |
| 2 | GTs Cayennade | 0721C2EQ1 | 4/7/19 | 8177174 | 0.70% |
| 3 | GTs Cranberry | 1021H2ES1 | 4/10/19 | 8177185 | 1.04% |
| 4 | GTs Cranberry | 1021H2ES1 | 4/10/19 | 8177184 | 1.03% |
| 5 | GTs Cranberry | 2921H1ED2 | 4/9/19 | 8177172 | 1.34% |
| 6 | GTs Gingerade | 0421B1EL1 | 4/4/19 | 8177181 | 1.21% |
| 7 | GTs Gingerade | 1232B1EL2 | 3/12/19 | 8177176 | 1.53% |
| 8 | GTs Gingerade | 1232B1EL2 | 3/12/19 | 8177175 | 1.51% |
| 9 | GTs Gingerade | 1421C1EL2 | 4/14/19 | 8177168 | 1.35% |
| 10 | GTs Gingerade | 1421C1EL2 | 4/14/19 | 8177169 | 1.36% |
| 11 | GTs Gingerberry | 2921H2EM2 | 4/9/19 | 8177177 | 1.65% |
| 12 | GTs Gingerberry | 2921H2EM2 | 4/9/19 | 8177178 | 1.61% |
| 13 | GTs Guava | 1021B1EK1 | 3/18/19 | 8177183 | 1.20% |
| 14 | GTs Guava | 2921C1EH2 | 4/6/19 | 8177182 | 1.11% |
| 15 | GTs Guava | 3121H1EG3 | 4/8/19 | 8177163 | 1.05% |
| 16 | GTs Multigreens | 1521B1ES1 | 3/23/19 | 8177180 | 0.82% |
| 17 | GTs Multigreens | 1521B1ES1 | 3/23/19 | 8177179 | 0.81% |
| 18 | GTs Original | 1021B1EI1 | 4/10/19 | 8177170 | 1.38% |
| 19 | GTs Original | 1021B1EI1 | 4/10/19 | 8177171 | 1.31% |
| 20 | GTs Original | 1021B1EI2 | 4/10/19 | 8177188 | 1.38% |
| 21 | GTs Original | 1021B1EI2 | 4/10/19 | 8177187 | 1.32% |
| 22 | GTs Original | 1021B1EI2 | 4/10/19 | 8177186 | 1.44% |
| 23 | GTs Original | 1021B1EI2 | 4/10/19 | 8177189 | 1.36% |
| 24 | GTs Trilogy | 3021H2EJ1 | 4/10/19 | 8177165 | 1.85% |
| 25 | GTs Trilogy | 3021H2EJ1 | 4/10/19 | 8177164 | 1.76% |
| 26 | GTs Turmeric | 1421H1EL1 | 3/22/19 | 8177161 | 1.37% |
| 27 | GTs Watermelon | 1721B1ET1 | 3/25/19 | 8177167 | 0.64% |
| 28 | GTs Watermelon | 1721B1ET1 | 3/25/19 | 8177166 | 0.64% |
| 29 | GTs Mango | 2921C1EF2 | 4/6/19 | 8177162 | 0.96% |

69.     The range of alcohol in the data represents between 28% and 370% higher than the legal limit of 0.5% ABV.  These results were generally consistent

1  with the results from the testing I conducted in 2016, described previously in this

2  report.

3       70.    The alcohol levels reported in GT's Kombucha are consistent with

4  those in reports provided to me by Chris Stiner, who conducted testing of 60 bottles

5  GT's Kombucha, using the laboratory Enartis Vinquiry (Vinquiry) in Windsor,

6  California from December 2017. Vinquiry uses a GC-FID method to quantify

7  alcohol in various alcoholic beverages, such as wine. I reviewed these Vinquiry

8  reports, and removed 14 samples from the analysis, due to a lack of recorded

9  information on the sample expiration date or a complete record of cold chain

10  assurance. Vinquiry found all 46 bottles within the remaining set to contain more

11  than 0.5% ethanol, within the range of 0.60- 2.05% ABV (see Exhibit 7). The

12  alcohol in these samples is between 20% and 310% higher than the legal limit of

13  0.5% ABV.

14       71.    The results obtained for alcohol in GT's Enlightened Kombucha and

15  Enlightened Synergy is generally consistent with the concentrations reported in the

16  published literature. A number of independently conducted reports have also found

17  commercial kombucha to contain in excess of 0.5% ABV (see references 5-7).

18       72.    For example, in 2015 John Edwards, Ph.D. from Process NMR

19  Associates analyzed three samples of GT's Kombucha using nuclear magnetic

20  resonance method, which is highly specific and sensitive for alcohol. He found All

21  GT's Kombucha exceeded 0.5% ABV, with a range of 1.23-1.40 % ABV, reflecting

22  alcohol levels 246%-280% higher than the 0.5% limit. In 2017, Daniel Armstrong,

23  Ph.D. and colleagues at the University of Texas analyzed eight samples of GT's

24  Kombucha using headspace GC-FID, and found they all exceeded 0.5% alcohol,

25  reporting a range of 1.1%-1.8% ABV in GT's Kombucha drinks. This reflects an

26  amount that is 220%-360% higher than the 0.5% ABV limit for non-alcoholic

27  beverages.

28

DECLARATION OF BLAKE EBERSOLE

**Alcohol in GT's Compared to Alcoholic Beverages**

73.    Although a serving size of 8 oz is labeled on GT's Kombucha containers, many consumers may drink an entire bottle as a serving, since the container provides no way to measure a serving. Drinking an entire container of GT's kombucha containing 1.85% ABV (such as GT's Trilogy, lab sample # 8177165) would provide 8.8 mL (milliliters) of alcohol. This is the same quantity of alcohol that would be consumed in 6 oz of 5% ABV beer—equivalent to one half of a 12 oz. bottle of Budweiser. If we were to take a more conservative estimate, the average (mean) GT's with 1.22% alcohol (containing approximately 5.8 mL of alcohol per bottle) provides the same alcohol as about 4 ounces of Budweiser, or about 1/3 of a bottle.

74.    As a result of the method verification, single laboratory validation and multi-lab validation of this headspace GC-FID method, in addition to thoughtful review and evaluation of the ethanol method by AOAC Expert Review Panel and the Journal of AOAC International, along with my testing a number of GT's Enlightened Kombucha and Enlightened Synergy samples from multiple retailers and locations, and the consistency of these results using the same scientifically valid method over more than three years, I consider the alcohol results reported in my studies here to be highly credible and reliable.

**Sugars Analysis in Kombucha**

**Spring 2016 Sugars Analysis**

75.    In spring and summer of 2016, I had conducted an analysis of total sugars in 31 GT's Enlightened Kombucha and Enlightened Synergy products. I performed the sugars analysis on some of the same samples tested for alcohol, so the purchasing, storage, transportation and sampling procedures detailed above for alcohol were the same for the sugars analysis. The analysis used three different laboratories running different AOAC Official Methods of Analysis based on high

DECLARATION OF BLAKE EBERSOLE

Ebersole Decl. - Page 1083

1 performance liquid chromatography (HPLC). The 2016 study found that all three
2 labs together, using different AOAC Official Methods, found all 31 GT's samples
3 analyzed to exceed levels above 20% more than the labeled quantity of sugars and
4 carbohydrates.

5      76.    Test results on 31 samples of GT's kombucha in October 2016 using
6 AOAC Official Method 982.14 resulted in 6.7-11 grams of total sugars per serving,
7 versus 2-6 grams listed on the label. On average, GT's products contained more than
8 three times the labeled amount of sugars (see following table and a true and correct
9 copy of my study, Exhibit 6).

| Store | Store Location | Purchase Date | Manufacturer | Flavor | Enjoy by: | Lot # | Sugars Claim (g/serv) | Sugars Result (g/serv) | Report Date |
|---|---|---|---|---|---|---|---|---|---|
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Cosmic Cranberry | 8/5/16 | 0626**A9B | 2 | 10.0 | 7/12/16 |
| Vons #2096 | Ventura, CA | 5/12/16 | GT's | Gingerade | 6/17/16 | 1824 *C9B | 2 | 7.5 | 6/7/16 |
| Fresh Thyme | Indianapolis IN | 5/3/16 | GT's | Gingerade | 6/11/16 | 1224*D6B | 2 | 7.9 | 5/27/16 |
| Fresh Thyme | Indianapolis IN | 5/3/16 | GT's | Gingerade | 6/11/16 | 1224*D6B | 2 | 8.1 | 5/27/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Gingerade | 8/12/16 | 1326**F3B | 2 | 8.2 | 7/12/16 |
| Giant 6004 | Lititz, PA | 6/28/16 | GT's | Gingerade | 8/7/16 | 0826*D9B | 2 | 8.2 | 7/12/16 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Gingerade | 8/7/16 | 0826*D6B | 2 | 8.3 | 7/12/16 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Gingerade | 8/7/16 | 0826*D6B | 2 | 8.7 | 7/12/16 |
| Sprouts 2950 Baseline Rd | Boulder, CO | 6/28/16 | GT's | Gingerade | 8/5/16 | 0626**E2B | 2 | 8.9 | 7/12/16 |
| Vons #2096 | Ventura, CA | 6/28/16 | GT's | Gingerade | 8/6/16 | 0726*D1B | 2 | 8.9 | 7/7/16 |
| WholeFoods | Carmel IN | 4/4/16 | GT's | Gingerade | 5/14/16 | 1529*B9B | 2 | 9.0 | 4/21/16 |
| Whole Foods | Carmel IN | 4/4/16 | GT's | Gingerade | 5/14/16 | 1529*B9B | 2 | 9.1 | 4/11/16 |
| Fresh Thyme | Indianapolis IN | 5/3/16 | GT's | Gingerberry | 6/3/16 | 0424C*C4B | 4 | 7.7 | 5/27/16 |
| Fresh Market | Carmel IN | 5/3/16 | GT's | Gingerberry | 6/3/16 | 0424C*C4B | 4 | 7.9 | 5/27/16 |
| Giant 6004 | Lititz, PA | 6/28/16 | GT's | Gingerberry | 7/25/16 | 2625C*B0B | 4 | 8.7 | 7/12/16 |
| Sprouts 2950 Baseline Rd | Boulder, CO | 6/28/16 | GT's | Gingerberry | 8/7/16 | 0826*B5B | 4 | 11.0 | 7/12/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Hibiscus Ginger | 8/12/16 | 1326C*A8B | 2 | 9.4 | 7/12/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Lavender Love | 8/6/16 | 0726**A9B | 2 | 8.9 | 7/12/16 |
| Vons #2096 | Ventura, CA | 5/12/16 | GT's | Multigreen | 6/12/16 | 1324 *A7B | 2 | 10.2 | 6/7/16 |
| Fresh Market | Carmel IN | 5/3/16 | GT's | Multigreen | 6/13/16 | 1424C*A2B | 2 | 6.9 | 5/27/16 |
| Fresh Thyme | Indianapolis IN | 5/3/16 | GT's | Multigreen | 6/13/16 | 1424C*A2B | 2 | 7.0 | 5/27/16 |
| Publix 1012 W Main St | Inverness FL | 6/28/16 | GT's | Multigreen | 8/13/16 | 1426**A8B | 2 | 9.4 | 7/12/16 |
| Vons #2096 | Ventura, CA | 5/12/16 | GT's | Original | 7/20/16 | 2124**E5B | 2 | 8.8 | 6/7/16 |
| Sprouts 2950 Baseline Rd | Boulder, CO | 6/28/16 | GT's | Original | 8/30/16 | 0266**F1B | 2 | 8.9 | 7/12/16 |
| Vons #2096 | Ventura, CA | 6/28/16 | GT's | Original | 8/28/16 | 3025**A3B | 2 | 8.9 | 7/7/16 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Original | 7/26/16 | 2724*F1B | 2 | 9.0 | 7/12/16 |
| Fresh Market | Carmel IN | 5/3/16 | GT's | Trilogy | 6/19/16 | 2024**C8B | 2 | 6.7 | 5/27/16 |
| Vons #2096 | Ventura, CA | 5/12/16 | GT's | Trilogy | 6/19/16 | 2124**C2B | 2 | 8.6 | 6/7/16 |
| Fresh Thyme #207 | Carmel IN | 6/28/16 | GT's | Trilogy | 8/1/16 | 0226*C4B | 2 | 9.1 | 7/12/16 |
| Giant 6004 | Lititz, PA | 6/28/16 | GT's | Trilogy | 8/1/16 | 0226*D1B | 2 | 10.0 | 7/12/16 |
| Vons #2096 | Ventura, CA | 6/28/16 | GT's | Trilogy | 8/14/16 | 1526**F3B | 2 | 11.0 | 7/7/16 |

29

**February 2019 Sugars Analysis**

77.     I purchased 29 bottles of GT's Kombucha on February 20, 2019 in Carmel, Indiana—from Whole Foods at 146th Street and Clay Terrace, from Earth Fare on South Rangeline Road, and from Market District at 116th St. and Illinois St.

78.     Because the samples tested in the February 2019 study were the same as the ones analyzed for alcohol, I employed all the same procedures and precautions related to sample purchasing, storage, transportation and testing described previously in this report. Covance analyzed the samples between February 21 and 25, 2019, with results reported on February 25 and 26, 2019.

79.     Covance analyzed the kombucha samples for total sugars by HPLC, according to method AOAC Official Method 982.14. This method is widely applicable for total sugars in foods and beverages, and is one of the high performance liquid chromatography (HPLC) based methods for sugars that is considered reliable because it is specific for the type of sugar, and is sensitive at low concentrations typically found in beverages. As a result, this method is recognized by FDA and other regulatory authorities for testing of total sugars in a range of foods and beverages.

**Sugars Results from February 2019 Analysis**

80.     Test results on the 29 samples of GT's Kombucha in February 2019 using the Covance method resulted in an average of 9.2 grams of total sugars per 8 oz. serving, versus an average of 7 grams of sugars listed on the label (see following table). On average, the sugar in GT's exceeded the label claim by 33%. The range of sugars detected was 7.6-11.1 g/serving, compared to 6-10 g/serving listed on the label.

DECLARATION OF BLAKE EBERSOLE

| Bottle # | Sample Name | Lot # | Enjoy By | Lab Sample # | Total Sugars (g/serving) | Sugars Labeled (g/serving) | Total Sugars (% Above Label) |
|---|---|---|---|---|---|---|---|
| 1 | GTs Cayennade | 0721C2EQ1 | 4/7/19 | 8177173 | 9.3 | 8 | 16% |
| 2 | GTs Cayennade | 0721C2EQ1 | 4/7/19 | 8177174 | 9.4 | 8 | 17% |
| 3 | GTs Cranberry | 1021H2ES1 | 4/10/19 | 8177185 | 10.1 | 8 | 26% |
| 4 | GTs Cranberry | 1021H2ES1 | 4/10/19 | 8177184 | 9.9 | 8 | 23% |
| 5 | GTs Cranberry | 2921H1ED2 | 4/9/19 | 8177172 | 8.6 | 8 | 7% |
| 6 | GTs Gingerade | 0421B1EL1 | 4/4/19 | 8177181 | 8.6 | 6 | 43% |
| 7 | GTs Gingerade | 1232B1EL2 | 3/12/19 | 8177176 | 7.9 | 6 | 32% |
| 8 | GTs Gingerade | 1232B1EL2 | 3/12/19 | 8177175 | 7.9 | 6 | 31% |
| 9 | GTs Gingerade | 1421C1EL2 | 4/14/19 | 8177168 | 7.6 | 6 | 26% |
| 10 | GTs Gingerade | 1421C1EL2 | 4/14/19 | 8177169 | 7.7 | 6 | 28% |
| 11 | GTs Gingerberry | 2921H2EM2 | 4/9/19 | 8177177 | 9.6 | 6 | 59% |
| 12 | GTs Gingerberry | 2921H2EM2 | 4/9/19 | 8177178 | 9.7 | 6 | 61% |
| 13 | GTs Guava | 1021B1EK1 | 3/18/19 | 8177183 | 10.0 | 8 | 24% |
| 14 | GTs Guava | 2921C1EH2 | 4/6/19 | 8177182 | 10.0 | 8 | 24% |
| 15 | GTs Guava | 3121H1EG3 | 4/8/19 | 8177163 | 10.1 | 8 | 26% |
| 16 | GTs Multigreens | 1521B1ES1 | 3/23/19 | 8177180 | 9.6 | 8 | 19% |
| 17 | GTs Multigreens | 1521B1ES1 | 3/23/19 | 8177179 | 9.5 | 8 | 19% |
| 18 | GTs Original | 1021B1EI1 | 4/10/19 | 8177170 | 9.1 | 6 | 52% |
| 19 | GTs Original | 1021B1EI1 | 4/10/19 | 8177171 | 9.4 | 6 | 56% |
| 20 | GTs Original | 1021B1EI2 | 4/10/19 | 8177188 | 9.1 | 6 | 51% |
| 21 | GTs Original | 1021B1EI2 | 4/10/19 | 8177187 | 9.6 | 6 | 59% |
| 22 | GTs Original | 1021B1EI2 | 4/10/19 | 8177186 | 8.8 | 6 | 47% |
| 23 | GTs Original | 1021B1EI2 | 4/10/19 | 8177189 | 8.9 | 6 | 48% |
| 24 | GTs Trilogy | 3021H2EJ1 | 4/10/19 | 8177165 | 8.4 | 6 | 40% |
| 25 | GTs Trilogy | 3021H2EJ1 | 4/10/19 | 8177164 | 8.6 | 6 | 43% |
| 26 | GTs Turmeric | 1421H1EL1 | 3/22/19 | 8177161 | 8.5 | 6 | 42% |
| 27 | GTs Watermelon | 1721B1ET1 | 3/25/19 | 8177167 | 11.1 | 9 | 23% |
| 28 | GTs Watermelon | 1721B1ET1 | 3/25/19 | 8177166 | 10.9 | 9 | 21% |
| 29 | GTs Mango | 2921C1EF2 | 4/6/19 | 8177162 | 10.5 | 10 | 4% |

81.     The amount of total sugars per serving reported in the February 2019 round of testing were similar to the amounts from previous testing in 2016. Considering the suitability of the analytical method, and the relative consistency in results over time, I believe these results to be reliable and accurate.

**Kombucha Sugars in Context of Sugared Beverages**

82.     Some useful context: under the old FDA nutrition labeling requirements, and also based on the mean sugar content found in the February 2019 study, an 8 oz. serving size of GT's provides the same amount of sugar in 2.8 oz. of Coca Cola, or approximately 1/4 can.  However, on May 20, 2016, FDA announced nutrition labeling guidelines requiring foods that contain 1 to 2 servings must be labeled to contain one serving, on or before January 1, 2020 for firms with $10

DECLARATION OF BLAKE EBERSOLE

million of more in annual sales[5]. Under the new FDA labeling rules that will apply to these manufacturers on January 1, 2020, a consumer who drinks an entire bottle (one serving) of GT's Watermelon Kombucha, lab sample 8177166 is consuming 22 grams of added sugar per serving. The amount of added sugar in the GT's Watermelon provides 88 calories, and represents 44% of the 50 gram recommended maximum daily value for added sugars, based on a 2,000 calorie diet. This amount of added sugar is equivalent to 6.8 oz. of Coca Cola, more than half of a standard 12 oz. can.

83.    When combining the sugars and alcohol content under the serving size requirements, the calorie count per serving is calculated much higher than is currently reported on the label. For example, a bottle of GT's Cranberry, lab sample 8177172 contains 17 grams of sugar and 5 grams of alcohol, which provides more than 100 calories per bottle. This exceeds the 30 calories per serving currently listed on the label.

84.    As a result of my thoughtful review and evaluation of sugars analysis, selection of AOAC Official Methods in recognized laboratories for testing, and the testing of 60 GT's Kombucha samples from multiple retailers and locations, and the consistency of the sugars results in GT's Kombucha using these methods over a period of more than three years, I consider the alcohol results reported in my studies here to be highly credible and reliable.

---

[5] FDA, "Changes to the Nutrition Facts Label". Source: https://www.fda.gov/Food/GuidanceRegulation/ucm385663.htm accessed March 1, 2019

DECLARATION OF BLAKE EBERSOLE

Ebersole Decl. - Page 1087

Case 2:19-cv-10920-FMO-GJS   Document 150-3   Filed 12/27/19   Page 79 of 351   Page ID
#:4005
Case 2:17-cv-07639-FMO-GJS   Document 150-3   Filed 12/13/19   Page 63 of 299   Page ID
#:709

1    I declare under penalty of perjury under the laws of the United States of America

2  and the state of Texas, that the foregoing is true and correct and that this Declaration was

3  executed on May 20, 2019 at Carmel, Indiana.

4

5

6

7

8                                    Blake Ebersole

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BLAKE EBERSOLE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 2:19-cv-10920-FMO-GJS   Document 1-10   Filed 12/27/19   Page 31 of 351   Page ID
Case 2:17-cv-07639-FMO-GJS   Document 150-3   Filed 10/15/19   Page 35 of 299   Page ID
#:807
#:4007

# EXHIBIT 1

# EXHIBIT 1 - PART A

Case 2:19-cv-10920-FMO-GJS    Document 150-3    Filed 12/13/19    Page 33 of 351   Page ID #3959

**eurofins**
Food Integrity & Innovation

**Report Number:** 2406859-0
**Report Date:** 25-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177171 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1021B1El1 | **Online Order** | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 4.7 g/Serving Size |
| Glucose | 5.7 g/Serving Size |
| Fructose | 8.3 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 19 g/Serving Size |
| **Density \*** | |
| Density | 1.015 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.31 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1092



Report Number: 2406859-0
Report Date: 25-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

**Testing Location(s)** | **Released on Behalf of Eurofins by**

**Food Integrity Innovation-Madison** | **Edward Ladwig - Director**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Printed:    25-Feb-2019    9:31 pm                    Page 2 of 2

Ebersole Decl. - Page 1093

## eurofins
Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Guava | Eurofins Sample: | 8177182 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 2921C1EH2 | Online Order | 20 |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 6.4 g/Serving Size |
| Glucose | 5.9 g/Serving Size |
| Fructose | 7.6 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density \*** | |
| Density | 1.016 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.11 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**  **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**  **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**  **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**



Food Integrity
& Innovation

Report Number: 2407759-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

**Edward Ladwig - Director**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Printed:    26-Feb-2019    4:22 pm                    Page 2 of 2

Ebersole Decl. - Page 1095

Report Number:   2407760-0

Report Date:   26-Feb-2019

Report Status:   Final

eurofins
Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Guava | Eurofins Sample: | 8177183 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021B1EK1 | Online Order | 20 |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 7.3 g/Serving Size |
| Glucose | 5.4 g/Serving Size |
| Fructose | 7.2 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density \*** | |
| Density | 1.017 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.20 % |

## Method References                                                      Testing Location

**Density (DENSITY_S)**                                              **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**                          **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**                                   **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Case 2:19-cv-10920-FMO-GJS   Document 150-3   Filed 12/27/19   Page 88 of 351   Page ID
#4014
Case 2:19-cv-07539-FMO-GJS   Document 1-39   Filed 10/15/19   Page 88 of 89   Page ID
#891



| | |
|---|---|
| **Report Number:** | 2407760-0 |
| **Report Date:** | 26-Feb-2019 |
| **Report Status:** | Final |

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| **Testing Location(s)** | **Released on Behalf of Eurofins by** |
|---|---|
| **Food Integrity Innovation-Madison** | **Edward Ladwig - Director** |
| Eurofins Food Chemistry Testing US, Inc.<br>3301 Kinsman Blvd<br>Madison WI 53704<br>800-675-8375 | |

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

**eurofins**

Food Integrity
& Innovation

Report Number: 2407761-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Cranberry** | Eurofins Sample: | **8177184** |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1021H2ES1 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3 g/Serving Size |
| Glucose | 8.4 g/Serving Size |
| Fructose | 8.3 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density *** | |
| Density | 1.017 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.03 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**   **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**   **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**   **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Printed:   26-Feb-2019   4:22 pm         Page 1 of 2



# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

**Testing Location(s)**                                  **Released on Behalf of Eurofins by**

**Food Integrity Innovation-Madison**                    **Edward Ladwig - Director**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375



2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1099

eurofins

Food Integrity
& Innovation

Report Number:        2407762-0

Report Date:          26-Feb-2019

Report Status:        Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Cranberry** | Eurofins Sample: | **8177185** |
|---|---|---|---|

| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
|---|---|---|---|
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021H2ES1 | Online Order | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 4 g/Serving Size |
| Glucose | 8.2 g/Serving Size |
| Fructose | 8.0 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density *** | |
| Density | 1.017 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.04 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**                                    **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**              **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas
Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**                        **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**



**Food Integrity & Innovation**

| | |
|---|---|
| Report Number: | 2407762-0 |
| Report Date: | 26-Feb-2019 |
| Report Status: | Final |

## Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| **Testing Location(s)** | **Released on Behalf of Eurofins by** |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

eurofins

Food Integrity
& Innovation

Report Number: 2407763-0

Report Date:   26-Feb-2019

Report Status:   Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177186 |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021B1El2 | Online Order | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 4.6 g/Serving Size |
| Glucose | 5.1 g/Serving Size |
| Fructose | 7.9 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 18 g/Serving Size |
| **Density \*** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.44 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**                                                  **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**                            **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**                                       **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

**\* This analysis or component is not ISO accredited.**



**Report Number:** 2407763-0
**Report Date:** 26-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| **Testing Location(s)** | **Released on Behalf of Eurofins by** |
|---|---|
| **Food Integrity Innovation-Madison** | **Edward Ladwig - Director** |

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

eurofins
Food Integrity
& Innovation

Report Number: 2407764-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177187 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021B1El2 | Online Order | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 5 g/Serving Size |
| Glucose | 5.7 g/Serving Size |
| Fructose | 8.4 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 19 g/Serving Size |
| **Density \*** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.32 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**



## Certificate of Analysis

# NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| **Testing Location(s)** | **Released on Behalf of Eurofins by** |
|---|---|

**Food Integrity Innovation-Madison**

**Edward Ladwig - Director**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

eurofins
Food Integrity
& Innovation

Report Number: 2407765-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177188 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021B1El2 | Online Order | 20 |
| | Sample 3 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 0.9 g/Serving Size |
| Glucose | 7.6 g/Serving Size |
| Fructose | 9.6 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 18 g/Serving Size |
| **Density \*** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.38 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

 

| | | Report Number: | 2407765-0 |
| --- | --- | --- | --- |
| | | Report Date: | 26-Feb-2019 |
| | | Report Status: | Final |

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

**Testing Location(s)** | **Released on Behalf of Eurofins by**

**Food Integrity Innovation-Madison** | **Edward Ladwig - Director**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Printed: 26-Feb-2019  4:22 pm

Ebersole Decl. - Page 1107

Report Number:    2407860-0
Report Date:    26-Feb-2019
Report Status:    Final

**eurofins**

Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Gingerade | Eurofins Sample: | 8177181 |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 0421B1EL1 | Online Order | 20 |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3 g/Serving Size |
| Glucose | 5.7 g/Serving Size |
| Fructose | 8.4 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 17 g/Serving Size |
| **Density \*** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.21 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**                                                    **Food Integrity Innovation-Madison**

  AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

  Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**                              **Food Integrity Innovation-Madison**

  AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

  Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas
  Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**                                        **Food Integrity Innovation-Madison**

  Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
  INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**eurofins**

Food Integrity
& Innovation

Report Number: 2407860-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Printed:   26-Feb-2019   5:01 pm                    Page 2 of 2

**eurofins**
Food Integrity
& Innovation

**Report Number:** 2407766-0
**Report Date:** 26-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177189 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021B1El2 | Online Order | 20 |
| | Sample 4 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 0.8 g/Serving Size |
| Glucose | 7.5 g/Serving Size |
| Fructose | 9.4 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 18 g/Serving Size |
| **Density \*** | |
| Density | 1.013 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.36 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**                                   Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**                  Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**                          Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**Report Number:** 2407766-0

**Report Date:** 26-Feb-2019

**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

**Testing Location(s)**                                                 **Released on Behalf of Eurofins by**

**Food Integrity Innovation-Madison**                                    **Edward Ladwig - Director**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1111

**eurofins**
Food Integrity
& Innovation

Report Number: 2407857-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Gingerberry** | Eurofins Sample: | **8177178** |
|---|---|---|---|

| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
|---|---|---|---|
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 2921H2EM2 | Online Order | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 7.3 g/Serving Size |
| Fructose | 10 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density *** | |
| Density | 1.016 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.61 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL  (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**eurofins**
Food Integrity & Innovation

Report Number:   2407857-0
Report Date:   **26-Feb-2019**
Report Status:   **Final**

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

\* This analysis or component is not ISO accredited.

Printed:   26-Feb-2019   5:01 pm

Page 2 of 2

Ebersole Decl. - Page 1113

Report Number: 2407858-0
Report Date: 26-Feb-2019
Report Status: Final

eurofins
Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Multigreens** | Eurofins Sample: | **8177179** |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1521B1ES1 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 5.8 g/Serving Size |
| Glucose | 5.7 g/Serving Size |
| Fructose | 7.5 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 19 g/Serving Size |
| **Density \*** | |
| Density | 1.016 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 0.809 % |

| Method References | Testing Location |
|---|---|
| **Density (DENSITY_S)** | **Food Integrity Innovation-Madison** |

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

| **Residual Ethanol in Kombucha (ETME_KB_S)** | **Food Integrity Innovation-Madison** |
|---|---|

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

| **Sugar Profile by HPLC (SGLC_S)** | **Food Integrity Innovation-Madison** |
|---|---|

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

**\* This analysis or component is not ISO accredited.**

eurofins
Food Integrity
& Innovation

| | |
|---|---|
| Report Number: | 2407858-0 |
| Report Date: | 26-Feb-2019 |
| Report Status: | Final |

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | Edward Ladwig - Director |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

\* This analysis or component is not ISO accredited.

Ebersole Decl. - Page 1115

Report Number: 2407859-0
Report Date: 26-Feb-2019
Report Status: Final

**eurofins**

Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Multigreens** | Eurofins Sample: | **8177180** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1521B1ES1 | **Online Order** | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 5.6 g/Serving Size |
| Glucose | 5.8 g/Serving Size |
| Fructose | 7.7 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 19 g/Serving Size |
| **Density \*** | |
| Density | 1.016 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 0.820 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**eurofins**
Food Integrity
& Innovation

Report Number: 2407859-0
Report Date: **26-Feb-2019**
Report Status: **Final**

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| **Food Integrity Innovation-Madison** | **Edward Ladwig - Director** |

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375



2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

**\* This analysis or component is not ISO accredited.**

Printed:   26-Feb-2019   5:01 pm                    Page 2 of 2

Ebersole Decl. - Page 1117

Report Number: 2407860-0
Report Date: 26-Feb-2019
Report Status: Final

**eurofins**

Food Integrity & Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| **Sample Name:** | GTs Gingerade | **Eurofins Sample:** | **8177181** |

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 0421B1EL1 | **Online Order** | 20 |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3 g/Serving Size |
| Glucose | 5.7 g/Serving Size |
| Fructose | 8.4 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 17 g/Serving Size |
| **Density \*** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.21 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

**eurofins**

Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Gingerade | Eurofins Sample: | 8177175 |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1232B1EL2 | Online Order | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | <0.5 g/Serving Size |
| Glucose | 6.8 g/Serving Size |
| Fructose | 8.9 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 16 g/Serving Size |
| **Density \*** | |
| Density | 1.011 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.51 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Report Number: 2407854-0

Report Date: 26-Feb-2019

Report Status: Final

eurofins
Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Printed: 26-Feb-2019 5:01 pm

Page 2 of 2

Ebersole Decl. - Page 1121

**eurofins**
Food Integrity & Innovation

Report Number: 2407856-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Gingerberry** | Eurofins Sample: | **8177177** |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 2921H2EM2 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 7.1 g/Serving Size |
| Fructose | 10 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density *** | |
| Density | 1.016 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.65 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1122

**Report Number:** 2407856-0
**Report Date:** 26-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| **Testing Location(s)** | **Released on Behalf of Eurofins by** |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1123

**eurofins**
Food Integrity
& Innovation

Report Number: 2407855-0
Report Date: 26-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| **Sample Name:** | GTs Gingerade | **Eurofins Sample:** | **8177176** |

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1232B1EL2 | **Online Order** | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | <0.5 g/Serving Size |
| Glucose | 6.9 g/Serving Size |
| Fructose | 8.9 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 16 g/Serving Size |
| **Density \*** | |
| Density | 1.012 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.53 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**     Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**     Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43–45 (modified).

**Sugar Profile by HPLC (SGLC_S)**     Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

**\* This analysis or component is not ISO accredited.**

Report Number:   2407855-0

Report Date:   26-Feb-2019

Report Status:   Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1125

eurofins

**Food Integrity
& Innovation**

Report Number: 2407763-0

Report Date: **26-Feb-2019**

Report Status: **Final**

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177186 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1021B1El2 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 4.6 g/Serving Size |
| Glucose | 5.1 g/Serving Size |
| Fructose | 7.9 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 18 g/Serving Size |
| **Density *** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.44 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**  **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**  **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**  **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1126

**Report Number:** 2407763-0
**Report Date:** 26-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

\* This analysis or component is not ISO accredited.

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177187 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1021B1El2 | **Online Order** | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 5 g/Serving Size |
| Glucose | 5.7 g/Serving Size |
| Fructose | 8.4 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 19 g/Serving Size |
| **Density \*** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.32 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**      **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**      **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**      **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Printed:    26-Feb-2019    4:23 pm        Page 1 of 2

| | |
|---|---|
| **Report Number:** | 2407764-0 |
| **Report Date:** | 26-Feb-2019 |
| **Report Status:** | Final |

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| **Testing Location(s)** | **Released on Behalf of Eurofins by** |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

Ebersole Decl. - Page 1129

**eurofins**
Food Integrity
& Innovation

Report Number: 2407761-0

Report Date: 26-Feb-2019

Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| **Sample Name:** | **GTs Cranberry** | **Eurofins Sample:** | **8177184** |

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1021H2ES1 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3 g/Serving Size |
| Glucose | 8.4 g/Serving Size |
| Fructose | 8.3 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density \*** | |
| Density | 1.017 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.03 % |

| Method References | Testing Location |
|---|---|
| **Density (DENSITY_S)** | **Food Integrity Innovation-Madison** |

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

| | |
|---|---|
| **Residual Ethanol in Kombucha (ETME_KB_S)** | **Food Integrity Innovation-Madison** |

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

| | |
|---|---|
| **Sugar Profile by HPLC (SGLC_S)** | **Food Integrity Innovation-Madison** |

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1130

eurofins | Food Integrity & Innovation

**Report Number:** 2407761-0
**Report Date:** 26-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**



2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

**\* This analysis or component is not ISO accredited.**

**eurofins**

Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Cranberry** | Eurofins Sample: | **8177185** |
|---|---|---|---|

| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
|---|---|---|---|
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021H2ES1 | Online Order | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 4 g/Serving Size |
| Glucose | 8.2 g/Serving Size |
| Fructose | 8.0 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density \*** | |
| Density | 1.017 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.04 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**  **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**  **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**  **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

eurofins
**Food Integrity & Innovation**

**Report Number:** 2407762-0
**Report Date:** 26-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Printed: 26-Feb-2019  4:22 pm

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Tumeric | Eurofins Sample: | 8177161 |
|---|---|---|---|

| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
|---|---|---|---|
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1421H1EL1 | Online Order | 20 |
| | 3.22.19 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 1 g/Serving Size |
| Glucose | 6.7 g/Serving Size |
| Fructose | 9.5 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 17 g/Serving Size |
| **Density \*** | |
| Density | 1.014 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.37 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**Report Number:** 2406849-0

**Report Date:** 25-Feb-2019

**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1135

**eurofins**
Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Guava** | Eurofins Sample: | **8177163** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 3121H1EG3 | **Online Order** | 20 |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 5.1 g/Serving Size |
| Glucose | 6.9 g/Serving Size |
| Fructose | 8.1 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 20 g/Serving Size |
| **Density \*** | |
| Density | 1.018 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.05 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**  **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**  **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**  **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**eurofins**
Food Integrity & Innovation

Report Number: 2406851-0
Report Date: 25-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

Ebersole Decl. - Page 1137

Report Number: 2406852-0
Report Date: 25-Feb-2019
Report Status: Final

**eurofins**

Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Trilogy | Eurofins Sample: | 8177164 |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 3021H2EJ1 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3 g/Serving Size |
| Glucose | 5.4 g/Serving Size |
| Fructose | 8.8 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 17 g/Serving Size |
| **Density \*** | |
| Density | 1.016 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.76 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**      **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**      **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**      **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**eurofins**
Food Integrity
& Innovation

Report Number: 2406852-0
Report Date: 25-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| **Food Integrity Innovation-Madison** | **Edward Ladwig - Director** |

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

\* This analysis or component is not ISO accredited.

Ebersole Decl. - Page 1139

eurofins
Food Integrity & Innovation

Report Number: 2406853-0
Report Date: 25-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Trilogy | Eurofins Sample: | 8177165 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 3021H2EJ1 | **Online Order** | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3 g/Serving Size |
| Glucose | 5.2 g/Serving Size |
| Fructose | 8.6 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 17 g/Serving Size |
| **Density \*** | |
| Density | 1.015 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.85 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1140

Report Number: 2406853-0

Report Date: 25-Feb-2019

Report Status: Final

## Certificate of Analysis

# NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

Report Number: 2406854-0
Report Date: 25-Feb-2019
Report Status: Final

**eurofins**

Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Watermelon** | Eurofins Sample: | **8177166** |
|---|---|---|---|

| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
|---|---|---|---|
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1721B1ET1 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 5.0 g/Serving Size |
| Glucose | 6.9 g/Serving Size |
| Fructose | 9.9 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 22 g/Serving Size |
| **Density \*** | |
| Density | 1.019 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 0.641 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**      **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**      **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**      **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1142

**eurofins**
Food Integrity
& Innovation

Report Number: 2406854-0
Report Date: 25-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

\* This analysis or component is not ISO accredited.

Printed:    25-Feb-2019   9:31 pm                    Page 2 of 2

Ebersole Decl. - Page 1143

**eurofins**
Food Integrity
& Innovation

Report Number: 2406855-0
Report Date: 25-Feb-2019
Report Status: Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Watermelon** | Eurofins Sample: | **8177167** |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1721B1ET1 | **Online Order** | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 5.1 g/Serving Size |
| Glucose | 7.0 g/Serving Size |
| Fructose | 10 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 22 g/Serving Size |
| **Density \*** | |
| Density | 1.019 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 0.640 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1144

| | Report Number: | 2406855-0 |
|---|---|---|
| | Report Date: | 25-Feb-2019 |
| | Report Status: | Final |

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

**Testing Location(s)**                            **Released on Behalf of Eurofins by**

**Food Integrity Innovation-Madison**                        **Edward Ladwig - Director**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

\* This analysis or component is not ISO accredited.

**Report Number:** 2406856-0

**Report Date:** 25-Feb-2019

**Report Status:** Final

eurofins
Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Gingerade | Eurofins Sample: | 8177168 |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1421C1EL2 | **Online Order** | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 5.5 g/Serving Size |
| Fructose | 7.6 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 15 g/Serving Size |
| **Density *** | |
| Density | 1.012 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.35 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**Report Number:** 2406856-0

**Report Date:** 25-Feb-2019

**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

**\* This analysis or component is not ISO accredited.**

Printed:    25-Feb-2019   9:31 pm                             Page 2 of 2

Ebersole Decl. - Page 1147

# eurofins
**Food Integrity & Innovation**

## Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Gingerade | Eurofins Sample: | 8177169 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 1421C1EL2 | **Online Order** | 20 |
| | Sample 2 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 5.6 g/Serving Size |
| Fructose | 7.7 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 15 g/Serving Size |
| **Density \*** | |
| Density | 1.012 g/mL |
| **Residual Ethanol in Kombucha \*** | |
| Ethanol v/v | 1.36 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)**    **Food Integrity Innovation-Madison**

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)**    **Food Integrity Innovation-Madison**

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)**    **Food Integrity Innovation-Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| **Food Integrity Innovation-Madison** | **Edward Ladwig - Director** |
| Eurofins Food Chemistry Testing US, Inc.<br>3301 Kinsman Blvd<br>Madison WI 53704<br>800-675-8375 |  <br>2918.01 |

**Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.**

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**

---

**\* This analysis or component is not ISO accredited.**

**eurofins**

Food Integrity
& Innovation

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GTs Original | Eurofins Sample: | 8177170 |
|---|---|---|---|
| Project ID | NATUREP_SC-20190221-0002 | Receipt Date | 21-Feb-2019 |
| PO Number | Charge – Visa | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 16 fl oz | Login Date | 21-Feb-2019 |
| Description | 1021B1El1 | Online Order | 20 |
| | Sample 1 | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 4 g/Serving Size |
| Glucose | 5.7 g/Serving Size |
| Fructose | 8.5 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 18 g/Serving Size |
| **Density *** | |
| Density | 1.015 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.38 % |

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL   (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**Report Number:** 2406858-0

**Report Date:** 25-Feb-2019

**Report Status:** Final

## Certificate of Analysis

# NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| **Food Integrity Innovation-Madison** | **Edward Ladwig - Director** |

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

**\* This analysis or component is not ISO accredited.**

Ebersole Decl. - Page 1151

**eurofins**
Food Integrity
& Innovation

Report Number:   2406860-0
Report Date:   **25-Feb-2019**
Report Status:   **Final**

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GTs Cranberry** | Eurofins Sample: | **8177172** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | NATUREP_SC-20190221-0002 | **Receipt Date** | 21-Feb-2019 |
| **PO Number** | Charge – Visa | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 16 fl oz | **Login Date** | 21-Feb-2019 |
| **Description** | 2921H1ED2 | **Online Order** | 20 |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 8.0 g/Serving Size |
| Fructose | 7.1 g/Serving Size |
| Maltose | <0.5 g/Serving Size |
| Lactose | <0.5 g/Serving Size |
| Total Sugar | 17 g/Serving Size |
| **Density *** | |
| Density | 1.015 g/mL |
| **Residual Ethanol in Kombucha *** | |
| Ethanol v/v | 1.34 % |

---

| Method References | Testing Location |
|---|---|

**Density (DENSITY_S)** — Food Integrity Innovation-Madison

AOAC Official Method 988.06 Specific Gravity of Beer and Wort Digital Density Meter method (modified).

Mettler Toledo Densito 30PX operating instructions

**Residual Ethanol in Kombucha (ETME_KB_S)** — Food Integrity Innovation-Madison

AOAC Method 2016.12, Official Methods of Analysis of AOAC INTERNATIONAL    (2016).

Anthony, Robert M.; Sutheimer, Craig A.; Sunshine, Irving, Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography, Journal of Analytical Toxicology, Volume 4, Number 1, January 1980, pp. 43-45 (modified).

**Sugar Profile by HPLC (SGLC_S)** — Food Integrity Innovation-Madison

Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified)

---

**\* This analysis or component is not ISO accredited.**

**Report Number:** 2406860-0
**Report Date:** 25-Feb-2019
**Report Status:** Final

# Certificate of Analysis

## NaturPro Scientific

10541 Brookview Dr
Carmel Indiana 46032 United States

---

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| | |

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

---

\* This analysis or component is not ISO accredited.

Printed: 25-Feb-2019 9:31 pm

# EXHIBIT 1 – PART B

**COVANCE**

Report Number: 4844540-0

Report Date: 07-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Gingerade | Covance Sample: | 5160244 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0001 | **Receipt Date** | 01-Jul-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0726*D1B 8/6/16 | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | (Stated 2g / 30 Cal) | | |
| | 10.8°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.7 g/Serving Size |
| Fructose | 4.2 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.9 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.020 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.35 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

Ebersole Decl. - Page 1155

**COVANCE.**

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

* This analysis is not ISO accredited.

Ebersole Decl. - Page 1156

**COVANCE**

Report Number: 16445410
Report Date: 07 Jul 2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Trilogy | Covance Sample: | 516-245 |
|---|---|---|---|
| Project ID | AMIN_TA_UP-20160701-0001 | Receipt Date | 01-Jul-2016 |
| Lot Number | CVD | Receipt Condition | Cold on cold Pile or Ice Packs |
| Sample Serving Size | 8 fl oz | Login Date | 01-Jul-2016 |
| Description | 1526**/ 3B 8(14(16 g(Stated 2) ( 30 Cal. 10°8JC | Storage Condition | 5 gC(- 3. de) rees CelsiWs |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2.4 ) (Serving) Size |
| Fructose | 3.7 ) (Serving) Size |
| Dextrose | 5.4 ) (Serving) Size |
| Maltose | <0.2 ) (Serving) Size |
| Lactose | <0.2 ) (Serving) Size |
| Total Sugar | 11 ) (Serving) Size |
| **Specific Gravity** | |
| Density | 1.022 ) (mL |
| **Residual Ethanol and Methanol \*** | |
| %Ethanol v(v | 1.55 9 |

---

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories 0Madison** |
| %Ethanol(Methanol Ey b eadspace with FC-/ ID° | |
| **Specific Gravity (SvGv_S:15)** | **Covance Laboratories 0Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Foods, 2015 Edition gModified. | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories 0Madison** |
| Hffi+ial Methods of Analysis of AHAC INT%ONATIHNAL 18th %d°, AHAC INT%ONATIHNAL, F aithersEWr), MD, USA, g2005., Hffi+ial Method R82°14° gModified. | |

---

| Testing Location(s) | Releasez on Behalf of Covance by |
|---|---|
| **Covance Laboratories 0Madison** | **Lori Ross 0Associate Director** |
| Covance Laboratories Inc° | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2R18°01

---

**\* This analysis is not jSl accreditez.**

Ebersole Decl. - Page 1157

**COVANCE.**

Report Number: 18445410

Report Date: 02-Jul-16

Report Status: Final

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items testez. This certificate of analysis shall not be reprozucez, except in its entirety, without the written approdal of Codance.

* This analysis is not jSI accrezitez.

Ebersole Decl. - Page 1158

**Report Number:** 1844860-0

**Report Date:** 07-Jul-2016

**Report Status:** Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GT Original** | Covance Sample: | **5160246** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0001 | **Receipt Date** | 01-°Jl-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on u et IVé or IVé PaVks |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-°Jl-2016 |
| **Description** | 3025**A3B 8/28/16 Stated 2( / 30 Calg 10)8.C | **Storage Condition** | 5 c+/- 3gde( rees CelsiJs |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| SJVWose | 1 ( /Servin( Size |
| GlJVWose | 3)1 ( /Servin( Size |
| FrJVWose | 4)7 ( /Servin( Size |
| Maltose | <0)2 ( /Servin( Size |
| LaVWose | <0)2 ( /Servin( Size |
| Total SJ( ar | 8)9 ( /Servin( Size |
| **Specific Gravity** | |
| Density | 1)019 ( /mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1)58 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by HeadspaVé with GC-FID) | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - CheVkin( the Net Contents of PaVka( ed Goods, 2015 Edition dModifiedg | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| OffiVial Methods of Analysis of AOAC INTERNATIONAL 18th Ed), AOAC INTERNATIONAL, GaithersbJr( , MD, USA, c2005g OffiVial Method 982)14) dModifiedg | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| CovanVé Laboratories InVY 3301 Kinsman Blvd Madison uI 53704 800-675-8375 | |

 

2918)01

**\* This analysis is not ISO accredited.**

**COVANCE.**

Report Number: 1644860-0

Report Date: 07-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

COVANCE.

Report Number: 1848357-0
Report Date: 12-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Trilogy | Covance Sample: | 5162280 |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0226*D1B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 8/1/16 | | |
| | 6.1°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 3.1 g/Serving Size |
| Fructose | 5.1 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 10 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.022 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.80 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc.<br>3301 Kinsman Blvd<br>Madison WI 53704<br>800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

Printed: 12-Jul-2016 5:02 pm

Page 1 of 2

**COVANCE.**

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

**COVANCE**

Report Number: 16548367-0
Report Date: 12-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Gingerade | Covance Sample: | 5162383 |
|---|---|---|---|
| Project ID | AMIN_TA_UP-20160701-0002 | Receipt Date | 30-Jun-2016 |
| PO Number | CVD | Receipt Condition | Cold on Wet Ice or Ice Packs |
| Sample Serving Size | 8 fl oz | Login Date | 01-Jul-2016 |
| Description | 0626**E2B | Storage Condition | 5 (+/- 3) degrees Celsius |
| | 08/05/16 | | |
| | 5.5°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.7 g/Serving Size |
| Fructose | 4.5 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.9 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.018 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.56 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

Printed: 12-Jul-2016 5:02 pm    Page 1 of 2

**COVANCE.**

Report Number: 16548367-0
Report Date: 12-Jul-2016
Report Status: Final

## Certificate of Analysis

### Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

---

Ebersole Decl. - Page 1164

**COVANCE**

Report Number: 1848365-0
Report Date: 12-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Original | Covance Sample: | 5162381 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0266**FB | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 08/31/16 | | |
| | 5.5°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 1 g/Serving Size |
| Glucose | 2.9 g/Serving Size |
| Fructose | 4.5 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.9 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.014 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.60 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

**\* This analysis is not ISO accredited.**

Printed:    12-Jul-2016    5:02 pm                    Page 1 of 2

COVANCE.

**Report Number:** 1848365-0

**Report Date:** 12-Jul-2016

**Report Status:** Final

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

**COVANCE.**

Report Number: 1848364-0
Report Date: 12-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Hibiscus Ginger | Covance Sample: | 5162294 |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 1326C*ABB | **Storage Condition** | 5 (+/- 3) degrees Celsius |
|  | 08/12/16 |  |  |
|  | 6.2°C |  |  |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3.4 g/Serving Size |
| Glucose | 2.4 g/Serving Size |
| Fructose | 3.6 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 9.4 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.023 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.10 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

Ebersole Decl. - Page 1167

**COVANCE.**

Report Number: 1648364-0

Report Date: 12-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

COVANCE

Report Number: 16548363-0
Report Date: 12-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Gingerade | Covance Sample: | 5162293 |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 1326**F3B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 08/12/16 | | |
| | 6.2°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2.9 g/Serving Size |
| Glucose | 2.6 g/Serving Size |
| Fructose | 3.9 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 9.4 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.018 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.09 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc.<br>3301 Kinsman Blvd<br>Madison WI 53704<br>800-675-8375 | |

 

2918.01

**\* This analysis is not ISO accredited.**

**COVANCE.**

Report Number: 1648363-0

Report Date: 12-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

---

Ebersole Decl. - Page 1170

**COVANCE.**

Report Number: **1848377-0**

Report Date: **12-Jul-2016**

Report Status: **Final**

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Gingerade | Covance Sample: | 5162500 |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0826*D1B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 8/7/16 | | |
| | 5.1°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.7 g/Serving Size |
| Fructose | 4.2 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.7 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.027 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.43 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

**COVANCE.**

| Report Number: | 1648377-0 |
| Report Date: | 12-Jul-2016 |
| Report Status: | Final |

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

**COVANCE.**

| | |
|---|---|
| **Report Number:** | **18348380-0** |
| **Report Date:** | **12-Jul-2016** |
| **Report Status:** | **Final** |

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| **Sample Name:** | **GT Original** | **Covance Sample:** | **5162503** |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 2724*F1B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 7/26/16 | | |
| | 5.1°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 0.6 g/Serving Size |
| Glucose | 3.5 g/Serving Size |
| Fructose | 5.2 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 9.0 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.030 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.44 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc.<br>3301 Kinsman Blvd<br>Madison WI 53704<br>800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

Printed:   12-Jul-2016   5:03 pm                    Page 1 of 2

**COVANCE.**

Report Number:   1648380-0

Report Date:   12-Jul-2016

Report Status:   Final

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

Ebersole Decl. - Page 1174

**COVANCE.**

| | |
|---|---|
| **Report Number:** | **18-48378-0** |
| **Report Date:** | **12-Jul-2016** |
| **Report Status:** | **Final** |

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| **Sample Name:** | **GT Gingerade** | **Covance Sample:** | **5162501** |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0826*D6B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 8/7/16 | | |
| | 5.1°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.5 g/Serving Size |
| Fructose | 4.1 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.3 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.028 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.49 % |

| **Method References** | **Testing Location** |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| **Testing Location(s)** | **Released on Behalf of Covance by** |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc.<br>3301 Kinsman Blvd<br>Madison WI 53704<br>800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

Ebersole Decl. - Page 1175

**COVANCE.**

Report Number: 1648378-0

Report Date: 12-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

---

**\* This analysis is not ISO accredited.**

**COVANCE**

Report Number: 1648359-0
Report Date: 12-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | **GT Gingerberry** | Covance Sample: | **5162282** |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 2625C*B0B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 7/25/16 | | |
| | 6.1°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 0.4 g/Serving Size |
| Glucose | 3.0 g/Serving Size |
| Fructose | 5.3 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.7 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.017 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.89 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

**\* This analysis is not ISO accredited.**

Ebersole Decl. - Page 1177

**COVANCE.**

| | |
|---|---|
| **Report Number:** | **1848359-0** |
| **Report Date:** | **12-Jul-2016** |
| **Report Status:** | **Final** |

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

---

![COVANCE]

# Certificate of Analysis

**Amin Talati & Upadhye, LLC**

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Gingerade | Covance Sample: | 5160244 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0001 | **Receipt Date** | 01-Jul-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0726*D1B 8/6/16 | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | (Stated 2g / 30 Cal) | | |
| | 10.8°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.7 g/Serving Size |
| Fructose | 4.2 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.9 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.020 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.35 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

---

**\* This analysis is not ISO accredited.**

**COVANCE.**

Report Number: 16344540-0
Report Date: 07-Jul-2016
Report Status: Final

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

---

**COVANCE.**

Report Number: 15844541-0

Report Date: 07-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Trilogy | Covance Sample: | 5160245 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0001 | **Receipt Date** | 01-Jul-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 1526**F3B 8/14/16 | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | (Stated 2g / 30 Cal) | | |
| | 10.8°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2.4 g/Serving Size |
| Glucose | 3.7 g/Serving Size |
| Fructose | 5.4 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 11 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.022 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.55 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

**\* This analysis is not ISO accredited.**

Printed: 07-Jul-2016 11:42 am                     Page 1 of 2

Ebersole Decl. - Page 1181

**COVANCE.**

Report Number: 16544541-0
Report Date: 07-Jul-2016
Report Status: Final

## Certificate of Analysis

### Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

Ebersole Decl. - Page 1182

**COVANCE**

Report Number: 15844860-0

Report Date: 07-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Original | Covance Sample: | 5160246 |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0001 | **Receipt Date** | 01-Jul-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 3025**A3B 8/28/16 | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | Stated 2g / 30 Cal) | | |
| | 10.8°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 1 g/Serving Size |
| Glucose | 3.1 g/Serving Size |
| Fructose | 4.7 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.9 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.019 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.58 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

**\* This analysis is not ISO accredited.**

**COVANCE.**

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

Ebersole Decl. - Page 1184

COVANCE.

**Report Number:** 1848362-0
**Report Date:** 12-Jul-2016
**Report Status:** Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Lavender | Covance Sample: | 5162292 |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0726**A9B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 8/6/16 | | |
| | 6.2°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.7 g/Serving Size |
| Fructose | 4.1 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.9 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.018 g/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v/v | 1.37 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

**\* This analysis is not ISO accredited.**

Printed: 12-Jul-2016 5:01 pm          Page 1 of 2

**COVANCE.**

Report Number: 1648362-0

Report Date: 12-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

---

Ebersole Decl. - Page 1186

**COVANCE.**

Report Number: 16548361-0

Report Date: 12-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| **Sample Name:** | **GT Multi-Green** | **Covance Sample:** | **5162291** |

| | | | |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 1426*A8B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 8/13/16 | | |
| | 6.2°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.9 g/Serving Size |
| Fructose | 4.5 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 9.4 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.018 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.41 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

* **This analysis is not ISO accredited.**

Ebersole Decl. - Page 1187

**COVANCE.**

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

---

**\* This analysis is not ISO accredited.**

Ebersole Decl. - Page 1188

**COVANCE**

Report Number: 1648360-0
Report Date: 12-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Cranberry | Covance Sample: | 5162290 |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0626**A9B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 8/5/16 | | |
| | 6.2°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 3.0 g/Serving Size |
| Glucose | 3.4 g/Serving Size |
| Fructose | 4.2 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 10 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.021 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.12 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

* This analysis is not ISO accredited.

Printed: 12-Jul-2016 5:01 pm · Page 1 of 2

Ebersole Decl. - Page 1189

Case 2:17-cv-07535-FMO-GJS   Document 180-3   Filed 10/15/19   Page 181 of 351   Page ID #:4107

**COVANCE**

Report Number: 1848360-0

Report Date: 12-Jul-2016

Report Status: Final

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

---

Ebersole Decl. - Page 1190

**COVANCE.**

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| **Sample Name:** | **GT Gingerade** | **Covance Sample:** | **5162281** |
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Wet Ice or Ice Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0826*D9B | **Storage Condition** | 5 (+/- 3) degrees Celsius |
| | 8/7/16 | | |
| | 6.1°C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 2 g/Serving Size |
| Glucose | 2.3 g/Serving Size |
| Fructose | 3.8 g/Serving Size |
| Maltose | <0.2 g/Serving Size |
| Lactose | <0.2 g/Serving Size |
| Total Sugar | 8.2 g/Serving Size |
| **Specific Gravity** | |
| Density | 1.015 g/mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v/v | 1.43 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol/Methanol by Headspace with GC-FID. | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition (Modified) | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Ed., AOAC INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method 982.14. (Modified) | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

**\* This analysis is not ISO accredited.**

**COVANCE.**

Report Number: 1848358-0

Report Date: 12-Jul-2016

Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

Ebersole Decl. - Page 1192

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT Gingerade | Covance Sample: | 5162281 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **PO Number** | CVD | **Receipt Condition** | Cold on Ice Blue or Blue Packs |
| **Sample Serving Size** | 8 fl oz | **Login Date** | 01-Jul-2016 |
| **Description** | 0826*D/ B | **Storage Condition** | 5 W(- 3+deGrees Celsi° s |
| | 8(7(16 | | |
| | 6gt )C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| S° urose | 2 G(ServinGSize |
| Fl° uose | 2g3 G(ServinGSize |
| <r° utose | 3g3 G(ServinGSize |
| Maltose | 90g2 G(ServinGSize |
| Lautose | 90g2 G(ServinGSize |
| Total S° Gar | 8g2 G(ServinGSize |
| **Specific Gravity** | |
| Density | 1g015 G(mL |
| **Residual Ethanol and Methanol *** | |
| Ethanol v(v | 1g43 % |

| Method References | Testing Location |
|---|---|
| **Residual Ethanol and Methanol (ETME_S:9)** | **Covance Laboratories - Madison** |
| Ethanol(Methanol by Headspaue with FC-<IDg | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories - Madison** |
| NIST Handbook 133 - CheukinGthe Net Contents of PaukaGed Foods, 2015 Edition WModified+ | |
| **Sugar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories - Madison** |
| Offiuial Methods of Analysis of AOAC INTERNATIONAL 18th Edg AOAC INTERNATIONAL, Faithersb° rG, MD, USA, W2005+; Offiuial Method / 82gt4gWModified+ | |

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covanue Laboratories Inug | |
| 3301 Kinsman Blvd | |
| Madison J I 53704 | |
| 800-675-8375 | |

 

2/ 18g1

---

**\* This analysis is not ISO accredited.**

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 185 of 351   Page ID
#:4185
Case 2:17-cv-07496-FMO-GJS   Document 150-3   Filed 10/15/19   Page 185 of 351   Page ID
#:4105

**COVANCE**

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

Ebersole Decl. - Page 1194

**COVANCE.**

Certificate of Analysis

peNort umb : erD          HU84835- 0R

peNort 2 ateD          1J06m10JR1S

peNort FtatmsD          Ginal

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Fab Nle uab eD | T g T inder: erry | Covance Fab NleD | 51SJJ8J |
|---|---|---|---|
| **Project I2** | AMIN_TA_UP-20160701-0002 | **peceiNt 2 ate** | 30-). n-2016 |
| **PO umb : er** | CVD | **peceiNt ConLition** | Cold on ° et lJe or lJe PaJks |
| **Fab Nle Fervind Fize** | 8 fl oz | **Hodin 2 ate** | 01-). l-2016 |
| **2 escriNtion** | 2625C*B0B | **Ftorade ConLition** | 5 uW- 3cde+rees Celsi. s |
| | 7/25/16 | | |
| | 6(1gC | | |

| Analysis | pesnt |
|---|---|
| **Fmdar Profile : y EPHC** | |
| S. Jrose | 0(4 +/Servin+ Size |
| Gl. Jose | 3(0 +/Servin+ Size |
| Fr. Jtose | 5(3 +/Servin+ Size |
| Maltose | <0(2 +/Servin+ Size |
| LaJtose | <0(2 +/Servin+ Size |
| Total S. +ar | 8(7 +/Servin+ Size |
| **FNecific T ravity** | |
| Density | 1(017 +/mL |
| **pesiLmal htManol anL * etManol (** | |
| Ethanol v/v | 1(89 % |

| * etMoL peferences | gestind Hocation |
|---|---|
| **pesiLmal htManol anL * etManol _hg* h9FD )** | **Covance Ha: oratories 0* aLison** |
| Ethanol/Methanol by HeadspaJe with GC-FID( | |
| **FNecific T ravity _FPT P9FDl5)** | **Covance Ha: oratories 0* aLison** |
| NIST Handbook 133 - CheJkin+ the Net Contents of PaJka+ed Goods, 2015 Edition uModifiedc | |
| **Fmdar Profile : y EPHC _FT HC9FDl3)** | **Covance Ha: oratories 0* aLison** |
| OffiJial Methods of Analysis of AOAC INTERNATIONAL 18th Ed(, AOAC INTERNATIONAL, Gaithersb. r+, MD, USA, u2005c, OffiJial Method 982(14( uModifiedc | |

| gestind Hocation_s) | peleaseL on BeMalf of Covance : y |
|---|---|
| **Covance Ha: oratories 0* aLison** | **Hori poss 0Associate 2 irector** |
| CovanJe Laboratories InJ( | |
| 3301 Kinsman Blvd | |
| Madison ° I 53704 | |
| 800-675-8375 |   |

2918(01

**( gMs analysis is not IFO accreLiteL.**

Printed:   12-) . l-2016   5:01 pm                    Pa+e 1 of 2

Ebersole Decl. - Page 1195

**COVANCE.**

peNort umb : erD   Ts4835- 0R

peNort 2 ateD   1J0Gm10UR1S

peNort FtatmsD   Ginal

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

gMose resrⁿts aNNly only to tMe iteb s testeL.  gMs certificate of analysis sMall not : e reNroLⁿceL, exceNt in its entirety, witMoⁿt tMe written aNNroval of Covance.

Ebersole Decl. - Page 1196

# COVANCE

| | |
|---|---|
| Report Number: | 18483-0R0 |
| Report Date: | 13-Jul-2016 |
| Report Status: | Final |

## Certificate of Analysis

**Amin Talati & Upadhye, LLC**

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Lab ID | GT Cran: Berry | Covance Sample ID | 51-JJd0 |
|---|---|---|---|
| Project ID | AMIN_TA_UP-20160701-0002 | Receipt Date | 30-Jun-2016 |
| PO Number | CVD | Receipt Condition | Cold on Jacket Ice or Ice Packs |
| Sample Serving Size | 8 fl oz | Hold Date | 01-Jul-2016 |
| Description | 0626**A/B | Storage Condition | 5 W (-3+degrees Celsius |
| | 8(5(16 | | |
| | 6)2)C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by EvHC** | |
| Sucrose | 3g0 G/Serving Size |
| Fructose | 3g4 G/Serving Size |
| Grucose | 4g2 G/Serving Size |
| Maltose | 90g2 G/Serving Size |
| Lactose | 90g2 G/Serving Size |
| Total Sugar | 10 G/Serving Size |
| **Specific Gravity** | |
| Density | 1g021 G/mL |
| **Residual Methanol and Ethanol (** | |
| Ethanol v(v | 1g12 % |

| * Method References | Testing Location |
|---|---|
| **Residual Methanol and Ethanol hT* h9SDl)** | **Covance Laboratories R* aLison** |
| Ethanol(Methanol by Headspace with FC-<IDg | |
| **Specific Gravity _SvGv9SDl5)** | **Covance Laboratories R* aLison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Foods, 2015 Edition Wmodified+ | |
| **Sugar Profile by EvHC _SGHC9SDl3)** | **Covance Laboratories R* aLison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Edg AOAC INTERNATIONAL, Faithersburg, MD, USA, W2005+; Official Method / 82g14g Wmodified+ | |

| Testing Location_s) | Release on Behalf of Covance by |
|---|---|
| **Covance Laboratories R* aLison** | **Hori poss RAssociate 2irector** |
| Covance Laboratories Inug | |
| 3301 Kinsman Blvd | |
| Madison W I 53704 | |
| 800-675-8375 |   |
| | 2/18g01 |

**COVANCE.**

peNort umb : erD     s483-0R0
peNort 2 ateD     1JRSmRJ01-
peNort StatmsD     Final

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

TMose resmlts aNNly only to tMe iteb s testeL.  TMs certificate of analysis sMall not : e reNroLmceL, exceNt in its entirety, witMomt tMe written aNNroval of Cogance.

Ebersole Decl. - Page 1198

**COVANCE**

Report Number: 18483-10R
Report Date: 16-Jul-2016
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name: | GT griti0Green | Covance Sample ID: | 51-JJv1 |
|---|---|---|---|
| Project ID | AMIN_TA_UP-20160701-0002 | Receipt Date | 30-Jun-2016 |
| PO Number: | CVD | Receipt Condition | Cold on ° et IJe or IJe Packs |
| Sample Serdinz Size | 8 fl oz | Eozin Date | 01-Jul-2016 |
| Description | 1426*A8B | Storage Condition | 5 uW- 3cde+rees Celsius |
| | 8/13/16 | | |
| | 6(2gC | | |

| Analysis | Result |
|---|---|
| **Smzar Profile: y hPEC** | |
| S. Jrose | 2 +/Serving Size |
| Fl. Jose | 2(G+/Serving Size |
| <r. Jtose | 4(5 +/Serving Size |
| Maltose | 90(2 +/Serving Size |
| LaJtose | 90(2 +/Serving Size |
| Total S. +ar | G(4 +/Serving Size |
| **SNecific Gradity** | |
| Density | 1(018 +/mL |
| **Residual Methanol and Higher alcohol (** | |
| Ethanol v/v | 1(41 % |

| Target Methol References | Testing Location |
|---|---|
| **Residual Methanol and Higher alcohol_MTg M9SDy)** | **Covance Laboratories 0g aHison** |
| Ethanol/Methanol by HeadspaJe with FC-<ID( | |
| **SNecific Gradity _SPGP9SD5)** | **Covance Laboratories 0g aHison** |
| NIST Handbook 133 - CheJkin+ the Net Contents of PaJka+ed Foods, 2015 Edition uModifiedc | |
| **Smzar Profile: y hPEC _SGEC9SD3)** | **Covance Laboratories 0g aHison** |
| OffiJial Methods of Analysis of AOAC INTERNATIONAL 18th Ed(, AOAC INTERNATIONAL, Faithersb. r+, MD, USA, u2005c, OffiJial Method G82(14( uModifiedc | |

| Testing Location_s) | Release on Be* alf of Covance: y |
|---|---|
| **Covance Laboratories 0g aHison** | **Eori poss 0Associate 2irector** |
| CovanJe Laboratories InJ( | |
| 3301 Kinsman Blvd | |
| Madison ° I 53704 |   |
| 800-675-8375 | |
| | 2G18(01 |

( T* is analysis is not ISO accreHiteH.

COVANCE.

peNort umb：erD    fs483-1CR
peNort 2 ateD    1J06m10JR1-
peNort StatmsD    Final

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

T*ese resnlts aNNly only to t*e iteb s testeH.  T*is certificate of analysis s*all not：e reNroHnceH, exceNt in its entirety, wit*ont t*e written aNNrodal of Codance.

( T*is analysis is not ISO accreHiteH.

Ebersole Decl. - Page 1200

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sa:ule ma:e2 | GT gadenver | Codance Sa:ule2 | 51-00P0 |
|---|---|---|---|
| j rolect O | AMIN_TA_UP-20160701-0002 | Neceiut J ate | 30-.°n-2016 |
| j z mb: Der | CVD | Neceiut Convition | Cold on J et lue or lue Pauks |
| Sa:ule SerdinL SiHe | 8 fl oz | goLin J ate | 01-.°l-2016 |
| J escriution | 0726**A/ B | StoraLe Convition | 5 W(-3+deGrees Celsi° s |
| | 8(6(16 | | |
| | 6(2)C | | |

| Analysis | Nesblt |
|---|---|
| **SbLar j rofile Dy Ej gC** | |
| S°urose | 2 C/ServinGSize |
| Fl°uose | 2(7 C/ServinGSize |
| <r°utose | 4(l C/ServinGSize |
| Maltose | 90(2 C/ServinGSize |
| Lautose | 90(2 C/ServinGSize |
| Total S°Gar | 8(g C/ServinGSize |
| **Suecific Gradity** | |
| Density | 1(018 C/mL |
| **Nesivbal htManol anv * etManol (** | |
| Ethanol v(v | 1(37 % |

| * etMov Neferences | TestinL gocation |
|---|---|
| **Nesivbal htManol anv * etManol _hT* h9S2P)** | **Codance gaDoratories R* avison** |
| Ethanol(Methanol by Headspaue with F C-<IDg | |
| **Suecific Gradity _Sj Gj 9S215)** | **Codance gaDoratories R* avison** |
| NIST Handbook 133 - CheukinGthe Net Contents of PaukaGed F oods, 2015 Edition W odified+ | |
| **SbLar j rofile Dy Ej gC _SGgC9S2l3)** | **Codance gaDoratories R* avison** |
| Ofiuial Methods of Analysis of AOAC INTERNATIONAL 18th Edg AOAC INTERNATIONAL, F aithersb°rG, MD, USA, V2005+; Ofiuial Method / 82(14(g W odified+ | |

| TestinL gocation_s) | Neleasev on BeMalf of Codance Dy |
|---|---|
| **Codance gaDoratories R* avison** | **gori Noss RAssociate J irector** |
| Covanue Laboratories Inug 3301 Kinsman Blvd Madison J I 53704 800-675-8375 |   |

2/18(01

---

**COVANCE.**

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

TMese resblts auuly only to tMe ite:  s testev.  TMs certificate of analysis sMall not De reurovbcev, exceut in its entirety, witMobt tMe
written auurodal of Codance.

---

( TMs analysis is not Gz  accrevitev.

Ebersole Decl. - Page 1202

Case 2:17-cv-03535-FMO-GJS Document 50-3 Filed 10/45/19 Page 192 of 289 Page ID #:4124

**COVANCE.**

| | |
|---|---|
| Report Number : | 18483-3R |
| Report Date: | 06-Jul-1016 |
| Report Status: | Final |

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Lab ID | GT Gingerade | Covance Sample ID | 51-JJP3 |
|---|---|---|---|
| Project # | AMIN_TA_UP-20160701-0002 | Receipt Date | 30-Jun-2016 |
| Lot Number : | CVD | Receipt Condition | Cold on Jet Blue or Blue Packs |
| Sample Serving Size | 8 fl oz | Begin Date | 01-Jul-2016 |
| Description | 1326**/3B | Storage Condition | 5 W(-3+degrees Celsius |
| | 08(12(16 | | |
| | 6g2)C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by EJ HC** | |
| Sucrose | 2gF G(ServinG Size |
| Glucose | 2g6 G(ServinG Size |
| Fructose | 3gF G(ServinG Size |
| Maltose | 90g2 G(ServinG Size |
| Lactose | 90g2 G(ServinG Size |
| Total Sugar | Fg4 G(ServinG Size |
| **Specific Gravity** | |
| Density | 1g018 G(mL |
| **Residual Methanol and Ethanol (** | |
| Ethanol v(v | 1g0F % |

| Method References | Testing Location |
|---|---|
| **Residual Methanol and Ethanol _hT* h9SLP)** | **Covance Laboratories 0* adison** |
| Ethanol(Methanol by Headspace with GC-FID g | |
| **Specific Gravity _Sj G9SL15)** | **Covance Laboratories 0* adison** |
| NIST Handbook 133 - Checking the Net Contents of Packaged Goods, 2015 Edition WModified+ | |
| **Sugar Profile by EJ HC _SGHC9SL13)** | **Covance Laboratories 0* adison** |
| Official Methods of Analysis of AOAC INTERNATIONAL 18th Edg AOAC INTERNATIONAL, Gaithersburg, MD, USA, W2005+, Official Method F82g14gWModified+ | |

| Testing Location_s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories 0* adison** | **Hori Poss 0Associate 2irector** |
| Covance Laboratories Inug | |
| 3301 Kinsman Blvd | |
| Madison J I 53704 | |
| 800-675-8375 | |

 

2F18g01

---

( TMs analysis is not Gz accredited.

Printed: 12-Jul-2016 5:02 pm

PaGe 1 of 2

**COVANCE.**

peNort umber        16483-30R
peNort 2 ate[       1J06m10JR1-
peNort StatmsD      Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

TMese resmlts aNNly only to tMe iteb s tested.  TMs certificate of analysis sMall not : e reNrodmced, exceNt in its entirety, witMomt tMe
written aNNroval of Covance.

Ebersole Decl. - Page 1204



| | |
|---|---|
| peNort umb : erD | Ie483- 40R |
| peNort 2 ateD | 1J06m10JR1- |
| peNort StatmsD | Final |

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sab Nle uab eD | GT gi: iscms Ginder | Covance Sab NleD | 51- JJP4 |
|---|---|---|---|
| j rolect Q2 | AMIN_TA_UP-20160701-0002 | peceiNt 2 ate | 30-). n-2016 |
| j z umb : er | CVD | peceiNt ConHition | Cold on ° et IJe or IJe PaJks |
| Sab Nle Servind SiLe | 8 fl oz | Eodin 2 ate | 01-). I-2016 |
| 2 escriNtion | 1326C*ABB | Storade ConHition | 5 uW- 3cde+rees Celsi. s |
| | 08/12/16 | | |
| | 6(2gC | | |

| Analysis | pesmt |
|---|---|
| **Smdar j rofile : y gj EC** | |
| S. Jrose | 3(4 +/Servin+ Size |
| GI. Jose | 2(4 +/Servin+ Size |
| Fr. Jtose | 3(6 +/Servin+ Size |
| Maltose | <0(2 +/Servin+ Size |
| LaJtose | <0(2 +/Servin+ Size |
| Total S. +ar | 9(4 +/Servin+ Size |
| **SNecific Gravity** | |
| Density | 1(023 +/mL |
| **pesiHmal htManol anH * etManol (** | |
| Ethanol v/v | 1(10 % |

| * etMoH peferences | Testind Eocation |
|---|---|
| **pesiHmal htManol anH * etManol _hT* h9SDP)** | **Covance Ea: oratories 0* aHison** |
| Ethanol/Methanol by HeadspaJe with GC-FID( | |
| **SNecific Gravity _Sj 9SD15)** | **Covance Ea: oratories 0* aHison** |
| NIST Handbook 133 - CheJkin+ the Net Contents of PaJka+ed Goods, 2015 Edition uModifiedc | |
| **Smdar j rofile : y gj EC _SGEC9SD13)** | **Covance Ea: oratories 0* aHison** |
| OffiJial Methods of Analysis of AOAC INTERNATIONAL 18th Ed(, AOAC INTERNATIONAL, Gaithersb. r+, MD, USA, u2005c, OffiJial Method 982(14( uModifiedc | |

| Testind Eocation_s) | peleaseH on BeMalf of Covance : y |
|---|---|
| **Covance Ea: oratories 0* aHison** | **Eori poss 0Associate 2 irector** |
| CovanJe Laboratories InJ( | |
| 3301 Kinsman Blvd | |
| Madison ° I 53704 | |
| 800-675-8375 | |



2918(01

( TMs analysis is not C3z accreHiteH.

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the item s tested.  This certificate of analysis shall not : e reproduced, except in its entirety, without the written approval of Covance.**

Ebersole Decl. - Page 1206

**COVANCE**

Report Number  FS483-50R
Report Date  1 Jun 2016 R1
Report Status  Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| Sample Name Lab ID | GT gardinal | Covance Sample ID | 51-J381 |
| Project ID | AMIN_TA_UP-20160701-0002 | Receipt Date | 30-Jun-2016 |
| Page Number | CVD | Receipt Condition | Cold on Jet blue or blue Packs |
| Sample Serving Size | 8 fl oz | Login Date | 01-Jul-2016 |
| Description | 0266**/B | Storage Condition | 5 W/(- 3+degrees Celsius |
| | 08/31(16 | | |
| | 55)C | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by HPLC** | |
| Sucrose | 1 G/ServingSize |
| Glucose | 25 G/ServingSize |
| Fructose | 45 G/ServingSize |
| Maltose | 90 G/ServingSize |
| Lactose | 90 G/ServingSize |
| Total Sugar | 85 G/ServingSize |
| **Specific Gravity** | |
| Density | 1.014 G/mL |
| **Residual Ethanol and Methanol \*** | |
| Ethanol v(v | 1.60 % |

## Method References | Testing Location

**Residual Ethanol and Methanol (ETME_SD)** | **Covance Laboratories Madison**

Ethanol/Methanol by Headspace with GC-FID

**Specific Gravity (SPGP_SD15)** | **Covance Laboratories Madison**

NIST Handbook 133 - Checking the Net Contents of Packaged Foods, 2015 Edition (Modified)

**Sugar Profile by HPLC (SGLC_SD13)** | **Covance Laboratories Madison**

Official Methods of Analysis of AOAC INTERNATIONAL 18th Edg AOAC
INTERNATIONAL, Gaithersburg, MD, USA, (2005), Official Method F82g14g(Modified)

## Testing Location(s) | Released on Behalf of Covance by

**Covance Laboratories Madison** | **Lori Ross Associate Director**

Covance Laboratories Inc
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2F18g01

---

\* This analysis is not ISO accredited.

Printed:   12-Jul-2016  5:02 pm                    Page 1 of 2

**COVANCE.**

peNort umb : erD    18483-  50R
peNort 2 ateD    1J06m10JR1-
peNort StatmsD    Final

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These resnlts aNNly only to the iteb s testez. This certificate of analysis shall not : e reNrozmcez, exceNt in its entirety, withont the written aNNroval of Covance.**

---

**\* This analysis is not ISg accrezitez.**

Ebersole Decl. - Page 1208

**COVANCE**

Neuort mo: Der age 104860-Rp

Neuort J ate7          12Rsblrzp10

Neuort Ftatbs7          Ginal

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| Fa: ule ma: e7 | T OT ingerave | CoPance Fa: ule7 | 5102686 |
| j rolect zJ | AMIN_TA_UP-20160701-0002 | Neceiut J ate | 30-. ° n-2016 |
| j d mb: Der | CVD | Neceiut Convition | Cold on J et lue or lue Pauks |
| Fa: ule FerPing FiLe | 8 fl oz | Hogin J ate | 01-. ° I-2016 |
| J escriution | 0626**/ 2B 08(05(16 5ɟ)C | Ftorage Convition | 5 Wʋ(- 3+deGrees Celsi° s |

| Analysis | Nesblt |
|---|---|
| **Fbgar j rofile Dy Ej HC** | |
| S° urose | 2 Cʋ(ServinGSize |
| Fl° uose | 2ɟ7 Cʋ(ServinGSize |
| <r° utose | 4ɟ5 Cʋ(ServinGSize |
| Maltose | 90ɟ2 Cʋ(ServinGSize |
| Lautose | 90ɟ2 Cʋ(ServinGSize |
| Total S° Gar | 8ɟ%Gʋ(ServinGSize |
| **Fuecific T raPity** | |
| Density | 1ɟ018 CʋmL |
| **Nesivbal htManol anv * etManol (** | |
| / thanol v(v | 1ɟ56 E |

| * etMov Neferences | Oesting Hocation |
|---|---|
| **Nesivbal htManol anv * etManol _hO° h9F7) 3** | **CoPance HaDoratories R° avison** |
| / thanol(Methanol by Headspaue with F C-<IDg | |
| **Fuecific T raPity _Fj T j 9F7l53** | **CoPance HaDoratories R° avison** |
| NIST Handbook 133 - CheukinGthe Net Contents of PaukaGed F oods, 2015 / dition Wodified+ | |
| **Fbgar j rofile Dy Ej HC _FT HC9F7l63** | **CoPance HaDoratories R° avison** |
| Offiuial Methods of Analysis of AOAC INT/ RNATIONAL 18th / dg AOAC INT/ RNATIONAL, F aithersb° rG, MD, USA, Wʋ005+, Offiuial Method %ʋ2gʋl4gWodified+ | |

| Oesting Hocation_s3 | Neleasev on BeMalf of CoPance Dy |
|---|---|
| **CoPance HaDoratories R° avison** | **Hori Noss RAssociate J irector** |
| Covanue Laboratories Inug 3301 Kinsman Blvd Madison J I 53704 800-675-8375 | |

 

2%ɟ18ɟ01

---

( OMs analysis is not zFd accrevitev.

Printed:   12-. ° I-2016   5:02 pm

COVANCE.

Neuort no: Derr          154860- R

Neuort J ate7          12 Fbl Rp10

Neuort Ftatbs7          Ginal

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

OMese resblts auuly only to tMe ite:  s testev.  OMs certificate of analysis sMall not De reurovbcev, exceut in its entirety, witMobt tMe written auuroPal of CoPance.

( OMs analysis is not zFd  accrevitev.

Ebersole Decl. - Page 1210

# COVANCE

| | Report Number | 1648600-R |
|---|---|---|
| | Report Date | 1J-2m1-JR1S |
| | Report Status | Final |

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Lab ID | TOT Ingerave | CoPance Sample ID | 51SJ5RR |
|---|---|---|---|
| Project # | AMIN_TA_UP-20160701-0002 | Receipt Date | 30-). n-2016 |
| Lot Number | CVD | Receipt Condition | Cold on ° et IJe or IJe PaJks |
| Sample ForPing File | 8 fl oz | Login Date | 01-). I-2016 |
| Description | 0826*D1B | Storage Condition | 5 uW- 3cde+rees Celsi. s |
| | 8/7/16 | | |
| | 5(1gC | | |

| Analysis | Result |
|---|---|
| **Sugar Profile by EJ HC** | |
| S. Jrose | 2 +/Servin+ Size |
| Gl. Jose | 2(7 +/Servin+ Size |
| Fr. Jtose | 4(2 +/Servin+ Size |
| Maltose | <0(2 +/Servin+ Size |
| LaJtose | <0(2 +/Servin+ Size |
| Total S. +ar | 8(7 +/Servin+ Size |
| **Specific Travity** | |
| Density | 1(027 +/mL |
| **Residual Methanol anv * etManol (** | |
| %thanol v/v | 1(43 9 |

| * etMov references | Testing Hocation |
|---|---|
| **Residual Methanol anv * etManol _hO' h9FD) 3** | **CoPance Haboratories - * avison** |
| %thanol/Methanol Ey b eadspaJe with GC-FID( | |
| **Specific Travity _Fj Tj 9FDI53** | **CoPance Haboratories - * avison** |
| NIST bandEook 133 - CheJkin+ the Net Contents of PaJka+ed Goods, 2015 %dition uModifiedc | |
| **Sugar Profile by EJ HC _FT HC9FDI63** | **CoPance Haboratories - * avison** |
| HffiJial Methods of Analysis of AHAC INT%ONATIHNAL 18th %d(, AHAC INT%ONATIHNAL, GaithersE. r+, MD, USA, u2005c, HffiJial Method R82(14( uModifiedc | |

| Testing Hocation_s3 | Release on BeMalf of CoPance : y |
|---|---|
| **CoPance Haboratories - * avison** | **Hori poss - Associate 7 irector** |
| CovanJe LaEoratories InJ( | |
| 3301 Kinsman Blvd | |
| Madison ° I 53704 | |
| 800-675-8375 | |

 

2R18(01

( OMs analysis is not zFd accrevitev.

**COVANCE.**

peNort umb : erD    Ts48600-R

peNort 7 ateⅠ    1J-2n1-JR1S

peNort FtatmsD    Ginal

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

OMese resnlts aNNly only to tMe iteb s testev.  OMs certificate of analysis sMall not : e reNrovnrcev, exceNt in its entirety, witMont tMe written aNNroPal of CoPance.

---

( OMs analysis is not ₹Fd  accrevitev.




**COVANCE**

peNort umbⁿerⁿ          1848608-R

peNort 7 ateⁿ          1J-2m1-JR1S

peNort FtatmsD          Ginal

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Fab Nle uab eD | T OT ingerave | CoPance Fab NleD | 51SJ5R1 |
|---|---|---|---|
| j rolect z7 | AMIN_TA_UP-20160701-0002 | peceiNt 7 ate | 30-). n-2016 |
| j d umb : er | CVD | peceiNt Convition | Cold on ° et IJe or IJe PaJks |
| Fab Nle FerPing FiLe | 8 fl oz | Hogin 7 ate | 01-). I-2016 |
| 7 escriNtion | 0826*D6B | Ftorage Convition | 5 uW- 3cde+rees Celsi. s |
|  | 8/7/16 |  |  |
|  | 5(1gC |  |  |

| Analysis | pesmt |
|---|---|
| Fmgar j rofile : y Ej HC |  |
| S. Jrose | 2 +/Servin+ Size |
| Gl. Jose | 2(5 +/Servin+ Size |
| Fr. Jtose | 4(1 +/Servin+ Size |
| Maltose | <0(2 +/Servin+ Size |
| LaJtose | <0(2 +/Servin+ Size |
| Total S. +ar | 8(3 +/Servin+ Size |
| FNecific T raPity |  |
| Density | 1(028 +/mL |
| pesivmal htManol anv * etManol ( |  |
| Ethanol v/v | 1(49 % |

| * etMov peferences | Oesting Hocation |
|---|---|
| pesivmal htManol anv * etManol _hO' h9FD 3 | CoPance Ha: oratories - * avison |
| Ethanol/Methanol by HeadspaJe with GC-FID( |  |
| FNecific T raPity _Fj T j 9FDl53 | CoPance Ha: oratories - * avison |
| NIST Handbook 133 - CheJkin+ the Net Contents of PaJka+ed Goods, 2015 Edition uModifiedc |  |
| Fmgar j rofile : y Ej HC _FT HC9FDl63 | CoPance Ha: oratories - * avison |
| OffiJial Methods of Analysis of AOAC INTERNATIONAL 18th Ed(, AOAC INTERNATIONAL, Gaithersb. r+, MD, USA, u2005c, OffiJial Method 982(14( uModifiedc |  |

| Oesting Hocation_s3 | peleasev on BeMalf of CoPance : y |
|---|---|
| CoPance Ha: oratories - * avison | Hori poss - Associate 7 irector |
| CovanJe Laboratories InJ( |  |
| 3301 Kinsman Blvd |  |
| Madison ° I 53704 |  |
| 800-675-8375 |  |

ilac-MRA   ACCREDITED

2918(01

---

**( OMs analysis is not zFd accrevitev.**

Printed:   12-). I-2016   5:03 pm

COVANCE

peNort umb : erD    f848608-R

peNort 7 ateD    1J-2m1-JR1S

peNort FtatmsD    Ginal

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

OMese resnlts aNNly only to tMe iteb s testev. OMs certificate of analysis sMall not : e reNrovmcev, exceNt in its entirety, witMont tMe written aNNroPal of CoPance.

Ebersole Decl. - Page 1214

COVANCE.

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Ga: ule ma: e7 | Og grilovy | CoPance Ga: ule7 | 51F25p2 |
|---|---|---|---|
| j rolect zJ | AMIN_TA_UP-20160701-0002 | Neceiut J ate | 30-). n-2016 |
| j d mb: Der | CVD | Neceiut ConHition | Cold on ° et IJe or IJe PaJks |
| Ga: ule GerPinv GiLe | 8 fl oz | Eovin J ate | 01-). l-2016 |
| J escriution | 0226*C4B | Gtorave ConHition | 5 uW- 3cde+rees Celsi. s |
| | 8/1/16 | | |
| | 5(1gC | | |

| Analysis | Nesblt |
|---|---|
| **Gbvar j rofile Dy hj EC** | |
| S. Jrose | 2 +/Servin+ Size |
| Gl. Jose | 2(5 +/Servin+ Size |
| Fr. Jtose | 4(7 +/Servin+ Size |
| Maltose | <0(2 +/Servin+ Size |
| LaJtose | <0(2 +/Servin+ Size |
| Total S. +ar | 9(1 +/Servin+ Size |
| **Guecific OraPity** | |
| Density | 1(037 +/mL |
| **NesiHbal Mt* anol anH ( et* anol _** | |
| Ethanol v/v | 2(54 % |

| ( et* oH Neferences | gestinv Eocation |
|---|---|
| **NesiHbal Mt* anol anH ( et* anol 9Mg( M) G7- 3** | **CoPance EaDoratories R( aHison** |
| Ethanol/Methanol by HeadspaJe with GC-FID( | |
| **Guecific OraPity 9Gj Oj ) G7153** | **CoPance EaDoratories R( aHison** |
| NIST Handbook 133 - CheJkin+ the Net Contents of PaJka+ed Goods, 2015 Edition uModifiedc | |
| **Gbvar j rofile Dy hj EC 9GOEC) G7163** | **CoPance EaDoratories R( aHison** |
| OffiJial Methods of Analysis of AOAC INTERNATIONAL 18th Ed(, AOAC INTERNATIONAL, Gaithersb. r+, MD, USA, u2005c, OffiJial Method 982(14( uModifiedc | |

| gestinv Eocation9s3 | NeleaseH on Be* alf of CoPance Dy |
|---|---|
| **CoPance EaDoratories R( aHison** | **Eori Noss RAssociate J irector** |
| CovanJe Laboratories InJ( | |
| 3301 Kinsman Blvd | |
| Madison ° I 53704 | |
| 800-675-8375 | |

 

2918(01

---

_g* is analysis is not zGd accreHiteH.

**COVANCE.**

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

g* ese resblts auuly only to t* e ite:  s testeH.  g* is certificate of analysis s* all not De reuroHbceH, exceut in its entirety, wit* obt t* e
written auuroPal of CoPance.

# COVANCE.

**Report Number:** 184838-0

**Report Date:** 02-Jul-16

**Report Status:** Final

## Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| | | | |
|---|---|---|---|
| **Sample Name:** | **GT gridinal** | **Covance Sample:** | **51625-3** |
| **Project ID** | AMIN_TA_UP-20160701-0002 | **Receipt Date** | 30-Jun-2016 |
| **Pg Number** | CVD | **Receipt Condition** | Cold on Jet lue or lue Pauks |
| **Sample Serving Size** | 8 fl oz | **Lodin Date** | 01-Jul-2016 |
| **Description** | 2724*/1B | **Storade Condition** | 5 W(- 3+deGrees Celsi° s |
| | 7(26(16 | | |
| | 5gt)C | | |

| Analysis | Result |
|---|---|
| **Sudar Profile by HPLC** | |
| S° urose | 0.6 G(ServinG Size |
| Fl° uose | 3.5 G(ServinG Size |
| /r° utose | 5.2 G(ServinG Size |
| Maltose | <0.2 G(ServinG Size |
| Lautose | <0.2 G(ServinG Size |
| Total S° Gar | 9.0 G(ServinG Size |
| **Specific Gravity** | |
| Density | 1.030 G(mL |
| **Resizual Ethanol anz Methanol *** | |
| Ethanol v(v | 1.44 % |

| Methoz References | Testind Location |
|---|---|
| **Resizual Ethanol anz Methanol (ETME_S:9)** | **Covance Laboratories 0Mazison** |
| Ethanol(Methanol by Headspaue with F C-/ IDg | |
| **Specific Gravity (SPGP_S:15)** | **Covance Laboratories 0Mazison** |
| NIST Handbook 133 - CheukinGthe Net Contents of PaukaGed F oods, 2015 Edition W(odified+ | |
| **Sudar Profile by HPLC (SGLC_S:13)** | **Covance Laboratories 0Mazison** |
| Offiuial Methods of Analysis of AOAC INTERNATIONAL 18th Edg AOAC INTERNATIONAL, F aithersb° rG, MD, USA, W2005+, Offiuial Method 982g14gW(odified+ | |

| Testind Location(s) | Releasez on Behalf of Covance by |
|---|---|
| **Covance Laboratories 0Mazison** | **Lori Ross 0Associate Director** |
| Covanue Laboratories Inug | |
| 3301 Kinsman Blvd | |
| Madison J I 53704 | |
| 800-675-8375 | |

 

2918001

* This analysis is not ISg accrezitez.

**COVANCE.**

Report Number: 164838-0
Report Date: 12-Jul-16
Report Status: Final

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

**These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.**

Ebersole Decl. - Page 1218

**COVANCE.**

Report Number: 14483-30R
Report Date: 16Jun2016 SR1-
Report Status: Final
Service Number: 1548J-50R

# Certificate of Analysis

## Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

| Sample Name Lab ID | god v riPinal | Covance Sample ID | 51-SJ81 |
|---|---|---|---|
| Project # | AMIN_TA_UP-20160701-0002 | Receipt Date | 30-Jun-2016 |
| Lot Number/ser | CVD | Receipt Condition | Cold on Jet lue or lue Pauks |
| Sample Ferj inP File | 8 fl oz | HoPin Date | 01-Jul-2016 |
| Description | 0266**/1B 08(31(16 5g5)C | Storage Condition | 5 W(-3+deGrees Celsi°s |

| Analysis | Result |
|---|---|
| **FmPar I rofile : y El HC** | |
| S°urose | 1 G(ServinGSize |
| <l°uose | 2gF G(ServinGSize |
| /r°utose | 4g5 G(ServinGSize |
| Maltose | 90g2 G(ServinGSize |
| Lautose | 90g2 G(ServinGSize |
| Total S°Gar | 8gF G(ServinGSize |
| **FNecific g raj ity** | |
| Density | 1g014 G(mL |
| **pesiTmal htManol anT * etManol (** | |
| Ethanol v(v | 1g60 % |

| * etMoT peferences | destinP Hocation |
|---|---|
| **pesiTmal htManol anT * etManol _hd* h9FCI3)** | Covance Ha: oratories 0* aTison |
| Ethanol(Methanol by Headspaue with <C-/IDg) | |
| **FNecific g raj ity _Fl g I 9FDI5)** | Covance Ha: oratories 0* aTison |
| NIST Handbook 133 - CheukinGthe Net Contents of PaukaGed <oods, 2015 Edition Wmodified+ | |
| **FmPar I rofile : y El HC _Fg HC9FDIJ)** | Covance Ha: oratories 0* aTison |
| Offiuial Methods of Analysis of AOAC INTERNATIONAL 18th Edg AOAC INTERNATIONAL, <aithersb°rG, MD, USA, W2005+; Offiuial Method F82g14gWModified+ | |

| destinP Hocation_s) | peleaseT on BeMalf of Covance : y |
|---|---|
| **Covance Ha: oratories 0* aTison** | **Hori poss 0Associate 2irector** |
| Covanue Laboratories Inug 3301 Kinsman Blvd Madison J I 53704 800-675-8375 |   2F18g01 |

( dMs analysis is not zFv accreTiteT.

Printed:   13-Jul-2016   1:11 pm                    PaGe 1 of 2

Ebersole Decl. - Page 1219

**COVANCE**

| | |
|---|---|
| peNort umb:erD | 16483-3 0R |
| peNort 2 ateD | 1J06m1 0SR1- |
| peNort FtatmsD | Ginal |
| FmNerceTes D | 1548J-5 0R |

## Certificate of Analysis

# Amin Talati & Upadhye, LLC

10541 Brookview Dr
Carmel Indiana 46032 United States

dMese resnſts aNNly only to tMe iteb s testeT. dMs certificate of analysis sMall not : e reNroTnceT, exceNt in its entirety, witMont tMe written aNNroj al of Coj ance.

# EXHIBIT 2

Exhibit 2: Images of GT's samples tested in February 2019





Temperature check of refrigerator where GT's was purchased on February 20, 2019

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 216 of 351   Page
ID #:216
Case 2:17-cv-07589-FMO-GJS   Document 180-3   Filed 10/15/19   Page 170 of 299   Page ID
#:4142



Inspection of GT's samples





























Case 2:17-cv-07639-FMO-GJS   Document 180-3   Filed 10/15/19   Page 169 of 299   Page ID #:4157





## Nutrition Facts

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

Calories 30     Calories from Fat 0

% Daily Value*

| | |
|---|---|
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 1% |
| Total Carbohydrate 8g | 3% |
| Sugars 8g | |
| Protein 0g | |

PER BOTTLE: Probiotics Bacillus
coagulans GBI-30 6086 billion
organisms** S. Boulardii (1
organisms** Polyphenols (10mg),
Glucuronic Acid (10mg), L(+) Lactic
Acid (25mg), Acetic Acid (30mg)

**At the time of bottling

INGREDIENTS: GT's Kombucha*, (kombucha
culture*, black tea*, green tea*, kiwi juice*),
guava puree*, and 100% pure kiwi*
*Organically produced. Do Not Shake

PLEASE NOTE: Kombucha is a fermented
tea that has naturally occurring alcohol.
Do not consume if you are avoiding
alcohol due to pregnancy, allergies,
sensitivities or religious reasons.

Gluten-free • Vegan • Non-GMO

Case 2:19-cv-10920-FMO-GJS Document 130-3 Filed 12/27/19 Page 233 of 351 Page
Case 2:17-cv-07639-FMO-GJS Document 130-3 Filed 10/15/19 Page 187 of 299 Page ID
#:4155



## Nutrition Facts

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

| Calories 25 | Calories from Fat 0 |
|---|---|

% Daily Value*

| | |
|---|---|
| Total Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 1% |
| Total Carbohydrate 6g | 2% |
| Sugars 6g | |
| Protein 0g | |

PER BOTTLE: Probiotics Bacillus coagulans GBI-30 6086 (1 billion organisms)**, S. Boulardii (1 billion organisms)**, Polyphenols (10mg), Glucuronic Acid (10mg), L(+) Lactic Acid (25mg), Acetic Acid (30mg)

**At the time of bottling.
INGREDIENTS: GT's Kombucha*, (kombucha culture*, black tea*, green tea*, kiwi juice*), and 100% pure love!
*Organically produced. Do Not Shake

Please note, Kombucha is a fermented tea that has naturally occurring alcohol. Do not consume if you are avoiding alcohol due to pregnancy, allergies, sensitivities, or religious beliefs.



## Nutrition Facts

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

| Calories 30 | Calories from Fat 0 |
|---|---|

| | % Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 1% |
| Total Carbohydrate 8g | 3% |
|   Sugars 8g | |
| Protein 1g | |

PER BOTTLE: Probiotics Bacillus coagulans GBI-30 6086 (1 billion organisms)** S. Boulardii (1 billion organisms)** Polyphenols (10mg), Glucuronic Acid (10mg), L(+) Lactic Acid (25mg), Acetic Acid (30mg)

** At the time of bottling

INGREDIENTS: GT's Kombucha* (kombucha culture*, black tea*, green tea*, kiwi juice*), Klamath Valley blue-green algae*, spirulina*, chlorella* and 100% pure love!!!

*organically produced. Do not shake please. Please note: Kombucha is a fermented tea that has naturally occurring alcohol. Do not consume if you are avoiding alcohol due to pregnancy, allergies, sensitivities, or religious beliefs.

Living Food for the Living Body.®

Keep refrigerated • Naturally effervescent. May leak or gush if unrefrigerated.

CA CASH REFUND

`2 22430 14016 2`



Case 2:17-cv-07639-FMO-GJS   Document 130-3   Filed 10/15/19   Page 100 of 299   Page ID #:4162









Case 2:19-cv-10920-FMO-GJS Document 1-3 Filed 12/27/19 Page 240 of 351 Page ID
Case 2:17-cv-07639-FMO-GJS Document 130-3 Filed 10/15/19 Page 194 of 299 Page ID
#:4266
#:4240





## Nutrition Facts

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

| | |
|---|---|
| Calories 25 | Calories from Fat 0 |

% Daily Value*

| | |
|---|---|
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 1% |
| Total Carbohydrate 6g | 2% |
| Sugars 6g | |
| Protein 0g | |

PER BOTTLE: Probiotics Bacillus coagulans GBI-30 6086 {8 billion organisms)**, S. Boulardii billion organisms)**, Polyphenols (10mg). Glucuronic Acid (10mg), L(+) Lactic Acid (25mg), Acetic Acid (30mg).

** At the time of bottling

INGREDIENTS: GT's Kombucha* (Kombucha culture*, black tea*, green tea*, kiwi juice*), fresh pressed ginger juice* and 100% pure love!!! *Organically produced. Do not shake.

Please note: Kombucha is a fermented tea that has naturally occurring alcohol. Do not consume if you are avoiding alcohol due to pregnancy, allergic sensitivities, or religious beliefs.

CA CASH REFUND











**Nutrition Facts**

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

| Calories 40 | Calories from Fat 0 |
|---|---|
| | % Daily Value* |
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 1% |
| Total Carbohydrate 10g | 3% |
| Sugars 10g | |
| Protein 0g | |

PER BOTTLE: Probiotics Bacillus coagulans GBI-30 6086 (1 billion organisms)**, S. Boulardii (1 billion organisms)**, Polyphenols (10mg), Glucuronic Acid (10mg), L(+) Lactic Acid (25mg), Acetic Acid (30mg)

** At the time of bottling

INGREDIENTS: GT's Kombucha*, (kombucha culture*, black tea*, green tea*, kiwi juice*), mango puree* and 100% pure love!!!

*Organically produced. Do not shake.

**Please note:** Kombucha is a fermented tea that has naturally occurring alcohol. Do not consume if you are avoiding alcohol due to pregnancy, allergies, sensitivities, or religious beliefs.

475 mL

Gluten-free • Vegan • Non-GMO

7 22430 50016 4

enzymes + probiotics

Level Food for the Living Body.



## Nutrition Facts

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

| Calories 25 | Calories from Fat 0 |
|---|---|
| | **% Daily Value*** |
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 0% |
| Total Carbohydrate 6g | 1% |
| Sugars 6g | 2% |
| Protein 0g | |

PER BOTTLE: Probiotics Bacillus coagulans GBI-30 6086 (1 billion organisms)**, S. Boulardii (1 billion organisms)**, Polyphenols (10mg), Glucuronic Acid (10mg), L(+) Lactic Acid (25mg), Acetic Acid (30mg)

**At the time of bottling.

INGREDIENTS: GT's Kombucha* (Kombucha culture*, black tea*, green tea*, kiwi juice*), fresh pressed turmeric juice*, fresh pressed carrot juice*, fresh pressed ginger juice* and 100% pure lovein*.

*organically produced.

Please note: Do Not Shake

GT and chia naturally is a fermented live food. Do not consume if you are avoiding alcohol due to pregnancy, allergies, sensitivities, or religious beliefs.

Keep refrigerated • Naturally effervescent • May leak or gush if unrefrigerated.

Living Food for the Living Body.*

7 22430 32016 8

**CA CASH REFUND**
5¢ Ref. ME & HI • 10¢ Ref. OR
Please Recycle



## Nutrition Facts

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

| Calories 30 | Calories from Fat 0 |
|---|---|
| | % Daily Value* |
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 1% |
| Total Carbohydrate 8g | 3% |
| Sugars 8g | |
| Protein 0g | |

PER BOTTLE: Probiotics Bacillus coagulans GBI-30 6086 (1 billion organisms)**, S. Boulardii (1 billion organisms)**, Polyphenols (10mg), Glucuronic Acid (10mg), L(+) Lactic Acid (25mg), Acetic Acid (30mg) ** At the time of bottling.

INGREDIENTS: GT's Kombucha*, (kombucha culture*, black tea*, green tea*, kiwi juice*), guava purée*, and 100% pure love!!!
*Organically produced. Do Not Shake

Please note: Kombucha is a fermented tea that has naturally occurring alcohol. Do not consume if you are avoiding alcohol due to pregnancy, allergies, sensitivities or religious beliefs.

Gluten-free • Vegan • Non-GMO

enzymes + probiotics

Living Food for the Living Body.®

Miss...

In re...
raw...
than...
For r...
eve...
und...

Tod...
eve...
e...
o...

7 22430 90016 2

F97









Case 2:19-cv-10920-FMO-GJS Document 1-3 Filed 12/27/19 Page 253 of 351 Page
Case 2:17-cv-07639-FMO-GJS Document 180-3 Filed 10/15/19 Page 207 of 299 Page ID
#:4173



## Nutrition Facts

Serving Size 8 fl. oz.
Servings Per Container 2

**Amount Per Serving**

Calories 25     Calories from Fat 0

| | % Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 1% |
| Total Carbohydrate 6g | 2% |
|   Sugars 6g | |
| Protein 0g | |

PER BOTTLE: Probiotics Bacillus coagulans GBI-30 6086 (1 billion organisms)** S. Boulardii (1 billion organisms)** Polyphenols (10mg), Glucuronic Acid (10mg), L(+) Lactic Acid (25mg), Acetic Acid (30mg).

** At the time of bottling

INGREDIENTS: GT's Kombucha* (Kombucha culture*, black tea*, green tea*, kiwi juice*), raspberry juice*, lemon juice*, fresh pressed ginger juice* and 100% pure love!†!

*Organically produced. Do not shake. Please note: Kombucha is a fermented tea that has naturally occurring alcohol due to pregnancy, allergies, sensitivities or religious beliefs.

enzymes + probiotics

Living Food for the Living Body®

Gluten-free • Vegan • Non-GMO

7 22430 11016 5



# EXHIBIT 3

Exhibit 2: Images from testing of GT's Kombucha in 2016.



Temperature check of store shelf where GT's was purchased



Shelf location where GT's was purchased



Shelf location where GT's was purchased

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 259 of 351   Page
ID #:259
Case 2:17-cv-07589-FMO-GJS   Document 180-3   Filed 10/15/19   Page 213 of 295   Page ID
#:4185



Temperature check of GT's products in refrigerated shelf

Case 2:19-cv-10920-FMO-GJS    Document 1-3    Filed 12/27/19    Page 260 of 351    Page ID
Case 2:17-cv-07639-FMO-GJS    Document 130-3    Filed 10/15/19    Page 214 of 295    Page ID
#:4186



Above: Temperature check of samples during packaging



Above: Temperature check of samples before shipping



December 15, 2015 at 11:13:23 AM

GT's Gingerade sent for testing, December 15, 2015

Case 2:17-cv-07639-FMO-GJS Document 180-3 Filed 10/15/19 Page 247 of 299 Page ID #:4185



December 15, 2015 at 11:12:37 AM

GT's Original sent for testing December 15, 2015



Receipt of samples purchased for initial testing



January 11, 2016 at 12:01:17 PM

Temperature check of store refrigerator where GT's was purchased on January 11, 2016



Store shelf where GT's was purchased, January 11, 2016

GT's Gingerade sent to laboratory for testing



February 16, 2016 at 12:50:56 PM

Temperature check of refrigerator with samples for verification study



Receipts of samples used for verification study



Temperature check of shipper with samples ready for sending to lab

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 270 of 351   Page ID
Case 2:17-cv-07639-FMO-GJS   Document 180-3   Filed 10/15/19   Page 224 of 299   Page ID
#:4196
#:4290



February 29, 2016 at 11:53:54 AM

Temperature check of samples in cold storage



GT's samples used for method verification

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 272 of 351   Page D
Case 2:17-cv-07639-FMO-GJS   Document 130-3   Filed 10/15/19   Page 226 of 299   Page ID
#:4198



February 29, 2016 at 12:36:09 PM

Temperature check of verification reference samples in cold storage



April 9, 2016 at 2:07:39 PM

Certified reference materials used in verification

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 274 of 351   Page ID
Case 2:17-cv-07639-FMO-GJS   Document 180-3   Filed 10/15/19   Page 228 of 299   Page ID
#:4200
#:4274



April 9, 2016 at 2:06:30 PM

Certified beer reference materials used in method verification

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 275 of 351   Page D
Case 2:17-cv-07589-FMO-GJS   Document 180-3   Filed 10/15/19   Page 229 of 299   Page ID
#:4275
ID #:4201



Shelf of purchase for validation study materials



May 3, 2016 at 1:28:12 PM

Shelf of purchase for validation study materials



May 3, 2016 at 1:55:31 PM

Temperature check of refrigerated storage fo study materials



Shelf of purchase for study materials, June 28, 2016

Case 2:19-cv-10920-FMO-GJS   Document 1-1   Filed 12/27/19   Page 279 of 351   Page
ID #:279
Case 2:17-cv-07589-FMO-GJS   Document 180-3   Filed 10/15/19   Page 288 of 299   Page ID
#:4205



Shelf of purchase for study samples, June 28, 2016



June 28, 2016 at 9:10:16 PM

Temperature check of study samples to be shipped to lab, June 28, 2016

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 281 of 351   Page
ID #:4207
Case 2:17-cv-07639-FMO-GJS   Document 180-3   Filed 10/15/19   Page 238 of 295   Page ID
#:4207



Temperature check (38.1 F) of store refrigerator where study materials were obtained, June 28,
2016



GT Gingerade sent to lab for testing, June 29 2016



GT Gingerade sent to lab for testing, June 29 2016



June 29, 2016 at 1:44:50 PM

Temperature check of samples during summer, taken before shipping samples to laboratory



GT Original sent to lab for testing, June 29 2016



GT Original sent to lab for testing, June 29 2016



June 29, 2016 at 2:06:36 PM

GT Original sent to lab for testing, June 29 2016



June 29, 2016 at 1:54:01 PM



GT Original sent to lab for testing, June 29 2016



June 29, 2016 at 1:53:42 PM

GT Trilogy sent for testing June 29, 2016



July 13, 2016 at 3:06:39 PM

Temperature check of retained samples in cold storage during summer

# EXHIBIT 4

# Blake Ebersole

C.V.

Blake Ebersole, B.S., M.B.A. is President of NaturPro Scientific LLC, a scientific and regulatory consulting firm offering a combined 30+ years of experience in the development and production of a wide range of natural products for foods and dietary supplements. Blake contributes to quality assurance and product development for firms of all sizes, and has managed supply chains for dietary ingredients meeting the most stringent quality requirements. Blake is a contributor to dietary supplement, food and cannabis industry regulatory efforts, and participates on a number of active committees and expert panels, including the American Herbal Products Association, ASTM International and AOAC International.

## Professional Experience:

### Quality Management:

- Performed Good Manufacturing Practices audits for dozens of dietary supplement, food, ingredient and drug firms under 21 CFR 117, CFR 111 and CFR 211.
- Developed multiple "360-degree" Quality Management Systems (QMS) from scratch based on ISO 9000 and GMP standards meeting requirements of F50 food, supplement and pharmaceutical customers, leading to significant improvements in all quality KPI
- Led standards development and certification of overseas agricultural and botanical extract manufacturing operations in India under GMP (21 CFR 111), USDA Organic, Non-GMO Project, Good Agricultural Practices, Fairtrade programs
- Led development, optimization and validation of dozens of natural product analytical methods according to AOAC, USP, ICH, GLP and other compendia guidelines
- Audited in-house and independent analytical laboratories according to ISO 17025 requirements
- Supported industry effort to develop standardized specifications and defect action levels for dozens of ingredients

### Legal and Regulatory Affairs:

- Serve on technical and expert review panels for standards-setting organizations AHPA, ASTM & AOAC International
- Corporate legal counsel liaison and lead expert on FDA DSHEA dietary supplement regulations including GMP, product safety, product labeling and claims substantiation
- Led intellectual property (patent and trademark) research, submission and licensing on 3+ patents, 10+ patent applications, 20+ trademarks and copyrights
- Led and coordinated regulatory document submissions, including IND, NDI, GRAS and product registrations to US FDA, EU (EFSA), Australia TGA, Health Canada, KFDA, Japan FOSHU
- Generated, reviewed and negotiated legal agreements such as confidentiality, research, supply, quality, licensing and MOU

### R&D and Product Development:

- Directed a $10+ million natural products research program, supporting study design and data analysis
- Coauthor/advisor on 100+ scientific studies: human clinical, preclinical, analytical chemistry and toxicology
- Inventor and/or executor on 10+ patents covering products with $100+ million in sales
- Led manufacturing scale-up from concept to commercial scale for dozens of natural products
- Led licensing and product development on patented solid-lipid particle formulation (Longvida® Optimized Curcumin)
- Scientific liaison and research collaborator with numerous physicians and scientists across various disciplines

### Technical Sales and Marketing:

- Lead brand strategy & management for 15+ proprietary branded products sold as ingredients and consumer products
- Sales lead for proprietary products to Fortune 500 and global customers, resulting in millions in revenue
- Authored or contributed to 60+ trade press articles
- Lead technical support for thousands of communications with press, scientist, physician, B2B and consumers

1

# Blake Ebersole
C.V.

- Generated marketing content; including sales sheets, website content, sales presentations, training sessions, webinars, press releases, and technical dossiers
- Lead marketing and sales strategy and manage projects for B2C start-ups; generate successful online content for B2C

## Medical Cannabis
- Currently serve on ASTM International D37, U.S. Hemp Roundtable and American Herbal Products Association (AHPA) Cannabis Committees
- Supported the development of operating standards and wrote standard operating procedures (SOP) for Good Manufacturing Practices (GMP) for cannabis standards-setting organization
- Currently serve as regulatory and quality assurance consultant for hemp industry and trade organizations
- Founding member of technical standards committee for U.S. Hemp Roundtable
- Coordinated initial R&D, production, quality assurance and regulatory affairs for a cannabis startup with operations in Washington, Colorado and Nevada
- Assisted in development of cannabis license applications in New York, Florida, California, Colorado and Louisiana
- Established analytical testing standards and guidelines for potency and purity of cannabis products
- Audited cannabis analytical laboratory data according to ISO 17025 standards
- Developed in-house formulas, materials lists, manufacturing processes, manufacturing records and operational guidelines for cannabis extract and finished product production
- Developed R&D for and commercial processes for small- and large-scale extraction and purification

## Leadership
- Serve as principal liaison to trade associations and standards-setting agencies such as AOAC, USP, AHPA and others
- Planned and implemented numerous corporate-level strategic and tactical plans, processes and policies that improved performance in research, quality, supply chain, sales/marketing, finance and legal departments
- Managed projects and budgets for research, marketing, legal and quality departments
- Department supervisor with 5+ direct reports, experienced in HR practices and requirements
- Led training sessions for corporate, sales/marketing and quality departments

## Diplomas:

| | | |
|---|---|---|
| 2010 | **Masters, Business Administration** | *Butler University* Indianapolis, IN, USA |
| 2000 | **Bachelor of Science,** Forensic Chemistry (ACS) | *West Chester University* West Chester, PA, USA |

## Positions held:

| | |
|---|---|
| **2015-present** | *President and Founder,* NaturPro Scientific LLC, Carmel, IN |
| **2016-2017** | *Contributing Writer*, **HerbClip,** American Botanical Council, Austin |
| **2015-2017** | *Co-Founder,* Identification of Dietary Ingredients (IDDI) |
| **2014-2015** | *NIH/NCCAM Grant Advisor,* "Botanicals and Drug Interactions", University of Rhode Island |
| **2013** | *International Association for Dental Research (IADR) Grant Co-investigator*: "Topical curcumin administration to gingival tissue as potential treatment for periodontal disease", Stony Brook University |
| **2012-2018** | *Contributing Writer,* Natural Products Insider |
| **2012-2013** | *Founder and Editor,* Verdemedica: Journal of Botanical Product Science and Quality |
| **2012-2015** | *NIH Grant Advisor,* "Efficacy of Withania somnifera Compounds on Breast Cancer", Emory University |

2

# Blake Ebersole

C.V.

| | |
|---|---|
| **2006-2015** | ***Technical Director***, Verdure Sciences, Noblesville, IN |
| **2005-2006** | ***Marketing Coordinator***, Geni Herbs, Noblesville, IN |
| **2002-2004** | ***Co-Founder,*** www.RainbowLight.net, Etters, PA |
| **2001-2002** | ***Teacher***, Honolulu School District, Hawai'i |
| **2000** | ***Analytical Chemist***, Pennsylvania Equine Toxicology and Research Laboratory, West Chester, PA, USA |

## Training & Honors:

- **FDA Foreign Supplier Verification Program,** FSPCA, 2018
- **FDA Preventive Controls Qualified Individual**, FSPCA, 2018
- **AOAC Expert Review Panel Award,** for Method Development of Ethanol in Kombucha, 2017
- **Supplement Industry Star Award**, *Supplyside West/Informa*, 2015 & 2016
- **Supply Chain Transparency Award**, *Nutraingredients-USA* for PLT360, 2016 (Client contracted)
- **Dietary Supplement Good Manufacturing Practices, 21 CFR 111**, American Herbal Products Association, 2010
- **Dietary Supplement Health Claim Substantiation,** American Herbal Products Association, 2006
- **Chemistry Seminar**, West Chester University, 2000: *Pharmacology and binding of ligands at the serotonin receptor*
- **Honors Merit Scholarship**, West Chester University, 1996-1997

## Professional Organizations and Committees:

- ***AOAC International,*** Professional Member, Expert Review Panel, Ethanol in Kombucha, 2015-present
- ***International Society of Sports Nutrition,*** Member, 2018
- ***U.S. Hemp Roundtable***, Technical Committee, 2017-present
- ***ASTM International,*** D37 Committee Member, 2017-present
- ***American Herbal Products Association***, Associate Member and Committee Member: Labs, Analytical Methods and Standards Committee, Cannabis Committee, 2015-present
- ***Supplement Safety and Compliance Initiative***, Working Group Member**,** 2016-2017
- ***State of Colorado Marijuana Enforcement Division,*** Pesticides Testing Working Group, 2016-2017

## Peer-reviewed Publications:

1. Determination of ethanol content in kombucha products by gas chromatography with flame ionization detection: a multilaboratory study, Liu Y, Chan M, **Ebersole B**, Sy H, Brown PN. Journal of AOAC 2018 Sep 18 doi:10.5740/jaoacint.18-0190
2. Single laboratory validation of a GC-FID method for ethanol in kombucha, **Ebersole B**, Eckert M, Schmidt R, Chan M, Brown P. 2017 Journal of AOAC, doi: 10.5740/jaoacint.16-0404
3. Curcumin Has Mixed Effects on Oxidative Stress in Patients with Nonmetastatic Prostate Cancer following Radiation Therapy, **Ebersole B**. *HerbClips*™, American Botanical Council, September 2017
4. Aromatherapy Using Lavender Oil or Linalyl Acetate Modestly Improves Pain Relief in Patients with Colorectal Cancer following Post-surgery Catheter Removal, **Ebersole B**. *HerbClips*™, American Botanical Council, September 2017
5. Loquat Leaf Extract without Additional Exercise Does Not Increase Muscle Mass in Healthy Adults, **Ebersole B.** *HerbClips*™, American Botanical Council, August 2017
6. Meta-analysis Provides Update of Aromatherapy for Depression, **Ebersole B**. *HerbClips*™, American Botanical Council, August 2017
7. Petitgrain Oil Aromatherapy Reduces Markers of Stress and Modestly Improves Performance in Simulated Workplace Environment, **Ebersole B**. *HerbClips*™, American Botanical Council, August 2017

3

# Blake Ebersole
C.V.

8. Bromelain Improves Facial Swelling following Oral Surgery, **Ebersole B.** *HerbClips*™, American Botanical Council, July 2017
9. Single Serving of Montmorency Tart Cherry Concentrate Improves Cerebral Blood Flow, but Not Cognitive Function, **Ebersole B.** *HerbClips*™, American Botanical Council, August 2017
10. Kale Reduces Postprandial Spikes of Plasma Glucose in Healthy Japanese Adults, **Ebersole B.** *HerbClips*™, American Botanical Council, July 2017
11. A Two-week, Pilot Study on the Reduction of Irritable Bowel Syndrome Symptoms with Atrantíl®, **Ebersole B.** *HerbClips*™, American Botanical Council, July 2017
12. Hibiscus Water Extract Demonstrates Significant Antioxidant Effects in Patients with Marfan Syndrome, **Ebersole B.** *HerbClips*™, American Botanical Council, June 2017
13. Weight Reduction with Meratrim® Botanical Extract Combination in Overweight Humans—A Randomized, Controlled Trial, **Ebersole B.** *HerbClips*™, American Botanical Council, June 2017
14. Standardized Cranberry Extract, Cranpac™, Reduces Bacterial Adhesion in Patients with Recurrent Urinary Tract Infection, **Ebersole B.** *HerbClips*™, American Botanical Council, May 2017
15. Efficacy of a Fruit and Vegetable Powder Supplement for Menopausal Symptoms in Women, **Ebersole B.** *HerbClips*™, American Botanical Council, May 2017
16. Efficacy of Coenzyme Q10 and Tea Tree Oil for Chronic Periodontitis, **Ebersole B.** *HerbClips*™, American Botanical Council, May 2017
17. Standardized Ginger Extract May Reduce Adverse Events from Tuberculosis Drugs, **Ebersole B.** *HerbClips*™, American Botanical Council, April 2017
18. Review of Contact Dermatitis Associated with Tea Tree Oil Exposure, **Ebersole B.** *HerbClips*™, American Botanical Council, June 2017
19. Efficacy of a Diet Program on Body Weight in Overweight Americans: Open-Label Human Study. **Ebersole B.** March 2017. Technical Report, self-published on client website.
20. Pilot Studies on the Efficacy of a Diet Program on Body Weight in Overweight and Obese South Africans, **Ebersole B.** March 2017. Technical Report, self-published on client website.
21. Analysis of Sugars in Kombucha Tea by High Performance Liquid Chromatography, **Ebersole B.** Technical Report, October 2016. DOI: 10.13140/RG.2.2.24141.23522
22. **Ebersole B,** Hingorani L. Stable solid lipid particle composition for improved bioavailability of lipophilic compounds for age-related diseases. PCT Application WO/2016/077454. Assigned.
23. AOAC International *First Action Official Method* 2016.12, Determination of Ethanol in Kombucha. **Ebersole B.**
24. AOAC Standard Method Performance Requirements 2016.001. *Journal of AOAC*, (2016) 99(4), 1120-1121
25. Bitter melon extract attenuating hepatic steatosis may be mediated by FGF21 and AMPK/Sirt1 signaling in mice. Yu Y, Zhang XH, **Ebersole B,** Ribnicky D, Wang ZQ. *Scientific Reports (Nature)*. 2013 Nov 5;3:3142. doi: 10.1038/srep03142.
26. Optimization and validation of ursolic acid by HPLC in *Ocimum sanctum*. Shah J, Patel S, **Ebersole B**, Hingorani L. *Planta Medica* 2012 DOI: 10.1055/s-0032-1321177
27. Acute human pharmacokinetics of a lipid-dissolved turmeric extract, Shah J, Patel S, **Ebersole B**, Hingorani L. *Planta Medica* 2012 DOI: 10.1055/s-0032-1320664
28. Sustained cognitive effects and safety of HPLC-standardized *Bacopa monnieri* extract: A randomized, placebo controlled clinical trial. Hingorani L, Patel S, **Ebersole B**. *Planta Medica* 2012; DOI: 10.1055/s-0032-1320681

## Scientific Presentations:

1. Safety, tolerability and nutrient status after consuming a total meal replacement beverage for 30 days: a randomized, controlled pilot study in healthy adults. **Ebersole B**. *International Society for Sports Nutrition Annual Meeting*, June 7, 2018.
2. Single Laboratory Validation of Ethanol in Kombucha by Gas Chromatography with Flame Ionization Detection. **Ebersole, B**. *AOAC International Annual Meeting*, September 2016.
3. Ethanol analysis of kombucha products with gas chromatography. **Ebersole B**, *Institute of Food Technologists Annual Meeting*, 2016.

4

# Blake Ebersole

C.V.

4. Acute human pharmacokinetics of a lipid-dissolved turmeric extract. Shah J, Patel S, **Ebersole B**, Hingorani L. *2012 International Congress on Natural Products Research*, New York, NY. July 31, 2012. Planta Med 2012; 78 - PH5 DOI: 10.1055/s-0032-1320664

5. High-throughput screening program for commercial single-herb extracts. Hingorani L, Seeram NP, **Ebersole B**. *2012 International Congress on Natural Products Research*, New York, NY. July 31, 2012. Planta Med 2012; 78 - PF85 DOI: 10.1055/s-0032-1320632

6. Optimization and validation of ursolic acid by HPLC in *Ocimum sanctum*. Hingorani L, **Ebersole B,** Patel S. *2012 International Congress on Natural Products Research*, New York, NY. July 31, 2012.

7. Orthogonal validation of analytical and quality systems for botanical products. Hingorani L, Patel S, Darji B, **Ebersole B**. *2012 International Congress on Natural Products Research*, New York, NY. July 31, 2012. Planta Med 2012; 78 - PJ156 DOI: 10.1055/s-0032-1321316

8. Sustained cognitive effects and safety of HPLC-standardized *Bacopa monnieri* extract: a randomized, placebo-controlled trial. Hingorani L, Patel S, **Ebersole B**. *2012 International Congress on Natural Products Research*, New York, NY. July 31, 2012.

9. Bitter melon extract enhances insulin sensitivity by modulating FGF21 signaling in high-fat diet fed mice. Wang ZQ, Yu Y, Zhang XH,  Li H, Qin J, **Ebersole B**, Cefalu WT. 7th *International Conference for Functional Foods in the Prevention and Management of Metabolic Syndrome*,  Southern Methodist University, Dallas, TX, USA, December 3-4, 2010.


## Invited Presentations:

1. "Current Issues for Food Analysis", Department of Nutrition and Food Science, Texas A&M University, October 25, 2017

2. "An Overview of the Food and Supplement Regulatory Climate", Department of Nutrition and Food Science, Texas A&M University, March 16, 2017

3. "Identity Testing and Method Validation for Botanicals", *Supplyside West*, October 5, 2016.

4. "Emerging Regulatory and Labeling Issues for Dietary Supplements and Foods", Department of Nutrition and Food Science, Texas A&M University, September 5, 2016.

5. "Natural Products Research for Neurodegenerative Diseases", NIH/NINDS, Bethesda, MD, March 3, 2015.

6. "Optimized Curcumin and the Aging Brain", Amway/Nutrilite, October 29, 2014.

7. "Curcumin Advancements: The Aging Brain with Longvida® Curcumin", Douglas Labs, April 23, 2014.

8. "Longvida: The Brain Curcumin". *Vitafoods International Conference*, Geneva, Switzerland, May 24, 2012.

9. "100% Ingredient Identity". *SupplySide Marketplace Good Manufacturing Practices Workshop*, NY, NY, May 8, 2012.

10. "Nutraceuticals: An Overview". Department of Nutrition and Food Science, Texas A&M University, April 6, 2012.

11. "Fortification of Polyphenols into Functional Foods". *Prepared Foods R&D Applications Seminar*, Chicago, IL, USA, August 3, 2011.

12. "Science-based Curcumin", *16th International Food Ingredients and Additives (IFIA) Conference*, Tokyo Japan, May 19, 2011.

13. "Bioavailability of Botanical Supplements: Challenges and Opportunities".  Department of Nutrition and Food Science, Texas A&M University, March 31, 2011.

14. "Foods Designed for Health, Functional Foods, and Nutraceuticals".  Department of Nutrition and Food Science, Texas A&M University, March 20, 2008.

15. "Overview of Research-Validated Pomegranate: Focus on Prostate Health". *US Too Prostate Cancer Group Patient Education Symposium,* Chicago, IL, USA, November 2, 2007.

16. "Science-based Nutrition: Finding the Right Pomegranate". *US Too Prostate Cancer Group Regional Meeting*, Chicago, IL, USA, July 24, 2007.

Case 2:19-cv-10920-FMO-GJS Document 1-3 Filed 12/27/19 Page 298 of 351 Page
ID #:228
Case 2:17-cv-07639-FMO-GJS Document 180-3 Filed 10/15/19 Page 252 of 291 Page ID
#:4228

# Blake Ebersole
C.V.

**Articles and Trade Publications:**

1. A List of Scientific Publications on Natural Products, including Food, Medicine and Dietary Supplements, with a focus on Quality Management Systems, including Good Agricultural, Collection and Manufacturing Practices, Ebersole B. 2017, Self-published.
2. Historical Food and Supplement Adulterant List, Ebersole B. 2017, Self-published.
3. Press Release, "Botanical Liaisons and NaturPro Scientific Complete Independent Authentication of Rhodiolife® *Rhodiola rosea* L. Ingredient", October 2017
4. Article, "Emerging Heart Health Ingredients", *Natural Products Insider,* August 2017
5. Article, "Making a Quilt from the Regulatory Patchwork," *Natural Products Insider*, July 2017
6. Article, "Create Claims with Confidence", Natural Products Insider, June 2017
7. Article, "New Research on Ingredients for Joint Pain", *Natural Products Insider,* March 2017
8. Quoted in "Kombucha Study Raises Sugar Content Questions", BevNET, November 2016
9. Article, "Beyond Non-GMO for Supplements", *Natural Products Insider,* November 2016
10. Article, "Two Identity Testing Requirements: References and Rigor", *Natural Products Insider,* October 2016
11. Article, "New Omega-3 Technologies Emerging", *Natural Products Insider,* October 2016
12. Article, "Probiotic Questions from the Gut," *Natural Products Insider,* May/June 2016
13. Article, "GNC, FDA Aim Alignment of U.S. with Global Standards", *Natural Products Insider,* March 2016
14. Article, "Modernization of the Supplement Industry", *Natural Products Insider*, January 2016
15. Article, "Eight Steps to Developing Research Relationships", *Natural Products Insider*, December 2015
16. Article, "Supplier Verification Key to New Rules," *Natural Products Insider*, December 2015
17. Article, "Where the Cannabis Market is Going", *Natural Products Insider*, October 2015
18. Article, "Dosing and Quality Obstacles to Cannabis Adoption", *Supplement Perspectives*, October 2015
19. Article, "Welcome to the Gut Jungle", *Natural Products Insider*, August 2015
20. Article, "How to Design a Clinical Study", *Supplement Perspectives*, June 2015
21. Article, "Best Way to My Heart? Through the Gut", *Natural Products Insider*, June 2015
22. Article, "Immunity and Inflammation: Inseparable", *Supplement Perspectives*, June 2015
23. Article, "Capsaicin and Cannabis: The Hot and Cool of Joint Care", *Supplement Perspectives*, April 2015
24. Article, "How to Create Natural Product IP", *Supplement Perspectives*, March 19, 2015
25. Article, "The Athlete's Frenemy: Inflammation", *Supplement Perspectives*, February 2015
26. Article, "Extracts: More than a Cup of Tea", *Natural Products Insider*, February 2015
27. Article, "Certifications are Fine, But…", *Natural Products Insider*, January 2015
28. Article, "Supplement Trends of 2014 and the Future", *Natural Products Insider*, December 2014
29. Article, "Traceability: What's the Point?" *Natural Products Insider*, November 2014
30. Article, "R&D: The Key Disciplines", *Supplement Perspectives*, November 2014
31. Article, "Dose Delivery: Oil into Water", *Natural Products Insider*, August 2014
32. Article, "Advances in Brain Health Research", *Natural Products Insider*, July 2014
33. Article, "Next-Gen Blood Sugar Management", *Natural Products Insider*, June 2014
34. Article, "Emerging Carotenoid Research", *Natural Products Insider*, April 2014
35. Special Issue, "Beyond Lutein", *Natural Products Insider*, April 2014
36. Article, "Sci-Fi, QC and Botanicals", *Natural Products Insider*, March 2014
37. Article, "Dose Delivery, Old & New", *Natural Products Insider*, March 2014
38. Article, "Beyond the Test Tube: Superfruit Science", *Natural Products Insider*, Feb 2014
39. Article, "Joint Health: Alternative Now Mainstream", *Natural Products Insider,* Feb 2014
40. Article, "Advancement Depends on Going Back to Basics", *Natural Products Insider*, Dec 2013
41. Article, "Consume Your Political News Frequently--and Calmly", *Natural Products Insider*, November 2013
42. Article, "The Eyes Are the Window to Our Health", *Natural Products Insider*, October 2013
43. Article, "Weighting to Lose", *SupplySide Community*, October 2012
44. Article, "Eyes Wide Open: Eye Health Supplements", *Natural Products Insider*, August 2013
45. Article, "The Gut-Brain Axis", *Natural Products Insider*, August 2013
46. Article, "Five Great Apps for Supplement Science ", *Natural Products Insider*, July 2013
47. Article, "Scientific Validity Keys for Supplement GMPs", *Natural Products Insider*, June 2013
48. Article, "Ingredient Spotlight: Pomegranate", *Nutritional Outlook*, May 2013

6

Case 2:19-cv-10920-FMO-GJS Document 1-3 Filed 12/27/19 Page 299 of 351 Page
Case 2:17-cv-07639-FMO-GJS Document 180-3 Filed 10/15/19 Page 263 of 351 Page ID
ID #:229
#:229

# Blake Ebersole

C.V.

49. Article, "Sports Supplements: OK for Kids?", *Natural Products Insider*, May 2013
50. Article, "Your Trade Show Physical and Mental Health Checklist", *Natural Products Insider,* April 2013
51. Article, "Tips for Hiring the Right Contract Ingredient Manufacturer", *Natural Products Insider*, March 2013
52. Article, "Politics, Religion and Organic Farming", *Natural Products Insider*, February 2013
53. Article, "The Eyes Are the Window to.. Our Health", *Natural Products Insider*, January 2013
54. Article, "Silver Linings in Omega-3 Research", *Natural Products Insider*, December 2012
55. Article, "Why Antioxidants Are Useful", *Natural Products Insider*, November 2012
56. Article, "Weighting to Lose", *Natural Products Insider*, October 2012
57. Article, "The Bugs Are Taking Over", *SupplySide Community*, September 2012
58. Quoted in "Encouraging Natural Bone Health", *Natural Practitioner,* July/August 2012
59. Quoted in "Boosting the Brain", *Nutrition Industry Executive*, July/August 2012
60. Article, "The Research Says It All: Omegas Do a Body Good", *SupplySide Community,* August 2012
61. Article, "Ensuring Purity for Prenatal Supplements," *SupplySide Community,* July 2012
62. Article, "Are You in the 59 Percent?", *SupplySide Community,* May 2012
63. Article, "The Omnivore's Inflammatory Dilemma", *SupplySide Community*, April 2012
64. Article, "New Frontiers in Digestive Health", *SupplySide Community*, March 2012
65. Article, "Ch-ch changes in Senior Supplements", *SupplySide Community*, February 2012

# EXHIBIT 5

**Verification of a Method for Measuring Ethanol in Kombucha by Gas Chromatography with Flame Ionization Detection**

*With Supplementary Data:*

**Round-Robin Study on Ethanol Content in Commercial Kombucha Samples and Certified Reference Materials**

**DRAFT REPORT, CONFIDENTIAL**

Prepared by: Blake Ebersole, NaturPro Scientific LLC

Study performed at:
Covance Laboratories Inc.
3301 Kinsman Blvd
Madison, WI 53704-2523

Covance Study No. 8336-188

April 22, 2016

1

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 302 of 351   Page
Case 2:17-cv-07639-FMO-GJS   Document 180-3   Filed 10/15/19   Page 280 of 295   Page ID
ID #:302
#:4226

**Table of Contents**


**Verification of a Method for Quantifying Ethanol in Commercial Kombucha**

**Introduction**
**Conclusions**
**Experimental Design and Results**
   Analytical Conditions
   Sample Materials
   Reference Standard Materials
   Calculations
   System Suitability
   Procedure and Results
   Certified Reference Material Evaluation
   Statistical Evaluation
   Control of Bias
**Appendix A (Figures and Tables)**
   Representative Chromatograms
   Linearity
   Precision
   Accuracy
   Recovery
**Appendix B**
   Deviations, Sample Disposition, Record Retention


***Supplementary Data:* Multi-Lab Study on Ethanol Content in
Commercial Kombucha Samples and Certified Reference Materials**

**Introduction**
**Objectives**
**Methods**
**Results**
Recovery of CRM
   Commercial Sample Evaluation
   and Spiked References
**Discussion**

## INTRODUCTION

Kombucha is often marketed as a non-alcoholic beverage, which, according to TTB regulations, requires that it contain an alcohol content of less than 0.50%. The objective of this study was to examine the potential of gas chromatography with flame ionization detection (GC-FID) as a standard method for quantifying ethanol content in kombucha. The Covance method "MP-ETME" commonly used for complex mixtures containing low levels of ethanol, including foods, beverages and botanical materials, was utilized in this study.

The commercial test sample selected was a ginger-flavored kombucha available in the U.S. which had been previously screened for alcohol content and suitability for such studies. Reference materials included pure ethanol, 1-propanol as internal standard, certified reference materials (ethanol-water and beer), and a control kombucha found to be of similar composition to the commercial kombucha samples. Spiked reference materials were produced by adding a known amount of ethanol to either water or the control kombucha.

The study was initiated on March 2016 and completed in April 2016. The laboratory selected to run the analysis was Covance Laboratories, Madison Wisconsin.

A preliminary investigation in which multiple laboratories assessed the ethanol content in a number of commercial and spiked samples, as well as certified reference materials (CRM) was also performed. Data from the multiple lab "round robin" investigation is provided as a Supplement to this report.

## CONCLUSIONS

Based on the analytical results obtained in this study, Covance method MP-ETME, which is also commonly used for foods, beverages and botanical materials, is appropriate for the quantification of ethanol in kombucha. The study method was found to be accurate and precise, meeting the Standard Method Performance Requirements (SMPR) established by the AOAC kombucha working group in 2015-2016.

In this study, no indication of interferences from co-eluting peaks or other interferences was observed.

The limit of detection and limit of quantitation for the method were 0.015% ABV, below the typical ethanol content of commercial kombucha products based on preliminary analyses. Method linearity was shown as represented by the correlation coefficient, r, of the calibration curve which was greater than 0.9996.

Using the Covance headspace GC-FID method, the commercial kombucha sample was found to contain 1.61% alcohol by volume (ABV) with a relative standard deviation of +/- 0.06%.

Method precision, measured by the relative standard deviation (RSD) across different days, instruments and technicians, was < 4%, meeting the AOAC method performance requirement of <6%.

Recovery for lab-spiked control kombucha samples ranged from 98.3 to 104.2% across spike levels of 0.13%, 1.3% and 3.3% ABV.

Recovery for lab-blinded Certified Reference Materials (CRM) was 101-104% for sealed CRM and 94-104% for both sealed and repackaged CRM, across spike levels of 0.1267%, 0.505% and 2.53% ABV.

3

Case 2:19-cv-10920-FMO-GJS Document 130-3 Filed 12/27/19 Page 304 of 351 Page
ID #:4304
Case 2:17-cv-07639-FMO-GJS Document 130-3 Filed 10/15/19 Page 286 of 351 Page ID
#:4304

## EXPERIMENTAL DESIGN AND RESULTS

**Results:**
The study was conducted during March 2016. The method meets the draft AOAC SMPR (Version 4, December 9, 2015) for ethanol in kombucha.  See figures. All data are presented in units of alcohol by volume (%ABV) under the definition in AOAC SMPR, unless otherwise specified.

**Methodology**
The Covance headspace GC-FID method (method MP-ETME, Version 1, effective date: April 9, 2010) was verified in this study based on the AOAC Guidelines for Single Laboratory Validation of Chemical Methods for Dietary Supplements and Botanicals.

Briefly, samples are heated and agitated in a 20-mL headspace vial. A portion of the headspace is injected into a gas chromatograph (GC) with a flame ionization detector (FID) on a DB-WAXetr GC column. Quantitation is performed using a 6-point calibration curve generated by a weighted (1/concentration) least squares linear regression analysis.

**Apparatus:**
- Analytical balance
- J&W DB-WAXetrcolumn, 0.53 mm x 30 m, 2μm df
- Headspace vials and magnetic Teflon-lined caps, 20-mL
  - Screw-top vials (Restek, part # 23082)
  - Crimp top vials (Restek, part # 24685)
- Combi-PAL headspace autosampler
- Agilent 7890 GC system with flame ionization detector

**Headspace conditions:**

- Incubation temperature: 80°C
- Syringe temperature: 85°C
- Heating time: 15-20 minutes

**Gas Chromatograph conditions**

- Column: J&W DB-WAXetr
- Film thickness: 2 to 5 um
- Temperature: Initial 40°C for 10 minutes
- Rate: 25°C/minute to 240°C, hold 240°C for 1 minute
- Run Time: 20 minutes
- Detector: flame ionization
- Detector temperature: 250°C
- Injector temperature: 150°C
- Carrier gas: He, 7 mL/min

4

- Hydrogen flow: 40 mL/min
- Air flow: 400 mL/min
- Makeup flow: 40 mL/min
- Makeup gas: Nitrogen
- Injection volume: 2,000 uL

## SAMPLE MATERIALS

### Characterization

**Commercial Kombucha:** Based on preliminary analysis of commercial kombucha products, the test sample was selected as a commercial kombucha, which based on preliminary analysis, and visual, chemical and label appearances was considered to be representative of many other kombucha products on the market. The sample was representative of kombucha products containing ethanol, solid matter, organic acids and carbon dioxide. Spices and flavors containing essential oils, like ginger root (one of the most popular kombucha flavors), have also been purported to interfere with analysis of volatiles. Acetic acid has also been associated with interference of some alcohol methods. Therefore, a ginger-flavored kombucha with labeled amount of acetic acid, GT's Gingerade, was selected.

The composition of the sample was evaluated in a nutritional analysis (see below).  Kombucha is generally stated as a fermented beverage containing water, tea, sugar, yeast and bacteria, organic acids (such as acetic and gluconic acids), dissolved carbon dioxide and ethanol.

### Verification Material:

The commercial kombucha sample was purchased from a grocery store in Carmel Indiana on February 16, 2016. The sample was transported under cold conditions to the laboratory using validated coolers and temperature monitors (TempTale 4, Sensitech).

| Reference # | Identification | Lot Number | Purity | Stability | Storage |
|---|---|---|---|---|---|
| 1 | GT's Gingerade (Ginger flavor) | 2621*C4B, Covance sample 4814442 | "non-alcoholic", ethanol content not labeled, product previously tested to contain >1.0% ethanol | Tested on or before expiration date (March 25, 2016) | In a chamber set to maintain 5 ±3 deg C. |

5

Ebersole Decl. - Page 1314

**Test sample stability**

The commercial kombucha sample was kept under refrigerated temperatures in an unopened bottle with an intact manufacturer's seal, prior to testing before "expiration/best by" date.  Preliminary studies on commercial spiked samples suggested that ethanol had acceptable recovery after spiking, handling and transportation (see Supplementary Data).

**Control Kombucha**: An ethanol-free reference sample of control kombucha was analyzed for nutritional composition. See below table.

| Nutritional Composition (per 8 oz serving) | Label: GT's Gingerade | Result: GT's Gingerade | Result: Control Kombucha (Ref #3) |
|---|---|---|---|
| **Ethanol** | "This product contains a trace amount of ethanol." | 1.61% | <0.015% |
| **Specific gravity (g/mL) @ 20C** | not listed | 1.02% | 1.00% |
| **Moisture (%)** | not listed | 96.5 | 97.1 |
| **Calories** | 30 | 33 | 27 |
| **Calories from Fat** | 0 | <2.4 | <2.4 |
| **Cholesterol (mg/g)** | 0 | <0.24 | <0.24 |
| **Carbohydrates (g)** | 7 | 7.8 | 6.4 |
| **Total Sugar (g)** | 2 | 7.8 | 5.4 |
| **Sucrose (g)** | not listed | 0.5 | 5.4 |
| **Glucose (g)** | not listed | 2.8 | <0.1% |
| **Fructose (g)** | not listed | 4.5 | <0.1% |
| **Protein (g)** | 0 | 0.4 | 0.4 |
| **Vitamin C (mg/g)** | not listed | <1.0 | <1.0 |
| **Vitamin A (IU/g)** | not listed | <1 | <1 |
| **Calcium (mg)** | not listed | 1 | 20 |
| **Iron (mg)** | not listed | <0.2 | <0.2 |
| **Sodium (mg)** | 10 | 6 | 38 |
| **Acetic acid (mg)** | 15 | 608 | 1225 |
| **Citric acid (mg)** | not listed | 213 | <118 |

6

**Storage, Processing and Transportation Conditions**

**Commercial Kombucha:**
1. Samples were purchased by NaturPro Scientific at grocery stores in Carmel, Indiana in February 2016.
2. All temperatures starting with the store shelf to lab storage were recorded with time-stamped photographs of infrared thermometer readings of samples.
3. After purchase, samples were transferred from refrigerator shelf to PolarTech validated insulated carton shipper with 1.5" thick refrigerant packs, and temperature monitors TempTale 4, Sensitech)
4. The shippers were sealed immediately after purchase and transported overnight by FedEx to the laboratory in a box marked "Please refrigerate upon receipt". Labs were notified of storage requirements before receiving.
5. The laboratory storage chamber was set to maintain $5\pm3°$ C.
6. During sample processing, the laboratory was requested to not permit samples to remain outside of refrigerated conditions for more than two hours.
7. During sample processing, kombucha materials were transferred based on weight, not volume, to account for dissolved gases.

**Reference Standard Materials:**

**Standard preparation**

See below table. The internal standard 1-propanol (Reference #2) was used as an internal standard, since it is commonly used for analysis of residual solvents like ethanol in food, beverages and biological fluids like blood. 1-Propanol was spiked into the commercial kombucha sample (Ref #1), and separately into the standard solution (Lab-grade water spiked with Ref #4) at the same concentration. The area response ratio of the ethanol to the 1-propanol was used to normalize changes in injection volumes or detector response over time.

Before preparation, commercial and control kombucha reference samples (#1 and 3) were allowed to warm to room temperature in ambient conditions before opening. The samples were then weighed and transferred to headspace vials or dilution glassware. Specific gravity was measured from a separate aliquot of the same sample.

To prepare spiked samples, pure ethanol was transferred volumetrically by the lab into a pre-weighed amount of kombucha reference sample.

Certified Reference Materials (Ref# 7, 8 and 9) were tested by the lab with the expected (certified) content blinded to the lab. Samples (intact glass ampoules) were received by NaturPro from the certifying agency (LGC, Cerilliant or NIST). Labels were removed from the ampoules and attached into the lab notebook. Unique identifier codes concealing the certifier code were assigned to the samples, to blind the laboratory to the expected amount.

**Standard stability**

Calibration standards prepared by the lab from dilutions of ethanol in water for calibration wereused on the date of preparation only, based on standard laboratory procedure. Stability of other reference standards was based

7

Case 2:19-cv-10920-FMO-GJS Document 1-3 Filed 12/27/19 Page 308 of 351 Page
Case 2:17-cv-07639-FMO-GJS Document 180-3 Filed 10/15/19 Page 282 of 295 Page ID
ID #:208
#:4298

on manufacturer's COA or label information. Stability of non-lab spiked samples was not tested since all samples were kept refrigerated, and were tested within one week of preparation.

Preliminary studies on control and commercial kombucha samples (Ref #5 spiked into Ref #3, blinded by NaturPro) showed that ethanol had acceptable recovery after spiking, transportation and resampling into another container (See Supplementary Data).

**Reference Standard Materials:**

The following reference materials were used in the study.

| Reference # | Identification | Lot Number | Purity | Stability | Storage |
|---|---|---|---|---|---|
| 2 | 1-Propanol, Sigma #34871 | SHBF0634V | 99.98% | July 2018 | Not specified |
| 3 | Control Kombucha (KeVita Inc) (ethanol-free, non-carbonated) | 01206-1, Covance sample 4814443 | <0.015% ethanol. Total acids 1.15%, Brix 3.0, pH 3.0 as per manufacturer. | Not specified | In a chamber set to maintain 5 ±3 deg C. |
| 4 | Ethanol (Reference standard, absolute (200 proof), Sigma-Aldrich # 459836) | SHBG7349V | 99.97% | Not specified | Closed original container, room temp |
| 5 | Ethanol (Reference standard, absolute (200 proof), Sigma-Aldrich # 459836) | SHBG4976V | >99.5% | Not specified | Closed original container, room temp |
| 6 | Ethanol-water Certified Reference Material, NIST # 2894 | Not applicable | 0.10084% ±0.00083% certified mass fraction | valid until 30 April 2023 | Refrigerate (do not freeze) |

8

Case 2:19-cv-10920-FMO-GJS Document 130-3 Filed 12/27/19 Page 309 of 351 Page
Case 2:17-cv-07639-FMO-GJS Document 150-3 Filed 10/15/19 Page 283 of 291 Page ID
ID #:4309
#:4309

| 7 | Ethanol-water Certified Reference Material, Cerilliant E-031 | FN06181501, | 100 mg/dL, (0.1267% ABV @ 20C) | exp June 2020 | Refrigerate (do not freeze) |
| 8 | Beer Certified Reference Material, LGC BCR-651 | 000149, 000150, 000189, 000191 | 0.505 +/- 0.006 % ABV | valid until April 1, 2017 | Approx 4 deg C. Room temp before opening. Do not freeze. |
| 9 | Ethanol-water Certified Reference Material, NIST 2897a | Not applicable | 2% nominal mass fraction (2.53% +/- | | Refrigerate (do not freeze) |

**Calculations**

A calibration curve was generated based on the response ratio of ethanol and the internal standard. The level of ethanol in the matrix was determined by calculating the response ratio of ethanol to the internal standard, then back-calculating from the calibration curve the concentration of the alcohol in the headspace that was analyzed. Then, dividing that result by the sample mass and multiplying by the final volume gave the result in the sample as provided.

Analyte (ug/g) = C x V  /  m

Analyte (% ABV) = Analyte (ug/g)  x  SG(E)  /  SG(K)  /  10,000

**where:**

C = concentration from calibration curve (ug/mL)
V = final volume (mL)
m = sample mass (g)
SG(E) = specific gravity of ethanol (0.789 @ 20°C)
SG(K) = specific gravity of kombucha (1.02 @ 20°C)

References certified by mass fraction were converted to % ABV using the specific gravity of ethanol at 20°C of 0.789 g/mL.

**System Suitability**

9

Case 2:19-cv-10920-FMO-GJS Document 180-3 Filed 12/27/19 Page 310 of 351 Page
Case 2:17-cv-07639-FMO-GJS Document 1 Filed 10/15/19 Page 284 of 291 Page ID
ID #:4230 #:256

**Quality Assurance**

Blanks were injected after the standards at the beginning of the sequence to assess analytecarry-over within the instrument. Recovery samples were prepared on at least 10% of all samples in a batch by spiking a sample with a known volume of stock standard. Duplicates were run at the discretion of the analyst.

This work was performed in compliance with Covance standard operating procedures (SOPs) and general documentation requirements of ISO 17025. Although method validations do not fall under the scope of Good Laboratory Practice (GLPs), GLP's were used as guidance where necessary and practical. In many cases, this study sought to meet many of the testing validation requirements under GLP's and AOAC guidances.

**Acceptance criteria**

90-110% recovery was required for this study, based on the limits specified in the AOAC SMPR. The minimum requirements for routine use of the method include three standard points with concentrations bracketing the expected sample concentration, and correlation coefficient greater than or equal to 0.99. In this study, calibration curves with at least six different concentrations (excluding the blank) were analyzed at the beginning of each validation analysis run except on Day 1, where calibration samples were evenly interspersed throughout the run.

**Method references**

Anthony, Sutheimer and Sunshine, <u>Acetaldehyde, Methanol and Ethanol Analysis by Headspace Gas Chromatography</u>, Journal of Analytical Toxicology, Vol 4, Number 1, January 1980 43-45

AOAC Guidelines for Single Laboratory Validation of Chemical Methods for Dietary Supplements and Botanicals

AOAC Standard Method Performance Requirements, 2012

**<u>Procedure and Results</u>**

Procedures followed many of the AOAC guidelines for single laboratory validation. Two different technicians on two different instruments on two different days evaluated the same sets of samples for precision, accuracy and reliability, as well as repeatability and reproducibility in a separate lab.

**Identity of Ethanol**

The identity of the ethanol was confirmed. The retention time of reference standards agreed with method requirements, with ethanol eluting at approximately 8.5 minutes and 1-propanol eluting at 12.3 minutes.

**Specificity**

Specificity was found to be acceptable based on the following.
- An injection of 1-propanol as internal standard (Ref #2) was run with every ethanol spike. Relative retention times and AUC between ethanol and 1-propanol remained stable during the study.
- Routine blanks were run on each day and after calibration runs to ensure no carryover.

10

- An ethanol-free control kombucha  (Ref #3) was also analyzed for absence of ethanol, and lack of interference.  On one run, three replicates of the control kombucha were analyzed by GC-FID and found to contain no detectable ethanol.

No interfering peaks were found in any of the analyses (See Figure 1, Chromatograms)

**Limit of Detection (LOD)**

The LOD was defined as the concentration of the lowest working standard with a signal-to-noise ratio equal to or exceeding 10:1.  Therefore, the LOD was determined to be 0.0150% ABV.

**Limit of Quantitation (LOQ)**

The LOQ for this method was previously defined as 10 ppm.  Since determining a LOD of 10ppm required a relatively higher sample mass, and the analytical range of interest for kombucha was 0.1-3% ABV. The LOQ was considered to be 0.0150% ABV for this study, the same as the LOD.

**Linearity**

In this study, calibration curves with at least six different concentrations of ethanol (Reference #4) in aqueous (purified water) standards were analyzed at the beginning of each analysis run, with the exception of Day 1.

On Day 1, a single set of standards were interspersed evenly throughout the analytical run to control for potential replicate error.  A minimum of two standard points at each concentration were analyzed for every run.

The linearity of the interspersed and consecutive standards had an acceptable linear regression (r > 0.9996).  The method was acceptable since the standard curve had a correlation coefficient (r) of greater than or equal to 0.995 and the individual back-calculated standard concentrations were within ±15% (±20% for LOQ) of nominal.  All samples were diluted within the range of the standard curve.  See Table 1 for results.

**Precision**

Precision was determined by analyzing six replicates of one lot of GT's Gingerade commercial kombucha (Ref #1) over a minimum of two days, including one day with a second analyst on a different instrument using a different type of headspace vial (12 total replicates).

The method was considered acceptable since the mean concentration of each day had a relative standard deviation (RSD) of less than or equal to 4%.  Method reproducibility for this method was below the 6% established under the AOAC SMPR's for ethanol in kombucha.  See Table 2.

**Accuracy**

Accuracy was determined by testing duplicates at each of three spike levels of pure ethanol (Reference #4 spiked into control kombucha (Reference #3) over three days (totaling 18 total replicates).  The spike levels were 0.13, 1.3, and 3.3% ABV.

Percent recovery ranged from 98.3 to 104.2%. The accuracy was considered acceptable since the means of each spike level were between 90% to 110%.  This method is accurate for the quantification of ethanol in kombucha at concentrations between 0.13 to 3.3% ABV. See Table 3.

11

## Change of vial type

Aside from different operators and instruments from Day 1 to Day 2, the only other difference in experimental conditions was the type of headspace vial used. The headspace vial is important in order to ensure proper partitioning into the headspace occurs with no leakage.

Screw cap vials used during routine testing were used on Day 1, and crimp cap vials were utilized on Day 2. The purpose of using different vials was to determine whether the type of headspace vial used led to any differences in results. No discernible differences in interday means was found, although the precision from using the crimp cap was lower than the precision using the screw cap.

## Certified Reference Material (CRM) evaluation

Although it was not required by the SLV protocol, testing of certified reference materials (ethanol-water, Ref #6) was initiated by the lab, and performed on Day 1 and Day 2. Percent recovery ranged from 97.1 to 99.2%. See Table 4.

Additional testing of CRM's (Reference #7, 8 and 9) was initiated by NaturPro Scientific (NP) to enable proper lab blinding of expected concentrations (See Table 5). NP sent five samples of each reference via priority overnight shipping according to the following plan: one unopened glass ampoule, and four additional 1mL vials that were relabeled in sequential order, and coded to conceal the certified concentration of ethanol. Resampling into vials was used to determine if an additional handling step impacted the accuracy of the method. After results were reported, the certified purity of the samples were reported by NP to the lab to contain 0.13% ABV (ethanol-water, Cerilliant), 0.505% ABV (beer, LGC) and 2.53% ABV (ethanol-water, NIST). References certified by mass fraction were converted to % ABV using the specific gravity of ethanol at 20 degrees Celsius of 0.789 g/mL.

Recovery of ethanol from all spiked samples was found to be acceptable. For the unopened ampoules, recovery was 101, 104, and 102% for Ref # 7, 8 and 9, respectively. Including only the resampled CRM's, the recovery and %RSD was 91% and 5% for Ref #8 and 94% and 4% for Ref #9. Including all CRM (unopened plus resampled) the recovery and %RSD was 94% and 7% for Ref #8 and 95% and 5% for Ref #9. These were all considered acceptable since average recovery was between 90 and 110% and % RSD values were roughly similar to those established by AOAC Method Performance Requirements

## Statistical evaluation

Quantitation was performed using a 6-point calibration curve generated by a weighted (1/concentration) least squares linear regression analysis. Other statistical tools used include percent recovery, standard deviation (SD), intraday percent relative SD (Repeatability RSD, (RSD(r)), and percent relative SD (Reproducibility RSD, RSD(R)).

## Control of bias

All samples were treated in a similar manner during analysis to minimize assay bias. All samples were stored and processed according to NaturPro instructions.

12

Blake Ebersole, President of NaturPro Scientific LLC, an independent consulting firm, designed and commissioned the study, purchased and transported samples, interpreted all results, and generated reports. No restrictions on data publication or other conflicts of interest exist. This study had financial support from KeVita Inc. NaturPro has no financial interest or ownership of KeVita or vice versa. KeVita had no influence on study execution, analysis or reporting.

APPENDIX

**Table 1**
**Linearity**
(From Calibration Curve Dilutions of Reference #3)

| Day | Correlation Coefficient (r) |
|:---:|:---:|
| 1 | 0.999999 |
| 2 | 0.999967 |
| 3 | 0.999722 |

14

Case 2:19-cv-10920-FMO-GJS Document 1-3 Filed 12/27/19 Page 315 of 351 Page
Case 2:17-cv-07089-FMO-GJS Document 180-3 Filed 10/15/19 Page 285 of 295 Page ID
ID #:4345
#:4315

**Table 2**
**Precision** (Reference #1, GT's Gingerade)

| Replicate | Results (%ABV) |
|---|---|
| | **Day 1** |
| 1 | 1.5860 |
| 2 | 1.5885 |
| 3 | 1.5937 |
| 4 | 1.6154 |
| 5 | 1.5967 |
| 6 | 1.6102 |
| Mean | 1.60 |
| SD | 0.119 |
| RSD(r) (%) | 0.743 |
| | **Day 2** |
| 1 | 1.6830 |
| 2 | 1.6048 |
| 3 | 1.4589 |
| 4 | 1.6444 |
| 5 | 1.6345 |
| 6 | 1.7181 |
| Mean | 1.62 |
| SD | 0.0900 |
| RSD(r) (%) | 5.542 |
| Overall Mean | 1.61 |
| Overall SD | 0.0626 |
| **Overall RSD RSD(R) (%)** | **3.888** |

Ebersole Decl. - Page 1324

SD  Standard deviation
RSD  Relative standard deviation
RSD(r) Repeatability (same-day RSD)
RSD(R) Reproducibility (intermediate RSD)

**Table 3**
**Accuracy**
(Spike recovery of Ref #4 into Ref #3)

| Day | Results | | |
|-----|-------|------|------|
|  | 0.13% | 1.3% | 3.3% |
| 1 | 98.3 | 99.7 | 99.9 |
|  | 99.9 | 99.5 | 99.1 |
| 2 | 99.7 | 99.5 | 98.4 |
|  | 100.4 | 99.6 | 99.2 |
| 3 | 103.2 | 100.0 | 102.5 |
|  | 96.2 | 104.2 | 103.4 |
| Mean | 99.6 | 100.4 | 100.4 |
| **RSD(R) (%)** | **2.33** | **1.84** | **2.03** |

16

Ebersole Decl. - Page 1325

**Table 4**
**Recovery of Certified Reference Material (Reference #6)**
(Lab Unblinded to Certified Concentration)

| Day | Percent Recovery) |
|---|---|
| 1 | 98.0 |
|   | 99.2 |
| 2 | 98.5 |
|   | 97.1 |

**Table 5**
**Recovery of Certified Reference Material (Reference #7, 8 and 9)**
(Lab Blinded to Certified Concentration)

| Ethanol in Kombucha | | | | | | |
|---|---|---|---|---|---|---|
| Recovery of Ethanol from Certified Reference Materials | April 2016 | | | | | |
| Product | Composition | Lot# | Exp | Certified Concentration %ABV | Lab Result | Percent Recovery |
| **Certified Reference Material** (Cerilliant E-031) 1.2mL Ampoule (**Ref #7**) | Ethanol-water | FN06181501 (Internal code ending in 06181501) | June 2020 | **0.1267%** +/- 0.0011% | 0.131, 0.127, 0.129, 0.127, 0.126% ABV | **101%** |
| **Certified Reference Material** (LGC BCR-651) 10mL Ampoule (**Ref #8**) | Beer | 000149, 000150, 000189 (Internal code B1-B5) | April 1, 2017 | **0.505%** +/- 0.006% | 0.526, 0.455, 0.490, 0.439, 0.463% ABV | **104%*** |

17

| Certified Reference Material (NIST 2897a) 10mL Ampoule (Ref #9) | Ethanol-water | Not specified (Internal code E1-E5) | April 30, 2025 | **2.53%**+/-0.057% | 2.59, 2.34, 2.50, 2.29, 2.34% ABV | **102%**\* |

\*Recovery of unopened ampoule. Including resampled vials, Ref #8 recovery was 94% (range 87-104%) and Ref #9 recovery was 95% (range 90-102%)

18

**APPENDIX**

PROTOCOL DEVIATION

| Protocol | Actual Procedure |
|---|---|
| **EXPERIMENTAL DESIGN. Linearity.** The Linearity section of the protocol requires that a standard curve with at least six different concentrations be analyzed at the beginning of each analysis run. | The linearity determination on Day 1 was interspersed throughout the analytical run, and not run simultaneously to control for replicate bias. |

This deviation supports the integrity or quality of the study.

## DISPOSITION OF TEST SAMPLES

Remaining unused test samples, matrices, or reference standards may be kept as retained samples under proper storage conditions by Covance or NaturPro.

## RECORD RETENTION

The raw data, including documentation, study protocol, final report, and study correspondence, resulting from this study will be retained in the Covance archives for at least 1 year from the date of report finalization.

19

**Supplementary Data**

**Multi-Lab Study on Ethanol Content in
Commercial Kombucha Samples and Certified Reference Materials**

**Introduction**

A multi-lab study was performed prior to and after method verification of a GC-FID method commonly used for food, beverages and drugs. The study, conducted between December 2015 and April 2016, tested various types of materials (commercial kombucha products, 'placebo' control kombucha reference materials spiked with ethanol, and certified reference materials (CRM).

In this study, 11 lots of commercial kombucha were tested at a total of four laboratories totaling 74 analytical runs. Laboratory #1 tested each sample in duplicate, and Lab #2 and #3 tested each sample once. Lab #4, running NIR alcoholizer and distillation, tested some samples. See data in Table 2 in this Supplementary Data section.

The study was initiated in response to regulatory compliance concerns raised by the kombucha industry and regulators regarding observed alcohol levels above the legal limit, in addition to differences in lab results for ethanol content. Although published validated methods relevant specifically to kombucha are absent, several methods are commonly used based on gas chromatography (GC).

Kombucha tea products contain a number of constituents common with other fermented products, but there are some differences in composition. Many kombucha products claim to contain living micro-organisms called SCOBY (symbiotic community of bacteria and yeast) which appears as solids, part settled sediment and part floating mass (known as the 'mushroom'). In these products, ethanol, carbon dioxide and organic acids are produced and consumed by the SCOBY during fermentation that can continue after bottling. Other ingredients typically found in kombucha include tea (*Camellia spp*), sugars, plant extracts and flavors.

Same-sample results from NIR, distillation and GC-FID suggested a general agreement of the quantifiable ethanol across methods and labs (See Table 2 under Supplementary Data). NIR and distillation could become valid screening or field tests for kombucha products, especially those containing higher amounts of alcohol.

Testing of Certified Reference Materials found recovery for the method used by Lab #1 to be within the AOAC SMPR requirements of 90-110%. Recovery of ethanol in spiked samples was also determined to be within acceptable ranges for the GC-FID method used by Lab #2.

20

## Objectives:

NaturPro Scientific, LLC (NPS) independently conducted this study, mainly as a preliminary survey of analytical laboratories offering ethanol testing for kombucha. This study was done in advance of laboratory selection for single laboratory validation (SLV) for the quantification of ethanol in kombucha in units of alcohol by volume (% ABV). The following were key objectives of the preliminary study:

- To determine to a preliminary extent whether acceptable precision on same-sample duplicates was reported by labs
- To determine to a preliminary extent if ethanol concentrations above the legal limit of 0.5% ABV in commercial products previously reported by kombucha manufacturers and labs could be independently replicated.
- To determine to a preliminary extent whether further method optimization may be required before performing validation; and to determine an appropriate analytical range for the validation.
- To determine to a preliminary extent whether there may be general agreement in results on the same samples tested by different labs and methods.

After an initial round of testing done in December 2015 to January 2016, spiking studies were conducted in March 2016 to determine whether laboratories were able to accurately recover known amounts of pure ethanol that was added to both commercial kombucha and ethanol-free control kombucha materials at concentrations across the analytical range of kombucha products, generally 0.1 to 3% ABV.

to a preliminary extent.

## Methods:

### Preliminary study

Analytical methods for ethanol quantification were reviewed. Specifically, GC-FID was considered generally robust and appropriate. GC-MS was also selected due to its ability to measure ethanol and use in environmental monitoring. Lab selection for testing of commercial materials was based on an initial survey of laboratories offering kombucha ethanol testing.

Analysis of test and control samples were conducted by the select labs using multiple methods. With the exception of the spiked samples, all samples were purchased and sent in unopened bottles with original seals. All samples were tested before their expiration date. All samples were purchased, transported and stored in cold conditions using validated cold-transport shippers (Polartech). A temperature monitor (TempTale 4, Sensitech) recorded changes in temperature during shipping. All samples were sent overnight and received by the lab the following day. Temperatures of samples did not exceed general limits set for cold storage of refrigerated/perishable samples. A list of samples is found in Table 2 (Supp).

The headspace GC-FID method used by Laboratory #1 (Covance, Madison, WI) is detailed in the section previous to this section. A GC-MS method used by Covance was also employed.

The GC-FID method used by Laboratory #2 (ETS Laboratories, St. Helena, CA) is commonly used for testing alcohol in beer, wine and vinegar. The laboratory references AOAC 983.13, Final Action 1988, JAOAC 66, 1152 (1983). The reference standard cited is 99.5% ACS reagent grade (Sigma).

The GC-MS method used by Laboratory #3 (Cornerstone Laboratories, Memphis, TN) is used for EPA testing of a panel of hazardous waste contaminants at trace levels, including ethanol. The laboratory references the

21

following methods: EPA Headspace Method 5030B, EPA Method 624 Purgeables, Part 136, Title 40 and EPA Method 8260B, SW-846.

| Lab # | Instrument | Method Reference |
|-------|-----------|------------------|
| 1 (Covance) | GC-FID Headspace and GC-MS Headspace | MP-ETME (Anthony et al JAT 1980, AOAC , GC-FID); RESO (GC-MS) |
| 2 (ETS) | GC-FID Headspace | AOAC 983.13 (GC-FID) |
| 3 (Cornerstone) | GC-MS Headspace | EPA 624 Part 136, Title 40, EPA 8260B, SW-846 |
| 4 (BDAS) | Distillation and NIR | Traditional; TTB |

**Data Analysis**
Appropriate statistical analysis were conducted with Microsoft Excel to include mean and relative standard deviation. All labs reported results in % alcohol by volume (ABV) except for Lab #1 reporting in ABW. For this lab, ABW was converted to ABV assuming a specific gravity of 1.00 g/mL across all products, based on measured range of specific gravity of 1.00-1.02 g/mL at 20° Celsius measured for various kombucha products. With respect to the overall findings, small potential variations in specific gravity did not impact overall results

**Data Management**
All reports of raw data are on file and available on request.

**Materials selection:**
Materials were selected from an initial survey of six retail locations in Carmel, Indiana. Multiple flavors from multiple manufacturers were selected.

**Commercial Kombucha Handling Precautions:**
1. Samples purchased by NaturPro at grocery stores in Carmel, Indiana in December 2015 to March 2016
2. All temperatures starting with the store shelf to lab storage were recorded with time-stamped photographs of infrared thermometer readings of samples
3. After purchase, samples were transferred from refrigerator shelf to PolarTech validated insulated carton shipper with 1.5" thick refrigerant packs, and temperature monitors TempTale 4, Sensitech)
4. The shippers were sealed immediately after purchase and transported overnight by FedEx to the laboratory in a box marked "Please refrigerate upon receipt". Labs were notified of storage requirements before receiving.
5. The laboratory storage chamber was set to maintain 5±3deg C.
6. During sample processing, the laboratory was requested to not permit samples to remain outside of refrigerated conditions for more than two hours.

22

7. During sample processing, kombucha materials were transferred based on weight, not volume, to account for dissolved gases.

Samples were shipped via priority overnight with instructions to refrigerate samples (do not freeze).

**Reference Standard Materials:**

The following reference samples were used in the study:

| Reference # | Identification | Lot Number | Purity | Stability | Storage |
|---|---|---|---|---|---|
| 2 | 1-Propanol, Sigma #34871 | SHBF0634V | 99.98% | July 2018 | Not specified |
| 3 | Control Kombucha (KeVitaInc) (ethanol-free, non-carbonated) | 01206-1, Covance sample 4814443 | <0.015% ethanol. Total acids 1.15%, Brix 3.0, pH 3.0 as per manufacturer. | Not specified | In a chamber set to maintain 5 ±3 deg C. |
| 4 | Ethanol (Reference standard, 200 proof, Sigma-Aldrich # 459836) | SHBG7349V | 99.97% | Not specified | Closed original container, room temp |
| 5 | Ethanol (Reference standard, 200 proof, Sigma-Aldrich # 459836) | SHBG4976V | >99.5% | Not specified | Closed original container, room temp |
| 6 | Ethanol-water Certified Reference Material, NIST # 2894 | — | 0.10084% ±0.00083% certified mass fraction | valid until 30 April 2023 | Refrigerate (do not freeze) |
| 7 | Ethanol-water Certified Reference Material, Cerilliant E-031 | FN06181501, | 100 mg/dL, (0.1267% ABV @ 20C) | exp June 2020 | Refrigerate (do not freeze) |

23

Case 2:19-cv-10920-FMO-GJS   Document 81-3   Filed 12/27/19   Page 324 of 351   Page
ID #:4334
Case 2:17-cv-07639-FMO-GJS   Document 180-3   Filed 10/15/19   Page 278 of 291   Page
ID #:4334

| 8 | Beer Certified Reference Material, LGC BCR-651 | 000149, 000150, 000189, 000191 | 0.505 +/- 0.006 % ABV | valid until April 1, 2017 | Approx 4 deg C. Room temp before opening. Do not freeze. |
| 9 | Ethanol-water Certified Reference Material, NIST 2897a | — | 2% nominal mass fraction (2.53% +/- | | Refrigerate (do not freeze) |

**Spiked Reference Materials**

A composite of three lots of ginger-flavored kombucha (same product used for the SLV) expiring within the same two days (March 25-26) was removed from refrigeration and immediately inverted gently 10 times to disperse solids, allowed to settle for a few seconds, and then opened. The compositing procedure was intended to correct for intermediate manufacturing and storage differences that might be expected to cause differences among same-product composition.  Equal amounts of each bottle were slowly poured into a 1000mL glass beaker which was gently swirled to mix. Then, 100mL kombucha was slowly drawn into a 100mL volumetric pipet (Wilmad).  Spiked samples of 0, 250 and 500 microliters of ethanol (200 proof, Sigma (Ref#4) was slowly dispensed into each beaker using ScilogixMicropette certified accurate within the nearest 0.23%. These samples were gently swirled for ten seconds, and then each poured into 15mL glass vials with screw cap foil seals.  The samples were then immediately stored in the refrigerator.

A control kombucha (Ref #3) confirmed ethanol-free (<0.015% ABV) donated by KeVita Inc. was spiked with 0, 500 and 1500 microliters of ethanol per 100mL kombucha, using the same method just described.

**Certified Reference Material testing**

Testing of CRM's (Reference #7, 8 and 9) was performed. For Reference #7, five unopened glass vials containing 0.1267 +/- 0.0011% ABV (certified by Cerilliant) were sent to each lab.

For References #8 and #9, five samples of each reference (except four for Lab #2) were prepared according to the following plan: one unopened glass ampoule, and an additional ampoule opened at room temperature and immediately poured into four 1mL amber glass vials and sealed with standard screw caps.

All samples were relabeled in sequential order with codes (E1-E5, B1-B5) to conceal the certified expected value of ethanol.  All vials were filled approximately 4mm from the lip of the vial, to allow for some headspace. The transfer into new vials, the relatively small (~1mL) sample size, and the headspace were added as potential confounders to results.  This resampling procedure was intended to determine whether transfer to another container before shipping resulted in recoveries different than for the unopened ampoule.

Samples were shipped via priority overnight with instructions to refrigerate samples (do not freeze).

**Results**

24

**Certified Reference Material (CRM) Evaluation**

Testing of Certified Reference Materials found method recovery from Covance (Lab #1) to be within the requirements of 90-110%.

Additional testing of CRM's (Reference #7, 8 and 9) at three labs, including the verification lab, was initiated by NaturPro (See Table 1 (Supp)). NaturPro sent five samples of each reference to Lab #1 and #3, and four to Lab #2 via priority overnight shipping according to the following plan: one unopened glass ampoule, and four (or three for Lab #2) additional 1mL vials. All samples were relabeled in sequential order and coded to conceal the certified concentration of ethanol. Resampling into vials was performed to determine if an additional sample transfer step impacted the accuracy of the method.

After results were reported, the certified purity of the samples were reported by NaturPro to the labs to contain 0.13% ABV (ethanol-water, Cerilliant), 0.505% ABV (beer, LGC) and 2.53% ABV (ethanol-water, NIST). (References certified by mass fraction were converted to % ABV using the specific gravity of ethanol at 20° Celsius of 0.789 g/mL.)

All recovery values for the CRMs were found to be within acceptable ranges. For Lab #1, the recovery from unopened ampoules was 101, 104, and 102% for Ref # 7, 8 and 9, respectively. The recovery and %RSD of only resampled CRMs was 91% and 5% for Ref #8 and 94% and 4% for Ref #9. Recovery and %RSD of all CRM (unopened and resampled) was 94% and 7% for Ref #8 and 95% and 5% for Ref #9. These were all considered acceptable since average recovery was between 90 and 110%, and % RSD values were roughly similar to those established by AOAC Method Performance Requirements.

Lab #2 reported 0.11, 0.11, 0.11, 0.11, and 0.11% on unopened ampoules of Ref #7, certified to contain 0.127% ABV. Due to the reporting of the same replicated value to two significant figures, no statistical analysis was done. Including all of the same CRM (unopened plus resampled) the recovery and %RSD was 93% and 2% for Ref #8 and 98% and 2% for Ref #9. These were all considered acceptable since average recovery was between 90 and 110%, and % RSD values were below those established by AOAC SMPR.

Lab #3 reported an average recovery of 96% with an RSD of 9% for Ref #7. Lab #3 reported a wide range of conflicting values for certified references Ref# 8 and Ref #9 which was not resolved with retesting. The results for these samples is not contained in this report.

**Table 1 (Supp). Recovery of Certified Reference Material**
(Reference #7, 8 and 9) with Labs Blinded to Certified Concentration

| Product | Composition | Lot# | Expiry Date | Certified %ABV | Lab #1 (GC-FID) (Validated method) | Lab #2 (GC-FID) | Lab #3 (GC-MS) |
|---|---|---|---|---|---|---|---|
| Certified Reference Material (Cerilliant E-031) Ampoule | Ethanol-water | FN06181501 | June 2020 | 0.1267%+/- 0.0011% | 0.131, 0.127, 0.129, 0.127, 0.126% | 0.11, 0.11, 0.11, 0.11, 0.11% | 0.120, 0.140, 0.120, 0.115, 0.115% |

25

| | | | | | 0.526, 0.455, 0.490, 0.439, 0.463% | 0.48, 0.47, 0.47, 0.46% | |
|---|---|---|---|---|---|---|---|
| Certified Reference Material (LGC BCR-651) Ampoule | Beer | 000149, 000150, 000189, 000191 | April 1, 2017 | **0.505 %**+/- 0.006 % | | | FAIL |
| Certified Reference Material (NIST 2897a) Ampoule | Ethanol-water | Not specified | April 30, 2025 | **2.53 %**+/- 0.057 % | 2.59, 2.34, 2.50, 2.29, 2.34% | 2.53, 2.45, 2.53, 2.49% | FAIL |

### Commercial Sample Evaluation and Spiking Studies

**Laboratory selection for SLV**

See Table 2 in Supplementary Data (below). Results reported by Lab #1 using GC-FID method MP-ETME on duplicates of commercial samples indicated a high precision. Acceptable recovery of spiked 'control' kombucha samples indicate accuracy of the method. Based on these initial indicators of reliability, the lab's routine use of this method for the past several years, and previous verifications conducted with this method on other matrices, this method and lab was selected to undergo further study of the method without further optimization required.

**Estimated content of commercial samples**

Several samples of commercial kombucha samples tested contained greater than 1% alcohol by volume (ABV), consistent with previous laboratory and manufacturer reports. The ethanol content of commercial kombucha samples reported using the GC-FID method was 0.114% to 1.46% ABV. All samples were confirmed to meet all storage requirements, specifically cold chain control throughout the sampling process. All samples were tested before the expiration date marked on the bottle.

**Inter-lab agreement on same-lot samples**

Lab #1 running GC-FID and GC-MS, and Lab #2 running GC-FID reported generally consistent results on same-lot samples. On control kombucha spike recovery samples, Lab #1 and #2 both using GC-FID reported acceptable recoveries. Lab #3 recovered levels lower than the expected amount in spiked reference samples, and did not recover the certified amount of ethanol in the samples. Therefore, data from lab #3 is not reported here.

**Table 2 (Supp). Analysis and Recovery of Ethanol from Commercial and Reference Materials**
(Reference #7, 8 and 9) with Labs Blinded to Certified Concentration

| Ethanol in Kombucha | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Results from Pre-validation Study | | | | Mar 1 | Dec 15 | Dec 15 | Mar 1 | Jan 11 | Jan 11 |

26

| Product | Lot# | Expiry/Best by | Expected Value from Spike | Lab #1 (GC-FID) | Lab #1 (GC-FID) | Lab #1 (GC-MS) | Lab #2 (GC-FID) | Lab #4 NIR Alcoholizer | Lab #4 Distillation |
|---|---|---|---|---|---|---|---|---|---|
| GT Gingerade | 1831**BBB | 1/17/16 | NA | | 1.45, 1.46% | 1.42%, 1.38 | | | |
| GT Original | 2230**D2B | 1/20/16 | NA | | 1.34, 1.36% | 1.41%, 1.45% | | | |
| GT Citrus | 1831**B7B | 1/17/16 | NA | | | | | 1.36% | 1.27% |
| GT Trilogy | 0232C*A7B | 1/31/16 | NA | | | | | 1.51% | |
| Commercial kombucha | 5/23/16-8 | 5/23/16 | NA | | | | | | |
| Commercial kombucha | 5370606 | 4/30/16 | NA | | 1.23, 1.21% | 1.21, 1.19% | | | |
| Commercial kombucha | FEB2016L112 | 2/1/16 | NA | | | | | 0.11% | 0.08% |
| Commercial kombucha | MAR2716E306 | 3/27/16 | NA | | 0.263, 0.253% | 0.275, 0.271% | | | |
| Commercial kombucha | APR2016L351 | 4/20/16 | NA | | 0.236, 0.232% | 0.251, 0.244% | | | |
| Commercial kombucha | 2621**C4B | 3/25/16 | NA | **1.61%** | | | 1.44% | | |
| Spiked Commercial kombucha* | 02292B | 3/25/2016 | | **1.432%** | | | 1.37% | | |
| Spiked Commercial kombucha | 02292A | 3/25/2016 | 1.68%* | **1.658%** | | | 1.61% | | |
| Spiked Commercial kombucha | 02292C | 3/25/2016 | 1.93%* | **1.922%** | | | 1.86% | | |
| Control (ethanol-free kombucha) | 02291A | NA | 0% | **<0.015%** | | | <0.05% | | |
| Control (ethanol-free kombucha) | 02291C | NA | 0.500% | **0.692%** | | | | | |
| Control (ethanol-free kombucha) | 02291B | NA | 1.500% | **1.47%** | | | 1.43% | | |

*Baseline for spike addition of 0.250 or 0.500% to the unspiked sample, Lot 02292B (1.432%)
Data points combined in the same cell are split duplicated of the same sample.

27

Blank cells = not tested

Ebersole Decl. - Page 1337

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 329 of 351   Page ID
Case 2:17-cv-07589-FMO-GJS   Document 180-3   Filed 10/15/19   Page 283 of 295   Page ID
#:4239

# EXHIBIT 6

Case 2:19-cv-10920-FMO-GJS Document 1-3 Filed 12/27/19 Page 330 of 351 Page
Case 2:17-cv-07589-FMO-GJS Document 180-3 Filed 10/15/19 Page 284 of 299 Page ID
#:4256
ID #:4250

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/314074199

# Analysis of Sugars in Kombucha Tea by High Performance Liquid Chromatography

**Technical Report** · October 2016

DOI: 10.13140/RG.2.2.24141.23522

CITATIONS
0

READS
1,116

1 author:

Blake Ebersole
NaturPro Scientific LLC
**13** PUBLICATIONS **14** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Good manufacturing practices for botanicals used for medicinal purposes View project

Chemical analysis and quality control parameters for kombucha tea View project

All content following this page was uploaded by Blake Ebersole on 26 February 2017.

The user has requested enhancement of the downloaded file.

# Analysis of Sugars in Kombucha Tea
# by High Performance Liquid Chromatography

**Blake Ebersole**

President, NaturPro Scientific, LLC

blake@npscientific.com

October 31, 2016

## INTRODUCTION

Kombucha is defined as a beverage resulting from the fermentation of tea (*Camellia sinensis*) leaves, sugar and other ingredients. The kombucha fermentation culture is known as SCOBY, short for "symbiotic culture of bacteria and yeast". During fermentation, sugar is consumed by the culture, which produces ethanol, organic acids and carbon dioxide.

During a previous study which analyzed the ethanol content of various kombucha products, the sugar content was found to be higher than the expected value listed on the product label. This study was conducted to determine to a preliminary extent the amount of total sugars in kombucha products commonly sold by retailers in the U.S.

## METHODS

In the study, 88 bottles of commercial kombucha from eight manufacturers were tested using established HPLC methods for total sugars in foods.

| Laboratory | Method Cited | Number of Samples |
|---|---|---|
| 1 | AOAC 982.14 | 59 |
| 2 | AOAC 980.13 | 26 |
| 3 | AOAC 977.20 | 3 |
| | TOTAL | 88 |

HPLC methods were selected that were referenced to AOAC Official Methods commonly used for complex food mixtures. For all methods, total sugars were calculated as the sum of glucose, fructose, sucrose, lactose and maltose. Three nutritional chemistry laboratories in the U.S. owned by firms with total estimated market cap of $45 billion were used for the analysis. Laboratories were selected based on expertise with food analysis and participation in developing standard methods for sugars in foods and beverages. Multiple laboratories were employed in order to determine potential differences between labs.

Methods were selected from Official Methods of Analysis from AOAC International. The primary differences among the methods were the extraction and filtration steps used to remove potential interferences such as fats, fiber and proteins. AOAC 982.14 was developed for analysis of sugars in pre-sweetened cereals, and includes extraction and filtration steps. AOAC 977.20 is intended for separation of sugars in honey, and includes only filtration of the sample prior to analysis. AOAC 980.13 is intended for the analysis of sugars in milk chocolate, and also involves extraction and filtration steps to remove potential interferences. All labs were blinded to each other's methods and results prior to analysis.

2

Sugar alcohols were also screened in manufacturer products using USDA and AOAC methods.

Materials selection was based on an informal survey of manufacturers and products available at regional or national chain retailers in Carmel, Indiana. Products which contained higher levels of sugars than expected in the first round of testing were selected to undergo additional testing at multiple laboratories. The products studied in the additional testing were obtained from different retail locations in Indiana, California, Colorado, Pennsylvania and Florida within 100 miles of a major metropolitan area. One objective of materials and laboratory selection was to minimize the possibility that differences among laboratory test methods or retailer distribution and storage practices could impact study findings.

All samples were purchased and tested before the expiration date listed on product labels. All samples were verified to be purchased and stored under refrigerated conditions from time of purchase, with the manufacturer's seal kept intact until broken by the laboratory. Laboratories were instructed to store all samples under refrigeration. During sample processing, the laboratory was requested to not permit samples to remain outside of refrigerated conditions for more than two hours.

Data shown is presented in grams of total sugars per 8 fl. oz serving. The serving size of all products tested was 8 fl. oz.

Statistical analysis (mean, standard deviation and Wilcoxon signed-rank test (two-tailed)) were performed using Microsoft Excel and NCSS 11. Expected values for each product were taken as the label claim for sugars listed in the Nutrition Facts panel. Where applicable, the study criteria for meeting the expected value included a tolerance no greater than 20% above label claim. Data from two samples from two additional manufacturers is listed in the data table, but was excluded from manufacturer-specific statistical analysis (Tables 1 and 2) due to n=1 for each.

Sugars were reported by laboratories in percentage values or grams per 8 oz. serving. All laboratory results are reported with the same number of significant figures listed in laboratory reports. Original laboratory reports are available on request.

**RESULTS**

All sample handling instructions were confirmed by the laboratories, and all analyses were confirmed to meet laboratory system suitability requirements.

The range of differences for laboratory values was between -18% and 450% greater than the expected values listed on the product label (See Data Table in Appendix). Products from five out of eight manufacturers contained higher levels of sugars than expected, with products from two manufacturers containing an average of 291% and 311% more sugars than the expected value (Table 1).

3



**Figure 1. Distribution of difference between expected and laboratory value for total sugars in 88 commercial kombucha samples.** Percent difference was calculated for each sample for laboratory value over the expected value. Each bar on x-axis represents one sample.

Laboratory values were compared to expected values after grouping by manufacturer (Table 1). For all manufacturers, a range of 6.7-13.0 grams of sugars per serving was found. Samples made by Manufacturers A and B had the largest discrepancies, with sugar content 311% and 291% higher than the expected value, respectively.

| Manufacturer | Expected Value | | Laboratory Value | | | Mean % Above Expected | p-value |
|---|---|---|---|---|---|---|---|
| (sample size) | Mean | S.D. | Mean | S.D. | Range | % | |
| A (31) | 2.3 | 0.7 | 8.8 | 1.0 | 6.7-11 | 311% | <0.001 |
| B  (21) | 2.4 | 0.5 | 9.3 | 1.3 | 6.9-11 | 291% | <0.001 |
| C (11) | 7.3 | 0.6 | 9.9 | 1.7 | 7.8-12 | 37% | 0.004 |
| D (9) | 8.0 | 0 | 7.7 | 0.3 | 7.2-8.3 | -4% | 0.03 |
| E (3) | 9.0 | 0 | 7.9 | 0.9 | 7.4-8.9 | -12% | 0.17 |
| F (5) | 5.0 | 0.0 | 8.4 | 0.9 | 7.5-9.4 | 68% | 0.06 |
| G (4) | 4.2 | 1.5 | 9.2 | 0.8 | 8.4-10 | 147% | 0.10 |
| H (2) | 11.0 | 0.0 | 12.5 | 0.7 | 12-13 | 14% | 0.37 |
| **Total (86)** | **4.2** | **2.7** | **9.0** | **1.4** | **6.7-13** | **198%** | **<0.001** |

Ebersole Decl. - Page 1343

Case 2:19-cv-10920-FMO-GJS Document 50-3 Filed 12/27/19 Page 335 of 351 Page
Case 2:17-cv-07639-FMO-GJS Document 180-3 Filed 10/15/19 Page 289 of 351 Page ID
ID #:4265

**Table 1. Comparison of expected and laboratory values.** Means and ranges given in grams per serving. Mean difference was calculated as the percent difference of the laboratory value over the expected value. Wilcoxon signed-rank test (two-tailed) was used to determine the p-value between label and laboratory values for kombucha products.

The frequency of meeting expected values for total sugars (no more than 20% above label) per manufacturer was evaluated (Table 2). Four of eight manufacturers reported here had no products meeting expected values for sugars, while three manufacturers met expected values for all products tested. Overall, 26% of all products tested met expected values for total sugars.

| | Met Expected Value | Did Not Meet Expected Value | Total | % Met Expected Value |
|---|---|---|---|---|
| Manufacturer | n | n | n | % |
| A | 0 | 31 | 31 | **0%** |
| B | 0 | 21 | 21 | **0%** |
| C | 4 | 7 | 11 | **36%** |
| D | 9 | 0 | 9 | **100%** |
| E | 3 | 0 | 3 | **100%** |
| F | 0 | 5 | 5 | **0%** |
| G | 0 | 4 | 4 | **0%** |
| H | 2 | 0 | 2 | **100%** |
| **TOTAL** | **18** | **68** | **86** | **26%** |

**Table 2. Frequency of kombucha samples meeting sugars label claim.** Products meeting/not meeting the expected value were defined as those containing no more than 20% greater sugars than listed on the product label.

Within the study, separate batches of samples from Manufacturer "A" were sent to multiple laboratories at different times. These labs reported similar differences between laboratory and expected values for the products tested (Table 3). Because the laboratories did not test all of the same materials, some differences between lab results was expected. However, both labs independently found the set of samples tested to be significantly above the expected value.

| | | Expected Value | | Laboratory Value | | Mean % Above Expected | p-value |
|---|---|---|---|---|---|---|---|
| | n | Mean | S.D. | Mean | S.D | | |
| Lab #1 | 19 | 2.2 | 0.6 | 9.3 | 0.8 | 337% | 0.0001 |
| Lab #2 | 11 | 2.4 | 0.8 | 7.9 | 1.0 | 262% | 0.004 |
| Lab #3 | 1 | 2 | NA | 9 | NA | 350% | NA |

**Table 3. Comparison of expected and laboratory values** for products from Manufacturer A tested at multiple laboratories using different HPLC methods. Mean difference between expected and laboratory value was

5

Ebersole Decl. - Page 1344

calculated as a percentage over label claim. S.D. = standard deviation. NA = not applicable due to insufficient 'n'.

To determine within-lab method precision to a preliminary extent, two bottles of the same manufacturing lot from seven kombucha products were analyzed for sugars by two labs (Table 4). Duplicate results were generally within 5% of each other, suggesting acceptable levels of precision were met.

| Expected Value (g/serving) | Duplicate Result | Laboratory |
|---|---|---|
| 9 | 8.0, 8.0 | 1 |
| 2 | 9.9, 9.9 | 1 |
| 2 | 8.7, 8.3 | 1 |
| 5 | 9.4, 9.3 | 2 |
| 2 | 7.0, 6.9 | 2 |
| 2 | 8.1, 7.9 | 2 |
| 2 | 7.9, 7.7 | 2 |

**Table 4. Duplicate results of total sugars** on different bottles from the same manufacturer product and lot number.

Although sugar alcohols are not commonly thought to be produced during kombucha fermentation, there is a possibility for sugar alcohols to potentially interfere with total sugars results. Six representative samples were analyzed for sugar alcohols by Laboratory #1 (Table 5). One sample containing sorbitol slightly greater than the limit of quantitation was re-tested in triplicate to confirm its presence. The level of sorbitol detected is not expected to interfere with total sugars results at the scale observed in this study.

| | Units | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Sorbitol | g / 100g | <0.0500 | 0.0616 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| Mannitol | g / 100g | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| Maltitol | g / 100g | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| Erythritol | g / 100g | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| Xylitol | g / 100g | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| Lactitol | g / 100g | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| Isomalt GPS | g / 100g | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| Isomalt GPM | g / 100g | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |
| **Total sugar alcohols** | g / 100g | <0.0500 | 0.0616 | <0.0500 | <0.0500 | <0.0500 | <0.0500 |

**Table 5. Sugar alcohols content of six selected kombucha products from four manufacturers.**

It is possible that changes in sugar content may occur over the shelf life of products undergoing active fermentation. Although this study did not include shelf life studies, a simple linear regression was used to determine to a preliminary extent whether the amount of shelf life remaining may be related to the amount of sugar content (Table 6). However, no significant

6

Case 2:19-cv-10920-FMO-GJS  Document 130-3  Filed 12/27/19  Page 337 of 351  Page
Case 2:17-cv-07639-FMO-GJS  Document 80-3  Filed 10/15/19  Page 331 of 351  Page ID
ID #:4265
#:4265

correlation between remaining shelf life and sugars content was observed ($r^2$ = 0.015, p=0.27).



**Table 6. Total sugar content of all kombucha samples versus days until expiry.**
Simple linear regression was performed. No significant correlation was observed between laboratory values of sugar content and remaining shelf life.

## DISCUSSION

The rapid success of kombucha in the U.S. has coincided with questions of product consistency and quality. For example, the production of low levels of ethanol during fermentation has made kombucha a target of regulatory discussion in the United States.  In this study, products from five of eight manufacturers contained higher than expected levels of sugars, i.e., greater than 20% of label on the average.

Sugars in foods and beverages, including fermented beverages like beer, wine and vinegar have been adequately tested for decades using the same or similar HPLC methodology used in this study. In this study, duplicate samples run consecutively of the same manufacturing lots appeared to show an acceptable precision. Also, similar results obtained on the same products prepared with different extraction procedures at different labs suggest that differences in sample preparation before analysis do not impact results for kombucha.

Sugar alcohols may appear on the same chromatograms as sugars, and previous reports have suggested some possibility for interference. Based on the data reported here, sugar alcohols are not present in kombucha at levels that would be expected to substantially affect sugars results.

The purpose of this study was not to determine changes in sugar content of kombucha during shelf life. However, it has been suggested that the composition of 'live' fermented products

7

may change over the shelf life. Although systematic time-course data on the same samples was not performed in this study, a simple linear regression analysis based on the measured laboratory value versus remaining shelf life showed no significant correlation ($r^2$=0.015, p=0.27). More studies should be done to determine whether there are discernible changes in the sugar content over the duration of product shelf life.

A number of controls were employed in this study to control for potential variations in sample source, transportation and storage, preparation, composition and laboratory methodology. This included the use of multiple laboratories, methods, sample sources, and testing dates. All data and calibrations met laboratory suitability requirements. Upon review of selected sample and standard chromatograms, no interfering peaks were observed. Multiple laboratories performed the analysis using accepted AOAC methodologies, and variation in extraction steps among the methods did not appear to impact results.

This study did not intend to provide a systematic analysis of all kombucha products on the market. Because products from manufacturers with greater than expected sugars in the initial round of testing were selected for additional confirmation testing, this data in its aggregate has limited usefulness as a reliable overall indicator of sugar content in commercial kombucha products.

The primary conclusions from this study include that: 1) the majority of the kombucha products tested contained higher than expected levels of sugars (greater than 20% of label) on the average; and 2) testing for sugars in kombucha by HPLC appears to meet acceptable levels of precision and accuracy.

Acknowledgments: This study was financially supported by KeVita Inc.

REFERENCES

1. AOAC 982.14 Glucose, Fructose, Sucrose and Maltose in Presweetened Cereals
2. AOAC 980.13 Fructose, Glucose, Lactose, Maltose and Sucrose in Milk Chocolate
3. AOAC 977.20 Separation of Sugars in Honey
4. Chen C. and Liu B.Y. Changes in major components of tea fungus metabolites during prolonged fermentation. (2000) J Appl. Microbiol. 89;834-839
5. Ebersole B, Schmidt R, Eckert M. Single laboratory validation of ethanol in kombucha. (2016) J. AOAC, Submitted manuscript.
6. Lopez EF, Gomez EF. Simultaneous determination of the major organic acids, sugars, glycerol and ethanol by HPLC in grape musts and white wines. (1996). J Chrom Sci. 34:
7. Markov S. L., Cvetkovic D.D., Velicanski A.S. The availability of a lactose medium for tea fungus culture and kombucha fermentation. (2012) Arch. Biol. Sci. Belgrade 64(4);1439-1447
8. Nummer BA. Kombucha brewing under the Food and Drug Administration model Food Code: risk analysis and processing guidance. (2013) J Environ Health. 76(4):8-11.

8

9. Reiss J. Influence of different sugars on the metabolism of the tea fungus (1994); Z. Lebensm. Unters. Forsch. 198:258-261

10. Sanarico D, Motta S, Bertolini L, Antonelli LA. HPLC Determination of organic acids in traditional balsamic vinegar of Reggio Emilia. (2006). J. Liq. Chrom. Rel. Tech. 26(13):2177-2187

11. Sievers M, Lanini C., Weber A., Schuler-Schmid U., Teuber M. Microbiology and fermentation balance in a kombucha beverage obtained from a tea fungus fermentation. (1995). System. Appl. Microbiol. 18;590-594

12. Wang W, Tang S, Zhu X. Determination of sugars in vinegar by HPLC and difference analysis. (2014) Food Sci Tech. 7:300-303

Ebersole Decl. - Page 1348

## Sugars in Kombucha - Data Table

| Store | Store Location | Purchase Date | Manufacturer | Flavor | Lot Code | Enjoy by | Report Date | Label Value (g/serving) | Laboratory Result (g/serving) | Sugars (% of Label Value) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Inverness, FL | 6/28/2016 | A | 1 | 1 | 8/5/2016 | 7/12/2016 | 2 | 10 | 400% |
| 3 | Boulder, CO | 6/28/2016 | A | 2 | 2 | 8/5/2016 | 7/12/2016 | 2 | 8.9 | 345% |
| 4 | Ventura, CA | 6/28/2016 | A | 2 | 3 | 8/6/2016 | 7/7/2016 | 2 | 8.9 | 345% |
| 5 | Carmel, IN | 6/28/2016 | A | 2 | 4 | 8/7/2016 | 7/12/2016 | 2 | 8.7 | 335% |
| 5 | Carmel, IN | 6/28/2016 | A | 2 | 5 | 8/7/2016 | 7/12/2016 | 2 | 8.3 | 315% |
| 6 | Lititz, PA | 6/28/2016 | A | 2 | 6 | 8/7/2016 | 7/12/2016 | 2 | 8.2 | 310% |
| 7 | Indianapolis, IN | 5/3/2016 | A | 2 | 7 | 6/11/2016 | 5/27/2016 | 2 | 8.14 | 307% |
| 7 | Indianapolis, IN | 5/3/2016 | A | 2 | 7 | 6/11/2016 | 5/27/2016 | 2 | 7.9 | 295% |
| 1 | Inverness, FL | 6/28/2016 | A | 2 | 8 | 8/12/2016 | 7/12/2016 | 2 | 9.4 | 370% |
| 2 | Carmel, IN | 4/4/2016 | A | 2 | 9 | 5/14/2016 | 4/11/2016 | 2 | 9.1 | 355% |
| 2 | Carmel, IN | 4/4/2016 | A | 2 | 9 | 5/14/2016 | 4/21/2016 | 2 | 9.0 | 350% |
| 4 | Ventura, CA | 5/12/2016 | A | 2 | 10 | 6/17/2016 | 6/3/2016 | 2 | 7.47 | 274% |
| 9 | Carmel, IN | 5/3/2016 | A | 3 | 11 | 6/3/2016 | 5/27/2016 | 4 | 7.95 | 99% |
| 9 | Carmel, IN | 5/3/2016 | A | 3 | 11 | 6/3/2016 | 5/27/2016 | 4 | 7.76 | 94% |
| 8 | Boulder, CO | 6/28/2016 | A | 3 | 12 | 8/7/2016 | 7/12/2016 | 4 | 11 | 175% |
| 6 | Lititz, PA | 6/28/2016 | A | 3 | 13 | 7/25/2016 | 7/12/2016 | 4 | 8.7 | 118% |
| 1 | Inverness, FL | 6/28/2016 | A | 4 | 14 | 8/12/2016 | 7/12/2016 | 2 | 9.4 | 370% |
| 1 | Inverness, FL | 6/28/2016 | A | 5 | 15 | 8/6/2016 | 7/12/2016 | 2 | 8.9 | 345% |
| 4 | Ventura, CA | 5/12/2016 | A | 6 | 16 | 6/12/2016 | 6/3/2016 | 2 | 10.18 | 409% |
| 7 | Indianapolis, IN | 5/3/2016 | A | 6 | 17 | 6/13/2016 | 5/27/2016 | 2 | 7.03 | 252% |
| 9 | Carmel, IN | 5/3/2016 | A | 6 | 17 | 6/13/2016 | 5/27/2016 | 2 | 6.91 | 246% |
| 1 | Inverness, FL | 6/28/2016 | A | 6 | 18 | 8/13/2016 | 7/12/2016 | 2 | 9.4 | 370% |
| 8 | Boulder, CO | 6/28/2016 | A | 7 | 19 | 8/31/2016 | 7/12/2016 | 2 | 8.9 | 345% |
| 4 | Ventura, CA | 5/12/2016 | A | 7 | 20 | 7/20/2016 | 6/3/2016 | 2 | 8.80 | 340% |
| 9 | Carmel, IN | 6/28/2016 | A | 7 | 21 | 7/26/2016 | 7/12/2016 | 2 | 9.0 | 350% |
| 4 | Ventura, CA | 6/28/2016 | A | 7 | 22 | 8/28/2016 | 7/7/2016 | 2 | 8.9 | 345% |
| 9 | Carmel, IN | 6/28/2016 | A | 8 | 23 | 8/1/2016 | 7/12/2016 | 2 | 9.1 | 355% |
| 6 | Lititz, PA | 6/28/2016 | A | 8 | 24 | 8/1/2016 | 7/12/2016 | 2 | 10 | 400% |
| 4 | Ventura, CA | 6/28/2016 | A | 8 | 25 | 8/14/2016 | 7/7/2016 | 2 | 11 | 450% |
| 10 | Carmel, IN | 5/3/2016 | A | 8 | 26 | 6/19/2016 | 5/27/2016 | 2 | 6.74 | 237% |
| 4 | Ventura, CA | 5/12/2016 | A | 8 | 27 | 6/19/2016 | 6/3/2016 | 2 | 8.56 | 328% |
| 9 | Carmel, IN | 6/28/2016 | B | 9 | 28 | 9/21/2016 | 7/12/2016 | 2 | 9.9 | 395% |
| 11 | Oxnard, CA | 6/28/2016 | B | 9 | 28 | 9/21/2016 | 7/7/2016 | 2 | 9.9 | 395% |
| 11 | Oxnard, CA | 6/28/2016 | B | 10 | 29 | 10/23/2016 | 7/7/2016 | 3 | 9.9 | 230% |
| 11 | Oxnard, CA | 6/28/2016 | B | 11 | 30 | 8/10/2016 | 7/7/2016 | 2 | 9.2 | 360% |
| 9 | Carmel, IN | 6/28/2016 | B | 12 | 31 | 11/24/2016 | 7/12/2016 | 2 | 7.2 | 260% |
| 4 | Ventura, CA | 6/28/2016 | B | 12 | 32 | 11/14/2016 | 7/7/2016 | 2 | 7.7 | 285% |
| 11 | Oxnard, CA | 6/28/2016 | B | 12 | 33 | 12/21/2016 | 7/28/2016 | 2 | 9.64 | 382% |
| 2 | Carmel, IN | 4/4/2016 | B | 13 | 34 | 6/21/2016 | 4/21/2016 | 2 | 6.9 | 245% |
| 11 | Oxnard, CA | 6/28/2016 | B | 13 | 35 | 12/7/2016 | 7/28/2016 | 2 | 7.14 | 257% |
| 9 | Carmel, IN | 6/28/2016 | B | 13 | 36 | 12/17/2016 | 7/12/2016 | 2 | 8.0 | 300% |
| 4 | Ventura, CA | 6/28/2016 | B | 13 | 36 | 12/17/2016 | 7/7/2016 | 2 | 8.0 | 300% |
| 11 | Oxnard, CA | 6/28/2016 | B | 14 | 37 | 10/1/2016 | 7/7/2016 | 3 | 9.6 | 220% |
| 11 | Oxnard, CA | 6/28/2016 | B | 15 | 38 | 11/25/2016 | 7/7/2016 | 2 | 10 | 400% |
| 3 | Boulder, CO | 6/28/2016 | B | 15 | 39 | 9/17/2016 | 7/12/2016 | 2 | 9.4 | 370% |

| 11 | Oxnard, CA | 6/28/2016 | B | 16 | 40 | 10/20/2016 | 7/28/2016 | 3 | 10.8 | 260% |
| 9 | Carmel, IN | 6/28/2016 | B | 16 | 41 | 8/11/2016 | 7/12/2016 | 3 | 9.9 | 230% |
| 3 | Boulder, CO | 6/28/2016 | B | 16 | 42 | 9/23/2016 | 7/12/2016 | 3 | 11 | 267% |
| 11 | Oxnard, CA | 6/28/2016 | B | 17 | 43 | 10/2/2016 | 7/28/2016 | 3 | 10.6 | 253% |
| 4 | Ventura, CA | 6/28/2016 | B | 17 | 44 | 10/6/2016 | 7/7/2016 | 3 | 10 | 233% |
| 11 | Oxnard, CA | 6/28/2016 | B | 18 | 45 | 10/3/2016 | 7/7/2016 | 3 | 8.9 | 197% |
| 11 | Oxnard, CA | 6/28/2016 | B | 19 | 46 | 9/19/2016 | 7/7/2016 | 3 | 11 | 267% |
| 4 | Ventura, CA | 6/28/2016 | C | 20 | 47 | 8/12/2016 | 7/7/2016 | 7 | 12 | 71% |
| 4 | Ventura, CA | 5/12/2016 | C | 20 | 47 | 8/12/2016 | 6/7/2016 | 7 | 10.98 | 57% |
| 4 | Ventura, CA | 5/12/2016 | C | 21 | 48 | 10/19/2016 | 6/7/2016 | 6 | 8.72 | 45% |
| 4 | Ventura, CA | 5/12/2016 | C | 22 | 49 | 8/18/2016 | 6/7/2016 | 7 | 11.05 | 58% |
| 4 | Ventura, CA | 5/12/2016 | C | 23 | 50 | 10/4/2016 | 6/7/2016 | 7 | 11.49 | 64% |
| 4 | Ventura, CA | 6/28/2016 | C | 24 | 51 | 7/25/2016 | 7/7/2016 | 7 | 8.1 | 16% |
| 4 | Ventura, CA | 5/12/2016 | C | 24 | 51 | 7/25/2016 | 6/7/2016 | 7 | 7.83 | 12% |
| 4 | Ventura, CA | 5/12/2016 | C | 25 | 52 | 9/29/2016 | 6/7/2016 | 8 | 12.04 | 51% |
| 4 | Ventura, CA | 5/12/2016 | C | 26 | 53 | 10/10/2016 | 6/7/2016 | 8 | 8.23 | 3% |
| 4 | Ventura, CA | 6/28/2016 | C | 26 | 54 | 11/2/2016 | 7/7/2016 | 8 | 8.4 | 5% |
| 12 | Boulder, CO | 6/28/2016 | C | 26 | 55 | 12/17/2016 | 7/12/2016 | 8 | 9.9 | 24% |
| 11 | Oxnard, CA | 7/13/2016 | D | 27 | 56 | 11/9/2016 | 7/18/2016 | 8 | 7.5 | -6% |
| 11 | Oxnard, CA | 7/13/2016 | D | 28 | 57 | 11/9/2016 | 7/18/2016 | 8 | 7.7 | -4% |
| 2 | Carmel, IN | 7/13/2016 | D | 29 | 58 | 11/24/2016 | 7/18/2016 | 8 | 7.5 | -6% |
| 4 | Ventura, CA | 7/13/2016 | D | 29 | 59 | 10/29/2016 | 7/18/2016 | 8 | 7.2 | -10% |
| 4 | Ventura, CA | 7/13/2016 | D | 30 | 60 | 11/25/2016 | 7/18/2016 | 8 | 7.7 | -4% |
| 11 | Oxnard, CA | 7/13/2016 | D | 31 | 61 | 11/10/2016 | 7/18/2016 | 8 | 8.0 | 0% |
| 2 | Carmel, IN | 7/13/2016 | D | 32 | 61 | 11/25/2016 | 7/18/2016 | 8 | 7.7 | -4% |
| 4 | Ventura, CA | 7/13/2016 | D | 33 | 63 | 10/28/2016 | 7/18/2016 | 8 | 7.5 | -6% |
| 4 | Ventura, CA | 7/13/2016 | D | 34 | 64 | 10/28/2016 | 7/18/2016 | 8 | 8.3 | 4% |
| 6 | Lititz, PA | 6/28/2016 | E | 35 | 65 | 10/8/2016 | 7/12/2016 | 9 | 7.4 | -18% |
| 9 | Carmel, IN | 6/28/2016 | E | 36 | 66 | 10/13/2016 | 7/12/2016 | 9 | 8.9 | -1% |
| 6 | Lititz, PA | 6/28/2016 | E | 37 | 67 | 11/5/2016 | 7/12/2016 | 9 | 7.4 | -18% |
| 12 | Lancaster, PA | 6/28/2016 | F | 38 | 68 | 9/29/2016 | 7/12/2016 | 11 | 13 | 18% |
| 12 | Lancaster, PA | 6/28/2016 | F | 39 | 69 | 8/12/2016 | 7/12/2016 | 11 | 12 | 9% |
| 4 | Ventura, CA | 6/28/2016 | G | 40 | 70 | 10/5/2016 | 7/7/2016 | 2 | 8.4 | 320% |
| 4 | Ventura, CA | 6/28/2016 | G | 41 | 71 | 8/14/2016 | 7/7/2016 | 5 | 10 | 100% |
| 4 | Ventura, CA | 6/28/2016 | G | 42 | 72 | 9/12/2016 | 7/7/2016 | 5 | 9.7 | 94% |
| 4 | Ventura, CA | 6/28/2016 | G | 43 | 73 | 8/27/2016 | 7/7/2016 | 5 | 8.7 | 74% |
| 2 | Carmel, IN | 6/28/2016 | H | 44 | 74 | 1/5/2017 | 7/12/2016 | 5 | 7.5 | 50% |
| 13 | Boulder, CO | 6/28/2016 | H | 44 | 75 | 11/4/2016 | 7/12/2016 | 5 | 7.5 | 50% |
| 9 | Carmel, IN | 5/3/2016 | H | 45 | 76 | 10/10/2016 | 6/3/2016 | 5 | 9.4 | 88% |
| 9 | Carmel, IN | 5/3/2016 | H | 45 | 76 | 10/10/2016 | 6/3/2016 | 5 | 9.3 | 86% |
| 4 | Ventura, CA | 5/3/2016 | H | 46 | 77 | 12/8/2016 | 6/3/2016 | 5 | 8.4 | 68% |
| 9 | Carmel, IN | 4/4/2016 | I | 47 | 78 | 9/4/2016 | 4/21/2016 | 4 | 4.7 | 18% |
| 4 | Ventura, CA | 5/12/2016 | J | 48 | 79 | 9/5/2016 | 6/7/2016 | 11 | 10.91 | -1% |

View publication stats

Case 2:19-cv-10920-FMO-GJS   Document 1-3   Filed 12/27/19   Page 342 of 351   Page
ID #:342
Case 2:17-cv-07639-FMO-GJS   Document 180-3   Filed 10/15/19   Page 296 of 299   Page ID
#:4266

# EXHIBIT 7

## VINQUIRY LABORATORIES
### by enartis USA

Kombucha Dog
1815 Main Street
Los Angeles, CA 90031

Page 1 of 3

| | |
|---|---|
| Work Order # : | W2017-12-12-041 |
| Sample (s) Received: | December 12, 2017 |
| Report Printed: | December 14, 2017 |

Analysis Performed at:
Enartis Vinquiry
7795 Bell Road
Windsor, CA  95492

## Analysis Report

Date Analyzed

| | | | | | |
|---|---|---|---|---|---|
| **AH30015** | GT'S Synergy Guava Goddess 500 | | | | |
| | Alcohol | 1.05 %V/V | | GC* | 12/13/17 |
| **AH30016** | GT'S KombuchaGingerade 501 | | | | |
| | Alcohol | 1.13 %V/V | | GC* | 12/13/17 |
| **AH30017** | GT'S Synergy Passionberry Bliss 502 | | | | |
| | Alcohol | 1.09 %V/V | | GC* | 12/13/17 |
| **AH30018** | GT'S Synergy Raspberry Chia 503 | | | | |
| | Alcohol | 0.73 %V/V | | GC* | 12/13/17 |
| **AH30019** | GT'S Synergy Cosmic Cranberry 504 | | | | |
| | Alcohol | 0.95 %V/V | | GC* | 12/13/17 |
| **AH30020** | GT'S Synergy Trilogy 505 | | | | |
| | Alcohol | 0.90 %V/V | | GC* | 12/13/17 |
| **AH30021** | GT'S Kombucha Tantric Tumeric 506 | | | | |
| | Alcohol | 1.03 %V/V | | GC* | 12/13/17 |
| **AH30022** | GT'S Synergy Mystic Mango 507 | | | | |
| | Alcohol | 0.95 %V/V | | GC* | 12/13/17 |
| **AH30023** | GT'S Kombucha Original 508 | | | | |
| | Alcohol | 1.48 %V/V | | GC* | 12/13/17 |

VINQUIRY
LABORATORIES
by *enartis* USA

| Work Order # : | W2017-12-12-041 | Analysis Report (cont.) | | Page 2 of 3 |
|---|---|---|---|---|

**AH30024 cont.**

Date Analyzed

| AH30024 | GT'S Synergy Gingerberry 509 | | | |
|---|---|---|---|---|
| | Alcohol | 1.12 %V/V | GC* | 12/13/17 |

| AH30025 | GT'S Kombucha Koffee 510 | | | |
|---|---|---|---|---|
| | Alcohol | 0.93 %V/V | GC* | 12/13/17 |

| AH30026 | GT'S Synergy Strawberry Serenity 600 | | | |
|---|---|---|---|---|
| | Alcohol | 1.10 %V/V | GC* | 12/13/17 |

| AH30027 | GT'S Kombucha Living in Gratitude 601 | | | |
|---|---|---|---|---|
| | Alcohol | 0.63 %V/V | GC* | 12/13/17 |

| AH30028 | GT'S Kombucha Cayennade 602 | | | |
|---|---|---|---|---|
| | Alcohol | 1.06 %V/V | GC* | 12/13/17 |

| AH30029 | GT'S Kombucha Lemonade 603 | | | |
|---|---|---|---|---|
| | Alcohol | 1.07 %V/V | GC* | 12/13/17 |

| AH30030 | GT'S Synergy Ginger Chai 604 | | | |
|---|---|---|---|---|
| | Alcohol | 0.60 %V/V | GC* | 12/13/17 |

| AH30031 | GT'S Kombucha Heart Beet 605 | | | |
|---|---|---|---|---|
| | Alcohol | 0.68 %V/V | GC* | 12/13/17 |

| AH30032 | GT'S Kombucha Multi-Green 606 | | | |
|---|---|---|---|---|
| | Alcohol | 0.69 %V/V | GC* | 12/13/17 |

| AH30033 | GT'S Kombucha Lavender Love 607 | | | |
|---|---|---|---|---|
| | Alcohol | 0.75 %V/V | GC* | 12/13/17 |




| Work Order # : | W2017-12-12-041 | **Analysis Report (cont.)** | | Page 3 of 3 |
|---|---|---|---|---|

| | | | | | Date Analyzed |
|---|---|---|---|---|---|
| **AH30034 cont.** | | | | | |
| **AH30034** | GT'S Kombucha Hibiscus Ginger 608 | | | | |
| | Alcohol | 1.04 %V/V | GC* | | 12/13/17 |
| **AH30035** | GT'S Cocokefir Pure 609 | | | | |
| | Alcohol | 0.19 %V/V | GC* | | 12/13/17 |



**for Enartis USA**

**TTB Certified Laboratory**

For information on the individual authorizing this analysis report, please visit our website.  The results in this report relate only to sample(s) as submitted.  This report shall not be reproduced except in full, without the written approval of Enartis USA. This report is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under the law.  If the reader of this report is not the intended recipient or is not the person responsible for delivering this report to the intended party, please note that any dissemination, distribution, or copying of this report is strictly prohibited.  If you have received this report in error, please notify us immediately by telephone and return the original report to us at the

**www.enartis.com**

| **MAIN BRANCH** | **NAPA VALLEY BRANCH** | **SANTA MARIA BRANCH** | **PASO ROBLES BRANCH** |
|---|---|---|---|
| 7795 BELL ROAD | 1282 VIDOVICH AVENUE, SUITE C | 2717 AVIATION WAY, SUITE 100 | 1850 RAMADA DRIVE |
| WINDSOR | ST. HELENA | SANTA MARIA | PASO ROBLES |
| CA 95492 | CA 94574 | CA 93455 | CA 93446 |
| TEL:  707 838 6312 | TEL:  707 967 0290 | TEL:  805 922 6321 | TEL:  805 591 3321 |

**EXHIBIT 3**

# BURSOR & FISHER
P.A.

**1990 N. California Blvd.**
**SUITE 940**
**WALNUT CREEK, CA 94596**
**www.bursor.com**

**YEREMEY KRIVOSHEY**
Tel: **925.300.4455**
Fax: **925.407.2700**
**ykrivoshey@bursor.com**

September 13, 2019

*Via Certified Mail - Return Receipt Requested*

C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

GT's Living Foods, LLC
4415 Bandini Blvd
Vernon, CA 90058

GT's Living Foods, LLC
4646 Hampton St
Vernon, CA 90058

Re:    *Demand Letter Pursuant to California Civil Code § 1782,*
       *Violation of Magnuson-Moss Act, 15 U.S.C. §§ 2301, et seq., and other applicable laws.*

To Whom It May Concern:

This letter serves as a notice and demand for corrective action on behalf of my clients, Adriana Digennaro, Jenna Leder, and all other persons similarly situated, arising from breaches of warranty under the Magnuson-Moss Warranty Act and violations of numerous provisions of California law including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5), (7), and (9). This letter also serves as notice pursuant to U.C.C. § 2-607(3)(A) and Cal. Com. Code § 2607(3)(a) concerning the breaches of express and implied warranties described herein.

You have participated in the manufacture, marketing, distribution, and/or sale of GT's Enlightened kombucha and Enlightened Synergy kombucha beverages ("Kombucha Beverages"). Your Kombucha Beverages contain significantly more alcohol than the .5 percent alcohol-by-volume threshold permitted for non-alcoholic beverages by federal and state law. In fact, recent testing by a TTB accredited laboratory shows that Your Kombucha Beverages contain significantly more alcohol than allowed by the .5 percent standard. Further, Your Kombucha Beverages do not bear the alcohol warning mandated by 27 C.F.R. § 16, and are sold to minors and other unsuspecting consumers without an adequate warning regarding the high alcohol content of the beverages.

BURSOR&FISHER
P.A.

Further, the labels of Your Kombucha Beverages understate the amount of sugar present in the beverages.

Ms. Digennaro and Ms. Leder purchased Your Kombucha Beverages based on the belief that they are non-alcoholic beverages, as they did not contain the 27 C.F.R. § 16 warning and no identification was required to purchase the beverages. They would not have purchased Your Kombucha Beverages had they known, and had You properly disclosed, that Your Kombucha Beverages are alcoholic beverages.

To cure the defects described above, we demand that you (1) cease and desist from continuing to mislabel GT's Kombucha and Synergy; (2) issue an immediate recall on any GT's Kombucha and Synergy products bearing misbranded labels; and (3) make full restitution to all purchasers of GT's Kombucha and Synergy of all purchase money obtained from sales thereof.

We further demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the ingredients, formula, and manufacturing process for GT's Kombucha and Synergy;

2. All communications with the U.S. Food and Drug Administration concerning the product development, manufacturing, marketing and sales of GT's Kombucha and Synergy;

3. All documents concerning the advertisement, marketing, or sale of GT's Kombucha and Synergy; and

4. All communications with customers concerning complaints or comments concerning GT's Kombucha and Synergy.

We are willing to negotiate to attempt to resolve the demands asserted in this letter. If you wish to enter into such discussions, please contact me immediately. If I do not hear from you promptly, I will conclude that you are not interested in resolving this dispute short of litigation. If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.

Very truly yours,

Yeremey O. Krivoshey

**EXHIBIT 4**

# BURSOR & FISHER
P.A.

1990 N. California Blvd.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

YEREMEY KRIVOSHEY
Tel: 925.300.4455
Fax: 925.407.2700
ykrivoshey@bursor.com

October 3, 2019

*__Via Certified Mail - Return Receipt Requested__*

C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

GT's Living Foods, LLC
4415 Bandini Blvd
Vernon, CA 90058

GT's Living Foods, LLC
4646 Hampton St
Vernon, CA 90058

Re:     *Demand Letter Pursuant to California Civil Code § 1782,*
        *Violation of Magnuson-Moss Act, 15 U.S.C. §§ 2301, et seq., and other applicable laws.*

To Whom It May Concern:

This letter serves as a notice and demand for corrective action on behalf of my clients, Erin Weiler and Delaney Sharpe, and all other persons similarly situated, arising from breaches of warranty under the Magnuson-Moss Warranty Act and violations of numerous provisions of California law including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5), (7), and (9). This letter also serves as notice pursuant to U.C.C. § 2-607(3)(A) and Cal. Com. Code § 2607(3)(a) concerning the breaches of express and implied warranties described herein.

You have participated in the manufacture, marketing, distribution, and/or sale of GT's Enlightened kombucha and Enlightened Synergy kombucha beverages ("Kombucha Beverages"). Your Kombucha Beverages contain significantly more alcohol than the .5 percent alcohol-by-volume threshold permitted for non-alcoholic beverages by federal and state law. In fact, recent testing by a TTB accredited laboratory shows that Your Kombucha Beverages contain significantly more alcohol than allowed by the .5 percent standard. Further, Your Kombucha Beverages do not bear the alcohol warning mandated by 27 C.F.R. § 16, and are sold to minors and other unsuspecting consumers without an adequate warning regarding the high alcohol content of the beverages.

BURSOR & FISHER
P.A.

Further, the labels of Your Kombucha Beverages understate the amount of sugar present in the beverages.

Ms. Weiler and Ms. Sharpe purchased Your Kombucha Beverages based on the belief that they are non-alcoholic beverages, as they did not contain the 27 C.F.R. § 16 warning and no identification was required to purchase the beverages. They would not have purchased Your Kombucha Beverages had they known, and had You properly disclosed, that Your Kombucha Beverages are alcoholic beverages.

Indeed, Ms. Sharpe is under the age of 21 and, by law, would not have been able to purchase Your Kombucha Beverages had they been appropriately labeled.

To cure the defects described above, we demand that you (1) cease and desist from continuing to mislabel GT's Kombucha and Synergy; (2) issue an immediate recall on any GT's Kombucha and Synergy products bearing misbranded labels; and (3) make full restitution to all purchasers of GT's Kombucha and Synergy of all purchase money obtained from sales thereof.

We further demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the ingredients, formula, and manufacturing process for GT's Kombucha and Synergy;

2. All communications with the U.S. Food and Drug Administration concerning the product development, manufacturing, marketing and sales of GT's Kombucha and Synergy;

3. All documents concerning the advertisement, marketing, or sale of GT's Kombucha and Synergy; and

4. All communications with customers concerning complaints or comments concerning GT's Kombucha and Synergy.

We are willing to negotiate to attempt to resolve the demands asserted in this letter. If you wish to enter into such discussions, please contact me immediately. If I do not hear from you promptly, I will conclude that you are not interested in resolving this dispute short of litigation. If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.


Very truly yours,

Yeremey O. Krivoshey