# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, and ADRIANA DIGENNARO on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>Defendant. | Case No. 2:19-cv-10920-FMO-GJS<br><br>**ORDER GRANTING JOINT STIPULATION [61] CONTINUING FACT AND EXPERT DISCOVERY DEADLINES**<br><br>Judge: Hon. Fernando M. Olguin |

[PROPOSED] ORDER GRANTING STIPULATION

The Court, having reviewed the Joint Stipulation Continuing Fact and Expert Discovery Deadlines (Dkt. 61), and good cause appearing, hereby ORDERS as follows:

The parties' respective pre-trial deadlines are continued as follows:

- Completion of Fact Discovery: April 30, 2021
- Service of Initial Expert Witness Disclosures: June 2, 2021
- Service of Rebuttal Expert Witness Disclosures: July 2, 2021
- Completion of Expert Discovery: August 2, 2021
- Filing of Motion for Class Certification: August 2, 2021
- Filing of Summary Judgment Motions: October 1, 2021

IT IS SO ORDERED.

Dated: March 16, 2021                    _____/s/_____
                                          Fernando M. Olguin
                                          United States District Judge