**DOVEL & LUNER, LLP**
Simon Franzini (SBN 287631)
simon@dovel.com
Gabriel Doble (SBN 335335)
gabe@dovel.com
Stephen D. Andrews (SBN 354327)
stephen@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, and ADRIANA DIGENNARO, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>*Defendant*. | Case No. 2:19-cv-10920-FMO-GJS<br><br>**Declaration of Simon Franzini in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint**<br><br>Hon. Fernando M. Olguin |

I, Simon Franzini, declare as follows:

1. I am a partner at the law firm Dovel & Luner, LLP. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Pursuant to Local Rule 15-1, attached herein as **Exhibit 1** is a true and correct copy of Plaintiffs' proposed Second Amended Complaint.

3. Pursuant to the Court's Standing Order § IV.B.2, attached herein as **Exhibit 2** is a true and correct copy of a redline comparing Plaintiffs' proposed Second Amended Complaint to the First Amended Complaint.

4. Pursuant to the Court's Standing Order § IV.B.2, attached herein as **Exhibit 3** is a true and correct copy of a chart identifying the page and line numbers and wording of all proposed changes or addition of material in the Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 7, 2024            /s/ *Simon Franzini*
                                 Simon Franzini (SBN 287631)
                                 simon@dovel.com

                                 **DOVEL & LUNER, LLP**
                                 201 Santa Monica Blvd., Suite 600
                                 Santa Monica, California 90401
                                 Telephone: (310) 656-7066
                                 Facsimile: (310) 656-7069