# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, and ADRIANA DIGENNARO, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GT'S LIVING FOODS, LLC.,<br><br>*Defendant*. | Case No. 2:19-cv-10920-FMO-GJS<br><br>**DECLARATION OF SIMON FRANZINI IN SUPPORT OF JOINT STIPULATION RE: EXTENDING BRIEFING OF THE PARTIES' MOTIONS AND RESCHEDULING HEARINGS**<br><br>Hon. Fernando M. Olguin |

I, Simon Franzini, declare as follows:

1. I am a partner at the law firm Dovel & Luner, LLP. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in support of the parties' Joint Stipulation Regarding Extending Briefing of the Parties' Motions and Rescheduling Hearings.

3. On July 22, 2024, the Court issued its Order Granting the Parties' Joint Stipulation, ordering Defendant to file its Motion for Judgement on the Pleadings and Plaintiffs to file their Motion for Leave to Amend the Complaint by August 7, 2024 (ECF No. 133).

4. On August 7, the Parties filed their respective motions and set a hearing on both motions for September 5, 2024 (ECF Nos. 149, 150).

5. By operation of Local Rule 7-3, oppositions for both motions are due on August 21, 2024.

6. In light of the Parties' pre-scheduled conflicts and Plaintiffs' recent substitution into the case, my colleagues and I at Dovel & Luner LLP need additional time to familiarize ourselves with the details of the case and case history.

7. I have met and conferred with Counsel for Defendant, and both sides mutually agree to extend the briefing schedule on their respective motions and reschedule the hearing date for those motions.

8. No prior requests to expand the briefing deadlines or reschedule the hearings have been made.

9. For all these reasons, the Parties agree that the Opposition briefs on the Parties' respective motions shall be due by September 5, the Reply briefs shall be due on September 26, and the motion hearing dates will both be vacated and rescheduled for October 10, 2024.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3
4  Dated: August 9, 2024            /s/ *Simon Franzini*
5                                    Simon Franzini