# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, and ADRIANNA DIGENARRO on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case No. 2:19-cv-10920-FMO-GJS<br><br>Assigned to the Hon. Fernando M. Olguín<br><br>**ORDER GRANTING STIPULATED REQUEST [169] TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY BRIEFING SCHEDULE**<br><br>Complaint Filed: December 27, 2019<br>Trial Date: Not Set |

# ORDER

Having considered the Stipulation to Extend Time to Respond to Complaint and to Modify the Briefing Schedule, and for good cause shown, the Court ORDERS as follows:

1. Defendant's motion to dismiss shall be filed on or before January 16, 2025;
2. The Parties' proposed schedule shall be filed on or before January 23, 2025;
3. Plaintiffs' response to Defendant's motion to dismiss shall be filed on or before February 6, 2025;
4. Defendant's reply in support of its motion to dismiss shall be filed on or before February 20, 2026.
5. Defendant's motion to dismiss shall be heard on Thursday, March 6, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: December 19, 2024

/s/
THE HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE