Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
  *heathercanner@dwt.com*
Joseph Elie-Meyers (SBN 325183)
  *josepheliemeyers@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
*GT's Living Foods, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case No. 2:19-cv-10920-FMO-GJS<br><br>Assigned to the Hon. Fernando M. Olguín<br><br>**STIPULATED REQUEST TO FURTHER AMEND DISCOVERY DEADLINE**<br><br>*[Declaration of Jacob M. Harper; [PROPOSED] Order filed concurrently]*<br><br>Complaint Filed: December 27, 2019<br>SAC Filed: December 17, 2024<br>Trial Date: Not Set |

Pursuant to Section VII of this Court's Standing Order and Local Rules 7-1 and 8-3, Plaintiffs Amit Patel, Lauren Schmidt, and Christopher Nunez ("Plaintiffs") and Defendant GT's Living Foods, LLC ("Defendant" or "GT's") (together, the "Parties"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court enter an order modifying the schedule previously set in this action on November 13, 2025 (Dkt. 183) to continue the deadline to complete remaining discovery related to the newly added named plaintiffs from January 29, 2026, to **March 5, 2026**.  The Parties do not request any change to the deadline to move for class certification.

Despite diligent and prompt efforts to complete discovery by the January 29, 2026 deadline set by the Court, the Parties require an additional, short extension of the deadline due to Plaintiffs' unavailability during the week of Christmas and the need to preserve the Parties' ability to file any necessary motions arising from those depositions before the end of the discovery cut off. The Parties submit declarations of counsel in support of this stipulation under separate cover.

On September 20, 2025, the Court granted in part and denied in part Defendant's motion to dismiss. Dkt. 178. The Court then issued a scheduling order on October 23, 2025, setting a December 29, 2025 deadline for limited discovery as to the newly added named Plaintiffs and a February 27, 2026 deadline for any renewed motion for class certification. Dkt. 180 (the "Order").

After meeting and conferring, on November 7, 2025, the Parties filed a joint stipulated request to amend the Court's discovery and class certification deadlines. Dkt. 181.  On November 13, 2025, the Court granted the Parties' joint request in part, setting a January 29, 2026 deadline to complete remaining discovery and a March 30, 2026 deadline for any renewed motion for class certification. Dkt. 183.

The Parties respectfully submit that good cause exists to further amend the Court's amended discovery and class certification scheduling order (*see* Dkt. 183) for the following reasons:

STIPULATION TO AMEND DISCOVERY SCHEDULE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

The parties have moved expeditiously to timely complete discovery. On October 29, 2025, GT's served plaintiffs Patel, Schmidt, and Nunez with notices of deposition for mid- and late-December 2025. Harper Decl. ¶ 3. On November 13, 2025, GT's served plaintiffs Patel, Schmidt, and Nunez with written discovery requests, with a return date of December 15, 2025. Harper Decl. ¶ 3. The parties have since been in active communication regarding efforts to reschedule Plaintiffs' depositions to accommodate holiday schedules without prejudicing Defendant.

Notwithstanding the diligent efforts of the Parties to complete discovery by the current discovery cutoff of January 29, 2026, additional time is necessary to allow the Parties to complete depositions without requiring Plaintiffs to attend depositions immediately before and after Christmas (when they are unavailable), while leaving sufficient time for the parties to conduct any necessary motion practice to resolve potential issues regarding the adequacy of discovery responses.

GT's initially noticed depositions of individual plaintiffs for dates beginning on December 22, 2025, and continuing through the week of Christmas, just one week after the deadline for Plaintiffs to respond to the written discovery requests, which GT's viewed as necessary in light of the prior scheduling order notwithstanding the preexisting holiday plans of counsel. *See* Dkt. 181-1 (Harper Decl.) (Describing preexisting holiday travel plans of defense counsel). However, Plaintiffs have represented that they are unable to attend depositions on those dates—December 22, 23, and 26—due to the Christmas holidays and travel plans. And moving those depositions earlier would prejudice GT's ability to meaningfully review Plaintiffs' written discovery responses in advance of their depositions.

The Parties have met and conferred and agreed to reschedule the depositions of Plaintiffs Patel, Nunez, and Schmidt to the following dates and locations to accommodate the holiday schedules of Plaintiffs and counsel for all Parties:

STIPULATION TO AMEND DISCOVERY SCHEDULE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**Christopher Nunez:**      January 8, 2026, at 10:00 a.m.Pacific
Los Angeles office of Davis Wright Tremaine, LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071

**Lauren Schmidt:**       January 14, 2026, at 10:00 a.m. Eastern
New York City office of Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

**Amit Patel:**        January 16, 2026, at 10:00 a.m. Pacific
Los Angeles office of Davis Wright Tremaine, LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071

Harper Decl. ¶ 5.

A modest extension of the current discovery deadline to **March 5, 2026**, will avoid the necessity of scheduling depositions during the week of Christmas, while preserving the ability of the Parties to meaningfully meet and confer and, if necessary, file any discovery motions, and thus will better permit orderly finalization of discovery without prejudicing any party. While the Parties are hopeful that no discovery disputes will arise, these new deposition dates, without a modest extension of the discovery deadline, would prejudice the parties' ability to resolve discovery disputes.

Additionally, because the Parties do not seek to extend the deadline to move for class certification, this extension would not delay the resolution of any renewed motion for class certification.

Pursuant to the Standing Order, the Parties note that they previously stipulated to extend Defendant's time to answer the opening Complaint. Dkt. 12. This Court has previously granted in full or in part each stipulation to continue fact and expert discovery and other briefing deadlines. Dkts. 44, 51, 56, 62, 96, 124, 133, 154, 170.

The Parties remain keenly aware of the Court's attention to the speedy disposition of this matter. The Parties respectfully submit that the proposed extension

STIPULATION TO AMEND DISCOVERY SCHEDULE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

will not delay the resolution of this case, will avoid undue inconvenience, and will not thwart the interests of justice and judicial economy. Granting the proposed continuance will allow any forthcoming motion for class certification to be heard by this Court without undue delay.

Accordingly, by this stipulation and for good cause set forth above and in the attached declarations, the Parties respectfully request entry of an order amending the Court's discovery and class certification scheduling order as follows:

- Any remaining discovery (related solely to the newly added named plaintiffs) shall be completed by **March 5, 2026.**
- Depositions of the newly added named plaintiffs shall take at the following places, dates, and times:

| | |
|---|---|
| **Christopher Nunez:** | January 8, 2026, at 10:00 a.m. Pacific Los Angeles office of Davis Wright Tremaine, LLP 350 South Grand Avenue, 27th Floor Los Angeles, CA 90071 |
| **Lauren Schmidt:** | January 14, 2026, at 10:00 a.m. Eastern New York City office of Davis Wright Tremaine, LLP 1251 Avenue of the Americas, 21st Floor New York, NY 10020-1104 |
| **Amit Patel:** | January 16, 2026, at 10:00 a.m. Pacific Los Angeles office of Davis Wright Tremaine, LLP 350 South Grand Avenue, 27th Floor Los Angeles, CA 90071 |

4

STIPULATION TO AMEND DISCOVERY SCHEDULE

Dated:  December 18, 2025

By: */s/ Jacob M. Harper*
Jacob M. Harper

DAVIS WRIGHT TREMAINE LLP

*Counsel for Defendant*
*GT's Living Foods, LLC*

Dated:  December 18, 2025

By: */s/ Simon Franzini*
Simon Franzini

DOVEL & LUNER, LLP

*Attorney for Plaintiffs*

5

STIPULATION TO AMEND DISCOVERY SCHEDULE

## <u>LOCAL RULE 5-4.3.4 COMPLIANCE</u>

I, Jacob M. Harper, attest that concurrence in the filing of this document has been obtained from each of the other signatories listed above, in accordance with Local Rule 5-4.3.4.

DATED: December 18, 2025

       */s/ Jacob M. Harper*
        Jacob M. Harper

STIPULATION TO AMEND DISCOVERY SCHEDULE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899