Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
Joseph Elie-Meyers (SBN 325183)
*josepheliemeyers@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*GT's Living Foods, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case No. 2:19-cv-10920-FMO-DSRx<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANT'S NOTICE OF MOTION TO COMPEL PLAINTIFFS' FURTHER RESPONSES TO REQUEST FOR PRODUCTION**<br><br>Assigned to the Hon. Fernando M. Olguín<br>Magistrate Judge Daniel S. Roberts<br>Date: March 10, 2025<br>Time: 10:00 a.m.<br><br>*[Joint Stipulation Pursuant to Local Rule 37; Declaration of Joseph Elie-Meyers; Declaration of Martin Brenner; and Proposed Order filed concurrently]*<br><br>SAC Filed: December 17, 2024<br>Discovery Cutoff: March 5, 2026 |



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

**PLEASE TAKE NOTICE** that on March 10, 2026, at 10:00 a.m. in Courtroom 690 of the above-captioned Court, located at 255 E. Temple Street, 6th Floor, Los Angeles, California, 90012, Defendant GT's Living Foods LLC ("GT's") pursuant to Federal Rule of Civil Procedure 26, 30, and 37 and Local Rules 37-2 and 37 will and hereby do move for an order compelling Plaintiffs Amit Patel, Lauren Schmidt, and Christopher Nunez to provide complete responses to GT's document requests, based on a proper search, as follows:

1. Conduct a reasonable and diligent search for responsive information within Plaintiffs' possession, custody, and control, and provide all responsive documents, without objection, in response to Defendants' Requests for Production Nos. 21, including without limitation any retainer agreements between Plaintiffs and counsel in this matter; and

2. Conduct a reasonable and diligent search for responsive information within Plaintiffs' possession, custody, and control, and provide all responsive documents, without objection, in response to Defendants' Requests for Production Nos. 22, including without limitation any joint prosecution and/or fee sharing agreements related to this matter and signed by Plaintiffs.

This motion is based on this Notice of Motion, the attached Joint Stipulation, the Declaration of Joseph Elie-Meyers and exhibits thereto, Plaintiffs' submitted declaration of Martin Brenner and exhibits thereto, all pleadings, records, and files in this action, and such evidence and argument as may be presented at or before the hearing on this motion.


DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

This motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place from January 23, 2026 through February 2, 2026, as detailed in the concurrently-filed Declaration of Joseph Elie-Meyers.

DATED: February 12, 2026

*/s/ Jacob M. Harper*

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
Heather F. Canner (SBN 292837)
Joseph Elie-Meyers (SBN 325183)
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
*Attorneys for Defendant*
*GT's Living Foods, LLC*

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2700, 350 South Grand Avenue, Los Angeles, California 90071.

On February 12, 2026, I served the foregoing document(s) described as: **JOINT STIPULATION PURSUANT TO LOCAL RULE 37 FOR DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' FURTHER RESPONSES TO REQUESTS FOR PRODUCTION** by placing a true copy of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Simon Carlo Franzini
Gabriel Zachiah Doble
Richard E Lyon, III
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
Email: simon@dovel.com
Email: gabe@dovel.com
Email: rick@dovel.com

__X__ (VIA MAIL) I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

__X__ (VIA EMAIL) By forwarding a portable document file to the electronic mail address(es) below from electronic mail address **linapearmain@dwt.com**, at Floor 27, 350 South Grand Avenue, Los Angeles, California.

Executed on February 12, 2026, at Los Angeles, California.

☐ State — I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

X Federal — I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

[signature]

Lina Pearmain



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899