Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
Gabriel Doble (Cal. Bar No. 335335)
gabe@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, ADRIANA DIGENNARO, AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on Behalf of Themselves and all Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> GT'S LIVING FOODS, LLC., <br><br> *Defendant*. | Case No. 2:19-cv-10920-FMO-DSRx <br><br> **INDEX RE: EVIDENTIARY APPENDIX IN SUPPORT OF JOINT BRIEF ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |

In compliance with this Court's Order re: Motions for Class Certification (Dkt. 26), Plaintiffs Amit Patel, Lauren Schmidt, and Christopher Nunez submit this index in connection with the Evidentiary Appendix in Support of Joint Brief on Plaintiffs' Renewed Motion for Class Certification.

| Tab | Document |
|---|---|
| Tab 1 | **Declaration of Amit Patel** |
| Tab 2 | **Declaration of Lauren Schmidt** |
| Tab 3 | **Declaration of Christopher Nunez** |
| Tab 4 | **Declaration of Simon Franzini** |
| Tab 5 | **Exhibit 1 to Franzini Declaration** (Exhibit 20 to February 26, 2021, GT Dave Deposition) |
| Tab 6 | **Exhibit 2 to Franzini Declaration** (Exhibit 21 to February 26, 2021, GT Dave Deposition) |
| Tab 7 | **Exhibit 3 to Franzini Declaration** (Excerpts from January 16, 2026, Amit Patel Deposition) |
| Tab 8 | **Exhibit 4 to Franzini Declaration** (Excerpts from January 14, 2026, Lauren Schmidt Deposition) |
| Tab 9 | **Exhibit 5 to Franzini Declaration** |

| | (Excerpts from January 8, 2026, Christopher Nunez Deposition) |
|---|---|
| Tab 10 | **Exhibit 6 to Franzini Declaration** (February 19, 2026, Simon Franzini Declaration) |
| Tab 11 | **Exhibit 7 to Franzini Declaration** (July 9, 2024, Joint Prosecution Agreement) |
| Tab 12 | **Exhibit 8 to Franzini Declaration** (July 16, 2024, Agreement Concerning Sharpe Litigation) |
| Tab 13 | **Exhibit 9 to Franzini Declaration** (Exhibit 15 to February 26, 2021, GT Dave Deposition) |
| Tab 14 | **Exhibit 10 to Franzini Declaration** (Excerpts from February 26, 2021, GT Dave Deposition) |
| Tab 15 | **Exhibit 11 to Franzini Declaration** (Defendant's April 20, 2021, Third Supplemental Responses and Objections to Plaintiffs' First Set of Special Interrogatories) |
| Tab 16 | **Exhibit 12 to Franzini Declaration** (June 2, 2021, Expert Report of Bruce G. Silverman) |
| Tab 17 | **Exhibit 13 to Franzini Declaration** (June 2, 2021, Expert Report of Dr. Gary Spedding) |
| Tab 18 | **Exhibit 14 to Franzini Declaration** (July 2, 2021, Rebuttal Report of Dr. Gary Spedding) |

| Tab 19 | **Exhibit 15 to Franzini Declaration** (Defendant's February 23, 2021, Corrected Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admission) |
|---|---|
| Tab 20 | **Exhibit 16 to Franzini Declaration** (Excerpts from June 25, 2021, Dr. Matthew McCarroll Deposition) |
| Tab 21 | **Exhibit 17 to Franzini Declaration** (December 15, 2025, Declaration of Colin B. Weir) |
| Tab 22 | **Exhibit 18 to Franzini Declaration** (June 2, 2021, Declaration of Colin B. Weir) |
| Tab 23 | **Exhibit 19 to Franzini Declaration** (December 15, 2025, Declaration of Dr. J. Michael Dennis) |
| Tab 24 | **Exhibit 20 to Franzini Declaration** (June 2, 2021, Declaration of Dr. J. Michael Dennis) |
| Tab 25 | **Exhibit 21 to Franzini Declaration** (Plaintiff Amit Patel's December 15, 2025, Responses and Objections to Defendant's Interrogatories, Set One) |
| Tab 26 | **Exhibit 22 to Franzini Declaration** (Plaintiff Lauren Schmidt's December 15, 2025, Responses and Objections to Defendant's Interrogatories, Set One) |
| Tab 27 | **Exhibit 23 to Franzini Declaration** |

Index Re: Evidentiary Appendix               3          Case No. 2:19-cv-10920-FMO-DSRx

| | (Plaintiff Christopher Nunez's December 15, 2025, Responses and Objections to Defendant's Interrogatories, Set One) |
|---|---|
| Tab 28 | **Declaration of Hal Poret** |
| Tab 29 | **Exhibit 1 to Poret Declaration (Exhibit 24)** (June 1, 2021, Expert Report of Hal Poret) |
| Tab 30 | **Exhibit 2 to Poret Declaration (Exhibit 25)** (July 2, 2021, Rebuttal Expert Report of Hal Poret) |
| Tab 31 | **Exhibit 3 to Poret Declaration (Exhibit 26)** (February 19, 2026, Rebuttal Expert Report of Hal Poret) |
| Tab 32 | **Declaration of Dr. Matthew McCarroll** |
| Tab 33 | **Exhibit W to McCarroll Declaration (Exhibit 27)** (June 2, 2021 Opening Expert Report of Dr. Matthew McCarroll) |
| Tab 34 | **Declaration of GT Dave** |
| Tab 35 | **Exhibit 28 to Dave Declaration** (Michelson Laboratories and White Labs Certificates) |
| Tab 36 | **Declaration of Joseph Elie-Meyers** |
| Tab 37 | **Exhibit 29 to Elie-Meyers Declaration** |

Index Re: Evidentiary Appendix      4      Case No. 2:19-cv-10920-FMO-DSRx

| | |
|---|---|
| | (February 23, 2021, Defendant's Corrected Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admissions) |
| Tab 38 | **Exhibit 30 to Elie-Meyers Declaration** (GT's Enlightened Product Labels) |
| Tab 39 | **Exhibit 31 to Elie-Meyers Declaration** (GT's Synergy Product Labels) |
| Tab 40 | **Exhibit 32 to Elie-Meyers Declaration** (2017-2021 Alcohol Tests) |
| Tab 41 | **Exhibit 33 to Elie-Meyers Declaration** (2017-2021 Sugar Tests) |
| Tab 42 | **Exhibit 34 to Elie-Meyers Declaration** (Retail Price Comparison) |
| Tab 43 | **Exhibit 35 to Elie-Meyers Declaration** (Additional Excerpts from January 16, 2026, Amit Patel Deposition) |
| Tab 44 | **Exhibit 36 to Elie-Meyers Declaration** (Additional Excerpts from January 8, 2026, Christopher Nunez Deposition) |
| Tab 45 | **Exhibit 37 to Elie-Meyers Declaration** (Additional Excerpts from January 14, 2026, Lauren Schmidt Deposition) |
| Tab 46 | **Exhibit 38 to Elie-Meyers Declaration** |

Index Re: Evidentiary Appendix      5      Case No. 2:19-cv-10920-FMO-DSRx

| | |
|---|---|
| | (Excerpts from October 19, 2018, GT Dave Deposition) |
| Tab 47 | **Exhibit 39 to Elie-Meyers Declaration** (Additional Excerpts from February 26, 2021, GT Dave Deposition) |
| Tab 48 | **Exhibit 40 to Elie-Meyers Declaration** (Excerpts from June 18, 2021, Bruce G. Silverman Deposition) |
| Tab 49 | **Exhibit 41 to Elie-Meyers Declaration** (Excerpts from June 21, 2021, Dr. Gary Spedding Deposition) |
| Tab 50 | **Exhibit 42 to Elie-Meyers Declaration** (Excerpts from February 11, 2026, Dr. J. Michael Dennis Deposition) |
| Tab 51 | **Exhibit 43 to Elie-Meyers Declaration** (Excerpts from October 21, 2020, Samii Hartman Deposition) |
| Tab 52 | **Exhibit 44 to Elie-Meyers Declaration** (July 2, 2021, Rebuttal Expert Report of Dr. Matthew McCarroll) |
| Tab 53 | **Exhibit 45 to Elie-Meyers Declaration** (Additional Excerpts from June 21, 2021, Dr. Gary Spedding Deposition) |

Index Re: Evidentiary Appendix                6                Case No. 2:19-cv-10920-FMO-DSRx

Dated: March 20, 2026

Respectfully submitted,

By: */s/ Gabriel Doble*

Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
Gabriel Doble (Cal. Bar No. 335335)
gabe@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

Index Re: Evidentiary Appendix                7        Case No. 2:19-cv-10920-FMO-DSRx