Docusign Envelope ID: 278FD797-B8DF-4152-A297-056F60F09408

Jacob M. Harper (SBN 259463)
   *jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
   *heathercanner@dwt.com*
Joseph Elie-Meyers (SBN 325183)
   *josepheliemeyers@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant
GT's Living Foods, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>     vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>                      Defendant. | Case No. 2:19-cv-10920-FMO-DSRx<br><br><br>**DECLARATION OF GEORGE THOMAS DAVE IN SUPPORT OF GT'S LIVING FOODS, LLC'S OPPOSITION TO CLASS CERTIFICATION** |

DECLARATION OF GEORGE THOMAS (GT) DAVE

# DECLARATION OF HAL PORET

I, George Thomas "GT" Dave, hereby declare and state as follows:

1.      I am the founder and Chief Executive Officer of GT's Living Foods, LLC, formerly operating as Millenium Products, Inc. (collectively, "GT's"). I submit this declaration in support of GT's opposition to plaintiffs motion for class certification in the above captioned matter. I have personal knowledge of the following statements and could and would testify to them if called to do so.

2.      GT's is the manufacturer of the "GT's Enlightened Kombucha" products at issue in this action.

3.      In 2017, GT's reached a settlement in principle with Plaintiffs in the matter of *Jonathan Retta, et al. v. Millenium Products, Inc., et al.*, Case No. 15-CV-1801 (C.D. Cal.). Shortly thereafter, GT's worked diligently to begin planning for the implementation of the injunctive relief protocols in Section 47 of the *Retta* Settlement Agreement. Accordingly, GT's redesigned the labels in the Enlightened Kombucha and Enlightened Synergy products (together, "Enlightened Kombucha") so that all product labels in the Enlightened line would state that the product contain naturally occurring alcohol and should not be consumed by individuals seeking to avoid alcohol due to pregnancy, allergies, sensitivities, or religious beliefs. That alcohol statement has appeared on every bottle of Enlightened Kombucha beginning, at the latest, February 27, 2017, and continuing until the present day.

4.      Before the filing of the *Retta* action, GT's had already begun to regularly test Enlightened Kombucha, using Michelson Laboratories, to ensure that the ethanol and sugar content for Enlightened Kombucha is accurately described. Between February 27, 2017, and the present, GT's has used several third-party laboratories regularly to test the sugar, ethanol, and nutrient content of each flavor of Enlightened Kombucha being sold in retail stores at the time.

---

1

DECLARATION OF GEORGE THOMAS (GT) DAVE

5. I understand that the results of GT's laboratory testing were submitted to this Court in relation to Plaintiffs' prior motion for class certification in August 2021. Since that time, GT's has continued regularly to test each flavor of Enlightened Kombucha on a monthly basis. From 2021 until the present, GT's has relied on two labs, White Labs, in Sand Diego, California, and Michelson Laboratories, Inc., in Commerce, California, to conduct alcohol testing.

6. Because Enlightened Kombucha is a living product and fermentation is an organic process, there is variation in alcohol content between batches and flavors. To my knowledge and based on the testing, the variation in alcohol content ranged between approximately 0.15% ABV and 0.4% ABV. Between 2021 and the present, I am not aware of a single bottle of Enlightened Kombucha, in any flavor, that our third-party laboratories have tested to have an alcohol content above 0.5% ABV.

7. I am attaching here, as **Exhibit 28,** true and correct copies laboratory certifications reflecting the results of quarterly test conducted by either Michelson Laboratories, Inc. or White Labs to measure the alcohol content in samples of each flavor of Enlightened Kombucha offered for sale at the time of the testing. The attached tests begin in Quarter 1 2021 and continue through Quarter 1 2026. All of the Enlightened Kombucha tests measured less than 0.5% ABV.

8. GT's regularly changes its Enlightened Kombucha product line, by withdrawing certain flavors and introducing new or seasonal flavors.

9. I understand that in 2018 and 2019, Plaintiffs' expert Dr. Gary Spedding tested approximately 20 flavors of Enlightened Kombucha flavors for alcohol and sugar content. Many of those flavors are no longer produced or sold by GT's. Of the 20 flavors that Dr. Spedding says he tested, seven have been discontinued. Below are the discontinued flavors tested by Dr. Spedding:

    a. Hibiscus Ginger

    b. Cayennade

2

DECLARATION OF GEORGE THOMAS (GT) DAVE                    Evid. Appx. Page 900

c.  Lemonade

d.  Lavender Love

e.  Heart Beet

f.  Pink Lady Basil

g.  Passionberry Bliss

10.  GT's has introduced and sold many flavors of Enlightened Kombucha other than those tested by Dr. Spedding, each with a unique formulation and ingredients. Below is a non-exhaustive list of Enlightened Kombucha flavors offered for sale in 2025 and 2026 that were *not* tested by Dr. Spedding:

a.  Wildflower

b.  Vital C.

c.  Blood Orange

d.  Divine Grape

e.  Lemonberry

f.  Peach Paradise

g.  Island Bliss

h.  Elderberry Juniper

i.  Honey Crisp

j.  Pomelo Pink

k.  Living in Gratitude

l.  Golden Pineapple

m. Sacred Life

n.  Strawberry Lemonade

o.  Watermelon

p.  Unity

q.  Pure Love

r.  Bloom

3

DECLARATION OF GEORGE THOMAS (GT) DAVE

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is  true and correct.

Executed this 15th day of March 2026, in Portugal.

Signed by:

896081D38B4742A

George Thomas "GT" Dave

# EXHIBIT 28

# 2021

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn: GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227757
Report No. : 033021-C227757B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227757-01 | ENL PINK LADY APPLE /S/EBD  03/17/2021 / : 1732C2EI1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.413 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 12:14:58 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

*Our Experience Is Your Protection*

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227764
Report No. : 033021-C227764B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227764-01 | ENL LIVING GRATITUD /S/EBD   03/12/2021 / :1231C2EI2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.268 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager   |   4/7/2021 12:16:58 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227763
Report No. : 033021-C227763B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227763-01 | ENL GOLDEN PINEAPPLE /S/EBD  03/28/2021 / :2832B2EG1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.394 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager   |   4/7/2021 12:16:44 PM

(ML)

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227762
Report No. : 033021-C227762B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227762-01 | ENL SACRED LIFE /S/EBD    03/31/2021 / :0132B2EO1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.246 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager   |   4/7/2021 12:16:28 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227761
Report No. : 033021-C227761B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227761-01 | ENL ROSE BERRY /S/EBD  03/10/2021 / :1031C2EH2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.288 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 12:16:08 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227760
Report No. : 033021-C227760B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227760-01 | ENL POMEGRANATE /S/EBD    03/17/2021 / :1731C2EG2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.384 | % | 04/02/21 |

**MICHELSON LABORATORIES, INC.**

*Maria Lopez* (signature)

Maria  Lopez,  Instrumentation Manager  |  4/7/2021 12:15:55 PM

(ML)        Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227759
Report No. : 033021-C227759B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227759-01 | ENL STRAWBERRY LEMONADE /S/EBD    03/23 :2021 /2331C2EK1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.312 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 12:15:37 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227756
Report No. : 033021-C227756B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227756-01 | ENL ORIGINAL /S/EBD  03/16/2021  / :1631C2EJ1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.399 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 11:02:29 AM

(ML)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

|  |  |
|---|---|
| Submitted By: GTLF | Printed : 04/07/2021 |
| 4646 HAMPTON ST. | Lab No. : 033021-C227755 |
| VERNON, CA 90058 | Report No. : 033021-C227755B |
| Attn : GT DAVE | Order No. : |
|  | Received : 3/30/2021 |
|  | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227755-01 | ENL GUAVA /S/EBD  03/12/2021 /  1231C2EM1 |  |  |  |  |
|  | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.332 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 10:53:48 AM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  913



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227754
Report No. : 033021-C227754B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227754-01 | ENL MANGO /S/EBD  03/12/2021 /  0421C2EA1 | | | | |
| | ETHANOL  IN  KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.368 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  4/7/2021 10:53:35 AM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227758
Report No. : 033021-C227758B
Order No. :
Received : 3/30/2021
Page : 1 of 1

---

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227758-01 | ENL CAYENNADE /S/EBD 04/01/2021 / :0232B1EQ1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.327 | % | 04/02/21 |

### MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 12:15:22 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 04/07/2021 |
| 4646 HAMPTON ST. | Lab No. : 033021-C227752 |
| VERNON, CA 90058 | Report No. : 033021-C227752B |
| Attn : GT DAVE | Order No. : |
| | Received : 3/30/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227752-01 | ENL GINGERADE /S/EBD    03/16/2021 /<br>:1631C1EQ1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.285 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 10:51:34 AM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  916



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 04/07/2021 |
| 4646 HAMPTON ST. | Lab No. : 033021-C227751 |
| VERNON, CA 90058 | Report No. : 033021-C227751B |
| Attn : GT DAVE | Order No. : |
| | Received : 3/30/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227751-01 | ENL LEMONADE /S/EBD  03/30/2021 / :2031C2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.391 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  4/7/2021 10:51:16 AM

(ML)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227750
Report No. : 033021-C227750B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227750-01 | ENL MULTIGREEN /S/EBD    03/03/2021 / :0332C2EP2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.242 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  4/7/2021 10:50:56 AM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(ML)



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227749
Report No. : 033021-C227749B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227749-01 | ENL HEARTBEET /S/EBD    03/18/2021 / :831C2EI1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.390 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 10:50:42 AM

(ML)       Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  919



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 04/07/2021<br>Lab No. : 033021-C227753<br>Report No. : 033021-C227753B<br>Order No. :<br>Received : 3/30/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227753-01 | ENL LAVENDER /S/EBD   03/16/2021 /<br>:1631C2EL2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.262 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  4/7/2021 10:52:12 AM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227748
Report No. : 033021-C227748B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227748-01 | WENL WATERMELON WONDER /S/EBD  03/03/2021 : / 0332C2EL1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.297 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager   |   4/7/2021 10:50:27 AM

(ML)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227746
Report No. : 033021-C227746B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227746-01 | ENL GRAPE CHIA /S/EBD  03/13/2021 /<br>:1821C2EQ1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.250 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager   |   4/7/2021 10:49:58 AM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

(ML)

Evid. Appx. Page  922



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227745
Report No. : 033021-C227745B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227745-01 | ENL RASPBERRY CHIA /S/EBD   03/13/2021 / :1821C1EO1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.307 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 10:49:45 AM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227744
Report No. : 033021-C227744B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227744-01 | ENL TANTRIC TURMERIC /S/EBD    03/16/2021 : 1631C2EM2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.340 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 10:49:27 AM

(ML)       Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 04/07/2021<br>Lab No. : 033021-C227743<br>Report No. : 033021-C227743B<br>Order No. :<br>Received : 3/30/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227743-01 | ENL STRAWBERRY /S/EBD  03/17/2021  /<br>:1732C2EF1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.298 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  4/7/2021 10:49:07 AM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227741
Report No. : 033021-C227741B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227741-01 | ENL GINGERBERRY /S/EBD  03/13/2021  / :1331H1EN2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.363 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  4/7/2021 10:48:54 AM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 04/07/2021<br>Lab No. : 033021-C227740<br>Report No. : 033021-C227740B<br>Order No. :<br>Received : 3/30/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227740-01 | ENL TRIOLOGY /S/EBD 03/20/2021 /<br>:2031C1EH1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.347 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria Lopez, Instrumentation Manager  |  4/7/2021 10:48:40 AM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 04/07/2021
Lab No. : 033021-C227739
Report No. : 033021-C227739B
Order No. :
Received : 3/30/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227739-01 | ENL CRANBERRY /S/EBD  03/13/2021 / :1331C2EB1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.361 | % | 04/02/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  4/7/2021 10:48:24 AM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

<table>
<tr><td colspan="2">

**LABORATORY CERTIFICATE**

</td><td>

Printed : 04/07/2021
Lab No. : 033021-C227738
Report No. : 033021-C227738B
Order No. :
Received : 3/30/2021
Page : 1 of 1

</td></tr>
<tr><td colspan="3">

Submitted By: GTLF
           4646 HAMPTON ST.
           VERNON, CA 90058
    Attn : GT DAVE

</td></tr>
</table>

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C227738-01 | ENL HIBISCUS /S/EBD  03/25/2021 /<br>:2531H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.301 | % | 04/02/21 |

**MICHELSON LABORATORIES, INC.**

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager   |   4/7/2021 10:48:09 AM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

(ML)

Evid. Appx. Page  929



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 01/29/2021<br>Lab No. : 011821-C224669<br>Report No. : 011821-C224669B<br>Order No. :<br>Received : 1/18/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C224669-01 | ENL PURE LOVE /F/EBD   05/07/21   0721C2EF2<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.420 | % | 01/26/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez,  Instrumentation Manager   |   1/29/2021 5:25:04 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230111
Report No. : 051921-C230111B
Order No. :
Received : 5/19/2021
Page : 1 of 1

---

| REPORT # | PRODUCT / TEST | | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|---|
| C230111-01 | ENL GOLDEN PINEAPPLE /S/EBD : 2521C2EB1 | 05/25/2021 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | | AOAC 2016.12 | 0.213 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:28:49 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/01/2021 |
| 4646 HAMPTON ST. | Lab No. : 051921-C230105 |
| VERNON, CA 90058 | Report No. : 051921-C230105B |
| Attn : GT DAVE | Order No. : |
| | Received : 5/19/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230105-01 | ENL PINK LADY APPLE /S/EBD   05/27/2021 / :2721C2EB1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.277 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  6/1/2021 4:27:28 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230110
Report No. : 051921-C230110B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230110-01 | ENL SACRED LIFE /S/EBD    05/19/2021 /<br>:1921B2ET1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.238 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  6/1/2021 4:28:35 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  933

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230109
Report No. : 051921-C230109B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230109-01 | ENL ROSE BERRY /S/EBD  05/27/2021 / :2721C2EF2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.220 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  6/1/2021 4:28:19 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230108
Report No. : 051921-C230108B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230108-01 | ENL POMEGRANATE /S/EBD    05/04/2021 /  :0322C2EI1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.220 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:28:07 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  935

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230107
Report No. : 051921-C230107B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230107-01 | ENL STRAWBERRY LEMONADE /S/EBD  05/28 :2021 / 2821C2EF1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.315 | % | 05/28/21 |

**MICHELSON LABORATORIES, INC.**

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:27:54 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230104
Report No. : 051921-C230104B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230104-01 | ENL ORIGINAL /S/EBD   05/11/2021 / :1022H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.217 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:27:15 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 06/01/2021<br>Lab No. : 051921-C230103<br>Report No. : 051921-C230103B<br>Order No. :<br>Received : 5/19/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230103-01 | ENL GUAVA /S/EBD  05/25/2021 /  2521C2EM2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.235 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez,  Instrumentation Manager  |  6/1/2021 4:27:02 PM

(ML)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230102
Report No. : 051921-C230102B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230102-01 | ENL MANGO /S/EBD  05/25/2021 /  2521C2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.315 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:26:48 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230106
Report No. : 051921-C230106B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230106-01 | ENL CAYENNADE /S/EBD   05/21/2021 / :2121B1EW1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.279 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:27:41 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230100
Report No. : 051921-C230100B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230100-01 | ENL GINGERADE /S/EBD    05/19/2021 / :1921H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.271 | % | 05/28/21 |

### MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/1/2021 4:26:21 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 06/01/2021 |
| 4646 HAMPTON ST. | *Lab No. :* 051921-C230099 |
| VERNON, CA 90058 | *Report No. :* 051921-C230099B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 5/19/2021 |
| | *Page :* 1 of 1 |

---

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230099-01 | ENL LEMONADE /S/EBD  05/20/2021 / :2021H1EC2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.274 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:26:08 PM

(ML)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

*Printed :* 06/01/2021
*Lab No. :* 051921-C230098
*Report No. :* 051921-C230098B
*Order No. :*
*Received :* 5/19/2021
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230098-01 | ENL MULTIGREEN /S/EBD   05/19/2021 / :1822C2EM1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.259 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager   |   6/1/2021 4:25:56 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/01/2021 |
| 4646 HAMPTON ST. | Lab No. : 051921-C230097 |
| VERNON, CA 90058 | Report No. : 051921-C230097B |
| Attn : GT DAVE | Order No. : |
| | Received : 5/19/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230097-01 | ENL HEARTBEET /S/EBD  05/27/2021 / :2721C2EH1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.238 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:25:42 PM

(ML)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 06/01/2021<br>Lab No. : 051921-C230101<br>Report No. : 051921-C230101B<br>Order No. :<br>Received : 5/19/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230101-01 | ENL LAVENDER /S/EBD   05/26/2021 /<br>:2621C2EL1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.260 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:26:34 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  945

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 06/01/2021 |
| 4646 HAMPTON ST. | *Lab No. :* 051921-C230096 |
| VERNON, CA 90058 | *Report No. :* 051921-C230096B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 5/19/2021 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230096-01 | ENL WATERMELON WONDER /S/EBD   05/25/2021 :/2521C2EJ1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.233 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager   |   6/1/2021 4:25:29 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  946

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 06/01/2021
*Lab No. :* 051921-C230094
*Report No. :* 051921-C230094B
*Order No. :*
*Received :* 5/19/2021
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230094-01 | ENL GRAPE CHIA /S/EBD    05/29/2021 /<br>:0524C1ER1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.260 | % | 05/28/21 |

**MICHELSON LABORATORIES, INC.**

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:24:50 PM

(ML)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  947

**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/01/2021 |
| 4646 HAMPTON ST. | Lab No. : 051921-C230093 |
| VERNON, CA 90058 | Report No. : 051921-C230093B |
| Attn : GT DAVE | Order No. : |
| | Received : 5/19/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230093-01 | ENL RASPBERRY CHIA /S/EBD  05/29/2021 / :0524C2EQ1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.230 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:24:17 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/01/2021 |
| 4646 HAMPTON ST. | Lab No. : 051921-C230092 |
| VERNON, CA 90058 | Report No. : 051921-C230092B |
| Attn : GT DAVE | Order No. : |
| | Received : 5/19/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230092-01 | ENL TANTRIC /S/EBD   05/02/2021 / :0122C2EK1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.319 | % | 05/28/21 |

**MICHELSON LABORATORIES, INC.**

Maria Lopez, Instrumentation Manager  |  6/1/2021 4:24:03 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  949

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/01/2021 |
| 4646 HAMPTON ST. | Lab No. : 051921-C230091 |
| VERNON, CA 90058 | Report No. : 051921-C230091B |
| Attn : GT DAVE | Order No. : |
| | Received : 5/19/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230091-01 | ENL STRAWBERRY /S/EBD   05/28/2021 / :2821C2EK1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.246 | % | 05/28/21 |

**MICHELSON LABORATORIES, INC.**

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:23:43 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230090
Report No. : 051921-C230090B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230090-01 | ENL PASSIONBERRY /S/EBD   05/26/2021 /  :2621C2EF1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.260 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager   |   6/1/2021 4:23:27 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/01/2021 |
| 4646 HAMPTON ST. | Lab No. : 051921-C230089 |
| VERNON, CA 90058 | Report No. : 051921-C230089B |
| Attn : GT DAVE | Order No. : |
| | Received : 5/19/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230089-01 | ENL GINGERBERRY /S/EBD   05/18/2021 / :1821H2EK2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.256 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez,  Instrumentation Manager  |  6/1/2021 4:22:56 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
(ML)    clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  952

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230088
Report No. : 051921-C230088B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230088-01 | ENL TRIOLOGY /S/EBD   05/19/2021 / :1921H2ED2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.268 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  6/1/2021 4:09:40 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  953

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

### LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 06/01/2021
*Lab No. :* 051921-C230087
*Report No. :* 051921-C230087B
*Order No. :*
*Received :* 5/19/2021
*Page :* 1 of 1

---

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230087-01 | ENL CRANBERRY /S/EBD  05/18/2021 / :1722C2EC1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.297 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria  Lopez,  Instrumentation Manager  |  6/1/2021 4:29:02 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  954



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/01/2021
Lab No. : 051921-C230086
Report No. : 051921-C230086B
Order No. :
Received : 5/19/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C230086-01 | ENL HIBISCUS /S/EBD   05/04/2021 / :0322C2EH1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.227 | % | 05/28/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  6/1/2021 4:23:11 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233948
Report No. : 081021-C233948C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233948-01 | ENL ENL GOLDEN PINEAPPLE /S/EBD: 08/28 :2021 3024C2EE1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.317 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 8/25/2021 4:51:15 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 956



Our Experience Is Your Protection

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 08/25/2021<br>Lab No. : 081021-C233949<br>Report No. : 081021-C233949C<br>Order No. :<br>Received : 8/10/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233949-01 | ENL UNITY /S/EBD: 08/24/2021    2625C2EM1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.293 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:38:56 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233969
Report No. : 081021-C233969C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233969-01 | ENL BLOOM /S/EBD: 08/04/2021    0625C2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.347 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:44:06 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 08/25/2021
*Lab No. :* 081021-C233942
*Report No. :* 081021-C233942C
*Order No. :*
*Received :* 8/10/2021
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233942-01 | ENL PINKLADY APPLE /S/ EBD: 08/02/2021 :0425C2ED1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.295 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:44:45 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 08/25/2021 |
| 4646 HAMPTON ST. | Lab No. : 081021-C233947 |
| VERNON, CA 90058 | Report No. : 081021-C233947C |
| Attn : GT DAVE | Order No. : |
| | Received : 8/10/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233947-01 | ENL SACRED LIFE /S/EBD: 08/04/2021 :0624B2EO1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.377 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 4:50:04 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  960



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 08/25/2021 |
| 4646 HAMPTON ST. | Lab No. : 081021-C233946 |
| VERNON, CA 90058 | Report No. : 081021-C233946C |
| Attn : GT DAVE | Order No. : |
| | Received : 8/10/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233946-01 | ENL ROSE BERRY /S/EBD: 08/04/2021 :0624C2EE1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.380 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 4:49:48 PM

(ML)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  961



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233945
Report No. : 081021-C233945C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233945-01 | ENL POMEGRANATE /S/EBD: 08/03/2021 :0525C2EF1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.182 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 4:49:30 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233944
Report No. : 081021-C233944C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233944-01 | ENL STRAWBERRY LEMONADE /S/EBD: 08/02 :2021  0425C2EE1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.347 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 4:49:12 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  963

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233959
Report No. : 081021-C233959C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233959-01 | ENL ORIGINAL /S/EBD: 08/03/2021 :0524H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.247 | % | 08/25/21 |

**MICHELSON LABORATORIES, INC.**

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:41:37 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(ML)



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 08/25/2021 |
| 4646 HAMPTON ST. | Lab No. : 081021-C233958 |
| VERNON, CA 90058 | Report No. : 081021-C233958C |
| Attn : GT DAVE | Order No. : |
| | Received : 8/10/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233958-01 | ENL GUAVA /S/EBD: 08/31/2021  0325C2EM1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.304 | % | 08/25/21 |

**MICHELSON LABORATORIES, INC.**

*Maria Lopez*

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:41:21 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  965



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233957
Report No. : 081021-C233957C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233957-01 | ENL MANGO /S/EBD: 08/28/2021  3024C2EC1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.341 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager   |   8/25/2021 6:41:06 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233943
Report No. : 081021-C233943C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233943-01 | ENL CAYENNADE/S/EBD: 08/19/2021 :2125C2EM1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.291 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 4:37:25 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233955
Report No. : 081021-C233955C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233955-01 | ENL GINGERADE /S/EBD: 08/25/2021 :2724H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.273 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:40:34 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233954
Report No. : 081021-C233954C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233954-01 | ENL LEMONADE /S/EBD: 08/12/2021 :1424C2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.352 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 8/25/2021 6:40:20 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233953
Report No. : 081021-C233953C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233953-01 | ENL MULTIGREEN /S/EBD: 08/05/2021 :0725C2EM1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.326 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:40:05 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233952
Report No. : 081021-C233952C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233952-01 | ENL HEARTBEET /S/EBD: 08/27/2021 :2924C2EJ1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.344 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:39:50 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233951
Report No. : 081021-C233951C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233951-01 | ENL WATERMELON WONDER /S/EBD: 08/01/2021 : 0325C2EF2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.283 | % | 08/25/21 |

**MICHELSON LABORATORIES, INC.**

Maria Lopez, Instrumentation Manager   |   8/25/2021 6:39:36 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 972

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed :  08/25/2021
Lab No. :  081021-C233968
Report No. :  081021-C233968C
Order No. :
Received :  8/10/2021
Page :  1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233968-01 | ENL GRAPE CHIA /S/EBD: 08/07/2021 :1426C1EQ2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.233 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:43:52 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233967
Report No. : 081021-C233967C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233967-01 | RASPBERRY CHIA /S/EBD: 08/07/2021 :1426C1EP1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.319 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager   |   8/25/2021 6:43:38 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 974



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 08/25/2021
*Lab No. :* 081021-C233966
*Report No. :* 081021-C233966C
*Order No. :*
*Received :* 8/10/2021
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233966-01 | ENL TANTRIC TURMERIC /S/EBD: 08/31/2021 :0325C2EL1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.289 | % | 08/25/21 |

**MICHELSON LABORATORIES, INC.**

Maria Lopez, Instrumentation Manager   |   8/25/2021 6:43:20 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233965
Report No. : 081021-C233965C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233965-01 | ENL STRAWBERRY /S/EBD: 08/02/2021 :0425C2EF1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.334 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:43:05 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

*Our Experience Is Your Protection*

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233964
Report No. : 081021-C233964C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233964-01 | ENL PASSIONBERRY /S/EBD: 08/11/2021 :1324C2EH1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.314 | % | 08/25/21 |

### MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager  |  8/25/2021 6:42:51 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



# Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233963
Report No. : 081021-C233963C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233963-01 | ENL GINGERBERRY /S/EBD: 08/24/2021 :2624H2ED3 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.260 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 8/25/2021 6:42:37 PM

(ML)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  978



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn: GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233962
Report No. : 081021-C233962C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233962-01 | ENL TRILOGY /S/EBD: 08/25/2021   2724H2EI1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.366 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  8/25/2021 6:42:21 PM

(ML)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  979

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233961
Report No. : 081021-C233961C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233961-01 | ENL CRANBERRY /S/EBD: 08/02/2021 :425C2EH1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.372 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 8/25/2021 6:42:06 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 980

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

Printed : 08/25/2021
Lab No. : 081021-C233960
Report No. : 081021-C233960C
Order No. :
Received : 8/10/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C233960-01 | ENL HIBISCUS /S/EBD: 08/12/2021 :4245C2EB2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.371 | % | 08/25/21 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 8/25/2021 6:41:52 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

# Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 10/29/2021 |
| 4646 HAMPTON ST. | Lab No. : 101821-C237474 |
| VERNON, CA 90058 | Report No. : 101821-C237474B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/18/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237474-01 | ENL UNITUY /S/EBD  10/05/2021 / 0727C2ET1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.395 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Chemistry Analyst  |  10/29/2021 3:56:33 PM

(EL)      Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  982



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2021
*Lab No. :* 101821-C237473
*Report No. :* 101821-C237473B
*Order No. :*
*Received :* 10/18/2021
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237473-01 | ENL GOLDEN PINEAPPLE /S/EBD    10/05/2021 : 0726C2EB3 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.325 | % | 10/26/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  11/1/2021 4:09:18 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237467
Report No. : 101821-C237467B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237467-01 | ENL PINK LADY APPLE /S/EBD   10/06/2021 / :0826C2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.366 | % | 10/28/21 |

### MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:53:58 PM

(EL)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237472
Report No. : 101821-C237472B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237472-01 | ENL SACRED LIFE /S/EBD    10/20/2021 /<br>:2226B1EX1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.313 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:56:00 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237471
Report No. : 101821-C237471B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237471-01 | ENL ROSEBERRY /S/EBD   10/08/2021 / :1026C2EK1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.272 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Chemistry Analyst  |  10/29/2021 3:55:35 PM

(EL)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  986



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 10/29/2021 |
| 4646 HAMPTON ST. | Lab No. : 101821-C237470 |
| VERNON, CA 90058 | Report No. : 101821-C237470B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/18/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237470-01 | ENL ENL POMEGRANATE /S/EBD   10/06/2021 / :0826C2EF1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.353 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:55:10 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237469
Report No. : 101821-C237469B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237469-01 | ENL STRAWBERRY LEMONADE   10/14/2021 / :1626B2EF1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.327 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:54:46 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 10/29/2021 |
| 4646 HAMPTON ST. | *Lab No. :* 101821-C237466 |
| VERNON, CA 90058 | *Report No. :* 101821-C237466B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/18/2021 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237466-01 | ENL ORIGINAL /S/EBD  10/12/2021 / :1426H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.319 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika_Luna, Chemistry Analyst  |  10/29/2021 3:53:34 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237465
Report No. : 101821-C237465B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237465-01 | ENL GUAVA /S/EBD   10/02/2021 /  0426C2EF1 | | | | |
| | ETHANOL  IN  KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.399 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:57:02 PM

(EL)

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  990



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| Submitted By: | GTLF | | Printed : | 10/29/2021 |
|---|---|---|---|---|
| | 4646 HAMPTON ST. | | Lab No. : | 101821-C237464 |
| | VERNON, CA 90058 | | Report No. : | 101821-C237464B |
| Attn : | GT DAVE | | Order No. : | |
| | | | Received : | 10/18/2021 |
| | | | Page : | 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237464-01 | ENL MANGO /S/EBD  10/05/2021 / 0726C2EB1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.393 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika Luna,  Chemistry Analyst  |  10/29/2021 3:53:10 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237468
Report No. : 101821-C237468B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237468-01 | ENL CAYENNADE /E/EBD 10/20/2021 / :2226C2EN1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.352 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Chemistry Analyst | 10/29/2021 3:54:21 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 10/29/2021 |
| 4646 HAMPTON ST. | Lab No. : 101821-C237462 |
| VERNON, CA 90058 | Report No. : 101821-C237462B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/18/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237462-01 | ENL GINGERADE /E/EBD   10/20/2021 / :2226H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.316 | % | 10/28/21 |

**MICHELSON LABORATORIES, INC.**

Erika  Luna,  Chemistry Analyst   |   10/29/2021 3:52:21 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 10/29/2021 |
| 4646 HAMPTON ST. | *Lab No. :* 101821-C237461 |
| VERNON, CA 90058 | *Report No. :* 101821-C237461B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/18/2021 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237461-01 | ENL LEMONADE /S/EBD   10/12/2021 / :1426C1EO1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.291 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika Luna,  Chemistry Analyst  |  10/29/2021 3:44:14 PM

(EL)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237460
Report No. : 101821-C237460B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237460-01 | ENL MULTIGREEN /S/EBD     10/07/2021 / :0926C2EO1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.312 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:43:49 PM

(EL)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 10/29/2021<br>Lab No. : 101821-C237459<br>Report No. : 101821-C237459B<br>Order No. :<br>Received : 10/18/2021<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237459-01 | ENL HEARTBEET /S/EBD    10/21/2021 /<br>:2326C2EI1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.321 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,   Chemistry Analyst   |   10/29/2021 3:43:21 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237463
Report No. : 101821-C237463B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237463-01 | ENL LAVENDER /S/EBD  10/07/2021 / :0926C2EG1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.291 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:52:46 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237458
Report No. : 101821-C237458B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237458-01 | ENL WATERMELON WONDER /S/EBD    10/10 :2021 / 0428C2EE1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.340 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst   |   10/29/2021 3:42:53 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237456
Report No. : 101821-C237456B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237456-01 | ENL GRAPE CHIA /S/EBD  10/16/2021 :2328C1EO1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.396 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:41:50 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

**Our Experience Is Your Protection**

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 10/29/2021 |
| 4646 HAMPTON ST. | Lab No. : 101821-C237455 |
| VERNON, CA 90058 | Report No. : 101821-C237455B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/18/2021 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237455-01 | ENL RASPBERRY CHIA /S/EBD   10/19/2021 / :2328C1EK2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.359 | % | 10/28/21 |

### MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst   |   10/29/2021 3:41:24 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237454
Report No. : 101821-C237454B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|----------|----------------|--------|--------|-------|----------|
| C237454-01 | ENL TANTRIC TURMERIC /S/EBD    10/05/2021<br>: 0727C2EP1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.393 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:40:57 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237453
Report No. : 101821-C237453B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237453-01 | ENL STRAWBERRY /S/EBD   10/20/2021 / :22262C2EF1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.319 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Chemistry Analyst  |  10/29/2021 3:40:24 PM

(EL) Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237452
Report No. : 101821-C237452B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237452-01 | ENL PASSIONBERRY /S/EBD   10/06/2021 /  :0826C2EH1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.376 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,   Chemistry Analyst   |   10/29/2021 3:36:45 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



Our Experience Is Your Protection

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237451
Report No. : 101821-C237451C
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237451-01 | ENL GINGERBERRY /S/EBD  10/19/2021 / :2126H2EI1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.324 | % | 10/28/21 |

## MICHELSON LABORATORIES, INC.

Erika_Luna,  Chemistry Analyst  |  10/29/2021 3:44:47 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1004

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 10/29/2021
Lab No. : 101821-C237450
Report No. : 101821-C237450B
Order No. :
Received : 10/18/2021
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C237450-01 | ENL TRIOLOGY /S/EBD 10/19/2021 / :2126H2EA1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.309 | % | 10/28/21 |

**MICHELSON LABORATORIES, INC.**

Erika Luna, Chemistry Analyst | 10/29/2021 3:35:10 PM