# 2023



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257511
Report No. : 022123-C257511B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257511-01 | SYN MANGO/S/EBD: 02/07/2023/1030C2SB1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.367 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna,  Instrumentation Supvr.  |  3/1/2023 4:21:02 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1117



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 03/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 022123-C257510 |
| VERNON, CA 90058 | Report No. : 022123-C257510B |
| Attn : GT DAVE | Order No. : |
| | Received : 2/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257510-01 | SYN SUBLIME LIME/S/EBD: 02/07/2023 :1030B1SW1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.347 | % | 03/01/23 |

### MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 3/1/2023 4:18:51 PM

(EL)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1118



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/02/2023
Lab No. : 022123-C257509
Report No. : 022123-C257509B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257509-01 | SYN GINGERRADE/S/EBD: 02/26/2023 :2929H2SB2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.348 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 3/2/2023 3:44:39 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1119



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257508
Report No. : 022123-C257508B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257508-01 | SYN MULTIGREEN/S/EBD: 02/17/2023 :2030C2SS1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.344 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.   |  3/1/2023 4:18:34 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257507
Report No. : 022123-C257507B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257507-01 | SYN BLOOD ORANGE/S/EBD: 02/02/2023 :0530C2SA1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.331 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.  |  3/1/2023 4:18:18 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1121



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257506
Report No. : 022123-C257506B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257506-01 | SYN LAVENDER/S/EBD: 02/01/2023/0430B1SQ1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.336 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  3/1/2023 4:18:03 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1122



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 03/01/2023<br>Lab No. : 022123-C257505<br>Report No. : 022123-C257505B<br>Order No. :<br>Received : 2/21/2023<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257505-01 | SYN WATERMELON/S/EBD: 02/03/2023<br>:2831C2SG1<br>ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.334 | % | 03/01/2 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  3/1/2023 4:17:47 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1123



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257504
Report No. : 022123-C257504B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257504-01 | SYN GRAPE CHIA/S/EBD: 02/04/2023 :1232C1SN1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.342 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.   |   3/1/2023 4:17:31 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257503
Report No. : 022123-C257503B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257503-01 | SYN RASPBERRY CHIA/S/EBD: 02/04/2023 :1232C1SM1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.359 | % | 03/01/23 |

### MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  3/1/2023 4:17:14 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1125



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257502
Report No. : 022123-C257502B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257502-01 | SYN TANTIC TURMERIC/SEBD: 02/07/2023 :1030C2SJ2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.324 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  3/1/2023 4:16:57 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 03/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 022123-C257501 |
| VERNON, CA 90058 | Report No. : 022123-C257501B |
| Attn : GT DAVE | Order No. : |
| | Received : 2/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257501-01 | SYN STRAWBERRY/S/EBD: 02/02/2023 :0530C2SD1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.358 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  3/1/2023 4:08:03 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1127

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

### LABORATORY CERTIFICATE

| Submitted By: | GTLF |
| | 4646 HAMPTON ST. |
| | VERNON, CA 90058 |
| Attn : | GT DAVE |

| | |
| --- | --- |
| Printed : | 03/01/2023 |
| Lab No. : | 022123-C257500 |
| Report No. : | 022123-C257500B |
| Order No. : | |
| Received : | 2/21/2023 |
| Page : | 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
| --- | --- | --- | --- | --- | --- |
| C257500-01 | SYN PASSIONBERRY/S/EBD: 02/09/2023 :1230C2SD1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.353 | % | 03/01/2: |

### MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.   |   3/1/2023 4:07:42 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1128



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn: GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257499
Report No. : 022123-C257499B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257499-01 | SYN GINGERBERRY/S/EBD: 02/26/2023 :2929H2SC2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.315 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  3/1/2023 4:02:17 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 03/01/2023<br>Lab No. : 022123-C257498<br>Report No. : 022123-C257498B<br>Order No. :<br>Received : 2/21/2023<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257498-01 | SYN TRILOGY/S/EBD: 02/26/2023/2929H2SG3<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.363 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,   Instrumentation Supvr.   |   3/1/2023 4:01:58 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1130



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 03/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 022123-C257497 |
| VERNON, CA 90058 | Report No. : 022123-C257497B |
| Attn : GT DAVE | Order No. : |
| | Received : 2/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257497-01 | SYN CRANBERRY/S/EBD: 02/01/2023/0430C2SF1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.345 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 3/1/2023 4:01:26 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1131



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257496
Report No. : 022123-C257496B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257496-01 | SYN HIBISCUS/S/EBD   02/01/2023/0430C2SC1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.37 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.  |  3/1/2023 4:01:06 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1132



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
           4646 HAMPTON ST.
           VERNON, CA 90058
     Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257521
Report No. : 022123-C257521B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257521-01 | SYN TANGERINE DREAM/S/EBD: 02/22/2023 :2530C2SB1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.346 | % | 03/01/23 |

**MICHELSON LABORATORIES, INC.**

Andrew Mushammel, Instrumentation Analyst  |  3/1/2023 4:21:00 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 03/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 022123-C257520 |
| VERNON, CA 90058 | Report No. : 022123-C257520B |
| Attn : GT DAVE | Order No. : |
| | Received : 2/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:D |
|---|---|---|---|---|---|
| C257520-01 | SYN LEMON BERRY/S/EBD: 02/08/2023 :1130B2SJ1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.364 | % | 03/01/23 |

**MICHELSON LABORATORIES, INC.**

Andrew Mushammel, Instrumentation Analyst  |  3/1/2023 4:20:29 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed. Evid. Appx. Page 1134



**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257519
Report No. : 022123-C257519B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257519-01 | SYN LIVING GRATITUD/S/EBD: 02/06/2023 :1930C2SI2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.355 | % | 03/01/2 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel,  Instrumentation Analyst   |   3/1/2023 4:19:53 PM

(AM)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By:  GTLF
    4646 HAMPTON ST.
    VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257518
Report No. : 022123-C257518B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257518-01 | SYN GOLDEN PINEAPPLE/S/EBD: 02/07/2023 :1030C2SD1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.340 | % | 03/01/23 |

### MICHELSON LABORATORIES, INC.

Andrew  Mushammel,  Instrumentation Analyst   |   3/1/2023 4:19:16 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(AM)



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 03/01/2023<br>Lab No. : 022123-C257517<br>Report No. : 022123-C257517B<br>Order No. :<br>Received : 2/21/2023<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257517-01 | SYN PINK LADY BASIL/S/EBD: 02/09/2023<br>:1230C2SH1<br>ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.365 | % | 03/01/23 |

**MICHELSON LABORATORIES, INC.**

Erika Luna, Instrumentation Supvr. | 3/1/2023 4:19:55 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1137



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257516
Report No. : 022123-C257516B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:D |
|---|---|---|---|---|---|
| C257516-01 | SYN SACRED LIFE/S/EBD: 02/01/2023 :0430B2SV1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.347 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 3/1/2023 4:19:38 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

| LABORATORY CERTIFICATE | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 03/01/2023<br>Lab No. : 022123-C257515<br>Report No. : 022123-C257515B<br>Order No. :<br>Received : 2/21/2023<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257515-01 | SYN POMEGRANATE/S/EBD: 02/08/2023<br>:1130C2SG1<br>ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.337 | % | 03/01/2 |

**MICHELSON LABORATORIES, INC.**

Andrew Mushammel, Instrumentation Analyst   |   3/1/2023 4:54:57 PM

(AM)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed :  03/01/2023
Lab No. :  022123-C257513
Report No. :  022123-C257513B
Order No. :
Received :  2/21/2023
Page :  1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257513-01 | SYN PURE/S/EBD: 02/03/2023/0630H2SA1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.401 | % | 03/01/2 |

**MICHELSON LABORATORIES, INC.**

Andrew Mushammel, Instrumentation Analyst   |   3/1/2023 4:54:26 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 03/01/2023
Lab No. : 022123-C257512
Report No. : 022123-C257512B
Order No. :
Received : 2/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C257512-01 | SYN GUAVA/S/EBD: 02/07/2023/1030C2SL1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.346 | % | 03/01/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.  |  3/1/2023 4:19:08 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed. Evid. Appx. Page  1141



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262583
Report No. : 062123-C262583B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262583-01 | SYN CARROT TUMERIC/S/EBD: 06/13/2023 :1322C2SH2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.130 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 3:01:32 PM

(EL)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1142

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/27/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262595 |
| VERNON, CA 90058 | Report No. : 062123-C262595B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262595-01 | SYN STRAWBERRY LEMONADE/S/EBD:06/06/2023 :0622B1SO1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.181 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 2:59:40 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262594
Report No. : 062123-C262594B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262594-01 | SYN PURE/S/EBD: 06/07/2023/0722C2SC1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.150 | % | 06/26/23 |

**MICHELSON LABORATORIES, INC.**

Erika Luna, Instrumentation Supvr.  |  6/27/2023 2:59:15 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1144



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/27/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262593 |
| VERNON, CA 90058 | Report No. : 062123-C262593B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262593-01 | SYN GUAVA/S/EBD: 06/06/2023/0622C2SJ1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.151 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.  |  6/27/2023 2:58:45 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262592
Report No. : 062123-C262592B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262592-01 | SYN MANGO/S/EBD: 06/06/2023/0622C2SA1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.138 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,   Instrumentation Supvr.   |   6/27/2023 2:58:26 PM

(EL)      Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262591
Report No. : 062123-C262591B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262591-01 | SYN SUBLIME LIME/S/EBD: 06/08/2023 :0822B2SU1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.135 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 2:57:59 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1147



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262590
Report No. : 062123-C262590B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262590-01 | SYN GINGERADE/S/EBD: 06/18/2023/1921H2SA1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.140 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.  |  6/27/2023 2:57:32 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1148



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/27/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262589 |
| VERNON, CA 90058 | Report No. : 062123-C262589B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262589-01 | SYN MARINE GREEN/S/EBD: 06/21/2023 :2122C2SL1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.160 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  6/27/2023 2:57:15 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262588
Report No. : 062123-C262588B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262588-01 | SYN BLOOD ORANGE/S/EBD: 06/08/2023 :0822C2SA1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.144 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.  |  6/27/2023 2:56:43 PM

(EL)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1150



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262587
Report No. : 062123-C262587B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262587-01 | SYN LAVENDER/S/EBD: 06/01/2023/0122C2SL1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.143 | % | 06/26/23 |

**MICHELSON LABORATORIES, INC.**

Erika  Luna,  Instrumentation Supvr.  |  6/27/2023 2:56:25 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262586
Report No. : 062123-C262586B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262586-01 | SYN WATERMELON/S/EBD: 06/09/2023 :0324C2SD3 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.144 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  6/27/2023 3:05:42 PM

(EL)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.     Evid. Appx. Page  1152



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262585
Report No. : 062123-C262585B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262585-01 | SYN GRAPE  CHIA/S/EBD: 06/10/2023 :1724C1ST1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.144 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika  Luna,  Instrumentation Supvr.  |  6/27/2023 3:06:36 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(EL)



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262584
Report No. : 062123-C262584B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262584-01 | SYN RASPBERRY CHIA/S/EBD: 06/10/2023 :1724C1SS1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.142 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 3:01:49 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1154



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262582
Report No. : 062123-C262582B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262582-01 | SYN STRAWBERRY/S/EBD: 06/01/2023 :0122C2SA1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.155 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 3:01:11 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/27/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262581 |
| VERNON, CA 90058 | Report No. : 062123-C262581B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262581-01 | SYN PASSIONBERRY/S/EBD: 06/08/2023 :0822C2SH1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.208 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 3:00:55 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1156



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 06/27/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 062123-C262580 |
| VERNON, CA 90058 | *Report No. :* 062123-C262580B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 6/21/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262580-01 | SYN GINGERBERRY/S/EBD: 06/18/2023 :1921H2SK1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.164 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 3:00:32 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262579
Report No. : 062123-C262579B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262579-01 | SYN TRIOLOGY/E/EBD: 06/22/2023/2321H2SJ1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.152 | % | 06/26/23 |

### MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr. | 6/27/2023 3:00:15 PM

(EL)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1158



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

### 6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/27/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262578 |
| VERNON, CA 90058 | Report No. : 062123-C262578B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262578-01 | SYN CRANBERRY/S/EBD: 06/08/2023/0822C2SC2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.196 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna, Instrumentation Supvr.  |  6/27/2023 2:59:58 PM

(EL)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/27/2023
Lab No. : 062123-C262577
Report No. : 062123-C262577B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262577-01 | SYN HIBISCUS/S/EBD: 06/07/2023/0722C2SG2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.137 | % | 06/26/23 |

## MICHELSON LABORATORIES, INC.

Erika Luna,   Instrumentation Supvr.   |   6/27/2023 2:56:08 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
(EL)    clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| **Submitted By:** GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>**Attn:** GT DAVE | **Printed:** 06/28/2023<br>**Lab No.:** 062123-C262606<br>**Report No.:** 062123-C262606B<br>**Order No.:**<br>**Received:** 6/21/2023<br>**Page:** 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262606-01 | SYN DIVINE GRAPE/S/EBD: 06/21/2023<br>:2122C2SG2<br>ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.134 | % | 06/27/23 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/28/2023 3:58:45 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1161



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/28/2023
Lab No. : 062123-C262605
Report No. : 062123-C262605B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262605-01 | SYN TANGERINE DREAM/S/EBD: 06/08/2023 :0822C2SF1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.137 | % | 06/27/23 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria Lopez, Instrumentation Manager | 6/28/2023 3:58:28 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1162



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/28/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262605 |
| VERNON, CA 90058 | Report No. : 062123-C262605B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262605-01 | SYN TANGERINE DREAM/S/EBD: 06/08/2023 :0822C2SF1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.137 | % | 06/27/23 |

**MICHELSON LABORATORIES, INC.**

Maria Lopez, Instrumentation Manager  |  6/28/2023 3:58:28 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/28/2023
Lab No. : 062123-C262603
Report No. : 062123-C262603B
Order No. :
Received : 6/21/2023
Page : 1 of 1

---

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262603-01 | SYN PURE LOVE/S/EBD: 06/14/2023/1422C2SF3 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.140 | % | 06/27/23 |

### MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/28/2023 3:57:50 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1164



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/28/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262604 |
| VERNON, CA 90058 | Report No. : 062123-C262604B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262604-01 | SYN LEMON BERRY/S/EBD: 06/06/2023 :0622C2SH2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.122 | % | 06/27/23 |

**MICHELSON LABORATORIES, INC.**

Maria Lopez, Instrumentation Manager  |  6/28/2023 3:58:08 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1165



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/28/2023
Lab No. : 062123-C262602
Report No. : 062123-C262602B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262602-01 | SYN ELDERBERRY JUNIPER/S/EBD: 06/01/2023 :0122C2SS1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.123 | % | 06/27/23 |

### MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/28/2023 3:57:31 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
(ML)    clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/28/2023
Lab No. : 062123-C262601
Report No. : 062123-C262601B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262601-01 | SYN GOLDEN PINEAPPLE/S/EBD:  06/01/2023 :0122C2SD1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.124 | % | 06/27/23 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria  Lopez,  Instrumentation Manager  |  6/28/2023 3:51:28 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1167



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 06/28/2023<br>Lab No. : 062123-C262601<br>Report No. : 062123-C262601B<br>Order No. :<br>Received : 6/21/2023<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262601-01 | SYN GOLDEN PINEAPPLE/S/EBD: 06/01/2023<br>:0122C2SD1<br>ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.124 | % | 06/27/23 |

## MICHELSON LABORATORIES, INC.

*Maria Lopez*

Maria Lopez, Instrumentation Manager | 6/28/2023 3:51:28 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn: GT DAVE

Printed : 06/28/2023
Lab No. : 062123-C262599
Report No. : 062123-C262599B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262599-01 | SYN PEACH PARADISE/S/EBD: 06/01/2023 :0122B1SR1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.148 | % | 06/27/23 |

**MICHELSON LABORATORIES, INC.**

Maria Lopez, Instrumentation Manager | 6/28/2023 3:50:43 PM

(ML)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/28/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262600 |
| VERNON, CA 90058 | Report No. : 062123-C262600B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262600-01 | SYN ISLAND BLISS/S/EBD: 06/07/2023 :0722C2SJ1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.150 | % | 06/27/23 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/28/2023 3:51:09 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1170



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 06/28/2023
Lab No. : 062123-C262598
Report No. : 062123-C262598B
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262598-01 | SYN PINK LADY APPLE/S/EBD: 06/01/2023 :0122C2SJ2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.172 | % | 06/27/2 |

### MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/28/2023 3:50:24 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1171



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 06/28/2023 |
| 4646 HAMPTON ST. | Lab No. : 062123-C262597 |
| VERNON, CA 90058 | Report No. : 062123-C262597B |
| Attn : GT DAVE | Order No. : |
| | Received : 6/21/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C262597-01 | SYN SACRED LIFE/S/EBD: 06/07/2023 :0722B2SR1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.144 | % | 06/27/2: |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/28/2023 3:50:04 PM

(ML)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1172



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| Submitted By: | GTLF | | |
| | 4646 HAMPTON ST. | | |
| | VERNON, CA 90058 | | |
| Attn : | GT DAVE | | |

Printed : 06/28/2023
Lab No. : 062123-C262596
Report No. : 062123-C262596A
Order No. :
Received : 6/21/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:D' |
|---|---|---|---|---|---|
| C262596-01 | SYN POMEGRANATE/S/EBD: 06/01/2023 :0122C2SC1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.151 | % | 06/27/2 |

## MICHELSON LABORATORIES, INC.

Maria Lopez, Instrumentation Manager | 6/28/2023 6:50:37 PM

(ML)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1173



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265354
Report No. : 082923-C265354B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265354-01 | SYN BLOOD ORANGE /S/EBD   08/03/2023 :0524C2SG3 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.14 | % | 09/01/2 |

## MICHELSON LABORATORIES, INC.

Daisy Escorcia, Chemistry Supervisor  |  9/1/2023 3:47:14 PM

(DE)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1174

**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265373
Report No. : 082923-C265373B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265373-01 | SYN LAVENDER /S/EBD   08/03/2023 :0524C2SJ2 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.190 | % | 09/01/23 |

### MICHELSON LABORATORIES, INC.

Andrew  Mushammel,  Instrumentation Supvr.  |  9/1/2023 4:28:47 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1175



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265372 |
| VERNON, CA 90058 | Report No. : 082923-C265372B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265372-01 | SYN WATERMELON /S/EBD     08/05/2023<br>:3025C2SD1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.151 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel, Instrumentation Supvr.   |   9/1/2023 4:28:18 PM

(AM)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1176



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265372
Report No. : 082923-C265372B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265372-01 | SYN WATERMELON /S/EBD          08/05/2023<br>:3025C2SD1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.151 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel,  Instrumentation Supvr.   |   9/1/2023 4:28:18 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of
clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.
(AM)

Evid. Appx. Page  1177



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265371
Report No. : 082923-C265371B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265371-01 | SYN GRAPE CHIA /S/EBD     08/26/2023 :2926C1SS1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.147 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor  |  9/1/2023 3:52:30 PM

(DE)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1178



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265370
Report No. : 082923-C265370B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265370-01 | SYN RASPBERRY CHIA /S/EBD      08/26/2023 :2926C1SR1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.163 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:52:17 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



# Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265369 |
| VERNON, CA 90058 | Report No. : 082923-C265369B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265369-01 | SYN CARROT TURMERIC /S/EBD       08/10/2023<br>:1224C2SK1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.160 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:52:05 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.





*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| Submitted By: GTLF | |
|---|---|
| 4646 HAMPTON ST. | |
| VERNON, CA 90058 | |
| Attn : GT DAVE | |

| | |
|---|---|
| Printed : | 09/01/2023 |
| Lab No. : | 082923-C265355 |
| Report No. : | 082923-C265355B |
| Order No. : | |
| Received : | 8/29/2023 |
| Page : | 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265355-01 | SYN MARINE GREENS /S/EBD        08/18/2023 :2024B2SS1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.154 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:47:26 PM

(DE)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265368 |
| VERNON, CA 90058 | Report No. : 082923-C265368B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265368-01 | SYN STRAWBERRY /S/EBD    08/02/2023<br>:0424C2SH1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.159 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor  |  9/1/2023 3:51:40 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(DE)

Evid. Appx. Page  1182

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265367 |
| VERNON, CA 90058 | Report No. : 082923-C265367B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265367-01 | SYN GINGERBERRY /S/EBD     08/21/2023<br>:2423H2SJ4<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.155 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor  |  9/1/2023 3:51:28 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1183



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265366
Report No. : 082923-C265366B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265366-01 | SYN TRIOLOGY /S/EBD   08/25/2023/2823C2SK1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.138 | % | 09/01/23 |

### MICHELSON LABORATORIES, INC.

Daisy Escorcia, Chemistry Supervisor  |  9/1/2023 3:51:16 PM

(DE)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1184



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265382
Report No. : 082923-C265382B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265382-01 | SYN DIVNE GRAPE /S/EBD      08/15/2023 :1724C2SF2 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.184 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel,  Instrumentation  Supvr.   |   9/1/2023 4:41:36 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265378 |
| VERNON, CA 90058 | Report No. : 082923-C265378B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265378-01 | SYN ELDERBERRY JUNIPER /S/EBD  08/19 :2023/2124B2SP1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.191 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel, Instrumentation Supvr.  |  9/1/2023 4:31:16 PM

(AM)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1186



**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Printed : | 09/01/2023 |
| Lab No. : | 082923-C265376 |
| Report No. : | 082923-C265376B |
| Order No. : | |
| Received : | 8/29/2023 |
| Page : | 1 of 1 |

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265376-01 | SYN ISLAND BLISS  /S/EBD     08/03/2023 :0524C2SD1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.165 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel,  Instrumentation Supvr.   |   9/1/2023 4:30:22 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.    Evid. Appx. Page  1187



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 09/01/2023<br>Lab No. : 082923-C265375<br>Report No. : 082923-C265375B<br>Order No. :<br>Received : 8/29/2023<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265375-01 | SYN PEACH PARADISE /S/EBD    08/17/2023<br>:1924B2SM1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.168 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel,  Instrumentation  Supvr.   |   9/1/2023 4:29:55 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1188



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| Submitted By: | GTLF |
| | 4646 HAMPTON ST. |
| | VERNON, CA 90058 |
| Attn : | GT DAVE |

| | |
|---|---|
| Printed : | 09/01/2023 |
| Lab No. : | 082923-C265381 |
| Report No. : | 082923-C265381B |
| Order No. : | |
| Received : | 8/29/2023 |
| Page : | 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265381-01 | SYN TANGERINE DREAM /S/EBD    08/10/2023 :1224C2SJ1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.198 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.  |  9/1/2023 4:32:42 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1189



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265380
Report No. : 082923-C265380B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265380-01 | SYN LEMON BERRY  /S/EBD      08/03/2023<br>:0524C2SI1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.186 | % | 09/01/23 |

**MICHELSON LABORATORIES, INC.**

Andrew  Mushammel,  Instrumentation Supvr.   |   9/1/2023 4:32:14 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265377 |
| VERNON, CA 90058 | Report No. : 082923-C265377B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265377-01 | SYN GOLDEN PINEAPPLE /S/EBD 08/01 :2023/0324C2SE1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.170 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.   |   9/1/2023 4:30:48 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265379
Report No. : 082923-C265379B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265379-01 | SYN BLOOM /S/EBD    08/03/2023<br>:0524C2SA1<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.188 | % | 09/01/23 |

**MICHELSON LABORATORIES, INC.**

Andrew  Mushammel,  Instrumentation Supvr.   |   9/1/2023 4:31:43 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.





*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| Submitted By: | GTLF |
| | 4646 HAMPTON ST. |
| | VERNON, CA 90058 |
| Attn : | GT DAVE |

| | |
| --- | --- |
| Printed : | 09/01/2023 |
| Lab No. : | 082923-C265374 |
| Report No. : | 082923-C265374B |
| Order No. : | |
| Received : | 8/29/2023 |
| Page : | 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
| --- | --- | --- | --- | --- | --- |
| C265374-01 | SYN PINK LADY APPLE EBD   08/02/2023 :0424C2SC2 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.171 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel,  Instrumentation Supvr.   |   9/1/2023 4:29:27 PM

(AM)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265363 |
| VERNON, CA 90058 | Report No. : 082923-C265363B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265363-01 | SYN SACRED LIFE /S/EBD    08/08/2023 :1024B1ST1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.154 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor  |  9/1/2023 3:50:40 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1194



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265362 |
| VERNON, CA 90058 | Report No. : 082923-C265362B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265362-01 | SYN POMEGRANATE /S/EBD    08/03/2023 :0524C2SG1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.174 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:50:27 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1195



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265361 |
| VERNON, CA 90058 | Report No. : 082923-C265361B |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265361-01 | SYN STRAWBERRY LEMONADE /S/EBD   08/16 :2023/1824B1SJ1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.156 | % | 09/01/23 |

**MICHELSON LABORATORIES, INC.**

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:50:15 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265360
Report No. : 082923-C265360B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265360-01 | SYN PURE /S/EBD    08/02/2023/0424C2SL1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.211 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor  |  9/1/2023 3:50:03 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 09/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 082923-C265359 |
| VERNON, CA 90058 | *Report No. :* 082923-C265359B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 8/29/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265359-01 | SYN GUAVA /S/EBD   08/01/2023/0324C2SH2 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.154 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor  |  9/1/2023 3:48:17 PM

(DE)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1198



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

### 6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265358
Report No. : 082923-C265358B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265358-01 | SYN MANGO /S/EBD     08/01/2023/0324C2SG1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.120 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:48:04 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265357
Report No. : 082923-C265357B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265357-01 | SYN SUBLIME /S/EBD    08/10/2023/1224C2SL1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.122 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:47:52 PM

(DE)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1200



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265356
Report No. : 082923-C265356B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265356-01 | SYN GINGERADE /S/EBD    08/25/2023 :2823C2SB1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.163 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor   |   9/1/2023 3:47:39 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1201



## Michelson Laboratories, Inc.

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 09/01/2023
Lab No. : 082923-C265365
Report No. : 082923-C265365B
Order No. :
Received : 8/29/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265365-01 | SYN CRABBERRY /S/EBD   08/28/2023 :2823C2SL1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.145 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy Escorcia, Chemistry Supervisor | 9/1/2023 3:51:05 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF<br>4646 HAMPTON ST.<br>VERNON, CA 90058<br>Attn : GT DAVE | Printed : 09/01/2023<br>Lab No. : 082923-C265364<br>Report No. : 082923-C265364B<br>Order No. :<br>Received : 8/29/2023<br>Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265364-01 | SYN HIBISCUS /S/EBD    08/01/2023/0324C2SC2<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.167 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

Daisy  Escorcia,  Chemistry Supervisor  |  9/1/2023 3:50:52 PM

(DE)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1203



**Our Experience Is Your Protection**

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 09/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 082923-C265408 |
| VERNON, CA 90058 | Report No. : 082923-C265408A |
| Attn : GT DAVE | Order No. : |
| | Received : 8/29/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C265408-01 | SYN UNITY /F/EBD    11/29/2023/0128C2SS3<br>ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.158 | % | 09/01/23 |

## MICHELSON LABORATORIES, INC.

*Mariana Rios*

Mariana Rios, Instrumentation Analyst  |  9/1/2023 4:03:09 PM

(MR)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1204



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2023
*Lab No. :* 102523-C267961
*Report No. :* 102523-C267961B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267961-01 | SYN ELDERBERRY JUNIPER/S/EBD: 10/05/2023 :0726B2SP1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.150 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel,  Instrumentation Supvr.   |   11/1/2023 5:43:16 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2023
*Lab No. :* 102523-C267962
*Report No. :* 102523-C267962B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267962-01 | SYN ISLAND BLISS/S/EBD: 10/05/2023 :0726B2SK1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.157 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr. | 11/1/2023 5:43:50 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page  1206



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2023
*Lab No. :* 102523-C267960
*Report No. :* 102523-C267960B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267960-01 | SYN PEACH PARADISE/S/EBD: 10/06/2023 :0826B1SS2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.158 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.  |  11/1/2023 5:42:47 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 11/02/2023
Lab No. : 102523-C267964
Report No. : 102523-C267964C
Order No. :
Received : 10/25/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267964-01 | SYN TANGERINE DREAM/S/EBD: 10/11/2023 :1326C2SE1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.131 | % | 11/02/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr. | 11/2/2023 10:06:59 AM

(AM)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1208



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 11/01/2023
Lab No. : 102523-C267963
Report No. : 102523-C267963B
Order No. :
Received : 10/25/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267963-01 | SYN LEMON BERRY/S/EBD: 10/03/2023 :0526C2SC1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.159 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr. | 11/1/2023 5:44:20 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

Evid. Appx. Page 1209



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 11/01/2023
Lab No. : 102523-C267959
Report No. : 102523-C267959B
Order No. :
Received : 10/25/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267959-01 | SYN GOLDEN PINEAPPLE/S/EBD: 10/03/2023 :0526C2SF1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.170 | % | 11/01/23 |

**MICHELSON LABORATORIES, INC.**

Andrew Mushammel, Instrumentation Supvr. | 11/1/2023 5:44:49 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(AM)



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 11/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 102523-C267958 |
| VERNON, CA 90058 | Report No. : 102523-C267958B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/25/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267958-01 | SYN PINK LADY APPLE/S/EBD: 10/04/2023 :0626C2SC1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.188 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr. | 11/1/2023 5:45:19 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 11/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 102523-C267957 |
| VERNON, CA 90058 | *Report No. :* 102523-C267957B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/25/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267957-01 | SYN SACRED LIFE/S/EBD: 10/04/2023 :0626B2SX2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.213 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel,   Instrumentation Supvr.   |   11/1/2023 5:42:14 PM

(AM)   Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

<table>
<tr><td colspan="2"><h2>LABORATORY CERTIFICATE</h2></td></tr>
<tr>
<td>

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

</td>
<td>

*Printed :* 11/01/2023
*Lab No. :* 102523-C267956
*Report No. :* 102523-C267956B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

</td>
</tr>
</table>

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267956-01 | SYN DIVINE  GRAPE/S/EBD:  10/10/2023 :1226C2SF2 | | | | |
| | ETHANOL  IN  KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.140 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel,  Instrumentation Supvr.   |   11/1/2023 5:45:50 PM

(AM)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 11/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 102523-C267955 |
| VERNON, CA 90058 | *Report No. :* 102523-C267955B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/25/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267955-01 | SYN STRAWBERRY LEMONADE/S/EBD: 10/04/2023 :0626C2SD2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.155 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr. | 11/1/2023 5:46:19 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

### LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2023
*Lab No. :* 102523-C267954
*Report No. :* 102523-C267954B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267954-01 | SYN PURE/S/EBD: 10/11/2023/1326C2SA1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.218 | % | 11/01/23 |

### MICHELSON LABORATORIES, INC.

Andrew  Mushammel, Instrumentation Supvr.  |  11/1/2023 5:46:51 PM

---

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed : 11/01/2023
Lab No. : 102523-C267953
Report No. : 102523-C267953B
Order No. :
Received : 10/25/2023
Page : 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267953-01 | SYN GUAVA/S/EBD: 10/03/2023/0526C2SH1 ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.201 | % | 11/01/23 |

**MICHELSON LABORATORIES, INC.**

Andrew  Mushammel,  Instrumentation Supvr.  |  11/1/2023 5:41:39 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 11/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 102523-C267952 |
| VERNON, CA 90058 | *Report No. :* 102523-C267952B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/25/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267952-01 | SYN ,ANGO/S/EBD: 10/03/2023/0526C2SH1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.206 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel, Instrumentation Supvr.   |   11/1/2023 5:47:23 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 11/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 102523-C267951 |
| VERNON, CA 90058 | *Report No. :* 102523-C267951B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/25/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267951-01 | SYN SUBLIME LIME/S/EBD: 10/06/2023 :0826B1SU1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.248 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.  |  11/1/2023 5:41:07 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(AM)



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 11/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 102523-C267950 |
| VERNON, CA 90058 | *Report No. :* 102523-C267950B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/25/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267950-01 | SYN GINGERADE/S/EBD: 10/12/2023/1525C2SA1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.188 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel, Instrumentation Supvr.   |   11/1/2023 5:47:53 PM

(AM)  Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 11/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 102523-C267949 |
| VERNON, CA 90058 | Report No. : 102523-C267949B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/25/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267949-01 | SYN MARINE GREEN/S/EBD: 10/05/2023 :0726B1SS1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.202 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr. | 11/1/2023 5:48:25 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 11/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 102523-C267948 |
| VERNON, CA 90058 | *Report No. :* 102523-C267948B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/25/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267948-01 | SYN BLOOD ORANGE/S/EBD: 10/04/2023 :0626C2SF2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.264 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr. | 11/1/2023 5:48:56 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(AM)



**Our Experience Is Your Protection**

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 11/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 102523-C267947 |
| VERNON, CA 90058 | Report No. : 102523-C267947B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/25/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267947-01 | SYN LAVENDER/S/EBD: 10/11/2023/1326C2SJ1 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.153 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel, Instrumentation Supvr.   |   11/1/2023 5:49:27 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.
(AM)



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

---

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2023
*Lab No. :* 102523-C267946
*Report No. :* 102523-C267946B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267946-01 | SYN WATERMELON/S/EBD: 10/20/2023 :1428C2SG2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.234 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.   |   11/1/2023 5:49:55 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

| LABORATORY CERTIFICATE | |
|---|---|
| | Printed : 11/01/2023 |
| Submitted By: GTLF | Lab No. : 102523-C267945 |
| 4646 HAMPTON ST. | Report No. : 102523-C267945B |
| VERNON, CA 90058 | Order No. : |
| Attn : GT DAVE | Received : 10/25/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267945-01 | SYN GRAPE CHIA/S/EBD: 10/07/2023 :1428C1SL1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.143 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.  |  11/1/2023 5:40:37 PM

(AM)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2023
*Lab No. :* 102523-C267944
*Report No. :* 102523-C267944B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267944-01 | SYN RASPBERRY  CHIA/S/EBD:  10/07/2023 :1428C1SJ1 | | | | |
| | ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.172 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew   Mushammel,  Instrumentation Supvr.   |   11/1/2023 5:40:04 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.
(AM)



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| *Submitted By:* GTLF | *Printed :* 11/01/2023 |
| 4646 HAMPTON ST. | *Lab No. :* 102523-C267943 |
| VERNON, CA 90058 | *Report No. :* 102523-C267943B |
| *Attn :* GT DAVE | *Order No. :* |
| | *Received :* 10/25/2023 |
| | *Page :* 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267943-01 | SYN CARROT TURMERIC/S/EBD: 10/11/2023 :1326C2SK1 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.173 | % | 11/01/23 |

### MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.    |    11/1/2023 5:39:33 PM

Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.

(AM)

Evid. Appx. Page 1226



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

### LABORATORY CERTIFICATE

Submitted By: GTLF
4646 HAMPTON ST.
VERNON, CA 90058
Attn : GT DAVE

Printed :   11/01/2023
Lab No. :   102523-C267942
Report No. :   102523-C267942B
Order No. :
Received :   10/25/2023
Page :   1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267942-01 | SYN STRAWBERRY/S/EBD: 10/05/2023 :0726B1SJ2<br>ETHANOL IN KOMBUCHA  PRODUCTS | AOAC 2016.12 | 0.173 | % | 11/01/23 |

### MICHELSON LABORATORIES, INC.

Andrew   Mushammel, Instrumentation Supvr.   |   11/1/2023 5:37:25 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

| Submitted By: | GTLF | Printed : | 11/01/2023 |
| --- | --- | --- | --- |
| | 4646 HAMPTON ST. | Lab No. : | 102523-C267941 |
| | VERNON, CA 90058 | Report No. : | 102523-C267941B |
| Attn : | GT DAVE | Order No. : | |
| | | Received : | 10/25/2023 |
| | | Page : | 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
| --- | --- | --- | --- | --- | --- |
| C267941-01 | SYN GINGERBERRY/S/EBD: 10/22/2023 :2525H2SM2 | | | | |
| | ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.177 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.   |   11/1/2023 5:36:58 PM

(AM)      Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

**6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625**

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn :* GT DAVE

*Printed :* 11/01/2023
*Lab No. :* 102523-C267940
*Report No. :* 102523-C267940B
*Order No. :*
*Received :* 10/25/2023
*Page :* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267940-01 | SYN TRIOLOGY/S/EBD: 10/30/2023/0226C2SA1<br>ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.164 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel, Instrumentation Supvr.   |   11/1/2023 5:36:30 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

*Submitted By:* GTLF
4646 HAMPTON ST.
VERNON, CA 90058
*Attn:* GT DAVE

*Printed:* 11/01/2023
*Lab No.:* 102523-C267939
*Report No.:* 102523-C267939B
*Order No.:*
*Received:* 10/25/2023
*Page:* 1 of 1

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267939-01 | SYN CRANBERRY/S/EBD: 10/05/2023/0726C2SA2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.157 | % | 11/01/23 |

## MICHELSON LABORATORIES, INC.

Andrew  Mushammel, Instrumentation Supvr.   |   11/1/2023 5:36:03 PM

(AM)     Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties.
Results on this report relate only to the sample(s) received & analyzed.



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, CA 90040-3704, Telephone (562) 928-0553 / FAX (562) 927-6625

### LABORATORY CERTIFICATE

| | |
|---|---|
| Submitted By: GTLF | Printed : 11/01/2023 |
| 4646 HAMPTON ST. | Lab No. : 102523-C267938 |
| VERNON, CA 90058 | Report No. : 102523-C267938B |
| Attn : GT DAVE | Order No. : |
| | Received : 10/25/2023 |
| | Page : 1 of 1 |

| REPORT # | PRODUCT / TEST | METHOD | RESULT | UNITS | START:DT |
|---|---|---|---|---|---|
| C267938-01 | SYN HIBISCUS/S/EBD: 10/11/2023/1326C2SG2 ETHANOL IN KOMBUCHA PRODUCTS | AOAC 2016.12 | 0.164 | % | 11/01/23 |

### MICHELSON LABORATORIES, INC.

Andrew Mushammel, Instrumentation Supvr.  |  11/1/2023 5:35:37 PM

(AM)    Samples were received in good condition unless noted otherwise. As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending written approval of both parties. Results on this report relate only to the sample(s) received & analyzed.