**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, ADRIANA DIGENNARO, AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on Behalf of Themselves and all Others Similarly Situated, | Case No. 2:19-cv-10920-FMO-DSRx |
| *Plaintiffs*, | **ORDER GRANTING PLAINTIFFS' APPLICATION [205] FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS DESIGNATED BY CIRCANA INC. AS CONFIDENTIAL** |
| v. | Hon. Fernando M. Olguin |
| GT'S LIVING FOODS, LLC., | |
| *Defendant*. | |

# ORDER

Having reviewed Plaintiffs' Application for Leave to File Under Seal Portions of Documents Designated by Circana Inc. as Confidential and the declaration submitted in support thereof, and finding compelling reasons for sealing the information identified, the Court hereby **GRANTS** the application to seal.

The following portions of the Evidentiary Appendix in Support of Joint Brief on Plaintiffs' Renewed Motion for Class Certification shall remain under seal:

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Exhibit 17 to Franzini Declaration | Exhibit 3 to the December 15, 2025, declaration of Colin B. Weir (Appx. pp. 291-293) | |

**IT IS SO ORDERED.**

Dated:  ___April 1, 2026___

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge