Jason J. Kim (State Bar No. 221476)
kimj@Hunton.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Non-Party
Circana, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, ADRIANA DIGENNARO, AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPER NUNEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | CASE NO.: 2:19-cv-10920-FMO-DSRx<br><br>**STATEMENT OF DESIGNATING NON-PARTY CIRCANA LLC UNDER L.R. 79-5.2.2(b)(I)** |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Non-party Circana, LLC ("Circana"), by its undersigned attorney and pursuant to Local Rule 79-5.2.2(b)(i), respectfully submits this statement in support of Defendant GT's Living Foods, LLC's Application for Leave to File Under Seal Portions of Documents Designated as Confidential Pursuant to Protective Order ("Application") [Dkt 211].

Circana incorporates herein the statement it filed on March 25, 2026 [Dkt 209] and the Declaration of Brian Burke [Dkt 209-1] and requests that the Court grant leave to file the Exhibit 3 referenced in Defendant's Application, which discloses Circana's confidential research information, under seal, to protect against public disclosure of the confidential Circana information in the "Total Dollar Sales" column and the "Total Units" column.

Dated:  April 2, 2026                    **HUNTON ANDREWS KURTH LLP**

By:    _/s/ Jason J. Kim_
          Jason J. Kim
          Attorneys for Non-Party
          Circana, LLC

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

1

STATEMENT OF DESIGNATING NON-PARTY CIRCANA LLC UNDER L.R. 79-5.2.2(b)(I)