Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
Gabriel Doble (Cal. Bar No. 335335)
gabe@dovel.com
Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, ADRIANA DIGENNARO, AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> GT'S LIVING FOODS, LLC, <br><br> *Defendant.* | Case No. 2:19-cv-10920-FMO-DSRx <br><br> **DECLARATION OF JONAS JACOBSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE OR EXCLUDE EXPERT REPORTS OF DR. J. MICHAEL DENNIS; COLIN B. WEIR; DR. GARY SPEDDING, AND BRUCE G. SILVERMAN** <br><br> **Hearing Date:** April 23, 2026 <br> **Time:** 10:00 a.m. <br> **Courtroom:** 6D <br><br> Hon. Fernando M. Olguin |

## <u>**DECLARATION OF JONAS JACOBSON**</u>

I, Jonas Jacobson, declare as follows:

1.      I am a partner at the law firm Dovel & Luner, LLP, a member of the California bar, and counsel for Plaintiffs in this action. This declaration is accurate to the best of my knowledge, and I have personal knowledge of the facts stated below. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Strike or Exclude Expert Reports of Dr. J. Michael Dennis; Colin B. Weir; Dr. Gary Spedding, and Bruce G. Silverman.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the February 11, 2026, deposition transcript of Dr. J. Michael Dennis.

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the June 30, 2021, deposition transcript of Colin B. Weir, an expert retained by Plaintiffs in this case.

4.      Attached hereto as **Exhibit C** (filed under seal) is a true and correct copy of excerpts from the March 2, 2026, deposition transcript of Colin B. Weir.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the June 21, 2021, deposition transcript of Dr. Gary Spedding.

6.      Attached hereto as **Exhibit E** (filed under seal) is a true and correct copy of Defendant's Third Supplemental Responses and Objections to Plaintiffs' First Set of Special Interrogatories, served by Defendant on April 20, 2021.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the June 18, 2021, deposition transcript of Bruce G. Silverman.

8.      Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the January 16, 2026, deposition transcript of Plaintiff Amit Patel.

9.      Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the January 14, 2026, deposition transcript of Plaintiff Lauren Schmidt.

10.     Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the January 8, 2026, deposition transcript of Plaintiff Christopher Nunez.

11. I understand from the case file that previous counsel for Plaintiffs, Bursor & Fisher, served a subpoena on IRI (now Circana) in 2020, requesting IRI data concerning the accused kombucha. In November 2025, Circana (the successor to IRI) provided an updated version of that dataset, with sales data through 2025. My firm did not serve any new subpoena on Circana to obtain this data update.

12. During the March 2, 2026, deposition of Colin Weir, counsel for Defendant emailed my team at 12:01 PM, requesting the full Circana dataset referenced by Mr. Weir. I provided this dataset to Defendant's counsel, via email, at 12:23 PM.

13. After the March 2, 2026, deposition of Colin Weir, Defendant never contacted my team to request any follow up deposition of Mr. Weir, concerning the Circana dataset.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 2, 2026                          Respectfully submitted,

By: */s/ Jonas Jacobson*
                                                             Jonas Jacobson

Declaration of Jonas Jacobson                2                Case No. 2:19-cv-10920-FMO-DSRx