Jason J. Kim (State Bar No. 221476)
kimj@Hunton.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Non-Party
Circana, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY SHARPE, ERIN WEILER, JENNA LEDER, ADRIANA DIGENNARO, AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPER NUNEZ, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>GT'S LIVING FOODS, LLC,<br><br>   Defendant. | CASE NO.: 2:19-cv-10920-FMO-DSRx<br><br>**STATEMENT OF DESIGNATING NON-PARTY CIRCANA, LLC UNDER L.R. 79-5.2.2(b)(I)** |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

STATEMENT OF DESIGNATING NON-PARTY CIRCANA, LLC UNDER L.R. 79-5.2.2(b)(I)

Pursuant to Local Rule 79-5.2.2(b)(I), non-party Circana, LLC ("Circana") respectfully submits this statement in support of Plaintiffs' Application for Leave to File Under Seal Document Designated by Defendant as Confidential and Portions of Document Designated by Defendant and Circana, Inc.[sic] as Confidential ("Application") [Dkt 217].

The document in question is "Exhibit C to Plaintiffs' Opposition to Defendant's Motion to Strike or Exclude Expert Reports" [Dkt 217-2], which is the deposition transcript of Plaintiffs' expert witness, Colin Weir.  The Application specifies the pages and lines of Dr. Weir's testimony wherein he quotes directly from Circana's confidential research report:  Page 119, lines 6-7, Page 141, lines 2-3, 12-15, Page 145, lines 16-18, 23-25, Page 146, lines 5-7, 11-12, Page 148, lines 23-25 and Page 149, lines 6-7.

As shown in the Declaration of Brian Burke [Dkt 209-1] and the L.R. 79-5 statements Circana filed on March 25, 2026 [Dkt 209] and April 2, 2025 [Dkt 216], respectively, Circana's proprietary research information is confidential.  Because Mr. Weir's testimony discloses such confidential information, the Court should grant Plaintiffs' Application to file the specified excerpts of Mr. Weir's deposition transcript under seal.

Dated:  April 6, 2026                          **HUNTON ANDREWS KURTH LLP**


By:   _/s/ Jason J. Kim_
     Jason J. Kim
     Attorneys for Non-Party
     Circana, LLC

STATEMENT OF DESIGNATING NON-PARTY CIRCANA, LLC UNDER L.R. 79-5.2.2(b)(I)

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627