Jacob M. Harper (SBN 259463)
    *jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
    *heathercanner@dwt.com*
Joseph Elie-Meyers (SBN 325183)
    *josepheliemeyers@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant
GT's Living Foods, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC,<br><br>Defendant. | Case No. 2:19-cv-10920-FMO-DSR<br><br>Assigned to the Hon. Fernando M. Olguín<br>Magistrate Judge Daniel S. Roberts<br><br>**DECLARATION OF JOSEPH ELIE-MEYERS IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE OR EXCLUDE EXPERT REPORTS**<br><br>SAC Filed: December 17, 2024<br>Discovery Cutoff: March 5, 2026 |

DECLARATION OF JOSEPH ELIE-MEYERS
ISO REPLY ISO MOTION TO STRIKE

## DECLARATION OF JOSEPH ELIE-MEYERS

I, Joseph Elie-Meyers, declare as follows:

1.      I am an associate with the law firm of Davis Wright Tremaine LLP, counsel for GT's Living Foods, LLC ("GT's" or "Defendant"). I make this declaration in support of GT's Reply in support of Motion to Strike or Exclude the December 15, 2025 Declarations of Dr. J. Michael Dennis and Colin B. Weir and June 2, 2021 Declarations of Colin B. Weir, Dr. Gary Spedding, and Bruce G. Silverman. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript from the February 11, 2026 deposition of Dr. Dennis taken in this action.

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript from the March 2, 2026 deposition of Colin B. Weir taken in this action.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript from the June 21, 2021 deposition of Dr. Gary Spedding taken in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2026, at Los Angeles, California.

*/s/ Joseph Elie-Meyers*
Joseph Elie-Meyers

DECLARATION OF JOSEPH ELIE-MEYERS
ISO REPLY ISO MOTION TO STRIKE

1