# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

AMIT PATEL, LAUREN SCHMIDT, and CHRISTOPHER NUNEZ, on Behalf of Themselves and All Others Similarly Situated,

Plaintiff,

vs.

GT'S LIVING FOODS, LLC,

Defendant.

) Case No. 2:19-cv-10920-FMO-DSRx
)
)
)
) **ORDER GRANTING**
) **DEFENDANT'S APPLICATION**
) **[211] FOR LEAVE TO FILE UNDER**
) **SEAL PORTION OF DOCUMENT**
) **SUBMITTED IN SUPPORT OF**
) **MOTION TO STRIKE OR**
) **EXCLUDE EXPERT REPORTS**
)
)
)
)

ORDER

Before the Court is Defendant GT's Living Foods, LLC (GT's) Application for Leave to File Under Seal Portion of Document Submitted in Support of Motion to Strike or Exclude Expert Reports (Application) pursuant to Civil L. R. 79-5.2.2 (a), (b).  Having considered the Application, the Court finds that there are compelling reasons for granting the request to seal GT's sales data in Exhibit 3 of the December 15, 2025 Declaration of Colin B. Weir submitted in support of Plaintiff's Class Certification Motion.  *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *see also Kendon Indus. LLC v. Towblazer, Inc.*, 2024 WL 5706209, at *1, *3 (C.D. Cal. Nov. 7, 2024) (citing *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016)) (applying compelling reasons standard to Application to file under seal an exhibit in support of a motion to strike an expert report); *id.* at *3–4 (finding compelling reasons to seal confidential financial information).

The exhibit at issue contains GT's proprietary and confidential business information and trade secrets. Disclosure of this information would create a risk of harm to GT's, in that its competitors could use such information to GT's competitive disadvantage. Additionally, non-party Circana, Inc. has designated information in Exhibit 3 as confidential and presented compelling reasons why the disclosure of this information would cause Circana competitive business harm. *See* Dkt. No. 209.

Courts have found such risks sufficient to qualify as a compelling reason to seal. *In re ConAgra Foods, Inc.*, 2014 WL 12577132, at *5 (C.D. Cal. July 11, 2014) ("[T]he inclusion of trade secrets such as a company's . . . sales data . . . provide[s] compelling reasons to seal."); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) ("[S]ources of business information that might harm a litigant's competitive standing" are appropriately sealed); *Yan Mei Zheng v. Toyota Motor Corp.*, 2019 WL 6841324, at *2 (N.D. Cal. Dec, 16, 2019) (sealing "confidential sales data"); *Bauer Bros. LLC v. Nike, Inc.*, 2012 WL 1899838, *2 (S.D. Cal. May

ORDER

1

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

24, 2012) (compelling reasons existed to seal sales data); *Virun, Inc. v. Cymbiotika, LLC*, 2022 WL 17401698, at *2 (C.D. Cal. Aug. 19, 2022) (collecting cases) ("Courts in this Circuit have found potential harms arising from public disclosure of trade secrets of a business' confidential financial and pricing information to be sufficient reason to seal.").

GT's Application is therefore GRANTED and it is ORDERED that the following document and portions thereof shall be filed under seal:

| Document Filed Under Seal | Portion to Seal | Designating Entities |
|---|---|---|
| Exhibit C to the Elie-Meyers Declaration (Dkt. No. 208-4) | Exhibit 3 to the December 15, 2025 Declaration of Colin B. Weir (Dkt. No. 208-4 at 27–29) | GT's Living Foods, LLC and Circana, Inc. |

IT IS SO ORDERED.

DATED: 4/10/2026_____

/s/_____

The Honorable Fernando M. Olguin
United States District Judge

ORDER

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899